**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Examination Management Services, Inc.** |

| | |
|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names |

**DBA  EMSI**
**DBA  Merrill**
**DBA  Leprechaun**
**DBA  LepMed, Inc.**

| | |
|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) |

**75-1444139**

| | |
|---|---|
| 4. | Debtor's address |

**Principal place of business**

**3050 Regent Blvd.**
**Suite 400**
**Irving, TX 75063**
Number, Street, City, State & ZIP Code

**Dallas**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.emsinet.com** |

| | |
|---|---|
| 6. | Type of debtor |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Examination Management Services, Inc.**                    Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      5511

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Schedule 1 Attached** | Relationship | **Affiliates** |
| District | **Northern District Texas** | When | Case number, if known |

| Debtor | **Examination Management Services, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Examination Management Services, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/06/2020
MM / DD / YYYY.

X _____

Signature of authorized representative of debtor

Title   **Director**

**M. Troy Phillips**
Printed name

**18. Signature of attorney**

X /s/ John E. Mitchell

Signature of attorney for debtor

Date   October 6, 2020
MM / DD / YYYY

**John E. Mitchell**
Printed name

**Katten Muchin Rosenman LLP**
Firm name

**2121 N. Pearl Street**
**Suite 1100**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone   214-765-3600   Email address   john.mitchell@katten.com

00797095 TX
Bar number and State

**SCHEDULE 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On September 14, 2020, certain of the creditors of Examination Management Services, Inc. filed an involuntary petition against Debtor, Examination Management Services, Inc., under chapter 7 of title 11 of the United States Code (the "Involuntary Case"). The Involuntary Case is pending before the United States Bankruptcy Court for the Northern District of Texas at Case No. 20-32367-SGJ-7. No summons or answer has been filed in the Involuntary Case.

On the date hereof, each of the entities listed below, including the Debtor in this chapter 7 case (collectively, the "Debtors") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Texas.

1. EMSI Holdco, Inc.
2. EMSI Acquisition, Inc.
3. EMSI Holding Company
4. Examination Management Services, Inc.

**Examination Management Services, Inc.**

**Omnibus Written Consent of the Sole Stockholder**

**Effective as of October 6, 2020**

The undersigned (the "Stockholder"), being the sole stockholder of Examination Management Services, Inc. (the "Company"), a Nevada corporation, acting pursuant to the laws of the State of Nevada, does hereby consent in writing to the adoption of the following resolutions in lieu of a meeting of the stockholders of the Company.

**WHEREAS**, the Stockholder has considered the financial and operational conditions of the Company's business;

**WHEREAS**, the Stockholder has determined to its reasonable satisfaction that the revenues and the value of the Company's remaining assets are insufficient to satisfy the liabilities of the Company;

**RESOLVED, THEREFORE**, that in the business judgment of the Stockholder after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors that it is in the best interests of this Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is

**FURTHER RESOLVED**, that the Directors of the Company be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain such relief; and it is

**FURTHER RESOLVED**, that the Directors of the Company be, and they hereby are, authorized and directed to employ the law firm of Pachulski, Stang, Ziehl & Jones LLP as general bankruptcy counsel to the Company and Katten Muchin Rosenman LLP as Texas bankruptcy counsel to represent and assist the Company in filing under Chapter 7 of the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that any of the Directors of the Company are authorized, empowered and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all actions taken by the Directors of the Company prior to the date hereof in connection with the liquidation of the Company or any matters related thereto, or by virtue of these resolutions, are hereby in all aspects ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent on the date indicated above.

**EMSI Holding Company**

M. Troy Phillips
Director

John E. Mitchell (Texas Bar No. 00797095)
Yelena E. Archiyan, (Texas Bar No. 24119035)
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (214) 765-3600
Email: john.mitchell@katten.com
Email: yelena.archiyan@katten.com

Laura Davis Jones, Esq. (DE Bar No. 2436)
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com

*Counsel for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| EXAMINATION MANAGEMENT SERVICES, INC.,[1] | § § § § | Case No. 20-_____- |
| Debtor. | § § | |

## LIST OF EQUITY SECURITY HOLDERS

| Name | Address | Percentage of Equity |
|---|---|---|
| EMSI Holding Company | 3050 Regent Blvd. Suite 400 Irving, TX 75063 | 100% |

---

[1] The Debtor's last four digits of its taxpayer identification number are (4139). The headquarters and service address for the above-captioned Debtor is 3050 Regent Blvd., Suite 400, Irving, TX 75063.

John E. Mitchell (Texas Bar No. 00797095)
Yelena E. Archiyan, (Texas Bar No. 24119035)
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone:  (214) 765-3600
Email:  john.mitchell@katten.com
Email: yelena.archiyan@katten.com

Laura Davis Jones, Esq. (DE Bar No. 2436)
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:   ljones@pszjlaw.com

*Counsel for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| EXAMINATION MANAGEMENT | § | Case No. 20-_____ |
| SERVICES, INC.,[1] | § | |
| | § | |
| Debtor. | § | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interest:

| Name | Address | Percentage of Equity |
|---|---|---|
| EMSI Holding Company | 3050 Regent Blvd. Suite 400 Irving, TX 75063 | 100% of Examination Management Services, Inc. |

---

[1] The Debtor's last four digits of its taxpayer identification number are (4139).  The headquarters and service address for the above-captioned Debtor is 3050 Regent Blvd., Suite 400, Irving, TX 75063.

John E. Mitchell (Texas Bar No. 00797095)
Yelena E. Archiyan, (Texas Bar No. 24119035)
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone:  (214) 765-3600
Email:  john.mitchell@katten.com
Email: yelena.archiyan@katten.com

Laura Davis Jones, Esq. (DE Bar No. 2436)
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:  ljones@pszjlaw.com

*Counsel for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| EXAMINATION MANAGEMENT SERVICES, INC.,[1] | § § § § | Case No. 20-_____ |
| Debtor. | § § | |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas, the above-captioned debtor and its affiliated debtors in possession (collectively, the "Debtors") hereby certify that the *Creditor Matrix* submitted contemporaneously herewith contains the names and addresses of the Debtors' creditors.  To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with Debtors' books and records.

---

[1] The Debtor's last four digits of its taxpayer identification number are (4139).  The headquarters and service address for the above-captioned Debtor is 3050 Regent Blvd., Suite 400, Irving, TX 75063.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date.  However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed.  Therefore, the listing does not, and should not, be deemed to constitute:  (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

**Fill in this information to identify the case:**

Debtor name    **Examination Management Services, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
■  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
■  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
■  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
■  Schedule H: Codebtors (Official Form 206H)
■  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐  Amended Schedule
☐  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■  Other document that requires a declaration    **List of Equity Security Holders; Corporate Ownership Statement; Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/6/2020    X _____
                            Signature of individual signing on behalf of debtor

                            **M. Troy Phillips**
                            Printed name

                            **Director**
                            Position or relationship to debtor

Official Form 202                        Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Examination Management Services, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*................................................................................    $    **172,013.26**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.............................................................................    $    **19,411,209.73**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*...............................................................................    $    **19,583,222.99**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $    **20,000,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **4,385,707.34**

4.   Total liabilities .............................................................................................
     Lines 2 + 3a + 3b      $    **24,385,707.34**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Examination Management Services, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BMO Harris Bank** | **Checking** | **1235** | Unknown |
| 3.2. | **Wells Fargo** | **Checking** | **4451** | Unknown |
| 3.3. | **Wells Fargo** | **Checking** | **4485** | Unknown |
| 3.4. | **Wells Fargo** | **Checking** | **4477** | Unknown |
| 3.5. | **Wells Fargo** | **Checking** | **9242** | Unknown |
| 3.6. | **Wells Fargo** | **Checking** | **9316** | Unknown |
| 3.7. | **Wells Fargo** | **Checking** | **8491** | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Examination Management Services, Inc.**      Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 3.8. | **Wells Fargo** | **Checking** | **9261** | **Unknown** |
| 3.9. | **Wells Fargo** | **Checking** | **9276** | **Unknown** |
| 3.10. | **Wells Fargo** | **Checking** | **4469** | **Unknown** |
| 3.11. | **Wells Fargo** | **Checking** | **4493** | **Unknown** |
| 3.12. | **Wells Fargo** | **CD** | **N/A** | **$600,281.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                              **$600,281.00**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **AMLI at Escena -Security Deposit** | **$1,327.00** |
| 7.2. | **BHS, LLC - Security Deposit** | **$3,200.00** |
| 7.3. | **Don Floberg dba Broadwater Square - Security Deposit** | **$1,232.00** |
| 7.4. | **Guardian Properties of College Ave., LLC - Security Deposit** | **$1,300.00** |
| 7.5. | **RVC Associates, LP - Security Deposit** | **$4,000.00** |
| 7.6. | **St. John Properties - Security Deposit** | **$1,451.75** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor **Examination Management Services, Inc.**        Case number *(If known)* _____
       <sub>Name</sub>

| | | |
|---|---|---:|
| 7.7. | **Pajama Properties - Security Deposit** | **$3,401.53** |
| 7.8. | **Bay West Tampa Investors** | **$2,215.97** |
| 7.9. | **Brookmat Corporation - Security Deposit** | **$3,940.00** |
| 7.10. | **Davenport / Lucas Living Trust - Security Deposit** | **$2,146.00** |
| 7.11. | **Hudson Ventures, LP - Security Deposit** | **$3,066.00** |
| 7.12. | **GIJV OH LLC (Rreef American) Kemper Fairfield - Security Deposit** | **$2,453.10** |
| 7.13. | **Causeway Partners, LLC - Security Deposit** | **$1,819.43** |
| 7.14. | **Brass Centerview Holding - Security Deposit** | **$2,114.91** |
| 7.15. | **Norman & Nowain LLC - Security Deposit** | **$4,906.20** |
| 7.16. | **Lakeside Center, LLC - Security Deposit** | **$2,115.95** |
| 7.17. | **11717 LLC - Security Deposit** | **$9,000.00** |
| 7.18. | **Heritage Place/ Advanced Reality Deposit - Security Deposit** | **$3,739.58** |
| 7.19. | **Franz Family Properties - Security Deposit** | **$5,000.00** |
| 7.20. | **PS Business Park - Security Deposit** | **$44,773.44** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Examination Management Services, Inc.**      Case number *(If known)* _____
        Name

| | | |
|---|---|---|
| 7.21. | **Glen Eagles Country Club - Club Deposit** | **$31,500.00** |
| 7.22. | **Tokio Marine HCC Surety Group - Collateral Security for Airports** | **$100,000.00** |
| 7.23. | **Taxconnex - Initial Refundable Deposit** | **$1,000.00** |
| 7.24. | **Clark County - Security Deposit** | **$5,000.00** |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Insurance** | **$368,672.37** |
| 8.2. | **Prepaid postage** | **$18,439.75** |
| 8.3. | **Other prepayments (maintenance agreements, prepaid confrence attendance)** | **$834,565.26** |

9.   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| **$1,462,380.24** |
|---|

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:   **11,635,609.23**  -  **139,013.00** =....   **$11,496,596.23**
                 face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   **544,285.24**  -  **31,644.00** =....   **$512,641.24**
                 face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| **$12,009,237.47** |
|---|

**Part 4:**   **Investments**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor **Examination Management Services, Inc.**
Name

Case number *(If known)* _____

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Medical testing supplies** | | $96,711.00 | | $96,711.00 |
| 22. | **Other inventory or supplies** **Medical testing supplies** | | $219,364.00 | | $219,364.00 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| $316,075.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor __**Examination Management Services, Inc.**__ Case number *(If known)* _____
        Name

| | | |
|---|---|---|
| **Furniture & Fixtures - See Attachment B.39 for details** | **$17,708.16** | **$17,708.16** |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

| | | |
|---|---|---|
| **Medical Equipment - See Attachment B.41 for details** | **$61,207.17** | **$61,207.17** |
| **Office Equipment - See Attachment B.41 for details** | **$44,807.60** | **$44,807.60** |
| **Computer Equipment - See Attachment B.41 for details** | **$1,020,778.54** | **$1,020,778.54** |
| **Computer Software - See Attachment B.41 for details** | **$3,876,037.97** | **$3,876,037.97** |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**
      Add lines 39 through 42. Copy the total to line 86.                       **$5,020,539.44**

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Auto** | **$2,129.51** | | **$2,129.51** |
| 47.2.   **Alcohol Testing Equipment** | **$567.07** | | **$567.07** |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Debtor | **Examination Management Services, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$2,696.58

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leashold imporvements** | | $172,013.26 | | $172,013.26 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$172,013.26

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Examination Management Services, Inc.**                    Case number *(If known)* _____
          _____
          Name

| | | |
|---|---|---|
| **Trademarks** | **$2,152,417.83** | **Unknown** |

61. **Internet domain names and websites**
    **Internet domain names - See Attachment B.61**
    **for details**                    **Unknown**                    **Unknown**

62. **Licenses, franchises, and royalties**
    **Hewlett Packard licenses**       **$137,422.19**                **Unknown**

    **Velo Cloud licenses**            **$71,108.19**                 **Unknown**

63. **Customer lists, mailing lists, or other compilations**
    **Customer network and relationship**   **$606,204.86**           **Unknown**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                            **$0.00**
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **Examination Management Services, Inc.**        Case number *(If known)* _____
      Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $600,281.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,462,380.24 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $12,009,237.47 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $316,075.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,020,539.44 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,696.58 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................................> | | $172,013.26 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $19,411,209.73 | + 91b. $172,013.26 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $19,583,222.99 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Examination Management Services, Inc.  **5/31/2020**
Attachment B.39
Furniture & Fixtures

| Asset Description | Date Placed in Service | Useful Life in Months | GL Account | Cost Basis | Monthly Depreciation | Months Depreciated | Fully Depreciated? (Y/N) | Monthly Depreciation Expense | Accum Depr | NBV | D | DISPOSAL COST | ACCUM DEPR | NBV After Disposals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOARD RM FURNITURE-10005892 | 11/03/2015 | 24 | 15010 | 1,428.63 | 59.53 | 24 | Y | - | 1,428.63 | 0.00 | | | | 0.00 |
| SALES/MARKETING EXHIBITS-10006650 | 11/03/2015 | 24 | 15010 | 4,706.06 | 196.09 | 24 | Y | - | 4,706.06 | 0.00 | | | | 0.00 |
| WORKSTATIONS-10010513 | 11/03/2015 | 24 | 15010 | 4,966.58 | 206.94 | 24 | Y | - | 4,966.58 | 0.00 | | | | 0.00 |
| WORKSTATIONS-10010745 | 11/03/2015 | 24 | 15010 | 4,966.58 | 206.94 | 24 | Y | - | 4,966.58 | 0.00 | | | | 0.00 |
| FURN & FIX - GREENSBORO-10013036 | 11/03/2015 | 24 | 15010 | 1,857.21 | 77.38 | 24 | Y | - | 1,857.21 | 0.00 | | | | 0.00 |
| FURN & FIX - DALLAS-10014005 | 11/03/2015 | 24 | 15010 | 4,697.66 | 195.74 | 24 | Y | - | 4,697.66 | 0.00 | D | 4,697.66 | 4,697.66 | 0.00 |
| PEDESTAL CREDENZA-10014408 | 11/03/2015 | 24 | 15010 | 1,294.17 | 53.92 | 24 | Y | - | 1,294.17 | 0.00 | | | | 0.00 |
| BOARDROOM FURNITURE-10014410 | 11/03/2015 | 24 | 15010 | 2,554.72 | 106.45 | 24 | Y | - | 2,554.72 | 0.00 | | | | 0.00 |
| PEDESTAL CREDENZA-10014427 | 11/03/2015 | 24 | 15010 | 1,184.92 | 49.37 | 24 | Y | - | 1,184.92 | 0.00 | | | | 0.00 |
| WILSON FURNITURE SUITE 100-10014429 | 11/03/2015 | 24 | 15010 | 17,815.81 | 742.33 | 24 | Y | - | 17,815.81 | 0.00 | | | | 0.00 |
| TRADESHOW BOOTH UPGRADES-10014566 | 11/03/2015 | 24 | 15010 | 6,143.09 | 255.96 | 24 | Y | - | 6,143.09 | 0.00 | D | 6,143.09 | 6,143.09 | 0.00 |
| TRADESHOW PANELS-10015705 | 11/03/2015 | 24 | 15010 | 8,218.80 | 342.45 | 24 | Y | - | 8,218.80 | 0.00 | D | 8,218.80 | 8,218.80 | 0.00 |
| FURN & FIX - FT LAUDERDALE-10016687 | 11/03/2015 | 24 | 15010 | 1,781.58 | 74.23 | 24 | Y | - | 1,781.58 | 0.00 | D | 1,781.58 | 1,781.58 | 0.00 |
| NEW VOICE/DATA CABLING & INSTALLATION-10017922 | 11/03/2015 | 24 | 15010 | 2,092.52 | 87.19 | 24 | Y | - | 2,092.52 | 0.00 | | | | 0.00 |
| PHONE & NETWORK CABLING-10018085 | 11/03/2015 | 24 | 15010 | 4,613.62 | 192.23 | 24 | Y | - | 4,613.62 | 0.00 | | | | 0.00 |
| JAX CUBICLE BUILDOUT-10018911 | 11/03/2015 | 24 | 15010 | 28,572.52 | 1,190.52 | 24 | Y | - | 28,572.52 | 0.00 | | | | (0.00) |
| TRADE SHOW BOOTH-10019227 | 11/03/2015 | 24 | 15010 | 16,555.25 | 689.80 | 24 | Y | - | 16,555.25 | 0.00 | D | 16,555.25 | 16,555.25 | 0.00 |
| ARTWORK FOR EXEC OFFICES-10014785 | 11/03/2015 | 24 | 15010 | 2,252.19 | 93.84 | 24 | Y | - | 2,252.19 | 0.00 | | | | 0.00 |
| IMAGING WORK BENCH IRVING WDS ENVIRONMENT-10019512 | 02/29/2016 | 24 | 15010 | 1,016.82 | 42.37 | 24 | Y | - | 1,016.82 | 0.00 | | | | 0.00 |
| SUITE 200 OFFICE SETUP - DESK, BOOKSHELF, FILE-10026949 | 05/02/2016 | 24 | 15010 | 1,295.88 | 54.00 | 24 | Y | - | 1,295.88 | 0.00 | | | | 0.00 |
| JACKSONVILLE TRAINING ROOM FURNITURE-10026958 | 05/27/2016 | 24 | 15010 | 2,313.14 | 96.38 | 24 | Y | - | 2,313.14 | 0.00 | | | | 0.00 |
| JACKSONVILLE TRAINING RM TABLE-10026963 | 06/03/2016 | 24 | 15010 | 2,313.14 | 96.38 | 24 | Y | - | 2,313.14 | 0.00 | | | | 0.00 |
| RIGHT TO KNOW BOARDS-10026991 | 07/31/2016 | 24 | 15010 | 3,659.72 | 152.49 | 24 | Y | - | 3,659.72 | 0.00 | | | | 0.00 |
| 20 CHAIRS STE 200-10027007 | 09/15/2016 | 24 | 15010 | 4,977.69 | 207.40 | 24 | Y | - | 4,977.69 | 0.00 | | | | 0.00 |
| Payroll Dept Furniture-10043025 | 06/30/2017 | 84 | 15010 | 2,041.42 | 24.30 | 35 | N | 24.30 | 850.59 | 1,190.83 | | | | 1,190.83 |
| ITP-FY18-0238 Facilities-10045039 | 07/31/2017 | 84 | 15010 | 2,050.93 | 24.42 | 34 | N | 24.42 | 830.14 | 1,220.79 | | | | 1,220.79 |
| Lobby Chairs | 01/03/2018 | 84 | 15010 | 1,541.44 | 18.35 | 29 | N | 18.35 | 532.16 | 1,009.28 | | | | 1,009.28 |
| Office Chairs | 01/15/2018 | 84 | 15010 | 2,394.00 | 28.50 | 29 | N | 28.50 | 826.50 | 1,567.50 | | | | 1,567.50 |
| Luna Road Furniture | 02/28/2018 | 84 | 15010 | 9,839.40 | 117.14 | 27 | N | 117.14 | 3,162.66 | 6,676.74 | | | | 6,676.74 |
| 15 Chairs for Jacksonville | 03/05/2018 | 84 | 15010 | 3,855.34 | 45.90 | 27 | N | 45.90 | 1,239.22 | 2,616.12 | | | | 2,616.12 |
| 2-EMSI CHAIR QUOTE BROOKLYN CENTER,MN | 03/31/2020 | 84 | 15010 | 3,510.49 | 41.79 | 2 | N | 41.79 | 83.58 | 3,426.91 | | | | 3,426.91 |
| **15010 TOTAL - FURNITURE & FIXTURES** | | | | **156,511.32** | | | | **300.39** | **138,803.16** | **17,708.16** | **T** | **37,396.38** | **37,396.38** | **17,708.16** |

Examination Management Services, Inc.  **5/31/2020**
Attachment B.41
Office Equipment, Medical Equipment, Computer Equipment and Software

| Asset Description | Date Placed in Service | Useful Life in Months | GL Account | Cost Basis | Monthly Depreciation | Months Depreciated | Fully Depreciated? (Y/N) | Monthly Depreciation Expense | Accum Depr | NBV | D. | DISPOSAL COST | ACCUM DEPR | NBV After Disposals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIFESPIN CENTRIFUGE (6) - MEMPHIS BRANCH-10019364 | 12/02/2015 | 60 | 15020 | 754.20 | 12.57 | 54 | N | 12.57 | 678.78 | 75.42 | | | | 75.42 |
| CMS 80A HH ECG, LIFESPIN CENTRIFUGE - COLTON BRANCH-10019366 | 12/02/2015 | 60 | 15020 | 548.89 | 9.15 | 54 | N | 9.15 | 494.00 | 54.89 | | | | 54.89 |
| CMS 80A HH ECG, LIFESPIN CENTRIFUGE (2) - SAN DIEGO-10019367 | 12/02/2015 | 60 | 15020 | 713.63 | 11.89 | 54 | N | 11.89 | 642.27 | 71.36 | | | | 71.36 |
| CMS 80A HH ECG (2) - SEATTLE BRANCH-10019368 | 12/02/2015 | 60 | 15020 | 682.24 | 11.37 | 54 | N | 11.37 | 614.02 | 68.22 | | | | 68.22 |
| CMS80 HH ECG (2), LIFESPIN CENTRIFUGE (2) - HOUSTON-10019369 | 12/02/2015 | 60 | 15020 | 974.70 | 16.25 | 54 | N | 16.25 | 877.23 | 97.47 | | | | 97.47 |
| CMS 80A HH ECG (2) - BALTIMORE BRANCH-10019370 | 12/02/2015 | 60 | 15020 | 674.54 | 11.24 | 54 | N | 11.24 | 607.09 | 67.45 | | | | 67.45 |
| CMS 80A HH ECG, LIFESPIN CENTRIFUGE (2) -10019371 | 12/02/2015 | 60 | 15020 | 644.59 | 10.74 | 54 | N | 10.74 | 580.13 | 64.46 | | | | 64.46 |
| LIFESPIN CENTRIFUGE (6) - CINCINNATI BRANCH-10019365 | 12/05/2015 | 60 | 15020 | 753.20 | 12.55 | 54 | N | 12.55 | 677.88 | 75.32 | | | | 75.32 |
| LIFESPIN CENTRIFUGE (2) - MEMPHIS-10019432 | 01/06/2016 | 60 | 15020 | 300.69 | 5.01 | 53 | N | 5.01 | 265.61 | 35.08 | | | | 35.08 |
| LIFESPIN CENTRIFUGE (2) - COLTON-10019433 | 01/06/2016 | 60 | 15020 | 336.56 | 5.61 | 53 | N | 5.61 | 297.29 | 39.27 | | | | 39.27 |
| CMS80A HH ECG (2) - OKLAHOMA CITY-10019434 | 01/06/2016 | 60 | 15020 | 734.20 | 12.24 | 53 | N | 12.24 | 648.54 | 85.66 | | | | 85.66 |
| CMS 80A HH ECG (2) & LIFESPIN CENTRIFUGE (3)--10019435 | 01/06/2016 | 60 | 15020 | 1,259.72 | 21.00 | 53 | N | 21.00 | 1,112.75 | 146.97 | | | | 146.97 |
| CMS 80A HAND HELD ECG - MEMPHIS-10019444 | 02/08/2016 | 60 | 15020 | 345.76 | 5.76 | 52 | N | 5.76 | 299.66 | 46.10 | | | | 46.10 |
| CMS 80A HAND HELD ECG (2) - INDIANAPOLIS-10019445 | 02/08/2016 | 60 | 15020 | 675.31 | 11.26 | 52 | N | 11.26 | 585.27 | 90.04 | | | | 90.04 |
| CMS 80A HAND HELD ECG (2) - OKLAHOMA CITY-10019446 | 02/08/2016 | 60 | 15020 | 746.21 | 12.44 | 52 | N | 12.44 | 646.72 | 99.49 | | | | 99.49 |
| CMS 80A HAND HELD ECG (2) - SAN ANTONIO-10019447 | 02/08/2016 | 60 | 15020 | 675.31 | 11.26 | 52 | N | 11.26 | 585.27 | 90.04 | | | | 90.04 |
| CMS 80A HAND HELD ECG (2), LIFESPIN CENTRIFUGE (2)-10019448 | 02/08/2016 | 60 | 15020 | 979.86 | 16.33 | 52 | N | 16.33 | 849.21 | 130.65 | | | | 130.65 |
| CMS 80A HAND HELD ECG (4), LIFESPIN CENTRIFUGE (4)-10019449 | 02/08/2016 | 60 | 15020 | 1,266.73 | 21.11 | 52 | N | 21.11 | 1,097.83 | 168.90 | | | | 168.90 |
| 4 CMS 80A HAND HELD ECG (3), LIFESPIN CENTRIFUGE-10019450 | 02/08/2016 | 60 | 15020 | 1,638.76 | 27.31 | 52 | N | 27.31 | 1,420.26 | 218.50 | | | | 218.50 |
| CMS 80A HAND HELD ECG (2) - GLENBURNIE-10019451 | 02/08/2016 | 60 | 15020 | 675.31 | 11.26 | 52 | N | 11.26 | 585.27 | 90.04 | | | | 90.04 |
| CMS 80A HAND HELD ECG (2), LIFESPIN CENTRIFUGE (2)-10019452 | 02/08/2016 | 60 | 15020 | 969.22 | 16.15 | 52 | N | 16.15 | 839.99 | 129.23 | | | | 129.23 |
| CMS 80A HAND HELD ECG (4), LIFESPIN CENTRIFUGE (4)-10019453 | 02/08/2016 | 60 | 15020 | 2,230.77 | 37.18 | 52 | N | 37.18 | 1,933.33 | 297.44 | | | | 297.44 |
| CMS 80A HAND HELD ECG (2), LIFESPIN CENTRIFUGE (4)-10019454 | 02/08/2016 | 60 | 15020 | 1,348.08 | 22.47 | 52 | N | 22.47 | 1,168.34 | 179.74 | | | | 179.74 |
| CMS 80A HAND HELD ECG (3) - PITTSBURGH-10019455 | 02/08/2016 | 60 | 15020 | 1,092.01 | 18.20 | 52 | N | 18.20 | 946.41 | 145.60 | | | | 145.60 |
| CMS 80A HAND HELD ECG (2) - COLTON-10019464 | 02/08/2016 | 60 | 15020 | 736.46 | 12.27 | 52 | N | 12.27 | 638.27 | 98.19 | | | | 98.19 |
| CMS 80A HAND HELD ECG (2) - SAN ANTONIO 199-10019509 | 02/11/2016 | 60 | 15020 | 675.31 | 11.26 | 52 | N | 11.26 | 585.27 | 90.04 | | | | 90.04 |
| LIFESPIN 6D CENTRIFUGE (3) - WEST DES MOINES 144-10019508 | 02/23/2016 | 60 | 15020 | 154.55 | 2.58 | 51 | N | 2.58 | 131.37 | 23.18 | | | | 23.18 |
| LIFESPIN 6D CENTRIFUGE (3) - OKC 252-10019510 | 02/25/2016 | 60 | 15020 | 496.91 | 8.28 | 51 | N | 8.28 | 422.37 | 74.54 | | | | 74.54 |
| CMS 80A HH ECG (5) - Oakland-10026939 | 05/10/2016 | 60 | 15020 | 1,825.53 | 30.43 | 49 | N | 30.43 | 1,490.85 | 334.68 | | | | 334.68 |
| CMS 80 HH ECG (3) - OAKLAND 762-10026951 | 05/10/2016 | 60 | 15020 | 1,095.32 | 18.26 | 49 | N | 18.26 | 894.51 | 200.81 | | | | 200.81 |
| CMS 80 HH ECG (2) - BALTIMORE 779-10026950 | 05/11/2016 | 60 | 15020 | 675.24 | 11.25 | 49 | N | 11.25 | 551.45 | 123.79 | | | | 123.79 |
| CMS80A HH ECG - HOUSTON-4-10026952 | 05/11/2016 | 60 | 15020 | 345.01 | 5.75 | 49 | N | 5.75 | 281.76 | 63.25 | | | | 63.25 |
| CMS 80A HH ECG (2)-10026953 | 05/11/2016 | 60 | 15020 | 715.75 | 11.93 | 49 | N | 11.93 | 584.53 | 131.22 | | | | 131.22 |
| CMS80 HH ECG - TAMPA-10026954 | 05/11/2016 | 60 | 15020 | 342.28 | 5.70 | 49 | N | 5.70 | 279.53 | 62.75 | | | | 62.75 |
| CMS 80A HH ECG (2)- OK CITY 252-10026955 | 05/11/2016 | 60 | 15020 | 734.08 | 12.23 | 49 | N | 12.23 | 599.50 | 134.58 | | | | 134.58 |
| CMS 80A HAND HELD ECG-10026966 | 05/26/2016 | 60 | 15020 | 677.32 | 11.29 | 48 | N | 11.29 | 541.86 | 135.46 | | | | 135.46 |
| CMS 80A HAND HELD ECG-10026967 | 05/26/2016 | 60 | 15020 | 677.32 | 11.29 | 48 | N | 11.29 | 541.86 | 135.46 | | | | 135.46 |
| CMS 80A HAND HELD ECG-10026968 | 05/26/2016 | 60 | 15020 | 832.72 | 13.88 | 48 | N | 13.88 | 666.18 | 166.54 | | | | 166.54 |
| HAND HELD ECG AND CENTRIFUGE-10026975 | 05/26/2016 | 60 | 15020 | 977.41 | 16.29 | 48 | N | 16.29 | 781.93 | 195.48 | | | | 195.48 |
| LIFESPIN 6D CENTRIFUGE (5) - OAKLAND-10026940 | 05/31/2016 | 60 | 15020 | 857.29 | 14.29 | 48 | N | 14.29 | 685.83 | 171.46 | | | | 171.46 |
| LIFESPIN 6D CENTRIFUGE - DALLAS-10026971 | 06/03/2016 | 60 | 15020 | 1,462.59 | 24.38 | 48 | N | 24.38 | 1,170.07 | 292.52 | | | | 292.52 |
| HAND HELD ECG - GARDENA-10026969 | 06/08/2016 | 60 | 15020 | 1,292.99 | 21.55 | 48 | N | 21.55 | 1,034.39 | 258.60 | | | | 258.60 |
| CMS 80A HAND HELE ECG-10026970 | 06/09/2016 | 60 | 15020 | 720.85 | 12.01 | 48 | N | 12.01 | 576.68 | 144.17 | | | | 144.17 |
| LIFESPIN 6D CENTRIFUGE-10026964 | 06/13/2016 | 60 | 15020 | 495.44 | 8.26 | 48 | N | 8.26 | 396.35 | 99.09 | | | | 99.09 |
| LIFESPIN 6D CENTRIFUGE - TAMPA-10026972 | 06/23/2016 | 60 | 15020 | 1,195.23 | 19.92 | 47 | N | 19.92 | 936.26 | 258.97 | | | | 258.97 |
| LIFESPIN 6D CENTRIFUGE - GREENSBORO-10026973 | 06/23/2016 | 60 | 15020 | 966.55 | 16.11 | 47 | N | 16.11 | 757.13 | 209.42 | | | | 209.42 |
| LIFESPIN CENTRIFUGE - JACKSONVILLE-10026974 | 06/23/2016 | 60 | 15020 | 1,565.39 | 26.09 | 47 | N | 26.09 | 1,226.22 | 339.17 | | | | 339.17 |
| LIFESPIN 6D CENTRIFUGE - OAKLAND-10026976 | 06/23/2016 | 60 | 15020 | 1,096.96 | 18.28 | 47 | N | 18.28 | 859.29 | 237.67 | | | | 237.67 |
| HANDHELD ECG - 5 - COLUMBIA SC-10026995 | 08/15/2016 | 60 | 15020 | 1,690.95 | 28.18 | 46 | N | 28.18 | 1,296.40 | 394.56 | | | | 394.56 |
| LIFESPIN 6D CENTRIFUGE - 5-10027012 | 10/18/2016 | 60 | 15020 | 765.80 | 12.76 | 43 | N | 12.76 | 548.82 | 216.98 | | | | 216.98 |
| HANDHELD ECG (3)-10027014 | 10/26/2016 | 60 | 15020 | 1,011.99 | 16.87 | 43 | N | 16.87 | 725.26 | 286.73 | | | | 286.73 |
| CMS HANDHELD ECG (2)-10027039 | 11/30/2016 | 60 | 15020 | 677.91 | 11.30 | 42 | N | 11.30 | 474.54 | 203.37 | | | | 203.37 |
| LIFESPIN CENTRIFUGE (6)-10027040 | 11/30/2016 | 60 | 15020 | 1,934.51 | 32.24 | 42 | N | 32.24 | 1,354.16 | 580.35 | | | | 580.35 |
| HAND HELD ECG (3)-10028027 | 12/28/2016 | 60 | 15020 | 1,462.31 | 24.37 | 41 | N | 24.37 | 999.25 | 463.06 | | | | 463.06 |
| HAND HELD ECG - 4-10028032 | 12/31/2016 | 60 | 15020 | 1,641.78 | 27.36 | 41 | N | 27.36 | 1,121.88 | 519.90 | | | | 519.90 |
| HAND HELD EGG (2)-10029030 | 01/27/2017 | 60 | 15020 | 672.14 | 11.20 | 40 | N | 11.20 | 448.09 | 224.05 | | | | 224.05 |
| 4 CENTRIFUGES-10031028 | 02/16/2017 | 60 | 15020 | 605.42 | 10.09 | 39 | N | 10.09 | 393.52 | 211.90 | | | | 211.90 |
| 2 HAND HELD EGG-10031029 | 02/16/2017 | 60 | 15020 | 666.93 | 11.12 | 39 | N | 11.12 | 433.50 | 233.43 | | | | 233.43 |
| INTOXIMETERS / EBTS-10034026 | 03/22/2017 | 60 | 15020 | 1,789.56 | 29.83 | 38 | N | 29.83 | 1,133.39 | 656.17 | | | | 656.17 |
| 3 CENTRIFUGES/ 1 HAND HELD ECG-10034027 | 03/22/2017 | 60 | 15020 | 891.55 | 14.86 | 38 | N | 14.86 | 564.65 | 326.90 | | | | 326.90 |
| 2 HAND HELD ECG-10034028 | 03/22/2017 | 60 | 15020 | 674.15 | 11.24 | 38 | N | 11.24 | 426.96 | 247.19 | | | | 247.19 |
| 5 CENTRIFUGES & 4 HAND HELD ECG-10035026 | 03/29/2017 | 60 | 15020 | 2,735.86 | 45.60 | 38 | N | 45.60 | 1,732.71 | 1,003.15 | | | | 1,003.15 |
| 5 CENTRIFUGES-10035027 | 03/29/2017 | 60 | 15020 | 761.06 | 12.68 | 38 | N | 12.68 | 482.00 | 279.06 | | | | 279.06 |
| 2 CENTRIFUGES & 3 HAND HELD ECG | 04/30/2017 | 60 | 15020 | 1,324.58 | 22.08 | 37 | N | 22.08 | 816.82 | 507.76 | | | | 507.76 |
| 2 BOND DENSITY SCANNERS | 05/31/2017 | 60 | 15020 | 16,150.00 | 269.17 | 36 | N | 269.17 | 9,690.00 | 6,460.00 | | | | 6,460.00 |
| EBT Machine with docking station | 06/30/2017 | 60 | 15020 | 1,778.35 | 29.64 | 35 | N | 29.64 | 1,037.37 | 740.98 | | | | 740.98 |
| EBT Machine with docking station | 08/30/2017 | 60 | 15020 | 1,778.35 | 29.64 | 33 | N | 29.64 | 978.09 | 800.26 | | | | 800.26 |
| 2 0078-Greensboro | 08/30/2017 | 60 | 15020 | 495.99 | 8.27 | 33 | N | 8.27 | 272.79 | 223.20 | | | | 223.20 |
| 2 0078-Greensboro | 08/30/2017 | 60 | 15020 | 495.99 | 8.27 | 33 | N | 8.27 | 272.79 | 223.20 | | | | 223.20 |
| 2 0078-Greensboro | 09/27/2017 | 60 | 15020 | 495.98 | 8.27 | 32 | N | 8.27 | 264.52 | 231.46 | | | | 231.46 |
| Billings Branch 774 Medical Equipment | 09/26/2017 | 60 | 15020 | 4,986.00 | 83.10 | 32 | N | 83.10 | 2,659.20 | 2,326.80 | | | | 2,326.80 |
| Equipment Intoximeters | 09/27/2017 | 60 | 15020 | 1,805.37 | 30.09 | 32 | N | 30.09 | 962.86 | 842.51 | | | | 842.51 |

| Asset Description | Date Placed in Service | Useful Life in Months | GL Account | Cost Basis | Monthly Depreciation | Months Depreciated | Fully Depreciated? (Y/N) | Monthly Depreciation Expense | Accum Depr | NBV | D. | DISPOSAL COST | ACCUM DEPR | NBV After Disposal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tampa 0355 - Medical Equipment | 09/27/2017 | 60 | 15020 | 3,556.68 | 59.28 | 32 | N | 59.28 | 1,896.90 | 1,659.78 | | | | 1,659.78 |
| Seattle Branch 014 Medical Equipment | 09/27/2017 | 60 | 15020 | 3,513.42 | 58.56 | 32 | N | 58.56 | 1,873.82 | 1,639.60 | | | | 1,639.60 |
| 2- SO-0106070 | 01/11/2018 | 60 | 15020 | 1,790.82 | 29.85 | 29 | N | 29.85 | 865.56 | 925.26 | | | | 925.26 |
| MEDICAL EQUIPMENT | 01/30/2018 | 60 | 15020 | 1,805.34 | 30.09 | 28 | N | 30.09 | 842.49 | 962.85 | | | | 962.85 |
| MEDICAL DEVICES | 01/11/2018 | 60 | 15020 | 1,840.70 | 30.68 | 29 | N | 30.68 | 889.67 | 951.03 | | | | 951.03 |
| MEDICAL EQUIPMENT | 01/12/2018 | 60 | 15020 | 5,484.60 | 91.41 | 29 | N | 91.41 | 2,650.89 | 2,833.71 | | | | 2,833.71 |
| MEDICAL EQUIPMENT | 03/14/2018 | 60 | 15020 | 9,078.68 | 151.31 | 27 | N | 151.31 | 4,085.41 | 4,993.27 | | | | 4,993.27 |
| Intoximeters Branch 774 | 03/04/2018 | 60 | 15020 | 3,324.00 | 55.40 | 27 | N | 55.40 | 1,495.80 | 1,828.20 | | | | 1,828.20 |
| Intoximeters Branch 14 Seattle | 03/14/2018 | 60 | 15020 | 5,484.62 | 91.41 | 27 | N | 91.41 | 2,468.08 | 3,016.54 | | | | 3,016.54 |
| PORTLAND 10-MAY-18 | 05/10/2018 | 60 | 15020 | 3,603.23 | 60.05 | 25 | N | 60.05 | 1,501.35 | 2,101.88 | | | | 2,101.88 |
| ITP-FY19-004-1 BRANCH MEDICAL DEVICES | 02/28/2019 | 60 | 15020 | 5,270.00 | 87.83 | 15 | N | 87.83 | 1,317.50 | 3,952.50 | | | | 3,952.50 |
| ITP-FY19-0004-2 BRANCH MEDICAL DEVICES | 02/28/2019 | 60 | 15020 | 2,332.53 | 38.88 | 15 | N | 38.88 | 583.13 | 1,749.40 | | | | 1,749.40 |
| ITP-FY19-0004-1 Branch Medical Devices - Seattle, WA - Branch 14 | 03/31/2019 | 60 | 15020 | 5,270.11 | 87.84 | 14 | N | 87.84 | 1,229.69 | 4,040.42 | | | | 4,040.42 |
| 0138 - FY20 CapEx Purchase (In Service Upon Purchase) | 04/30/2020 | 60 | 15020 | 5,899.73 | 98.33 | 1 | N | 98.33 | 98.33 | 5,801.40 | | | | 5,801.40 |

### 15020 TOTAL - MEDICAL EQUIPMENT

| | Purchase Date | | GL Account | Cost Basis | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 147,181.98 | | | | 2,453.03 | 85,974.81 | 61,207.17 | T | 0 | 0 | 61,207.17 |
| 2 INFOPRINT 70'S-10001911 | 11/03/2015 | 24 | 15030 | 2,120.00 | 88.33 | 24 | Y | - | 2,120.00 | 0.00 | | | | 0.00 |
| AFICIO 551P PRINTER-10004643 | 11/03/2015 | 24 | 15030 | 1,370.00 | 57.08 | 24 | Y | - | 1,370.00 | 0.00 | D | 1,370.00 | 1,370.00 | 0.00 |
| FREEDOM COMBO RECORDER SYSTEM-10005816 | 11/03/2015 | 24 | 15030 | 1,370.00 | 57.08 | 24 | Y | - | 1,370.00 | 0.00 | | | | 0.00 |
| LUCENT/AVAYA PHONE SWITCH-10005922 | 11/03/2015 | 24 | 15030 | 5,460.00 | 227.50 | 24 | Y | - | 5,460.00 | 0.00 | | | | 0.00 |
| VIDEO CONF EQUIP-3050 REGENT-10005937 | 11/03/2015 | 24 | 15030 | 1,230.00 | 51.25 | 24 | Y | - | 1,230.00 | 0.00 | | | | 0.00 |
| HYLAFAX ENTERPRISE EDITION-10007615 | 11/03/2015 | 24 | 15030 | 3,950.00 | 164.58 | 24 | Y | - | 3,950.00 | 0.00 | | | | 0.00 |
| 64 PORT VRS SMART TAP CARD-10007618 | 11/03/2015 | 24 | 15030 | 1,670.00 | 69.58 | 24 | Y | - | 1,670.00 | 0.00 | | | | 0.00 |
| TRADESHOW BOOTH 10FT FERRO-10008335 | 11/03/2015 | 24 | 15030 | 1,440.00 | 60.00 | 24 | Y | - | 1,440.00 | 0.00 | D | 1,440.00 | 1,440.00 | 0.00 |
| KODAK i1420 SCANNERS-10009035 | 11/03/2015 | 24 | 15030 | 2,330.00 | 97.08 | 24 | Y | - | 2,330.00 | 0.00 | | | | 0.00 |
| KODAK SCANNER-10009217 | 11/03/2015 | 24 | 15030 | 1,000.00 | 41.67 | 24 | Y | - | 1,000.00 | 0.00 | | | | 0.00 |
| NEW PHONE SYSTEM-10009834 | 11/03/2015 | 24 | 15030 | 1,020.00 | 42.50 | 24 | Y | - | 1,020.00 | 0.00 | D | 1,020.00 | 1,020.00 | 0.00 |
| TELECOM - HW - RECORDER UPGRADE-10010114 | 11/03/2015 | 24 | 15030 | 1,620.00 | 67.50 | 24 | Y | - | 1,620.00 | 0.00 | | | | 0.00 |
| PHONE SYSTEM PERFORMANCE IMPROVEMENTS-10010374 | 11/03/2015 | 24 | 15030 | 1,390.00 | 57.92 | 24 | Y | - | 1,390.00 | 0.00 | | | | 0.00 |
| VIDEOCONFERENCING EQUIPMENT-10011041 | 11/03/2015 | 24 | 15030 | 2,410.00 | 100.42 | 24 | Y | - | 2,410.00 | 0.00 | | | | 0.00 |
| VIDEO CONFERENCING SYSTEM-10011219 | 11/03/2015 | 24 | 15030 | 15,800.00 | 658.33 | 24 | Y | - | 15,800.00 | 0.00 | | | | 0.00 |
| VIDEO CONFERENCING SYSTEM-10011221 | 11/03/2015 | 24 | 15030 | 1,260.00 | 52.50 | 24 | Y | - | 1,260.00 | 0.00 | | | | 0.00 |
| PARTNER TELEPHONE SYSTEM-10011340 | 11/03/2015 | 24 | 15030 | 1,950.00 | 81.25 | 24 | Y | - | 1,950.00 | 0.00 | D | 1,950.00 | 1,950.00 | 0.00 |
| VIDEO CONFERENCING SYSTEM-10011517 | 11/03/2015 | 24 | 15030 | 1,950.00 | 81.25 | 24 | Y | - | 1,950.00 | 0.00 | | | | 0.00 |
| AUDIO VISUAL EQUIPMENT-10012164 | 11/03/2015 | 24 | 15030 | 1,450.00 | 60.42 | 24 | Y | - | 1,450.00 | 0.00 | | | | 0.00 |
| AVAYA PHONE SYSTEM-10012937 | 11/03/2015 | 24 | 15030 | 1,200.00 | 50.00 | 24 | Y | - | 1,200.00 | 0.00 | D | 1,200.00 | 1,200.00 | 0.00 |
| AUDIO VISUAL EQUIPMENT-10014572 | 11/03/2015 | 24 | 15030 | 4,880.00 | 203.33 | 24 | Y | - | 4,880.00 | 0.00 | | | | 0.00 |
| AUDIO VISUAL EQUIPMENT-10014573 | 11/03/2015 | 24 | 15030 | 12,800.00 | 533.33 | 24 | Y | - | 12,800.00 | 0.00 | | | | 0.00 |
| COMPRESSOR-10015585 | 11/03/2015 | 24 | 15030 | 3,700.00 | 154.17 | 24 | Y | - | 3,700.00 | 0.00 | | | | 0.00 |
| COMPRESSOR UNIT-10015766 | 11/03/2015 | 24 | 15030 | 6,160.00 | 256.67 | 24 | Y | - | 6,160.00 | 0.00 | | | | 0.00 |
| Headset equipement-10017305 | 11/03/2015 | 24 | 15030 | 1,640.00 | 68.33 | 24 | Y | - | 1,640.00 | 0.00 | | | | 0.00 |
| 2 S6670 SCANNERS-10017346 | 11/03/2015 | 24 | 15030 | 12,900.00 | 537.50 | 24 | Y | - | 12,900.00 | 0.00 | | | | 0.00 |
| PHONE SYSTEM INSTALLATION-10017446 | 11/03/2015 | 24 | 15030 | 2,230.00 | 92.92 | 24 | Y | - | 2,230.00 | 0.00 | | | | 0.00 |
| VOICE & DATA CABLE INSTALLATION-10017550 | 11/03/2015 | 24 | 15030 | 1,510.00 | 62.92 | 24 | Y | - | 1,510.00 | 0.00 | D | 1,510.00 | 1,510.00 | 0.00 |
| NEW PHONE SYSTEM-10017551 | 11/03/2015 | 24 | 15030 | 1,670.00 | 69.58 | 24 | Y | - | 1,670.00 | 0.00 | D | 1,670.00 | 1,670.00 | 0.00 |
| HVAC AC SYSTEM-10017817 | 11/03/2015 | 24 | 15030 | 73,400.02 | 3,058.33 | 24 | Y | - | 73,400.02 | 0.00 | | | | 0.00 |
| ROOM ALERT 32E SENSOR-10017876 | 11/03/2015 | 24 | 15030 | 1,040.00 | 43.33 | 24 | Y | - | 1,040.00 | 0.00 | | | | 0.00 |
| BADGE ACCESS SYSTEM & INSTALLATION-10017901 | 11/03/2015 | 24 | 15030 | 19,000.01 | 791.67 | 24 | Y | - | 19,000.01 | 0.00 | | | | 0.00 |
| BURG ALARM SYSTEM-10018065 | 11/03/2015 | 24 | 15030 | 11,000.00 | 458.33 | 24 | Y | - | 11,000.00 | 0.00 | | | | 0.00 |
| 30 6408D PHONES-10018066 | 11/03/2015 | 24 | 15030 | 1,290.00 | 53.75 | 24 | Y | - | 1,290.00 | 0.00 | | | | 0.00 |
| FILE CABINETS-10018203 | 11/03/2015 | 24 | 15030 | 1,100.00 | 45.83 | 24 | Y | - | 1,100.00 | 0.00 | | | | 0.00 |
| HP ELITE DESK WITH CAMERA STATION-10018419 | 11/03/2015 | 24 | 15030 | 1,270.00 | 52.92 | 24 | Y | - | 1,270.00 | 0.00 | | | | 0.00 |
| HEADSETS (30)-10019031 | 11/03/2015 | 24 | 15030 | 1,660.00 | 69.17 | 24 | Y | - | 1,660.00 | 0.00 | | | | 0.00 |
| HEADSETS (35)-10019033 | 11/03/2015 | 24 | 15030 | 2,210.00 | 92.08 | 24 | Y | - | 2,210.00 | 0.00 | | | | 0.00 |
| PHONE & HEADSETS (26) - STAFF ADDITIONS UW & UHC-10019159 | 11/03/2015 | 24 | 15030 | 1,500.00 | 62.50 | 24 | Y | - | 1,500.00 | 0.00 | | | | 0.00 |
| HC INFRASTRUCTURE FOR CALL CENTER (WACO TX)-10019164 | 11/03/2015 | 24 | 15030 | 2,850.00 | 118.75 | 24 | Y | - | 2,850.00 | 0.00 | | | | 0.00 |
| Board Room Mics (4), Antenna-10019173 | 11/03/2015 | 24 | 15030 | 2,000.00 | 83.33 | 24 | Y | - | 2,000.00 | 0.00 | | | | 0.00 |
| Plantronic Headsets (40) - staff additions US-10019236 | 11/03/2015 | 24 | 15030 | 2,600.00 | 108.33 | 24 | Y | - | 2,600.00 | 0.00 | | | | 0.00 |
| Plantronic Headsets (25) - HC expansion-10019237 | 11/03/2015 | 24 | 15030 | 1,610.00 | 67.08 | 24 | Y | - | 1,610.00 | 0.00 | | | | 0.00 |
| AVAYA PHONES - US HEALTH PRU ROOM-10019239 | 11/03/2015 | 24 | 15030 | 3,550.00 | 147.92 | 24 | Y | - | 3,550.00 | 0.00 | | | | 0.00 |
| AVAYA PHONES (17) - WACO TRAINING ROOM-10019437 | 01/08/2016 | 24 | 15030 | 1,057.61 | 17.63 | 53 | N | 17.63 | 934.22 | 123.39 | | | | 123.39 |
| DLP XGA Projector - Waco Training Room-10019426 | 01/31/2016 | 60 | 15030 | 2,827.26 | 47.12 | 52 | N | 47.12 | 2,450.29 | 376.97 | | | | 376.97 |
| PHONES (30) - WACO TRAINING ROOM-10019440 | 01/31/2016 | 60 | 15030 | 1,703.11 | 28.39 | 52 | N | 28.39 | 1,476.03 | 227.08 | | | | 227.08 |
| SAMSUNG 40" LED TV & STAND - FOR TRADEBOOTH-10019513 | 02/24/2016 | 60 | 15030 | 1,108.75 | 18.48 | 51 | N | 18.48 | 942.44 | 166.31 | | | | 166.31 |
| ASUS ALL IN 1 TV 40" - CONFERENCES-10019516 | 03/31/2016 | 60 | 15030 | 659.82 | 11.00 | 50 | N | 11.00 | 549.85 | 109.97 | | | | 109.97 |
| ICE MACHINE-10028028 | 12/26/2016 | 60 | 15030 | 2,764.05 | 46.07 | 41 | N | 46.07 | 1,888.77 | 875.28 | | | | 875.28 |
| Security ID Badge Printer | 06/30/2017 | 60 | 15030 | 182.40 | 3.04 | 35 | N | 3.04 | 106.40 | 76.00 | | | | 76.00 |
| RICOH EQUIPMENT - JACKSONVILLE | 04/30/2017 | 60 | 15030 | 11,990.20 | 199.84 | 37 | N | 199.84 | 7,393.96 | 4,596.24 | | | | 4,596.24 |
| RICOH USA, INC PRINTERS | 03/31/2019 | 36 | 15030 | 62,601.31 | 1,738.93 | 14 | N | 1,738.93 | 24,344.95 | 38,256.36 | | | | 38,256.36 |

### 15030 TOTAL - OFFICE EQUIPMENT

| | | | | 310,454.54 | | | | 2,110.48 | 265,646.94 | 44,807.60 | T | 10,160.00 | 10,160.00 | 44,807.60 |

| Asset Description | Date Placed in Service / Purchase Date | Useful Life in Months | GL Account / GL Account | Cost Basis / Cost Basis | Monthly Depreciation | Months Depreciated | Fully Depreciated? (Y/N) | Monthly Depreciation Expense | Accum Depr | NBV | D. | DISPOSAL COST | ACCUM DEPR | NBV After Disposal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BACKUP TAPE CARTRIDGES-10014913 | 11/03/2015 | 18 | 15050 | 1,042.81 | 57.93 | 18 | Y | - | 1,042.81 | 0.00 | | | | 0.00 |
| CISCO CATALYST SWITCHES-10014990 | 11/03/2015 | 19 | 15050 | 3,218.68 | 169.40 | 19 | Y | - | 3,218.68 | 0.00 | | | | 0.00 |
| EQUIP - S2 IMAGING PHASE 3-10014576 | 11/03/2015 | 20 | 15050 | 14,940.31 | 747.02 | 20 | Y | - | 14,940.31 | 0.00 | | | | 0.00 |
| BACKUP TAPE CARTRIDGES-10015245 | 11/03/2015 | 20 | 15050 | 1,383.73 | 69.19 | 20 | Y | - | 1,383.73 | 0.00 | | | | 0.00 |
| VAC CAPACITORS-10015447 | 11/03/2015 | 21 | 15050 | 1,473.98 | 70.19 | 21 | Y | - | 1,473.98 | 0.00 | | | | 0.00 |
| LENOVO THINKPAD, PRO DOC, & MODEM-10018479 | 11/03/2015 | 22 | 15050 | 1,544.17 | 70.19 | 22 | Y | - | 1,544.17 | 0.00 | | | | (0.00) |
| CISCO NETWORK MODULE-10015890 | 11/03/2015 | 23 | 15050 | 1,032.79 | 44.90 | 23 | Y | - | 1,032.79 | 0.00 | | | | 0.00 |
| HP TOWER (2), MEMORY STICKS (7)-10018574 | 11/03/2015 | 23 | 15050 | 1,443.90 | 62.78 | 23 | Y | - | 1,443.90 | 0.00 | D | 1,443.90 | 1,443.90 | 0.00 |
| TELEPRO REDESIGN PROJECT-10001917 | 11/03/2015 | 24 | 15050 | 1,865.03 | 77.71 | 24 | Y | - | 1,865.03 | 0.00 | | | | 0.00 |
| i5 AS 400 REPLACEMENT-10007101 | 11/03/2015 | 24 | 15050 | 6,016.23 | 250.68 | 24 | Y | - | 6,016.23 | 0.00 | | | | 0.00 |
| GX520 MINITOWER PENTIUM-10007407 | 11/03/2015 | 24 | 15050 | 2,085.63 | 86.90 | 24 | Y | - | 2,085.63 | 0.00 | | | | 0.00 |
| IT HARDWARE REPLACEMENT-10007571 | 11/03/2015 | 24 | 15050 | 1,433.87 | 59.74 | 24 | Y | - | 1,433.87 | 0.00 | | | | 0.00 |
| RELATIONAL SERVER-10007647 | 11/03/2015 | 24 | 15050 | 5,946.04 | 247.75 | 24 | Y | - | 5,946.04 | 0.00 | | | | 0.00 |
| RABBITS - WACO-10007647 | 11/03/2015 | 24 | 15050 | 1,102.98 | 45.96 | 24 | Y | - | 1,102.98 | 0.00 | | | | 0.00 |
| DALLAS UPS UPGRADE-10007748 | 11/03/2015 | 24 | 15050 | 3,308.93 | 137.87 | 24 | Y | - | 3,308.93 | 0.00 | | | | 0.00 |
| RABBITS - WACO-10007807 | 11/03/2015 | 24 | 15050 | 2,937.93 | 122.41 | 24 | Y | - | 2,937.93 | 0.00 | | | | 0.00 |
| ACER 17" MONITORS-10008202 | 11/03/2015 | 24 | 15050 | 1,403.79 | 58.49 | 24 | Y | - | 1,403.79 | 0.00 | | | | 0.00 |
| TRUESIGHT ANALYZER-10008373 | 11/03/2015 | 24 | 15050 | 1,223.30 | 50.97 | 24 | Y | - | 1,223.30 | 0.00 | | | | 0.00 |
| RBT-366 TERMINAL-10008433 | 11/03/2015 | 24 | 15050 | 1,042.81 | 43.45 | 24 | Y | - | 1,042.81 | 0.00 | | | | 0.00 |
| BACKUP TECH STORAGE TAPE LIBRARY UPGRADE-HW-10008648 | 11/03/2015 | 24 | 15050 | 1,113.00 | 46.38 | 24 | Y | - | 1,113.00 | 0.00 | | | | 0.00 |
| OVERLAND NEO 2000-10008761 | 11/03/2015 | 24 | 15050 | 1,052.84 | 43.87 | 24 | Y | - | 1,052.84 | 0.00 | | | | 0.00 |
| ORACLE ERP-APP SERVER HW UPGRADE-10008870 | 11/03/2015 | 24 | 15050 | 1,423.84 | 59.33 | 24 | Y | - | 1,423.84 | 0.00 | | | | 0.00 |
| SQL SERVER-10009615 | 11/03/2015 | 24 | 15050 | 1,113.00 | 46.38 | 24 | Y | - | 1,113.00 | 0.00 | | | | 0.00 |
| RSA RECORD HARDWARE-10010059 | 11/03/2015 | 24 | 15050 | 1,494.03 | 62.25 | 24 | Y | - | 1,494.03 | 0.00 | | | | 0.00 |
| MONITORS-10010558 | 11/03/2015 | 24 | 15050 | 1,965.30 | 81.89 | 24 | Y | - | 1,965.30 | 0.00 | | | | 0.00 |
| CAPITAL LEASE-WELLS-DATA STORAGE EQUIP-10011296 | 11/03/2015 | 24 | 15050 | 4,091.04 | 170.46 | 24 | Y | - | 4,091.04 | 0.00 | | | | 0.00 |
| CAPITAL LEASE-WELLS-SAN STORAGE EQUIP-10011876 | 11/03/2015 | 24 | 15050 | 9,926.78 | 413.62 | 24 | Y | - | 9,926.78 | 0.00 | | | | 0.00 |
| MONITORS-10012210 | 11/03/2015 | 24 | 15050 | 1,113.00 | 46.38 | 24 | Y | - | 1,113.00 | 0.00 | | | | 0.00 |
| OVERLAND NEO ADD ON HARD DRIVE-10013537 | 11/03/2015 | 24 | 15050 | 1,343.62 | 55.98 | 24 | Y | - | 1,343.62 | 0.00 | | | | 0.00 |
| KINGSTON 8G MEMORY DRIVES-10014486 | 11/03/2015 | 24 | 15050 | 1,263.41 | 52.64 | 24 | Y | - | 1,263.41 | 0.00 | | | | 0.00 |
| UPS 400MR BATTER-10015126 | 11/03/2015 | 24 | 15050 | 2,546.87 | 106.12 | 24 | Y | - | 2,546.87 | 0.00 | | | | 0.00 |
| APC SMART UPS STORAGE DEVICE-10015545 | 11/03/2015 | 24 | 15050 | 2,797.55 | 116.56 | 24 | Y | - | 2,797.55 | 0.00 | | | | 0.00 |
| EXTERNAL TAPE DRIVES-10016066 | 11/03/2015 | 24 | 15050 | 1,193.22 | 49.72 | 24 | Y | - | 1,193.22 | 0.00 | | | | 0.00 |
| APC CORE UPGRADE-10017124 | 11/03/2015 | 24 | 15050 | 144,991.17 | 6,041.30 | 24 | Y | - | 144,991.17 | 0.00 | | | | 0.00 |
| i6 UPGRADE - HARDWARE-10018355 | 11/03/2015 | 24 | 15050 | 296,299.39 | 12,345.81 | 24 | Y | - | 296,299.39 | 0.00 | | | | 0.00 |
| EOP DATABASE UPGRADE (2 CISCO SERV, 4 XEON PROC, 24-10018769 | 11/03/2015 | 24 | 15050 | 25,268.17 | 1,052.84 | 24 | Y | - | 25,268.17 | 0.00 | | | | 0.00 |
| QUARTERLY TAPE REFRESH-10018771 | 11/03/2015 | 24 | 15050 | 8,553.08 | 356.38 | 24 | Y | - | 8,553.08 | 0.00 | | | | 0.00 |
| UPS RACK, MEDIA GATEWAY, AND INSTALLATION FOR PHONE-10018772 | 11/03/2015 | 24 | 15050 | 8,763.64 | 365.15 | 24 | Y | - | 8,763.64 | 0.00 | | | | 0.00 |
| NETWORK SWITCHES (2) JAX BUILDOUT-10019011 | 11/03/2015 | 24 | 15050 | 6,086.42 | 253.60 | 24 | Y | - | 6,086.42 | 0.00 | | | | 0.00 |
| NETWORK HW, SLC CALL CENTER BUILDOUT-10019012 | 11/03/2015 | 24 | 15050 | 3,599.71 | 149.99 | 24 | Y | - | 3,599.71 | 0.00 | | | | 0.00 |
| QUARTERLY TAPE REFRESH-10019117 | 11/03/2015 | 24 | 15050 | 9,275.02 | 386.46 | 24 | Y | - | 9,275.02 | 0.00 | | | | 0.00 |
| 4 POWER DISTRIBUTION UNITS-10017358 | 11/03/2015 | 31 | 15050 | 1,353.65 | 43.67 | 31 | Y | - | 1,353.65 | 0.00 | | | | 0.00 |
| HP 10 GIG SERVER ADAPTOR-10017385 | 11/03/2015 | 31 | 15050 | 1,072.89 | 34.61 | 31 | Y | - | 1,072.89 | 0.00 | | | | 0.00 |
| CISCO 3925 SEC BDL-10017448 | 11/03/2015 | 31 | 15050 | 4,572.34 | 147.49 | 31 | Y | - | 4,572.34 | 0.00 | | | | 0.00 |
| HP COMP (6) TO STAFF METLIFE SOH QUEST BUS-10018966 | 11/03/2015 | 31 | 15050 | 3,349.04 | 108.03 | 31 | Y | - | 3,349.04 | 0.00 | | | | 0.00 |
| HP PROBOOK (3), MONITOR (3), CRUMP STAFF-10019008 | 11/03/2015 | 31 | 15050 | 1,574.25 | 50.78 | 31 | Y | - | 1,574.25 | 0.00 | | | | 0.00 |
| HP PCS (11) HC STAFF ADDITIONS-10019037 | 11/03/2015 | 32 | 15050 | 4,823.01 | 150.72 | 32 | Y | - | 4,823.01 | 0.00 | | | | 0.00 |
| HP PCS FOR 4 NEW UW FOR AIG-10019052 | 11/03/2015 | 32 | 15050 | 2,436.57 | 76.14 | 32 | Y | - | 2,436.57 | 0.00 | | | | 0.00 |
| QUANTUM BACKUP TAPES-10017554 | 11/03/2015 | 33 | 15050 | 3,078.30 | 93.28 | 33 | Y | - | 3,078.30 | 0.00 | | | | 0.00 |
| MICRO CALL SERVER-10017569 | 11/03/2015 | 33 | 15050 | 5,855.80 | 177.45 | 33 | Y | - | 5,855.80 | 0.00 | | | | 0.00 |
| HP PCS (10) - WACO PW TRAINING ROOM-10019240 | 11/03/2015 | 34 | 15050 | 4,181.28 | 122.98 | 34 | Y | - | 4,181.28 | 0.00 | | | | 0.00 |
| HARDWARE - APC CORE UPGRADE PHASE 2-10017366 | 11/03/2015 | 35 | 15050 | 55,048.52 | 1,572.81 | 35 | Y | - | 55,048.52 | 0.00 | | | | 0.00 |
| 2 SERVERS, CONNECTION CALBES, & OTHER PARTS-10017771 | 11/03/2015 | 35 | 15050 | 11,831.92 | 338.05 | 35 | Y | - | 11,831.92 | 0.00 | | | | 0.00 |
| IMATION BACKUP TAPES-10017783 | 11/03/2015 | 35 | 15050 | 3,519.50 | 100.56 | 35 | Y | - | 3,519.50 | 0.00 | | | | (0.00) |
| 22 LG MONITORS & 22 DISPLAY PORTS-10017825 | 11/03/2015 | 36 | 15050 | 1,855.00 | 51.53 | 36 | Y | - | 1,855.00 | 0.00 | | | | 0.00 |
| QUARTERLY BACKUP TAPES & INSTALLATION-10017940 | 11/03/2015 | 38 | 15050 | 6,988.86 | 183.92 | 38 | Y | - | 6,988.86 | 0.00 | | | | 0.00 |
| 10 ERS CLUSTER SERVERS-10017995 | 11/03/2015 | 41 | 15050 | 1,694.57 | 41.33 | 41 | Y | - | 1,694.57 | 0.00 | | | | 0.00 |
| CISCO CATALYST 2960 PORT SWITCH-10018132 | 11/03/2015 | 42 | 15050 | 551.49 | 13.13 | 42 | Y | - | 551.49 | 0.00 | | | | 0.00 |
| ROOM ALERT 32E, ROOM ALERT 12E, TEMP & HUMID SENSOR-10018243 | 11/03/2015 | 44 | 15050 | 1,664.49 | 37.83 | 44 | Y | - | 1,664.49 | 0.00 | | | | 0.00 |
| 20 APC SYMMETRA BATTERY MODULES-10018239 | 11/03/2015 | 44 | 15050 | 7,750.91 | 176.16 | 44 | Y | - | 7,750.91 | 0.00 | | | | 0.00 |
| 3 FLOOR & WATER SENSORS-10018241 | 11/03/2015 | 44 | 15050 | 822.22 | 18.69 | 44 | Y | - | 822.22 | 0.00 | | | | 0.00 |
| 6 VIEWSONIC MONITORS, 6 SURGE STRIPS, & 3 LOGI-10018326 | 11/03/2015 | 44 | 15050 | 481.30 | 10.94 | 44 | Y | - | 481.30 | 0.00 | | | | 0.00 |
| 4 VIEWSONIC MONITORS, 2 SURGE STRIPS, & 2 LOGI-10018329 | 11/03/2015 | 44 | 15050 | 320.87 | 7.29 | 44 | Y | - | 320.87 | 0.00 | | | | 0.00 |
| HP MSA STORAGE-10018363 | 11/03/2015 | 45 | 15050 | 8,793.72 | 195.42 | 45 | Y | - | 8,793.72 | 0.00 | | | | 0.00 |
| HP PROBOOK WITH DOCKING STATION-10018399 | 11/03/2015 | 45 | 15050 | 611.65 | 13.59 | 45 | Y | - | 611.65 | 0.00 | | | | 0.00 |
| HP ELITEBOOK, VIEWSONIC MONITOR, DOCKING STATION,-10018496 | 11/03/2015 | 45 | 15050 | 792.14 | 17.60 | 45 | Y | - | 792.14 | 0.00 | | | | 0.00 |
| QUARTERLY TAPE REFRESH-10018541 | 11/03/2015 | 46 | 15050 | 7,530.32 | 163.70 | 46 | Y | - | 7,530.32 | 0.00 | | | | 0.00 |
| HP SB 900GB HARDDRIVES (2)-10018597 | 11/03/2015 | 47 | 15050 | 762.06 | 16.21 | 47 | Y | - | 762.06 | 0.00 | | | | 0.00 |
| 4 VIEWSONIC MONITORS & 4 SURGE STRIPS-10018536 | 11/03/2015 | 47 | 15050 | 320.87 | 6.83 | 47 | Y | - | 320.87 | 0.00 | | | | 0.00 |
| Kingston 16GB Memory (8)-10018544 | 11/03/2015 | 47 | 15050 | 862.33 | 18.35 | 47 | Y | - | 862.33 | 0.00 | | | | 0.00 |
| LG MONITOR (2), DOCKING STATION, EXTERNAL DRIVE-10018629 | 11/03/2015 | 48 | 15050 | 340.92 | 7.10 | 48 | Y | - | 340.92 | 0.00 | | | | 0.00 |
| VIEWSONIC MONITOR (3), HP DOCKING STATION (2)-10018630 | 11/03/2015 | 48 | 15050 | 300.81 | 6.27 | 48 | Y | - | 300.81 | 0.00 | | | | 0.00 |
| (2) VIEWSONIC MONITOR, APC BACKUP JEFF HUGHES)-10018668 | 11/03/2015 | 48 | 15050 | 250.68 | 5.22 | 48 | Y | - | 250.68 | 0.00 | | | | 0.00 |
| (7) VIEWSONIC MONITOR-10018656 | 11/03/2015 | 49 | 15050 | 551.49 | 11.25 | 49 | Y | - | 551.49 | 0.00 | | | | 0.00 |
| APC SYMMETRA XR CSM CARD-10018875 | 11/03/2015 | 53 | 15050 | 501.35 | 9.46 | 53 | Y | - | 501.35 | 0.00 | | | | (0.00) |
| VIEWSONIC MONITORS (26) FOR OPTUM PROJECT-10018907 | 11/03/2015 | 53 | 15050 | 3,008.12 | 56.76 | 53 | Y | - | 3,008.12 | 0.00 | | | | 0.00 |

| Asset Description | Date Placed in Service | Useful Life in Months | GL Account | Cost Basis | Monthly Depreciation | Months Depreciated | Fully Depreciated? (Y/N) | Monthly Depreciation Expense | Accum Depr | NBV | D. | DISPOSAL COST | ACCUM DEPR | NBV After Disposals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 FUJITSU SCANSNAP FOR ADDTL MRTS FOR OPTUM-10018909 | 11/03/2015 | 53 | 15050 | 25,769.52 | 486.22 | 53 | Y | | 25,769.52 | 0.00 | | | | 0.00 |
| PELICAN CASES (84) FOR MRTS-10018914 | 11/03/2015 | 53 | 15050 | 10,127.32 | 191.08 | 53 | Y | | 10,127.32 | 0.00 | | | | 0.00 |
| VIEWSONIC MONITORS (8) FOR JAX MRR STAFF FOR-10018905 | 11/03/2015 | 55 | 15050 | 752.03 | 13.67 | 55 | Y | 13.67 | 752.03 | 0.00 | | | | 0.00 |
| HP DOCK STATIONS (4) FOR WACO MRR STAFF ADDITIONS-10018983 | 11/03/2015 | 55 | 15050 | 551.49 | 10.03 | 55 | Y | 10.03 | 551.49 | 0.00 | | | | 0.00 |
| VIEWSONIC MONITORS (12), MISC COMP SUPPLIES (WACO)-10018985 | 11/03/2015 | 55 | 15050 | 4,492.12 | 81.67 | 55 | Y | 81.67 | 4,492.12 | 0.00 | | | | 0.00 |
| HP DOCK, MONITOR, EQUIP (DEREK CZARNY)-10019004 | 11/03/2015 | 55 | 15050 | 260.70 | 4.74 | 55 | Y | 4.74 | 260.70 | 0.00 | | | | 0.00 |
| HP PROBOOK (DENISE STEPHENS)-10019005 | 11/03/2015 | 55 | 15050 | 1,042.81 | 18.96 | 55 | Y | 18.96 | 1,042.81 | 0.00 | | | | 0.00 |
| HP EXTERNAL STORAGE FOR STANDALONE LEFS EFFORT-10019006 | 11/03/2015 | 55 | 15050 | 451.22 | 8.20 | 55 | Y | 8.20 | 451.22 | 0.00 | | | | 0.00 |
| UPGD FTP ENV, HP SRV (2), INTEL XEON PROC (2), HD-10019042 | 11/03/2015 | 56 | 15050 | 5,454.72 | 97.41 | 55 | N | | 97.41 | 5,357.31 | 97.41 | | | 97.41 |
| VIEWSONIC MONITOR (11) HC STAFF ADDITIONS-10019038 | 11/03/2015 | 56 | 15050 | 2,115.71 | 37.78 | 55 | N | 37.78 | 2,077.93 | 37.78 | | | | 37.78 |
| HP PC (JEREL WARD)-10019054 | 11/03/2015 | 56 | 15050 | 431.16 | 7.70 | 55 | N | 7.70 | 423.46 | 7.70 | | | | 7.70 |
| MONITORS, DOCKS FOR 6 UW ADDITIONS FOR UHC CLIENT-10019060 | 11/03/2015 | 56 | 15050 | 2,386.44 | 42.61 | 55 | N | 42.61 | 2,343.82 | 42.61 | | | | 42.61 |
| HP DOCK (2) - VIENNA AUSTIN & WENDY HOLCOMB-10019145 | 11/03/2015 | 57 | 15050 | 350.95 | 6.16 | 55 | N | 6.16 | 338.63 | 12.31 | | | | 12.31 |
| VIEWSONIC MONITORS (8) - STAFF ADDITIONS-10019217 | 11/03/2015 | 58 | 15050 | 631.70 | 10.89 | 55 | N | 10.89 | 599.03 | 32.67 | | | | 32.67 |
| Viewsonic Monitors (52) for new HC Call Center-10019219 | 11/03/2015 | 58 | 15050 | 4,963.39 | 85.58 | 55 | N | 85.58 | 4,706.66 | 256.73 | | | | 256.73 |
| HP CHROMEBOOK, SOLID STATE DRIVE - CHAD GROSS-10019220 | 11/03/2015 | 58 | 15050 | 1,423.84 | 24.55 | 55 | N | 24.55 | 1,350.19 | 73.65 | | | | 73.65 |
| ADDITIONAL MEMORY FOR VM HOSTS IN QA-10019224 | 11/03/2015 | 58 | 15050 | 5,504.85 | 94.91 | 55 | N | 94.91 | 5,220.12 | 284.73 | | | | 284.73 |
| HP ELITEBOOK, MONITOR (2), DOCK, MS VISIO, EXH -10019225 | 11/03/2015 | 58 | 15050 | 1,704.60 | 29.39 | 55 | N | 29.39 | 1,616.43 | 88.17 | | | | 88.17 |
| HP DOCK, ACER MONITOR, MS EXH, ACCESSORIES - SCOTT-10019228 | 11/03/2015 | 59 | 15050 | 531.43 | 9.01 | 55 | N | 9.01 | 495.40 | 36.03 | | | | 36.03 |
| HP PROBOOK - JACQUIE WAITS-10019281 | 11/03/2015 | 61 | 15050 | 631.70 | 10.36 | 55 | N | 10.36 | 569.57 | 62.13 | | | | 62.13 |
| HP 840 G2 ELITEBOOK, DOCK - LACY WITTE-10019300 | 11/03/2015 | 61 | 15050 | 1,714.87 | 28.58 | 55 | N | 28.58 | 1,571.96 | 142.91 | | | | 142.91 |
| Cisco UCS Blade Server Chassis for additional HC-10019337 | 11/10/2015 | 36 | 15050 | 7,218.99 | 200.53 | 36 | Y | | 7,218.99 | 0.00 | | | | 0.00 |
| HP SB 840ELITEBK (3), HP MINI 400 PRODESK (2), VS-10019306 | 11/10/2015 | 36 | 15050 | 5,354.73 | 148.74 | 36 | Y | | 5,354.73 | 0.00 | | | | 0.00 |
| HP SB MINI 400 G1 PRODESK (2), HP 840 G2 EB, VS-10019307 | 11/10/2015 | 60 | 15050 | 2,738.29 | 45.30 | 55 | N | 45.30 | 2,491.77 | 226.52 | | | | 226.52 |
| Cisco UCS SmartPlay (2) for additional HC Infr-10019336 | 11/11/2015 | 36 | 15050 | 27,941.04 | 776.14 | 36 | Y | | 27,941.04 | 0.00 | | | | 0.00 |
| HP SB 840 G2 ELITEBOOK - SPARE IRVING PC-10019349 | 11/20/2015 | 60 | 15050 | 1,084.81 | 18.08 | 54 | N | 18.08 | 976.33 | 108.48 | | | | 108.48 |
| VIEWSONIC MONITOR, HP DOCK, MOUSE - ALEX VERSHININ-10019347 | 11/20/2015 | 60 | 15050 | 563.70 | 9.40 | 54 | N | 9.40 | 507.33 | 56.37 | | | | 56.37 |
| HP ELITEBOOK 840 G2 (2), VS MONITOR (2), DOCKING-10019357 | 12/02/2015 | 36 | 15050 | 2,709.35 | 75.26 | 36 | Y | | 2,709.35 | 0.00 | | | | 0.00 |
| HP ELITEBOOK 840 (3) - UW STATE FARM BUS - DEBO-10019359 | 12/11/2015 | 36 | 15050 | 3,233.77 | 89.83 | 36 | Y | | 3,233.77 | 0.00 | | | | 0.00 |
| HP SB MINI 400 PRODESK & VIEWSONIC MONITOR - JAX-10019361 | 12/11/2015 | 60 | 15050 | 829.79 | 13.83 | 54 | N | 13.83 | 746.81 | 82.98 | | | | 82.98 |
| HP ELITEBOOK 840 - ON DEMAND SETUPS-10019358 | 12/21/2015 | 36 | 15050 | 1,142.09 | 31.72 | 36 | Y | | 1,142.09 | 0.00 | | | | 0.00 |
| HP ELITEBOOK, MONITOR, DOCK - IRVING SPARE-10019388 | 12/28/2015 | 36 | 15050 | 1,396.70 | 38.80 | 36 | Y | | 1,396.70 | 0.00 | | | | 0.00 |
| HP SB ELITEBOOK 840 G2 (16) - WACO TRAINING ROOM-10019424 | 12/31/2015 | 60 | 15050 | 21,688.74 | 361.48 | 53 | N | 361.48 | 19,158.39 | 2,530.35 | | | | 2,530.35 |
| ERGOTRON ZIP60 CHARGING & MANAGEMENT CART - WACO-10019425 | 01/04/2016 | 60 | 15050 | 2,364.76 | 39.41 | 53 | N | 39.41 | 2,088.87 | 275.89 | | | | 275.89 |
| HP SB ELITEBOOK (4) - T. CASSARINO, S.MITCHELL, R.-10019405 | 01/07/2016 | 60 | 15050 | 5,934.61 | 98.91 | 53 | N | 98.91 | 5,242.24 | 692.37 | | | | 692.37 |
| CISCO CAT 2960 ETHERNET SWITCH & CISCO WL-N DUAL-10019438 | 01/08/2016 | 36 | 15050 | 2,099.07 | 58.31 | 36 | Y | | 2,099.07 | 0.00 | | | | 0.00 |
| HP SB ELITEBOOK 840 - JOAN HOGAN-10019406 | 01/11/2016 | 36 | 15050 | 1,766.81 | 49.08 | 36 | Y | | 1,766.81 | 0.00 | | | | 0.00 |
| HP SB ELITEBOOK 840 G2 & EQUIP - LEO LUTHER-10019410 | 01/12/2016 | 36 | 15050 | 1,421.05 | 39.47 | 36 | Y | | 1,421.05 | 0.00 | | | | 0.00 |
| HP SB ELITEBOOK 840 (2) - IRVING SPARES-10019412 | 01/12/2016 | 36 | 15050 | 2,665.00 | 74.03 | 36 | Y | | 2,665.00 | 0.00 | | | | (0.00) |
| HP SB ELITEBOOK 840 G2 (3) - F. NOUR, P.PERURI-10019422 | 01/15/2016 | 60 | 15050 | 5,401.16 | 90.02 | 53 | N | 90.02 | 4,771.03 | 630.14 | | | | 630.14 |
| HP PRODESK 400 G2 (2) - JAX CC-10019421 | 01/19/2016 | 60 | 15050 | 1,309.30 | 21.82 | 52 | N | 21.82 | 1,134.73 | 174.57 | | | | 174.57 |
| HP PRODESK 400 G2 - FORT WORTH SPARE-10019417 | 01/28/2016 | 60 | 15050 | 685.63 | 11.43 | 52 | N | 11.43 | 594.21 | 91.42 | | | | 91.42 |
| F5 SWITCH REPLACEMENT (2)-10019423 | 01/29/2016 | 36 | 15050 | 106,915.98 | 2,969.89 | 36 | Y | | 106,915.98 | 0.00 | | | | 0.00 |
| HP SB ELITEBOOK 840 G2 - JOHN JONASSEN-10019429 | 01/31/2016 | 60 | 15050 | 2,028.31 | 33.81 | 52 | N | 33.81 | 1,757.87 | 270.44 | | | | 270.44 |
| QUARTERLY TAPE REFRESH-10019439 | 02/05/2016 | 36 | 15050 | 8,477.20 | 235.48 | 36 | Y | | 8,477.20 | 0.00 | | | | 0.00 |
| HP SB PRODESK 400 (6) - TA BUSINESS-10019469 | 02/12/2016 | 36 | 15050 | 4,044.15 | 112.34 | 36 | Y | | 4,044.15 | 0.00 | | | | 0.00 |
| HP 255 G4 650 LAPTOP - OAKLAND-10019478 | 02/18/2016 | 60 | 15050 | 746.34 | 12.44 | 51 | N | 12.44 | 634.39 | 111.95 | | | | 111.95 |
| QUARTERLY TAPE REFRESH-10019519 | 02/18/2016 | 60 | 15050 | 7,543.73 | 125.73 | 51 | N | 125.73 | 6,412.17 | 1,131.56 | | | | 1,131.56 |
| HP ELITEBOOK 840 G2 - JACQUELINE BENJAMIN-10019462 | 02/19/2016 | 36 | 15050 | 2,074.09 | 57.61 | 36 | Y | | 2,074.09 | 0.00 | | | | 0.00 |
| ASUS ALL IN ONE PC - CONFERENCE USE-10019467 | 02/19/2016 | 36 | 15050 | 1,449.37 | 40.26 | 36 | Y | | 1,449.37 | 0.00 | | | | 0.00 |
| HP SB ELITEBOOK 840 G2 - (2) - WINDOWS 10 LAPTOPS-10019472 | 02/24/2016 | 36 | 15050 | 2,453.52 | 68.15 | 36 | Y | | 2,453.52 | 0.00 | | | | 0.00 |
| HP SB ELITEBOOK 840 G2, DOCK, VS MONITORS (2)-10019491 | 02/24/2016 | 60 | 15050 | 2,251.58 | 37.53 | 51 | N | 37.53 | 1,913.85 | 337.74 | | | | 337.74 |
| HW - Encryption at Rest-10019384 | 03/09/2016 | 60 | 15050 | 137,454.87 | 2,290.91 | 51 | N | 2,290.91 | 116,836.64 | 20,618.23 | | | | 20,618.23 |
| HP SB ELITEBOOK 840 G2 - IRVING SPARE-10019496 | 03/09/2016 | 36 | 15050 | 1,311.69 | 36.44 | 36 | Y | | 1,311.69 | 0.00 | | | | 0.00 |
| HP SB ELITEBOOK 840 G2 - ALISON HEEKE-10019501 | 03/14/2016 | 36 | 15050 | 1,311.69 | 36.44 | 36 | Y | | 1,311.69 | 0.00 | | | | 0.00 |
| HP SB ELITEBOOK 840 G2 - SCOTT WEINER-10019495 | 03/14/2016 | 60 | 15050 | 1,311.69 | 21.86 | 51 | N | 21.86 | 1,114.94 | 196.75 | | | | 196.75 |
| HP SB ELITEBOOK 840 G2 (2) - JENNA JUNJULAS & JODY-10019494 | 03/18/2016 | 36 | 15050 | 3,520.94 | 97.80 | 36 | Y | | 3,520.94 | 0.00 | | | | 0.00 |
| HP PRODESK 600 G2 (5)-10019493 | 03/18/2016 | 60 | 15050 | 3,993.76 | 66.56 | 50 | N | 66.56 | 3,328.14 | 665.63 | | | | 665.63 |
| OPTIPLEX 3020 (675) - WINDOWS UP UPGRDS PC REFRESH-10019507 | 03/25/2016 | 60 | 15050 | 318,708.93 | 5,311.82 | 50 | N | 5,311.82 | 265,590.78 | 53,118.16 | | | | 53,118.16 |
| VIEWSONIC MONITORS (8) - HC CLINICAL-10019530 | 04/20/2016 | 60 | 15050 | 948.62 | 15.81 | 49 | N | 15.81 | 774.71 | 173.91 | | | | 173.91 |
| APC BACKUP BATTERY (2) -IT INFRASTRUCTURE-10019530 | 04/22/2016 | 60 | 15050 | 1,050.20 | 17.50 | 49 | N | 17.50 | 857.67 | 192.54 | | | | 192.54 |
| POWEREDGE R630 SERVER-10026941 | 05/02/2016 | 36 | 15050 | 9,666.07 | 268.50 | 36 | Y | | 9,666.07 | 0.00 | | | | 0.00 |
| DELL LATITUDE E5570 & PORT REPLICATOR-10026942 | 05/03/2016 | 60 | 15050 | 1,298.16 | 21.64 | 49 | N | 21.64 | 1,060.17 | 238.00 | | | | 238.00 |
| VIEWSONIC MONITORS (18) - BANNER APPASSIT-10026945 | 05/04/2016 | 36 | 15050 | 2,411.45 | 66.98 | 36 | Y | | 2,411.45 | 0.00 | | | | 0.00 |
| MS SURFACE BOOK, DOCK - SURESH-10026943 | 05/13/2016 | 60 | 15050 | 3,085.82 | 51.43 | 49 | N | 51.43 | 2,520.08 | 565.73 | | | | 565.73 |
| VIEWSONIC MONITOR (10) - FAX TRAINING ROOM-10026957 | 06/01/2016 | 60 | 15050 | 1,071.82 | 17.86 | 48 | N | 17.86 | 857.46 | 214.36 | | | | 214.36 |
| LATITUDE E7470 AND MONITOR-10026977 | 06/09/2016 | 60 | 15050 | 1,707.35 | 28.46 | 48 | N | 28.46 | 1,365.88 | 341.47 | | | | 341.47 |
| DELL DISPLAY ADAPTORS - 60-10026981 | 07/21/2016 | 48 | 15050 | 1,513.52 | 31.53 | 46 | N | 31.53 | 1,450.46 | 63.06 | | | | 63.06 |
| COMPUTER SYSTEM-10026987 | 08/08/2016 | 60 | 15050 | 1,268.19 | 21.14 | 46 | N | 21.14 | 972.28 | 295.91 | | | | 295.91 |
| DELL CTO LAT E5570-10026989 | 08/22/2016 | 60 | 15050 | 1,198.31 | 19.97 | 45 | N | 19.97 | 898.73 | 299.58 | | | | 299.58 |
| BADGE PRINTERS-10026997 | 08/22/2016 | 60 | 15050 | 3,313.17 | 55.22 | 45 | N | 55.22 | 2,484.88 | 828.29 | | | | 828.29 |
| DELL CTO LAT E5570-10026999 | 08/31/2016 | 60 | 15050 | 2,237.07 | 37.28 | 45 | N | 37.28 | 1,677.80 | 559.27 | | | | 559.27 |
| LAPTOP AMY FUMMEL-10027003 | 09/08/2016 | 60 | 15050 | 786.11 | 13.10 | 45 | N | 13.10 | 589.46 | 196.64 | | | | 196.64 |
| DELL LATITUDE E7470-10027008 | 10/31/2016 | 60 | 15050 | 260.50 | 4.34 | 43 | N | 4.34 | 186.49 | 73.81 | | | | 73.81 |
| PHOTO ID BADGE PRINTERS-10027009 | 11/30/2016 | 60 | 15050 | 2,871.75 | 47.86 | 42 | N | 47.86 | 2,010.22 | 861.52 | | | | 861.52 |
| BACKUP TAPES-10027041 | 12/31/2016 | 60 | 15050 | 16,411.68 | 273.53 | 41 | N | 273.53 | 11,214.65 | 5,197.03 | | | | 5,197.03 |
| SWITCHES FOR IRVING-10028025 | 01/24/2017 | 60 | 15050 | 89,080.16 | 1,484.67 | 40 | N | 1,484.67 | 59,386.77 | 29,693.39 | | | | 29,693.39 |
| SECURITY: AXIS CAMERAS AND SOFTWARE-10029027 | 01/24/2017 | 60 | 15050 | 1,541.34 | 25.69 | 40 | N | 25.69 | 1,027.56 | 513.78 | | | | 513.78 |

| Asset Description | Date Placed in Service | Useful Life in Months | GL Account | Cost Basis | Monthly Depreciation | Months Depreciated | Fully Depreciated? (Y/N) | Monthly Depreciation Expense | Accum Depr | NBV | D. | DISPOSAL COST | ACCUM DEPR | NBV After Disposals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATA BACKUPS - 4 EXTERNAL HDS-10029028 | 01/31/2017 | 60 | 15050 | 728.65 | 12.14 | 40 | N | 12.14 | 485.76 | 242.88 | | | | 242.88 |
| FW DATA CENTER UPGRADE-10027029 | 02/28/2017 | 60 | 15050 | 2,848.61 | 47.48 | 39 | N | 47.48 | 1,851.59 | 997.01 | | | | 997.01 |
| PHONE HEADSETS (150)-10029026 | 03/16/2017 | 60 | 15050 | 16,491.23 | 274.85 | 38 | N | 274.85 | 10,444.45 | 6,046.79 | | | | 6,046.79 |
| 4 RACK PDU 2G OUTPUT RECEPTACLES-10034025 | 03/31/2017 | 60 | 15050 | 1,906.01 | 31.77 | 38 | N | 31.77 | 1,207.14 | 698.87 | | | | 698.87 |
| IRVING DATA CENTER UPGRADE-10027027 | 03/31/2017 | 60 | 15050 | 37,366.71 | 622.78 | 38 | N | 622.78 | 23,665.58 | 13,701.13 | | | | 13,701.13 |
| XP UPGRADE - WACO-10031027 | 03/31/2017 | 60 | 15050 | 55,750.11 | 929.17 | 38 | N | 929.17 | 35,308.40 | 20,441.71 | | | | 20,441.71 |
| JACKSONVILLE DATA CENTER UPGRADE-10031030 | 04/30/2017 | 60 | 15050 | 1,738.09 | 28.97 | 37 | N | 28.97 | 1,072.42 | 666.27 | | | | 666.27 |
| SECURE PRINT | 04/30/2017 | 60 | 15050 | 12,233.34 | 203.89 | 37 | N | 203.89 | 7,543.89 | 4,689.45 | | | | 4,689.45 |
| 5 DELL EPORT REPLICATORS | 04/30/2017 | 60 | 15050 | 936.58 | 15.61 | 37 | N | 15.61 | 577.56 | 359.02 | | | | 359.02 |
| 4 DELL EPORT REPLICATORS | 04/30/2017 | 60 | 15050 | 748.87 | 12.48 | 37 | N | 12.48 | 461.80 | 287.07 | | | | 287.07 |
| 3 DELL LAT LAPTOPS | 05/31/2017 | 60 | 15050 | 4,647.69 | 77.46 | 36 | N | 77.46 | 2,788.61 | 1,859.08 | | | | 1,859.08 |
| IPAD MINI 2 PROJECT | 05/31/2017 | 60 | 15050 | 18,201.10 | 303.35 | 36 | N | 303.35 | 10,920.66 | 7,280.44 | | | | 7,280.44 |
| Trade Show Marketing Disp | 06/14/2017 | 60 | 15050 | 6,472.68 | 107.88 | 36 | N | 107.88 | 3,883.61 | 2,589.07 | | | | 2,589.07 |
| DELL CTO E7470 IS6300U 25 | 06/14/2017 | 60 | 15050 | 1,380.19 | 23.00 | 36 | N | 23.00 | 828.11 | 552.08 | | | | 552.08 |
| (5) DELL CTO E7470 I15630 | 06/14/2017 | 60 | 15050 | 6,900.94 | 115.02 | 36 | N | 115.02 | 4,140.56 | 2,760.38 | | | | 2,760.38 |
| (2) DELL CTO E7470 IS6300 | 06/14/2017 | 60 | 15050 | 2,760.38 | 46.01 | 36 | N | 46.01 | 1,656.23 | 1,104.15 | | | | 1,104.15 |
| (1) HID FARGO DTC1250E BA | 06/14/2017 | 60 | 15050 | 1,525.19 | 25.42 | 36 | N | 25.42 | 915.11 | 610.08 | | | | 610.08 |
| (10) SENN SC630 HEADSET O | 06/14/2017 | 60 | 15050 | 1,424.84 | 23.75 | 36 | N | 23.75 | 854.90 | 569.94 | | | | 569.94 |
| (10) SENN CSTD01 DIRECT C | 06/16/2017 | 60 | 15050 | 103.64 | 1.73 | 35 | N | 1.73 | 60.46 | 43.18 | | | | 43.18 |
| ITP-FY18-0245 Bone Densit | 07/31/2017 | 60 | 15050 | 6,553.62 | 109.23 | 34 | N | 109.23 | 3,713.72 | 2,839.90 | | | | 2,839.90 |
| 0717 ITP-FY18_0256 Unity- | 09/30/2017 | 60 | 15050 | 15,974.05 | 266.23 | 32 | N | 266.23 | 8,519.49 | 7,454.56 | | | | 7,454.56 |
| DOCUSIGN INTEGRATION | 09/30/2017 | 60 | 15050 | 14,252.24 | 237.54 | 32 | N | 237.54 | 7,601.19 | 6,651.05 | | | | 6,651.05 |
| ITP-FY18-0031 - Video Sur | 09/30/2017 | 60 | 15050 | 9,089.89 | 151.50 | 32 | N | 151.50 | 4,847.94 | 4,241.95 | | | | 4,241.95 |
| ITP-FY18-0244 - CSR Heads | 09/30/2017 | 15050 | | 2,225.53 | 37.09 | 32 | N | 37.09 | 1,186.95 | 1,038.58 | | | | 1,038.58 |
| ITP-FY18-0244 CSR Headset | 10/01/2017 | 60 | 15050 | 7,262.99 | 121.05 | 32 | N | 121.05 | 3,873.59 | 3,389.40 | | | | 3,389.40 |
| ITP-FY18-0032-Video Surve | 10/31/2017 | 60 | 15050 | 347.10 | 5.79 | 31 | N | 5.79 | 179.34 | 167.77 | | | | 167.77 |
| ITP-FY19-0105 FTW VMWare | 12/04/2017 | 60 | 15050 | 907.67 | 15.13 | 30 | N | 15.13 | 453.84 | 453.84 | | | | 453.84 |
| ITP-FY18-0026 Ricoh Secur | 12/01/2017 | 60 | 15050 | 41,734.90 | 695.58 | 30 | N | 695.58 | 20,867.45 | 20,867.45 | | | | 20,867.45 |
| Dell Laptops - 17 for Sr Branch Managers | 12/12/2017 | 60 | 15050 | 30,020.03 | 500.33 | 30 | N | 500.33 | 15,010.02 | 15,010.02 | | | | 15,010.02 |
| 1-FTW Inventory-Dell Dock | 12/01/2017 | 60 | 15050 | 195.94 | 3.27 | 30 | N | 3.27 | 97.97 | 97.97 | | | | 97.97 |
| 22 Dells with Docks, Mice, Keyboards & Turns Cases | 11/30/2017 | 60 | 15050 | 41,052.60 | 684.21 | 30 | N | 684.21 | 20,526.30 | 20,526.30 | | | | 20,526.30 |
| 5 Dells with Docking Station, Mice & Keyboards | 10/15/2017 | 60 | 15050 | 8,834.22 | 147.24 | 32 | N | 147.24 | 4,711.58 | 4,122.64 | | | | 4,122.64 |
| ITP-FY18-0019 - Encryption at Rest-Migration of All | 10/19/2017 | 60 | 15050 | 70,236.17 | 1,170.60 | 31 | N | 1,170.60 | 36,288.69 | 33,947.48 | | | | 33,947.48 |
| Computer Room Door Lock | 10/01/2017 | 60 | 15050 | 3,814.48 | 63.57 | 32 | N | 63.57 | 2,034.39 | 1,780.09 | | | | 1,780.09 |
| Panther Way - Computer Room Door Lock | 10/02/2017 | 60 | 15050 | 1,918.96 | 31.98 | 32 | N | 31.98 | 1,023.45 | 895.51 | | | | 895.51 |
| Netgear Switches - 5 of 10 | 10/09/2017 | 60 | 15050 | 4,232.08 | 70.53 | 32 | N | 70.53 | 2,257.11 | 1,974.97 | | | | 1,974.97 |
| Dell Laptops - 5 | 10/29/2017 | 60 | 15050 | 7,911.02 | 131.85 | 31 | N | 131.85 | 4,087.36 | 3,823.66 | | | | 3,823.66 |
| Fujitsu Scanners-3 | 11/04/2017 | 60 | 15050 | 3,150.68 | 52.51 | 31 | N | 52.51 | 1,627.85 | 1,522.83 | | | | 1,522.83 |
| Fortinet Fortitoken MOB SW | 12/24/2017 | 60 | 15050 | 3,062.74 | 51.05 | 29 | N | 51.05 | 1,480.32 | 1,582.42 | | | | 1,582.42 |
| Dell Laptops for FTW | 10/24/2017 | 60 | 15050 | 9,494.29 | 158.24 | 31 | N | 158.24 | 4,905.38 | 4,588.91 | | | | 4,588.91 |
| 10 Dell Docking Stations | 11/07/2017 | 60 | 15050 | 1,583.94 | 26.40 | 31 | N | 26.40 | 818.37 | 765.57 | | | | 765.57 |
| 10 Dell Laptops | 10/31/2017 | 60 | 15050 | 15,674.87 | 261.25 | 31 | N | 261.25 | 8,098.68 | 7,576.19 | | | | 7,576.19 |
| PW Workstations Buildout | 11/07/2017 | 60 | 15050 | 18,003.00 | 300.05 | 31 | N | 300.05 | 9,301.55 | 8,701.45 | | | | 8,701.45 |
| NITRO PRO 11 N4E COMM LIC 50-99U | 11/09/2017 | 60 | 15050 | 2,587.82 | 43.13 | 31 | N | 43.13 | 1,337.04 | 1,250.78 | | | | 1,250.78 |
| 10 Dells | 01/17/2018 | 60 | 15050 | 17,335.61 | 288.93 | 28 | N | 288.93 | 8,089.95 | 9,245.66 | | | | 9,245.66 |
| VMWARE WKSSP | 07/31/2017 | 60 | 15050 | 6,756.22 | 112.60 | 34 | N | 112.60 | 3,828.52 | 2,927.70 | | | | 2,927.70 |
| Amazon - ETARATECH - 1 for Tseng's upgrade | 01/31/2018 | 60 | 15050 | 185.74 | 3.10 | 28 | N | 3.10 | 86.68 | 99.06 | | | | 99.06 |
| IRVING FIREWALL UPGRADE | 01/02/2018 | 60 | 15050 | 6,037.51 | 100.63 | 29 | N | 100.63 | 2,918.13 | 3,119.38 | | | | 3,119.38 |
| ITP-FY18-0284-CSR Headset Upgrade/Standardization Proje | 01/15/2018 | 60 | 15050 | 15,822.73 | 263.71 | 29 | N | 263.71 | 7,647.65 | 8,175.08 | | | | 8,175.08 |
| Dell CTO LTO-7 Tape Media | 01/09/2018 | 60 | 15050 | 11,691.00 | 194.85 | 29 | N | 194.85 | 5,650.65 | 6,040.35 | | | | 6,040.35 |
| FUJITSU F1-716- SCANNER | 01/05/2018 | 60 | 15050 | 1,050.31 | 17.51 | 29 | N | 17.51 | 507.65 | 542.66 | | | | 542.66 |
| 30 DELL TOUCH MONITORS | 01/26/2018 | 60 | 15050 | 10,189.36 | 169.82 | 28 | N | 169.82 | 4,755.03 | 5,434.33 | | | | 5,434.33 |
| DELL CTO LTO-7 TAPE MEDIA | 01/09/2018 | 60 | 15050 | 11,691.00 | 194.85 | 29 | N | 194.85 | 5,650.65 | 6,040.35 | | | | 6,040.35 |
| DELL CTO PV ML6010 | 11/20/2017 | 60 | 15050 | 21,675.41 | 361.26 | 30 | N | 361.26 | 10,837.71 | 10,837.71 | | | | 10,837.71 |
| DELL CTO ML6000 | 03/31/2018 | 60 | 15050 | 53,876.88 | 897.95 | 26 | N | 897.95 | 23,346.65 | 30,530.23 | | | | 30,530.23 |
| 24 CUBES - DATA AND VOICE | 03/22/2018 | 60 | 15050 | 6,400.00 | 106.67 | 26 | N | 106.67 | 2,773.33 | 3,626.67 | | | | 3,626.67 |
| ITP-FY18-0008 - Enterprise Workstation | 06/12/2018 | 60 | 15050 | 330,403.66 | 5,506.73 | 24 | N | 5,506.73 | 132,161.46 | 198,242.20 | | | | 198,242.20 |
| Dongle Server - USB | 08/22/2018 | 60 | 15050 | 1,045.84 | 17.43 | 24 | N | 17.43 | 418.34 | 627.50 | | | | 627.50 |
| 5-EMS-Unity Hard Drives | 07/31/2018 | 60 | 15050 | 4,595.32 | 76.59 | 22 | N | 76.59 | 1,684.95 | 2,910.37 | | | | 2,910.37 |
| EMC-Unity Hard Drives | 12/31/2018 | 60 | 15050 | 4,595.32 | 76.59 | 17 | N | 76.59 | 1,302.01 | 3,293.31 | | | | 3,293.31 |
| UNLABELED TAPES FOR BACKU | 07/31/2018 | 60 | 15050 | 10,783.42 | 179.72 | 22 | N | 179.72 | 3,953.92 | 6,829.50 | | | | 6,829.50 |
| CDW Computers | 12/31/2018 | 60 | 15050 | 12,990.14 | 216.50 | 17 | N | 216.50 | 3,680.54 | 9,309.60 | | | | 9,309.60 |
| ITP - FY2018-0294-Deploy iPad Minis to Examiners | 07/31/2018 | 60 | 15050 | 102,563.07 | 1,709.38 | 22 | N | 1,709.38 | 37,606.46 | 64,956.61 | | | | 64,956.61 |
| ITP-FY19-0158-PW SHUTDOWN | 02/28/2019 | 60 | 15050 | 2,748.54 | 45.81 | 15 | N | 45.81 | 687.14 | 2,061.41 | | | | 2,061.41 |
| ITP-FY19-001-3 CAPEX PURCHASES (IN SERVICE UPON | 02/28/2019 | 60 | 15050 | 4,006.69 | 66.78 | 15 | N | 66.78 | 1,001.67 | 3,005.02 | | | | 3,005.02 |
| D3-DELL DRIVE | 06/30/2019 | 60 | 15050 | 85,149.35 | 1,419.16 | 11 | N | 1,419.16 | 15,610.71 | 69,538.64 | | | | 69,538.64 |
| DS - Dell Hardware | 06/30/2019 | 60 | 15050 | 17,696.29 | 294.94 | 11 | N | 294.94 | 3,244.32 | 14,451.97 | | | | 14,451.97 |
| D3 - Dell Drive Unity | 06/30/2019 | 60 | 15050 | 85,133.46 | 1,418.89 | 11 | N | 1,418.89 | 15,607.80 | 69,525.66 | | | | 69,525.66 |
| 138 - FY20 CapEx Purchase CDW Tapes | 06/30/2019 | 36 | 15050 | 20,519.85 | 570.00 | 11 | N | 570.00 | 6,269.95 | 14,249.90 | | | | 14,249.90 |
| DE - Dell Unity 6TB Drive | 06/30/2019 | 60 | 15050 | 86,237.30 | 1,437.29 | 11 | N | 1,437.29 | 15,810.17 | 70,427.13 | | | | 70,427.13 |
| Dell Financial Services Servers | 10/31/2019 | 60 | 15050 | 63,342.30 | 1,055.71 | 7 | N | 1,055.71 | 7,389.94 | 55,952.37 | | | | 55,952.37 |
| 1 DELL 7400 17-8665U AND KINGSTON 8GB DDR4 | 12/31/2019 | 60 | 15050 | 3,662.40 | 61.04 | 5 | N | 61.04 | 305.20 | 3,357.20 | | | | 3,357.20 |
| 1 DELL 7400 | 03/31/2020 | 60 | 15050 | 2,102.11 | 35.04 | 2 | N | 35.04 | 70.07 | 2,032.04 | | | | 2,032.04 |
| 2 Dell Latitude 7400 BTX 2 Dell Dock -WD19 90 PD | 05/31/2020 | 60 | 15050 | 2587.17 | 43.12 | 0 | N | - | 0.00 | 2,587.17 | | | | 2,587.17 |

| Asset Description | Date Placed in Service | Useful Life in Months | GL Account | Cost Basis | Monthly Depreciation | Months Depreciated | Fully Depreciated? (Y/N) | Monthly Depreciation Expense | Accum Depr | NBV | D T | DISPOSAL COST | ACCUM DEPR | NBV After Disposals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **15050 TOTAL - COMPUTER EQUIPMENT** | | | | **3,153,898.41** | | | | **36,528.37** | **2,130,532.70** | **1,020,778.54** | | **1,443.90** | **1,443.90** | **1,020,778.54** |
| | Purchase Date | | GL Account | Cost Basis | | | | | | | | | | |
| ORACLE - ACCTS RECEIVABLE-10004388 | 11/03/2015 | 24 | 15070 | 1,713.92 | 71.41 | 24 | Y | - | 1,713.92 | 0.00 | D | 1,713.92 | 1,713.92 | 0.00 |
| ITT - APP SOLUTIONS-10005664 | 11/03/2015 | 24 | 15070 | 4,005.15 | 166.88 | 24 | Y | - | 4,005.15 | 0.00 | | | | 0.00 |
| LE WEB APPLICATION-10006606 | 11/03/2015 | 24 | 15070 | 1,722.94 | 71.79 | 24 | Y | - | 1,722.94 | 0.00 | | | | 0.00 |
| 1 DATAWATCH MODELER LICENSE-10018538 | 11/03/2015 | 24 | 15070 | 1,398.19 | 58.26 | 24 | Y | - | 1,398.19 | 0.00 | | | | 0.00 |
| INSTALL NEW CARD ACCESS CONTROL SYSTEM-10018639 | 11/03/2015 | 24 | 15070 | 5,953.60 | 248.07 | 24 | Y | - | 5,953.60 | 0.00 | | | | 0.00 |
| BLACK ICE BATCH CONVERTER-10018919 | 11/03/2015 | 24 | 15070 | 4,095.36 | 170.64 | 24 | Y | - | 4,095.36 | 0.00 | | | | (0.00) |
| BATCH IMAGING CONVERTER - FOR USE WITH MRT-10019634 | 11/03/2015 | 24 | 15070 | 2,489.69 | 103.74 | 24 | Y | - | 2,489.69 | 0.00 | | | | 0.00 |
| LABOR - S2 Examiner Error Tracking and Scheduling-10019079 | 11/03/2015 | 36 | 15070 | 17,916.53 | 497.68 | 36 | Y | - | 17,916.53 | 0.00 | | | | 0.00 |
| Labor - Haven Life ACORD Order Return 1122 Via Web-10019185 | 11/05/2015 | 36 | 15070 | 5,629.34 | 156.37 | 36 | Y | - | 5,629.34 | 0.00 | | | | 0.00 |
| Labor - APS Report ¿ Specific Solutions-10019264 | 11/05/2015 | 36 | 15070 | 3,146.57 | 87.40 | 36 | Y | - | 3,146.57 | 0.00 | | | | (0.00) |
| Labor - Pacific Life FTP Delivery Express Reports-10018860 | 11/06/2015 | 36 | 15070 | 1,145.21 | 31.81 | 36 | Y | - | 1,145.21 | 0.00 | | | | 0.00 |
| Labor - Lincoln National B2B Ordering-10019194 | 11/06/2015 | 36 | 15070 | 2,655.87 | 73.77 | 36 | Y | - | 2,655.87 | 0.00 | | | | 0.00 |
| Labor - Optum and Highmark Report Setup Option---10019370 | 11/06/2015 | 36 | 15070 | 2,547.38 | 70.76 | 36 | Y | - | 2,547.38 | 0.00 | | | | 0.00 |
| LABOR - USAA Changes for APS Summary Document-10019101 | 11/10/2015 | 36 | 15070 | 15,637.66 | 434.38 | 36 | Y | - | 15,637.66 | 0.00 | | | | 0.00 |
| Labor - Loading Optum Chart Retrieval Projects on-10019251 | 11/10/2015 | 36 | 15070 | 8,648.72 | 240.24 | 36 | Y | - | 8,648.72 | 0.00 | | | | 0.00 |
| Labor - EOP Data Service Improvement-10019249 | 11/11/2015 | 36 | 15070 | 19,009.47 | 528.04 | 36 | Y | - | 19,009.47 | 0.00 | | | | 0.00 |
| Labor - SmartPartner to Oracle Receivables ¿ Daily-10019198 | 11/15/2015 | 36 | 15070 | 4,231.80 | 117.55 | 36 | Y | - | 4,231.80 | 0.00 | | | | 0.00 |
| Labor - Match Review Test Harness-10019258 | 11/15/2015 | 36 | 15070 | 2,590.38 | 71.96 | 36 | Y | - | 2,590.38 | 0.00 | | | | 0.00 |
| LABOR - Genworth 121 ACORD-10018883 | 11/20/2015 | 36 | 15070 | 18,024.49 | 500.68 | 36 | Y | - | 18,024.49 | 0.00 | | | | 0.00 |
| Labor - Streamline HSD CCIS Examiner Setup-10019192 | 11/20/2015 | 36 | 15070 | 2,908.09 | 80.78 | 36 | Y | - | 2,908.09 | 0.00 | | | | 0.00 |
| Labor - EOL Phonic iOS 9 Support-10019313 | 11/23/2015 | 36 | 15070 | 4,498.82 | 124.97 | 36 | Y | - | 4,498.82 | 0.00 | | | | 0.00 |
| Labor - EOL Account Maintenance-10019312 | 11/30/2015 | 36 | 15070 | 8,727.27 | 242.42 | 36 | Y | - | 8,727.27 | 0.00 | | | | 0.00 |
| Labor - EOL User & Navigation Enhancements-10019314 | 11/30/2015 | 36 | 15070 | 9,542.38 | 265.07 | 36 | Y | - | 9,542.38 | 0.00 | | | | 0.00 |
| Labor - USAA ¿ SLA Report-10019319 | 11/30/2015 | 36 | 15070 | 3,889.04 | 108.03 | 36 | Y | - | 3,889.04 | 0.00 | | | | 0.00 |
| Labor - Generic Status Alias Type--Phase 2-10019328 | 12/01/2015 | 36 | 15070 | 1,728.48 | 48.01 | 36 | Y | - | 1,728.48 | 0.00 | | | | 0.00 |
| Labor - Facility Information Auto Status-10019322 | 12/02/2015 | 36 | 15070 | 1,126.07 | 31.28 | 36 | Y | - | 1,126.07 | 0.00 | | | | 0.00 |
| LABOR - PGMU Migration to Generic Order-10019067 | 12/04/2015 | 36 | 15070 | 11,159.31 | 309.98 | 36 | Y | - | 11,159.31 | 0.00 | | | | 0.00 |
| LABOR - Select Quote Application Packet Auto Upload-10019100 | 12/07/2015 | 36 | 15070 | 11,228.57 | 311.90 | 36 | Y | - | 11,228.57 | 0.00 | | | | 0.00 |
| Labor - MetLife Direct B2B Connectivity-10019315 | 12/07/2015 | 36 | 15070 | 5,230.22 | 145.28 | 36 | Y | - | 5,230.22 | 0.00 | | | | 0.00 |
| Labor - Special Instruction Default-10019320 | 12/09/2015 | 36 | 15070 | 3,404.47 | 94.57 | 36 | Y | - | 3,404.47 | 0.00 | | | | 0.00 |
| Labor - Logging Enhancements-10019324 | 12/10/2015 | 36 | 15070 | 9,091.52 | 252.54 | 36 | Y | - | 9,091.52 | 0.00 | | | | 0.00 |
| LABOR - USAA SEZ Scheduling Interface ¿ Phase 1-10019080 | 12/14/2015 | 36 | 15070 | 27,374.33 | 760.40 | 36 | Y | - | 27,374.33 | 0.00 | | | | 0.00 |
| Labor - eEvaluation ICD10 CRA Child and Infant-10019260 | 12/14/2015 | 36 | 15070 | 22,329.92 | 620.28 | 36 | Y | - | 22,329.92 | 0.00 | | | | 0.00 |
| Labor - eEvaluation ICD10 MA XML Data Capture-10019262 | 12/14/2015 | 36 | 15070 | 4,975.84 | 138.22 | 36 | Y | - | 4,975.84 | 0.00 | | | | 0.00 |
| LABOR - Prudential IGO Mobile Wording Changes-10018848 | 12/17/2015 | 36 | 15070 | 3,659.87 | 101.66 | 36 | Y | - | 3,659.87 | 0.00 | | | | 0.00 |
| LABOR - ECM Support Application-10018933 | 12/22/2015 | 36 | 15070 | 9,326.75 | 259.08 | 36 | Y | - | 9,326.75 | 0.00 | | | | 0.00 |
| Labor - SBLI - Modifications-10019318 | 01/08/2016 | 36 | 15070 | 1,866.29 | 51.84 | 36 | Y | - | 1,866.29 | 0.00 | | | | 0.00 |
| Labor - John Hancock ¿ Agent Report Package & Other-10019321 | 01/11/2016 | 36 | 15070 | 2,427.59 | 67.43 | 36 | Y | - | 2,427.59 | 0.00 | | | | 0.00 |
| Labor - EMSI Doc Converter-10019195 | 01/13/2016 | 36 | 15070 | 8,913.56 | 247.60 | 36 | Y | - | 8,913.56 | 0.00 | | | | 0.00 |
| Labor - SEZ Scheduling Interface Enhancements ¿-10019255 | 01/20/2016 | 36 | 15070 | 12,849.69 | 356.94 | 36 | Y | - | 12,849.69 | 0.00 | | | | 0.00 |
| LABOR - InterfacePrint Upgrade-10018843 | 02/07/2016 | 36 | 15070 | 49,243.73 | 1,367.88 | 36 | Y | - | 49,243.73 | 0.00 | | | | 0.00 |
| LABOR - MML IGO Mobile WAP-10018957 | 02/11/2016 | 36 | 15070 | 5,946.06 | 165.17 | 36 | Y | - | 5,946.06 | 0.00 | | | | 0.00 |
| Labor - MVR Enhancements-10019332 | 02/16/2016 | 36 | 15070 | 7,981.05 | 221.70 | 36 | Y | - | 7,981.05 | 0.00 | | | | 0.00 |
| LABOR - Aegon IGO Mobile WAP-10019070 | 02/18/2016 | 36 | 15070 | 1,674.45 | 46.51 | 36 | Y | - | 1,674.45 | 0.00 | | | | 0.00 |
| Labor - AG Major Forms CT-10019338 | 02/29/2016 | 36 | 15070 | 1,813.22 | 50.37 | 36 | Y | - | 1,813.22 | 0.00 | | | | 0.00 |
| Labor - Michigan Farm Bureau Modifications-10019360 | 02/29/2016 | 36 | 15070 | 8,894.77 | 247.08 | 36 | Y | - | 8,894.77 | 0.00 | | | | 0.00 |
| SW - Encryption at Rest-10019383 | 03/01/2016 | 36 | 15070 | 81,554.49 | 2,265.40 | 36 | Y | - | 81,554.49 | 0.00 | | | | 0.00 |
| Labor - Crane UI for CampaignStaging in Hub-10019393 | 03/01/2016 | 36 | 15070 | 8,898.74 | 247.19 | 36 | Y | - | 8,898.74 | 0.00 | | | | 0.00 |
| LABOR - Hartford Group B2B Connectivity for Placing-10019106 | 03/11/2016 | 36 | 15070 | 27,828.57 | 773.02 | 36 | Y | - | 27,828.57 | 0.00 | | | | 0.00 |
| LABOR - USAA - MOVE FROM LEGACY SYSTEM-10019291 | 03/20/2016 | 36 | 15070 | 28,017.36 | 778.26 | 36 | Y | - | 28,017.36 | 0.00 | | | | 0.00 |
| LABOR - Nationwide IGO Mobile WAP-10019172 | 03/29/2016 | 36 | 15070 | 5,007.66 | 139.10 | 36 | Y | - | 5,007.66 | 0.00 | | | | 0.00 |
| LABOR - GE3 MIGRATION PHASE 2-10018930 | 03/31/2016 | 36 | 15070 | 5,016.63 | 139.35 | 36 | Y | - | 5,016.63 | 0.00 | | | | 0.00 |
| LABOR - FY15 CO: Optum Emerald Report--Phase 3-10019076 | 03/31/2016 | 36 | 15070 | 1,753.74 | 48.72 | 36 | Y | - | 1,753.74 | 0.00 | | | | (0.00) |
| ERICOM REMOTE DESKTOP SOFTWARE (100)-10019301 | 11/06/2015 | 36 | 15070 | 15,150.11 | 420.84 | 36 | Y | - | 15,150.11 | 0.00 | | | | 0.00 |
| MS WIN PRO I PGRADE (25) - JAX CALL CENTER-10019302 | 11/09/2015 | 36 | 15070 | 3,561.91 | 98.94 | 36 | Y | - | 3,561.91 | 0.00 | | | | 0.00 |
| MONOCHROME SERVER 4 THREADS - LICENSES-10019353 | 11/25/2015 | 36 | 15070 | 3,503.61 | 97.32 | 36 | Y | - | 3,503.61 | 0.00 | | | | 0.00 |
| BLACK ICE SOFTWARE-10019390 | 12/10/2015 | 36 | 15070 | 1,121.20 | 31.14 | 36 | Y | - | 1,121.20 | 0.00 | | | | 0.00 |
| MS OFFICE/EXCH (5) - JAX CC ADDITIONS-10019409 | 01/26/2016 | 36 | 15070 | 1,903.03 | 52.86 | 36 | Y | - | 1,903.03 | 0.00 | | | | (0.00) |
| MANAGE ENGINE NETFLOW ANALYZER ESSENTIAL - 50-10019457 | 02/17/2016 | 36 | 15070 | 3,382.73 | 93.96 | 36 | Y | - | 3,382.73 | 0.00 | | | | 0.00 |
| MS WINDOWS PROFESSIONAL DEVELOPER (10)-10019523 | 04/04/2016 | 36 | 15070 | 1,676.43 | 46.57 | 36 | Y | - | 1,676.43 | 0.00 | | | | 0.00 |
| Labor - eEvaluation ICD10 CRA XML Data Capture-10019784 | 04/28/2016 | 36 | 15070 | 5,577.71 | 154.94 | 36 | Y | - | 5,577.71 | 0.00 | | | | 0.00 |
| MCAFEE LICENSES (15)-10026944 | 05/05/2016 | 36 | 15070 | 837.18 | 23.26 | 36 | Y | - | 837.18 | 0.00 | | | | 0.00 |
| MS OFF/EXCH/VISIO 2016 - SHERRY CREWS-10026959 | 05/23/2016 | 36 | 15070 | 625.11 | 17.36 | 36 | Y | - | 625.11 | 0.00 | | | | 0.00 |
| MICROSOFT SQL SERVER ENTERPRISE-10026990 | 05/26/2016 | 36 | 15070 | 33,811.13 | 939.20 | 36 | Y | - | 33,811.13 | 0.00 | | | | 0.00 |
| LABOR - EMSI NATG Training Site Interface-10019108 | 06/01/2016 | 36 | 15070 | 37,567.60 | 1,043.54 | 36 | Y | - | 37,567.60 | 0.00 | | | | 0.00 |
| LABOR - Move Field Zip code Routing to EOP-10019171 | 06/05/2016 | 36 | 15070 | 16,234.33 | 450.95 | 36 | Y | - | 16,234.33 | 0.00 | | | | 0.00 |
| Labor - Managing Enterprise Processing Centers-10019186 | 06/05/2016 | 36 | 15070 | 23,968.63 | 665.80 | 36 | Y | - | 23,968.63 | 0.00 | | | | 0.00 |
| Labor - S2 iSchedule integration with ScheduleEZ-10019372 | 06/11/2016 | 36 | 15070 | 184,528.54 | 5,125.79 | 36 | Y | - | 184,528.54 | 0.00 | | | | 0.00 |
| SOFTWARE LICENSES MICHELLE WILLIAMS-10026983 | 06/22/2016 | 36 | 15070 | 617.53 | 17.15 | 36 | Y | - | 617.53 | 0.00 | | | | 0.00 |
| EXTERNAL EVENT LISTENER-10026986 | 06/30/2016 | 36 | 15070 | 24,616.62 | 683.80 | 36 | Y | - | 24,616.62 | 0.00 | | | | 0.00 |
| Labor - Sales Volume Report-10019458 | 07/31/2016 | 36 | 15070 | 8,495.96 | 236.00 | 36 | Y | - | 8,495.96 | 0.00 | | | | 0.00 |
| IRVING UPS BATTERY REPLACEMENT-10026979 | 07/31/2016 | 36 | 15070 | 10,218.87 | 283.86 | 36 | Y | - | 10,218.87 | 0.00 | | | | 0.00 |
| BACKUP SOLUTION-10026982 | 07/31/2016 | 36 | 15070 | 87,843.78 | 2,440.11 | 36 | Y | - | 87,843.78 | 0.00 | | | | 0.00 |
| LABOR - ENCRYPTION AT REST-10019382 | 08/31/2016 | 36 | 15070 | 182,816.33 | 5,078.23 | 36 | Y | - | 182,816.33 | 0.00 | | | | 0.00 |

| Asset Description | Date Placed in Service | Useful Life in Months | GL Account | Cost Basis | Monthly Depreciation | Months Depreciated | Fully Depreciated? (Y/N) | Monthly Depreciation Expense | Accum Depr | NBV | D. DISPOSAL COST | ACCUM DEPR | NBV After Disposals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Labor - Quality Issues Tracking in ECM-10019399 | 08/31/2016 | 36 | 15070 | 33,343.12 | 926.20 | 36 | Y | - | 33,343.12 | 0.00 | | | 0.00 |
| BACKUP SOLUTION-10027000 | 08/31/2016 | 36 | 15070 | 73,340.67 | 2,037.24 | 36 | Y | - | 73,340.67 | 0.00 | | | 0.00 |
| LABOR - Remove Exon Oracle from Ordering Process-10018782 | 09/30/2016 | 36 | 15070 | 57,830.26 | 1,606.40 | 36 | Y | - | 57,830.26 | 0.00 | | | 0.00 |
| MDS REMEDIATION-10026989 | 10/31/2016 | 36 | 15070 | 12,652.10 | 351.45 | 36 | Y | - | 12,652.10 | 0.00 | | | 0.00 |
| CCIS DATAMART-10027010 | 10/31/2016 | 36 | 15070 | 5,982.66 | 166.19 | 36 | Y | - | 5,982.66 | 0.00 | | | 0.00 |
| Labor - MRR Workflow Improvements ¿ Phase 1-10019528 | 11/04/2016 | 36 | 15070 | 75,254.01 | 2,090.39 | 36 | Y | - | 75,254.01 | 0.00 | | | 0.00 |
| NITRO PRO LICENSES - 2-10027030 | 11/30/2016 | 36 | 15070 | 1,353.41 | 37.59 | 36 | Y | - | 1,353.41 | 0.00 | | | 0.00 |
| ADOBE ROBOHELP LICENSE-10027031 | 11/30/2016 | 36 | 15070 | 984.12 | 27.34 | 36 | Y | - | 984.12 | 0.00 | | | 0.00 |
| Labor--DOS Validation for ICD Effective Dates-10027037 | 11/30/2016 | 36 | 15070 | 938.33 | 26.06 | 36 | Y | - | 938.33 | 0.00 | | | 0.00 |
| WINDOWS XP UPGRD - IRVING-10019238 | 01/31/2017 | 36 | 15070 | 243,555.12 | 6,765.42 | 36 | Y | - | 243,555.12 | 0.00 | | | 0.00 |
| Labor --Station Mobile Imaging (Phase 2)-10019526 | 01/31/2017 | 36 | 15070 | 4,689.94 | 130.28 | 36 | Y | - | 4,689.94 | 0.00 | | | 0.00 |
| Infrastructure Remediation: Upgrade Switches and-10027001 | 01/31/2017 | 36 | 15070 | 258,616.70 | 7,183.80 | 36 | Y | - | 258,616.70 | 0.00 | | | 0.00 |
| HYPERION PHASE 1-10027005 | 01/31/2017 | 36 | 15070 | 164,976.93 | 4,582.69 | 36 | Y | - | 164,976.93 | 0.00 | | | 0.00 |
| SECURITY: WIRELESS ACCESS POINT REMEDIATION-10027006 | 01/31/2017 | 36 | 15070 | 40,990.27 | 1,138.62 | 36 | Y | - | 40,990.27 | 0.00 | | | 0.00 |
| Labor--Quality/Error tracking in ECM--Phase 2-10027038 | 01/31/2017 | 36 | 15070 | 898.66 | 24.96 | 36 | Y | - | 898.66 | 0.00 | | | 0.00 |
| WACO DATA CENTER UPGRADE-10028026 | 01/31/2017 | 36 | 15070 | 74,035.88 | 2,056.55 | 36 | Y | - | 74,035.88 | 0.00 | | | 0.00 |
| LABOR - DAVINCI 2.05 REPORTS-10017954 | 02/28/2017 | 36 | 15070 | 7,829.47 | 217.49 | 36 | Y | - | 7,829.47 | 0.00 | | | 0.00 |
| LABOR - TELEPRO EHR CASE MGMT WORKFLOW-10018389 | 02/28/2017 | 36 | 15070 | 450,394.20 | 12,510.95 | 36 | Y | - | 450,394.20 | 0.00 | | | 0.00 |
| LABOR - Emerald Customer Implementation-10018829 | 02/28/2017 | 36 | 15070 | 375,710.68 | 10,436.41 | 36 | Y | - | 375,710.68 | 0.00 | | | 0.00 |
| Labor - Davinci - Get Next Application-10019524 | 02/28/2017 | 36 | 15070 | 175,486.37 | 4,874.62 | 36 | Y | - | 175,486.37 | 0.00 | | | (0.00) |
| Member Priority for HBC-10026985 | 02/28/2017 | 36 | 15070 | 36,316.51 | 1,008.79 | 36 | Y | - | 36,316.51 | 0.00 | | | 0.00 |
| SECURITY: 8 SERVERS TO COMPLETE P2V-10026994 | 02/28/2017 | 36 | 15070 | 130,084.95 | 3,613.47 | 36 | Y | - | 130,084.95 | 0.00 | | | 0.00 |
| PC BREAK FIX-10026996 | 02/28/2017 | 36 | 15070 | 29,559.18 | 821.09 | 36 | Y | - | 29,559.18 | 0.00 | | | 0.00 |
| EXTERNAL EVENT LISTENER - PHASE 2-10027018 | 02/28/2017 | 36 | 15070 | 9,577.25 | 266.03 | 36 | Y | - | 9,577.25 | 0.00 | | | 0.00 |
| Labor--Eltx B2B Originator for Ordering Offices-10027032 | 02/28/2017 | 36 | 15070 | 4,041.71 | 112.27 | 36 | Y | - | 4,041.71 | 0.00 | | | 0.00 |
| Labor--Examiner Attestation Feature--eNation-10028030 | 02/28/2017 | 36 | 15070 | 2,437.75 | 67.72 | 36 | Y | - | 2,437.75 | 0.00 | | | 0.00 |
| HEDIS LETTERS-10030028 | 02/28/2017 | 36 | 15070 | 6,189.57 | 171.93 | 36 | Y | - | 6,189.57 | 0.00 | | | 0.00 |
| SEA IMPROVEMENTS-10026988 | 03/31/2017 | 36 | 15070 | 53,982.46 | 1,499.51 | 36 | Y | - | 53,982.46 | 0.00 | | | 0.00 |
| Security Enhancements: Jacksonville Call Center-10027024 | 03/31/2017 | 36 | 15070 | 13,413.58 | 372.60 | 36 | Y | - | 13,413.58 | 0.00 | | | 0.00 |
| MMR FORMAT CHANGES-10030026 | 03/31/2017 | 36 | 15070 | 4,144.61 | 115.13 | 36 | Y | - | 4,144.61 | 0.00 | | | 0.00 |
| S-2 PICASSO INTEGRATION | 05/09/2017 | 36 | 15070 | 7,403.99 | 205.67 | 36 | Y | - | 7,403.99 | 0.00 | | | 0.00 |
| LABOR - EDEN EXTENDED SER | 06/30/2017 | 36 | 15070 | 13,292.32 | 369.23 | 35 | N | 369.23 | 12,923.09 | 369.23 | | | 369.23 |
| LABOR - Eden Rendition Pr | 06/30/2017 | 36 | 15070 | 6,725.46 | 186.82 | 35 | N | 186.82 | 6,538.64 | 186.82 | | | 186.82 |
| LABOR - Eden Archival | 06/30/2017 | 36 | 15070 | 178,547.93 | 4,959.66 | 35 | N | 4,959.66 | 173,588.27 | 4,959.66 | | | 4,959.66 |
| Windows 10 Support for Se | 06/30/2017 | 36 | 15070 | 389,479.28 | 10,818.87 | 35 | N | 10,818.87 | 378,660.41 | 10,818.87 | | | 10,818.87 |
| SECURITY ENHANCEMENTS | 06/30/2017 | 36 | 15070 | 331,465.90 | 9,207.39 | 35 | N | 9,207.39 | 322,258.51 | 9,207.39 | | | 9,207.39 |
| LABOR - NEW CSR UI FOR HH | 06/30/2017 | 36 | 15070 | 102,866.84 | 2,857.41 | 35 | N | 2,857.41 | 100,009.43 | 2,857.41 | | | 2,857.41 |
| ITP-FY18-0155 - SynqQ Cha | 07/13/2017 | 36 | 15070 | 8,986.31 | 249.62 | 35 | N | 249.62 | 8,736.69 | 249.62 | | | 249.62 |
| ITP-FY18-0116 - Integrate | 07/18/2017 | 36 | 15070 | 6,165.70 | 171.27 | 34 | N | 171.27 | 5,823.16 | 342.54 | | | 342.54 |
| ITP-FY18-0225 - SEA Manag | 07/20/2017 | 36 | 15070 | 4,303.14 | 119.53 | 34 | N | 119.53 | 4,064.08 | 239.06 | | | 239.06 |
| ITP-FY18-0204 - MOR/MMR N | 07/21/2017 | 36 | 15070 | 1,656.71 | 46.02 | 34 | N | 46.02 | 1,564.67 | 92.04 | | | 92.04 |
| ITP-FY18-0250 - Electroni | 07/26/2017 | 36 | 15070 | 3,791.06 | 105.31 | 34 | N | 105.31 | 3,580.45 | 210.61 | | | 210.61 |
| 2- Unity- Software & Supp | 07/31/2017 | 36 | 15070 | 976.46 | 27.12 | 34 | N | 27.12 | 922.21 | 54.25 | | | 54.25 |
| ITP-FY18-0203 - Diabetic | 08/01/2017 | 36 | 15070 | 11,111.97 | 308.67 | 34 | N | 308.67 | 10,494.64 | 617.33 | | | 617.33 |
| Labor - NextGen ¿ EHR Ven | 09/30/2017 | 36 | 15070 | 56,177.42 | 1,560.48 | 32 | N | 1,560.48 | 49,935.48 | 6,241.94 | | | 6,241.94 |
| Ceridian HCM | 09/30/2017 | 36 | 15070 | 454,927.59 | 12,636.88 | 32 | N | 12,636.88 | 404,380.08 | 50,547.51 | | | 50,547.51 |
| ITP-FY18-0160 - Enchance | 09/30/2017 | 36 | 15070 | 25,572.72 | 710.35 | 32 | N | 710.35 | 22,731.31 | 2,841.41 | | | 2,841.41 |
| ITP-FY18-0016 - GFI LANGu | 10/01/2017 | 36 | 15070 | 6,000.47 | 166.68 | 32 | N | 166.68 | 5,333.75 | 666.72 | | | 666.72 |
| ITP-FY18-0057 Terminal Sv | 10/01/2017 | 36 | 15070 | 17,545.84 | 487.38 | 32 | N | 487.38 | 15,596.30 | 1,949.54 | | | 1,949.54 |
| ITP-FY18-0108 - Upgrade E | 10/22/2017 | 36 | 15070 | 113,060.85 | 3,140.58 | 31 | N | 3,140.58 | 97,357.95 | 15,702.90 | | | 15,702.90 |
| ITP-FY18-0040-Implement D | 10/31/2017 | 36 | 15070 | 1,387.97 | 38.55 | 31 | N | 38.55 | 1,195.20 | 192.77 | | | 192.77 |
| ITP-FY18-0231 - Ricoh Secure Print in WCP and WPW | 10/01/2017 | 36 | 15070 | 14,995.51 | 416.54 | 32 | N | 416.54 | 13,329.34 | 1,666.17 | | | 1,666.17 |
| MS MPSAB SQL Server | 12/01/2017 | 36 | 15070 | 72,833.62 | 2,023.16 | 30 | N | 2,023.16 | 60,694.68 | 12,138.94 | | | 12,138.94 |
| MS MPSAB DYNCRMSVR PRO US | 12/08/2017 | 36 | 15070 | 18,985.17 | 527.37 | 30 | N | 527.37 | 15,820.98 | 3,164.20 | | | 3,164.20 |
| MS MPSAC WIN SERVER DATCR | 12/01/2017 | 36 | 15070 | 11,434.45 | 317.62 | 30 | N | 317.62 | 9,528.71 | 1,905.74 | | | 1,905.74 |
| MS MPSAB WIN SERVER DATCR | 12/01/2017 | 36 | 15070 | 46,181.07 | 1,282.81 | 30 | N | 1,282.81 | 38,484.23 | 7,696.85 | | | 7,696.85 |
| CR2996 Vantage CRA | 11/30/2017 | 36 | 15070 | 764.31 | 21.23 | 30 | N | 21.23 | 636.93 | 127.39 | | | 127.39 |
| ITP-FY18-0223 - ADP Special Authorization Handling | 12/12/2017 | 36 | 15070 | 5,887.86 | 163.55 | 30 | N | 163.55 | 4,906.56 | 981.31 | | | 981.31 |
| CR3130 KOC Tele-interview | 11/30/2017 | 36 | 15070 | 12,692.19 | 352.56 | 30 | N | 352.56 | 10,576.83 | 2,115.37 | | | 2,115.37 |
| CR3167 BNSF iSchedule to S2 Conversion | 01/04/2018 | 36 | 15070 | 38,915.64 | 1,080.99 | 29 | N | 1,080.99 | 31,348.71 | 7,566.93 | | | 7,566.93 |
| CR3198 Thrivent Added Exam for DOI | 09/30/2017 | 36 | 15070 | 2,598.82 | 72.19 | 32 | N | 72.19 | 2,310.06 | 288.76 | | | 288.76 |
| ITP-FY18-0232 - Ricoh Secure Print in FTW | 11/01/2017 | 36 | 15070 | 1,800.14 | 50.00 | 31 | N | 50.00 | 1,550.12 | 250.02 | | | 250.02 |
| CRA Oscar Customer Implementation | 11/21/2017 | 36 | 15070 | 14,176.43 | 393.79 | 30 | N | 393.79 | 11,813.69 | 2,362.74 | | | 2,362.74 |
| ITP-FY18-0036 ¿ 802.1x Implementation (WCP) | 11/01/2017 | 36 | 15070 | 749.25 | 20.81 | 31 | N | 20.81 | 645.19 | 104.06 | | | 104.06 |
| ITP-FY18-0037 ¿ 802.1x Implementation (WPW) | 11/01/2017 | 36 | 15070 | 513.50 | 14.25 | 31 | N | 14.25 | 441.75 | 71.25 | | | 71.25 |
| CR3117 NML 103 XML | 11/30/2017 | 36 | 15070 | 10,118.50 | 281.07 | 30 | N | 281.07 | 8,432.08 | 1,686.42 | | | 1,686.42 |
| CR3204 MOO APS SUM | 10/13/2017 | 36 | 15070 | 2,848.38 | 79.12 | 32 | N | 79.12 | 2,531.89 | 316.49 | | | 316.49 |
| CR3196 Pru December Release | 01/02/2018 | 36 | 15070 | 2,048.53 | 56.90 | 29 | N | 56.90 | 1,650.20 | 398.33 | | | 398.33 |
| CR3197 TIAA TeleInterview | 01/20/2018 | 36 | 15070 | 23,479.48 | 652.21 | 28 | N | 652.21 | 18,261.82 | 5,217.66 | | | 5,217.66 |
| CR3131-Prudential Life Distributors for Edward | 01/04/2018 | 36 | 15070 | 1,834.60 | 50.96 | 29 | N | 50.96 | 1,477.87 | 356.73 | | | 356.73 |
| CR3205 Crump Banner AU | 01/16/2018 | 36 | 15070 | 11,753.49 | 326.49 | 28 | N | 326.49 | 9,141.60 | 2,611.89 | | | 2,611.89 |
| Amazon - Samsung 850 EVO - 500GB - Tseng's upgrade | 11/16/2017 | 36 | 15070 | 182.93 | 5.08 | 30 | N | 5.08 | 152.44 | 30.49 | | | 30.49 |
| MS MPSA Office Std - 50 | 12/28/2017 | 36 | 15070 | 18,479.90 | 513.33 | 29 | N | 513.33 | 14,886.59 | 3,593.31 | | | 3,593.31 |
| Labor- Retire Exam4Windows | 02/28/2018 | 36 | 15070 | 256,088.96 | 7,113.58 | 27 | N | 7,113.58 | 192,066.72 | 64,022.24 | | | 64,022.24 |
| MCAFEE ATD | 11/01/2017 | 36 | 15070 | 2,024.15 | 56.23 | 31 | N | 56.23 | 1,743.02 | 281.13 | | | 281.13 |
| SECURITY ENHANCEMENTS - PALO ALTO | 02/28/2018 | 36 | 15070 | 113,732.95 | 3,159.25 | 27 | N | 3,159.25 | 85,299.71 | 28,433.24 | | | 28,433.24 |
| Labor--FTP to MFT Migration | 08/08/2017 | 36 | 15070 | 11,295.41 | 313.76 | 34 | N | 313.76 | 10,667.89 | 627.52 | | | 627.52 |

| Asset Description | Date Placed in Service | Useful Life in Months | GL Account | Cost Basis | Monthly Depreciation | Months Depreciated | Fully Depreciated? (Y/N) | Monthly Depreciation Expense | Accum Depr | NBV | D. | DISPOSAL COST | ACCUM DEPR | NBV After Disposal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITP-FY18-0139 - eReview QA Enhancements | 01/01/2018 | 36 | 15070 | 45,511.59 | 1,264.21 | 29 | N | 1,264.21 | 36,662.11 | 8,849.48 | | | | 8,849.48 |
| ITP-FY18-0258 - EOL Tele Order Entry for Knights of | 12/31/2017 | 36 | 15070 | 13,991.86 | 388.66 | 29 | N | 388.66 | 11,271.22 | 2,720.64 | | | | 2,720.64 |
| ITP-FY18-0035 - 802.1X Implementation (IRV) | 10/31/2017 | 36 | 15070 | 1,167.76 | 32.44 | 31 | N | 32.44 | 1,005.57 | 162.19 | | | | 162.19 |
| ITP-FY18-0062 - Deploy Sparc Netgears to Corporate | 08/31/2017 | 36 | 15070 | 472.50 | 13.13 | 33 | N | 13.13 | 433.13 | 39.38 | | | | 39.38 |
| ITP-FY18-0018 - Migrate DMZ1 to DMZ2 | 09/30/2017 | 36 | 15070 | 2,117.82 | 58.83 | 32 | N | 58.83 | 1,882.51 | 235.31 | | | | 235.31 |
| ITP-FY18-0228-Upgrade SEA to Windows 2012 | 12/31/2017 | 36 | 15070 | 3,239.38 | 89.98 | 29 | N | 89.98 | 2,609.50 | 629.88 | | | | 629.88 |
| SolarWinds Serv-U Server | 01/09/2018 | 36 | 15070 | 1,621.04 | 45.03 | 29 | N | 45.03 | 1,305.84 | 315.20 | | | | 315.20 |
| ITP-FY18-0229 - MRR Special Authorization Processing System | 03/31/2018 | 36 | 15070 | 372,981.83 | 10,360.61 | 26 | N | 10,360.61 | 269,375.77 | 103,606.06 | | | | 103,606.06 |
| ITP-FY18-0254 - Automate the Process of Refreshing TML's | 03/31/2018 | 36 | 15070 | 18,675.25 | 518.76 | 26 | N | 518.76 | 13,487.68 | 5,187.57 | | | | 5,187.57 |
| ITP-FY18-0252 - Electronic Forms Deployed for | 01/19/2018 | 36 | 15070 | 50,240.45 | 1,395.57 | 28 | N | 1,395.57 | 39,075.91 | 11,164.54 | | | | 11,164.54 |
| FY16 XP-2.W10 Upgrade | 03/31/2018 | 36 | 15070 | 18,344.42 | 509.57 | 26 | N | 509.57 | 13,248.75 | 5,095.67 | | | | 5,095.67 |
| ITP-FY18-0241 - Provider Portal Password Expiration | 03/31/2018 | 36 | 15070 | 4,007.76 | 111.33 | 26 | N | 111.33 | 2,894.49 | 1,113.27 | | | | 1,113.27 |
| ITP-FY18-0285 - Implement XML Export Capabilities | 01/19/2018 | 36 | 15070 | 5,620.73 | 156.13 | 28 | N | 156.13 | 4,371.68 | 1,249.05 | | | | 1,249.05 |
| ITP-FY18-0293 - Allscripts 17.3 Updates and | 03/01/2018 | 36 | 15070 | 3,413.91 | 94.83 | 27 | N | 94.83 | 2,560.43 | 853.48 | | | | 853.48 |
| ITP-FY18-0273 - Eliminate All EOL Admin Access from | 03/01/2018 | 36 | 15070 | 10,629.02 | 295.25 | 27 | N | 295.25 | 7,971.77 | 2,657.26 | | | | 2,657.26 |
| ITP-FY18-0199 - Microsoft Dynamics CRM Upgrade | 04/30/2018 | 36 | 15070 | 58,309.14 | 1,619.70 | 25 | N | 1,619.70 | 40,492.46 | 17,816.68 | | | | 17,816.68 |
| ITP-FY18-0200 - Account Lockout Capability for All Exte | 04/30/2018 | 36 | 15070 | 7,923.41 | 220.09 | 25 | N | 220.09 | 5,502.37 | 2,421.04 | | | | 2,421.04 |
| ITP-FY18-0121 Ceridian Create Final ADP Report | 04/30/2018 | 36 | 15070 | 12,600.00 | 350.00 | 25 | N | 350.00 | 8,750.00 | 3,850.00 | | | | 3,850.00 |
| ITP-FY18-0167 Rationalize Inspections Imaging | 04/30/2018 | 36 | 15070 | 500.59 | 13.91 | 25 | N | 13.91 | 347.63 | 152.96 | | | | 152.96 |
| 20 NITRO LICENSES | 05/17/2018 | 36 | 15070 | 2,587.82 | 71.88 | 24 | N | 71.88 | 1,725.21 | 862.61 | | | | 862.61 |
| Labor--PilotFish Upgrade | 04/30/2018 | 36 | 15070 | 29,940.57 | 831.68 | 25 | N | 831.68 | 20,792.06 | 9,148.51 | | | | 9,148.51 |
| ITP-FY18-0221 - iGO CRL e-Lab Slip Integration | 04/30/2018 | 36 | 15070 | 80,825.00 | 2,245.14 | 24 | N | 2,245.14 | 53,883.33 | 26,941.67 | | | | 26,941.67 |
| ITP-FY18-0172 - MRR Credit Card Reconciliation | 04/30/2018 | 36 | 15070 | 37,778.59 | 1,049.41 | 25 | N | 1,049.41 | 26,235.13 | 11,543.46 | | | | 11,543.46 |
| ITP-FY18-0048 Data Center LAN Segmentation Phase II | 03/31/2018 | 36 | 15070 | 14,625.00 | 406.25 | 26 | N | 406.25 | 10,562.50 | 4,062.50 | | | | 4,062.50 |
| ITP-FY18-0229 - MRR Special Authorization Processing Sy | 05/31/2018 | 36 | 15070 | 16,470.68 | 457.52 | 24 | N | 457.52 | 10,980.45 | 5,490.23 | | | | 5,490.23 |
| ITP-FY18-0133 - Hyperion - Phase II | 08/31/2018 | 36 | 15070 | 208,651.54 | 5,795.88 | 21 | N | 5,795.88 | 121,713.40 | 86,938.14 | | | | 86,938.14 |
| ITP-FY18-0121 - Ceridian HCM PHASE 2 | 08/31/2018 | 36 | 15070 | 113,904.04 | 3,164.00 | 21 | N | 3,164.00 | 66,444.02 | 47,460.02 | | | | 47,460.02 |
| ITP-FY18-0116 Add Discussions to MRR Auth | 08/31/2018 | 36 | 15070 | 14,551.88 | 404.22 | 21 | N | 404.22 | 8,488.60 | 6,063.28 | | | | 6,063.28 |
| ITP-FY18-0193 - New APS Summary Application from eNoa | 11/30/2018 | 36 | 15070 | 232,827.16 | 6,467.42 | 18 | N | 6,467.42 | 116,413.58 | 116,413.58 | | | | 116,413.58 |
| | 11/30/2018 | 36 | 15070 | 57,814.42 | 1,605.96 | 18 | N | 1,605.96 | 28,907.21 | 28,907.21 | | | | 28,907.21 |
| ITP-FY18-0118 - External Facility Search | 11/30/2018 | 36 | 15070 | 5,478.89 | 152.19 | 18 | N | 152.19 | 2,739.45 | 2,739.45 | | | | 2,739.45 |
| ITP-FY18-0254 - Automate the Process of Refreshing Proje | 11/30/2018 | 36 | 15070 | 3,748.43 | 104.12 | 18 | N | 104.12 | 1,874.22 | 1,874.22 | | | | 1,874.22 |
| ITP-FY19-0128 EOL Enhancements for Lit Customers | 11/30/2018 | 36 | 15070 | 13,408.92 | 372.47 | 18 | N | 372.47 | 6,704.46 | 6,704.46 | | | | 6,704.46 |
| ITP-FY19-0129 External Discussions Webservice | 11/30/2018 | 36 | 15070 | 8,687.93 | 241.33 | 18 | N | 241.33 | 4,343.97 | 4,343.97 | | | | 4,343.97 |
| ITP-FY19-0131 - MRR Auth Enhancements for USAA One T | 11/30/2018 | 36 | 15070 | 14,122.43 | 392.29 | 18 | N | 392.29 | 7,061.22 | 7,061.22 | | | | 7,061.22 |
| ITP-FY19-0115-Security Event Logging Std Across All EMSI | 1/11/2019 | 36 | 15070 | 7,871.18 | 218.64 | 17 | N | 218.64 | 3,716.95 | 4,154.23 | | | | 4,154.23 |
| ITP-FY19-0105 - Enation Productivity | 12/31/2018 | 36 | 15070 | 125,402.79 | 3,483.41 | 17 | N | 3,483.41 | 59,217.98 | 66,184.81 | | | | 66,184.81 |
| ITP-FY19-0107 - ScheduleEz Productivity | 1/31/2019 | 36 | 15070 | 40,576.67 | 1,127.13 | 16 | N | 1,127.13 | 18,034.08 | 22,542.59 | | | | 22,542.59 |
| ITP- FY19-0002-FY19 CAPEX PURCHASE - IT SOFTWARI | 01/31/2019 | 36 | 15070 | 3,128.64 | 86.91 | 16 | N | 86.91 | 1,390.51 | 1,738.13 | | | | 1,738.13 |
| ITP-FY18-0221-2 iGO CRL e-Lab Slip Integration | 11/15/2018 | 36 | 15070 | 4,268.75 | 118.58 | 19 | N | 118.58 | 2,252.95 | 2,015.80 | | | | 2,015.80 |
| ITP-FY19-0132 - FedEx to UPS Replacement | 01/31/2019 | 36 | 15070 | 5,535.85 | 153.77 | 17 | N | 153.77 | 2,614.15 | 2,921.70 | | | | 2,921.70 |
| ITP-FY19-1111 - ApplcInt | 02/28/2019 | 36 | 15070 | 5,263.00 | 146.19 | 15 | N | 146.19 | 2,192.92 | 3,070.08 | | | | 3,070.08 |
| ITP-FY19-0108 Clinical Req. Creation Application | 03/31/2019 | 36 | 15070 | 140,621.94 | 3,906.17 | 14 | N | 3,906.17 | 54,686.31 | 85,935.63 | | | | 85,935.63 |
| ITP-FY19-0111 Genzyme Integration | 03/31/2019 | 36 | 15070 | 59,382.96 | 1,649.53 | 14 | N | 1,649.53 | 23,093.37 | 36,289.59 | | | | 36,289.59 |
| ITP-FY19-0037 - SterlingOne Integration for Examiners in E( | 03/31/2019 | 36 | 15070 | 18,626.30 | 517.40 | 14 | N | 517.40 | 7,243.56 | 11,382.74 | | | | 11,382.74 |
| ITP-FY19-0034 - CCIS Custom Invoice Formatting and Distri | 03/31/2019 | 36 | 15070 | 20,507.88 | 569.66 | 14 | N | 569.66 | 7,975.29 | 12,532.59 | | | | 12,532.59 |
| ITP-FY19-0147 - Automation of One Touch billing for MRR | 03/31/2019 | 36 | 15070 | 43,803.38 | 1,216.76 | 14 | N | 1,216.76 | 17,034.65 | 26,768.73 | | | | 26,768.73 |
| Computer Software Licenses Palo Alto | 12/01/2018 | 36 | 15070 | 322,316.98 | 8,953.25 | 18 | N | 8,953.25 | 161,158.49 | 161,158.49 | | | | 161,158.49 |
| ITP-FY18-0072 - Upgrade/replace all servers to | 04/30/2019 | 36 | 15070 | 71,714.41 | 1,992.07 | 13 | N | 1,992.07 | 25,896.87 | 45,817.54 | | | | 45,817.54 |
| ITP-FY19-0117 - EMSI-Prudential CallComplete (CR3046) | 05/31/2019 | 36 | 15070 | 288,475.02 | 8,013.20 | 12 | N | 8,013.20 | 96,158.34 | 192,316.68 | | | | 192,316.68 |
| ITP-FY19-0027 - Create SEA Repository for Customer Form | 05/31/2019 | 36 | 15070 | 6,610.08 | 183.61 | 12 | N | 183.61 | 2,203.36 | 4,406.72 | | | | 4,406.72 |
| ITP-FY19-0158 PW Shutdown & Move - 2 INSTALLATION | 05/31/2019 | 36 | 15070 | 2,814.50 | 78.18 | 12 | N | 78.18 | 938.17 | 1,876.33 | | | | 1,876.33 |
| ITP-FY19-0158  PW Shutdown & Move - 1 RELOCATE CP | 05/31/2019 | 36 | 15070 | 1,349.66 | 37.49 | 12 | N | 37.49 | 449.89 | 899.77 | | | | 899.77 |
| ITP-FY19-0158 Shut down PW project licenses for remote w | 05/31/2019 | 36 | 15070 | 4,026.28 | 111.84 | 12 | N | 111.84 | 1,342.09 | 2,684.19 | | | | 2,684.19 |
| ITP-FY19-0158 -- PW close & move Hardware - Brazos | 05/31/2019 | 36 | 15070 | 949.47 | 26.37 | 12 | N | 26.37 | 316.49 | 632.98 | | | | 632.98 |
| ITP-FY18-0213 Upgrade B2B Applications to .NET v4.x | 06/30/2019 | 36 | 15070 | 64,449.35 | 1,790.82 | 11 | N | 1,790.82 | 19,698.97 | 44,770.38 | | | | 44,770.38 |
| ITP-FY19-0007 - Refactor SEA Status Messaging Core | 07/31/2019 | 36 | 15070 | 64,658.81 | 1,796.08 | 10 | N | 1,796.08 | 17,960.78 | 46,698.03 | | | | 46,698.03 |
| ITP-FY19-0044 B2B Portal Enhancements | 07/31/2019 | 36 | 15070 | 3,690.37 | 102.51 | 10 | N | 102.51 | 1,025.10 | 2,665.27 | | | | 2,665.27 |
| CR3408- CC Image Results post to EOL | 07/31/2019 | 36 | 15070 | 11,242.74 | 312.30 | 10 | N | 312.30 | 3,122.98 | 8,119.76 | | | | 8,119.76 |
| CR3439- Pru CC DocuSign Automation | 07/31/2019 | 36 | 15070 | 3,932.85 | 109.25 | 10 | N | 109.25 | 1,092.46 | 2,840.39 | | | | 2,840.39 |
| ITP-FY19-0167 - Post Payroll Gen Multiplier Update | 08/31/2019 | 36 | 15070 | 16,420.65 | 456.13 | 9 | N | 456.13 | 4,105.16 | 12,315.49 | | | | 12,315.49 |
| ITP-FY19-0014 Insight Phase III | 08/31/2019 | 36 | 15070 | 27,630.12 | 767.50 | 9 | N | 767.50 | 6,907.53 | 20,722.59 | | | | 20,722.59 |
| 0057 - SecureSlip and One Touch Billing Automation | 08/31/2019 | 36 | 15070 | 14,757.73 | 409.94 | 9 | N | 409.94 | 3,689.43 | 11,068.30 | | | | 11,068.30 |
| ITP-FY19-0217 - Generic Status Enhancements (Automates | 09/30/2019 | 36 | 15070 | 10,353.57 | 287.60 | 8 | N | 287.60 | 2,300.79 | 8,052.78 | | | | 8,052.78 |
| ITP-FY19-0170 - Motus Implementation for Examiner Mileag | 09/30/2019 | 36 | 15070 | 16,501.77 | 458.38 | 8 | N | 509.32 | 3,667.06 | 12,834.71 | | | | 12,834.71 |
| 0197 - Yearly SAN Disk Upgrades | 09/30/2019 | 36 | 15070 | 2,687.07 | 74.64 | 8 | N | 74.64 | 597.13 | 2,089.95 | | | | 2,089.95 |
| 0243 - Automate CD4 Test Removals for Genzyme | 09/30/2019 | 36 | 15070 | 11,084.66 | 307.91 | 8 | N | 307.91 | 2,463.26 | 8,621.40 | | | | 8,621.40 |
| ITP-FY18-0117 - CR3046 | 10/31/2019 | 36 | 15070 | 21,637.25 | 601.03 | 7 | N | 601.03 | 4,207.24 | 17,430.01 | | | | 17,430.01 |
| 0245 â¿¿ Branch Locator Data Extract for Emsinet.com | 10/31/2019 | 36 | 15070 | 1,214.45 | 33.73 | 7 | N | 33.73 | 236.14 | 978.31 | | | | 978.31 |
| CR3452- Pru CRM/ApplicInt phase II bug fixes/builds | 10/31/2019 | 36 | 15070 | 1,313.28 | 36.48 | 7 | N | 36.48 | 255.36 | 1,057.92 | | | | 1,057.92 |
| ITP-FY19-0148 Prior Integration with LabWatch | 12/31/2019 | 36 | 15070 | 10,201.08 | 283.36 | 5 | N | 283.36 | 1,416.82 | 8,784.26 | | | | 8,784.26 |
| 0259 - MRR Auth Enhancements to Limit Offshore Permissio | 01/31/2020 | 36 | 15070 | 15,455.60 | 429.32 | 4 | N | 429.32 | 1,717.29 | 13,738.31 | | | | 13,738.31 |

| Asset Description | Date Placed in Service | Useful Life in Months | GL Account | Cost Basis | Monthly Depreciation | Months Depreciated | Fully Depreciated? (Y/N) | Monthly Depreciation Expense | Accum Depr | NBV | D. | DISPOSAL COST | ACCUM DEPR | NBV After Disposals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0260 - New Consolidated Invoice Format for Litigation | 01/31/2020 | 36 | 15070 | 5,893.18 | 163.70 | 4 | N | 163.70 | 654.80 | 5,238.38 | | | | 5,238.38 |
| 0264 - TouchPoints - Remove Optional Test from Genzyme Patien | 01/31/2020 | 36 | 15070 | 18,272.16 | 507.56 | 4 | N | 507.56 | 2,030.24 | 16,241.92 | | | | 16,241.92 |
| ITP-FY18-0286-Pivot Scheduling System | 02/29/2020 | 36 | 15070 | 1,666,043.41 | 46,278.98 | 3 | N | 46,278.98 | 138,836.95 | 1,527,206.46 | | | | 1,527,206.46 |
| ITP-FY19-0126 - Genzyme BI Solution | 02/29/2020 | 36 | 15070 | 116,428.72 | 3,234.13 | 3 | N | 3,234.13 | 9,702.39 | 106,726.33 | | | | 106,726.33 |
| 0121 - Automate Computer Operations Business Processes | 02/29/2020 | 36 | 15070 | 14,570.49 | 404.74 | 3 | N | 404.74 | 1,214.21 | 13,356.28 | | | | 13,356.28 |
| 0181 - Replace Doorkey Card System in Irving | 02/29/2020 | 36 | 15070 | 21,860.14 | 607.23 | 3 | N | 607.23 | 1,821.68 | 20,038.46 | | | | 20,038.46 |
| 0261 - Touchpoints Exploration for Workplace and Exam | 02/29/2020 | 36 | 15070 | 13,523.65 | 375.66 | 3 | N | 375.66 | 1,126.97 | 12,396.68 | | | | 12,396.68 |
| 0266 - Insight Usability Upgrades | 02/29/2020 | 36 | 15070 | 21,024.92 | 584.03 | 3 | N | 584.03 | 1,752.08 | 19,272.84 | | | | 19,272.84 |
| 0050 - Update FOLD to Retire Documentum | 02/29/2020 | 36 | 15070 | 1,433.97 | 39.83 | 3 | N | 39.83 | 119.50 | 1,314.47 | | | | 1,314.47 |
| ITP-FY18-0182 - eHR deployment to Healthport | 03/31/2020 | 36 | 15070 | 182,269.91 | 5,063.05 | 2 | N | 5,063.05 | 10,126.11 | 172,143.80 | | | | 172,143.80 |
| ITP-FY19-0095 - EOP Enterprise Delivery Channel | 03/31/2020 | 36 | 15070 | 95,581.88 | 2,655.05 | 2 | N | 2,655.05 | 5,310.10 | 90,271.78 | | | | 90,271.78 |
| 0239 - Project Phoenix | 03/31/2020 | 36 | 15070 | 73,556.12 | 2,043.23 | 2 | N | 2,043.23 | 4,086.45 | 69,469.67 | | | | 69,469.67 |
| 0157 - Branch Cloud Telephony Upgrade | 03/31/2020 | 36 | 15070 | 55,513.69 | 1,542.05 | 2 | N | 1,542.05 | 3,084.09 | 52,429.60 | | | | 52,429.60 |
| 0011 - Automate Special Auth Matching to APS Order | 03/31/2020 | 36 | 15070 | 43,070.95 | 1,196.42 | 2 | N | 1,196.42 | 2,392.83 | 40,678.12 | | | | 40,678.12 |
| 0119-Cap-Business Continuity FY20 | 03/31/2020 | 36 | 15070 | 7,517.41 | 208.82 | 2 | N | 208.82 | 417.63 | 7,099.78 | | | | 7,099.78 |
| 0014 - Automate Follow-up Contact in TP+ | 03/31/2020 | 36 | 15070 | 24,352.20 | 676.45 | 2 | N | 676.45 | 1,352.90 | 22,999.30 | | | | 22,999.30 |
| **15070 TOTAL - COMPUTER SOFTWARE** | | | | **11,275,181.96** | | | | **215,291.45** | **7,399,143.99** | **3,876,037.97** | **T** | **1,713.92** | **1,713.92** | **3,876,037.97** |

Examination Management Services, Inc.
Attachment B. 61
Internet domain names and websites

## EMSI Domain Names

emsinet.com
emsiqa.com
emsinet-test.com

## EMSI Internet Presence

adfs.emsinet.com
ah_emsiah.emsinet.com
allscriptsemr.emsiqa.com
applicintcrm.emsinet.com
applicintcrm.emsiqa.com
applicint-test.emsinet.com
authservice.emsinet.com
authservice.emsinet-test.com
authservice.emsiqa.com
authservice2.emsiqa.com
autodiscover.emsinet.com
awuag.emsinet.com
awvpn.emsinet.com
b2b.emsinet.com
b2b.emsinet-test.com
b2b.emsiqa.com
b2bharness.emsinet.com
barracuda3.emsinet.com
branchlocator.emsinet.com
charts.emsinet.com
cioxemr.emsinet.com
cioxemr.emsiqa.com
credentialing.emsinet.com
credentialing.emsiqa.com
crl.emsinet.com
crm.emsinet.com
cuda.emsinet.com
cvpn.emsinet.com
DFWEMG01.emsinet.com
DFWEMG02.emsinet.com
dfwmeggw.emsinet.com
dfwpah01.emsinet.com
dfwvpn.emsinet.com
ecm.emsinet.com

Examination Management Services, Inc.
Attachment B. 61
Internet domain names and websites

ecm.emsinet-test.com
ecm.emsiqa.com
edenonline.emsinet.com
edenonline.emsiqa.com
els.emsinet.com
els.emsiqa.com
emr.emsinet-test.com
emr.emsiqa.com
emrinterface.emsinet.com
emrinterface-test.emsinet.com
emsiah.emsinet.com
enation.emsinet.com
enation.emsinet-test.com
enation.emsiqa.com
eol6.emsinet.com
eol6.emsinet-test.com
eol6.emsiqa.com
eol-mobileinterface.emsinet.com
eol-mobileinterface-test.emsinet.com
epoah.emsinet.com
etapplicintdemo.emsinet.com
examtrack.emsinet.com
examtrack-test.emsinet.com
externaldiscussions.emsinet.com
externaldiscussions.emsiqa.com
externaldocumentuploadservice.emsinet.com
facilitylookup.emsinet.com
facilitylookup.emsiqa.com
formfox.emsinet.com
formfox.emsiqa.com
formsonline.emsinet.com
formsonlineexternal.emsinet.com
ftp.emsinet.com
houdini.emsinet.com
houdini-test.emsinet.com
igomobile-aaa.emsiqa.com
igomobile-aeg.emsinet.com
igomobile-aeg.emsiqa.com
igomobile-aegtest.emsinet.com
igomobile-ani.emsinet.com
igomobile-ani.emsiqa.com
igomobile-anitest.emsinet.com
igomobile-axa.emsinet.com

Examination Management Services, Inc.
Attachment B. 61
Internet domain names and websites

igomobile-axa.emsiqa.com
igomobile-axatest.emsinet.com
igomobile-ban.emsinet.com
igomobile-ban.emsiqa.com
igomobile-bantest.emsinet.com
igomobile-fnw.emsinet.com
igomobile-fnw.emsiqa.com
igomobile-fnwtest.emsinet.com
igomobile-ing.emsinet.com
igomobile-ing.emsiqa.com
igomobile-ingtest.emsinet.com
igomobileinterface.emsinet.com
igomobile-koc.emsinet.com
igomobile-koc.emsiqa.com
igomobile-koctest.emsinet.com
igomobile-mfb.emsinet.com
igomobile-mfb.emsiqa.com
igomobile-mfbtest.emsinet.com
igomobile-mml.emsinet.com
igomobile-mml.emsiqa.com
igomobile-mmltest.emsinet.com
igomobile-nat.emsinet.com
igomobile-nat.emsiqa.com
igomobile-nml.emsinet.com
igomobile-nml.emsiqa.com
igomobile-nmltest.emsinet.com
igomobile-nyl.emsinet.com
igomobile-nyl.emsiqa.com
igomobile-nyltest.emsinet.com
igomobile-ohn.emsinet.com
igomobile-ohn.emsiqa.com
igomobile-ohntest.emsinet.com
igomobile-pru.emsinet.com
igomobile-pru.emsiqa.com
igomobile-prutest.emsinet.com
integrationsvcs.emsinet.com
integrationsvcs-test.emsinet.com
interfacepoint-test.emsinet.com
ipadws.emsinet.com
legalfacts.emsinet.com
legalfacts.emsinet-test.com
legalfacts.emsiqa.com
lexisnexis.emsinet-test.com

Examination Management Services, Inc.
Attachment B. 61
Internet domain names and websites

lexisnexis.emsiqa.com
maestro.emsinet.com
maestroregistration1.emsinet.com
mailfe.emsinet.com
mail-gate3.emsinet.com
merlin.emsinet.com
merlin-test.emsinet.com
mft.emsinet.com
mro.emsinet.com
myresults.emsinet.com
nextgenemr.emsiqa.com
ns1.emsinet.com
ns2.emsinet.com
nylgl.emsinet.com
nylgl-test.emsinet.com
ows.emsinet.com
picasso.emsinet.com
picasso-test.emsinet.com
pivotexternal.emsinet.com
pivotexternal.emsiqa.com
portal.emsinet.com
recordsretrieval2.emsinet.com
recordsretrieval2-test.emsinet.com
recordsretrieval2-test.emsinet-test.com
recordsretrieval2-test.emsiqa.com
remote.emsinet.com
rvpn.emsinet.com
s2.emsinet.com
s2.emsiqa.com
scheduleex-serviceext.emsiqa.com
schedule-ez.emsinet.com
schedule-ez.emsinet-test.com
schedule-ez.emsiqa.com
schedule-ez-qa.emsinet.com
scheduleez-service.emsinet.com
scheduleez-serviceext.emsinet.com
schedule-ezserviceext.emsinet.com
scheduleez-serviceext.emsinet-test.com
scheduleez-serviceexttest.emsinet.com
scheduleez-service-test.emsinet.com
schedule-ez-test.emsinet.com
securemail.emsinet.com
seg.emsinet.com

Examination Management Services, Inc.
Attachment B. 61
Internet domain names and websites

sftp.emsinet.com
smft.emsinet.com
sonata.emsinet.com
sonata.emsiqa.com
sonata-test.emsinet.com
stratusiq.emsinet.com
testvpn.emsinet.com
tutorials.emsinet.com
underwriting.emsinet.com
underwriting-test.emsinet.com

**Fill in this information to identify the case:**

Debtor name **Examination Management Services, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Dell Financial Services L.L.C.** | | Unknown | Unknown |

Creditor's Name

**Mail Stop PS2DF-23
One Dell Way
Round Rock, TX 78682**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unknown**

_____

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.2 | **MidCap Financial Trust** | | $20,000,000.00 | Unknown |

Creditor's Name

**c/o MidCap Financial Services, LLC
7255 Woodmont Avenue
Suite 200
Bethesda, MD 20814**

Creditor's mailing address

**notices@midcapfinancial.com**

Creditor's email address, if known

**Date debt was incurred**

**4/26/2019**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Substatially all property**

_____

**Describe the lien**
**Security Agreement and UCC Filing**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Examination Management Services, Inc.**

Case number (if known) _____

Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.3 | **PITNEY BOWES GLOBAL FINANCIAL** | | | Unknown | Unknown |

Creditor's Name

**27 Waterview Drive**
**Shelton, CT 06484**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Unknown**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$20,000,000. 00**

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Examination Management Services, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Abbigail McNiel** **312 Forest Creek Ln** **Bruceville, TX 76630** | ■ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Abby Iverson** **517 s west ave** **Sioux Falls, SD 57104** | ■ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      40561      Best Case Bankruptcy

Debtor **Examination Management Services, Inc.**      Case number (if known) _____

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Abhiram Reddy**
**5725 W Rochelle Ave**
**Apartment 10-202**
**Las Vegas, NV 89103**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Abinash Kaur**
**31065 133rd AVE SE**
**Auburn, WA 98092**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Adam Fazio**
**3228 Fm 217**
**Valley Mills, TX 76689**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Adam Smith**
**1928 68th Ave NE**
**Tacoma, WA 98422**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **Examination Management Services, Inc.**      Case number (if known) _____
      Name

---

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Adria Johnson**
**5101 Springlake pkwy**
**Apt 1022**
**Haltom City, TX 76117**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Adriana Wilcox**
**1613 Clearmeadow Dr**
**Allen, TX 75002**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Adriane Perry**
**1034 Drake Feather Drive**
**Orange Park, FL 32065**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Adrieanna Curtis**
**1301 N 60th St**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|

**2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**Adrielle Arroyo**
**417 Fernwood Dr**
**waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12** Priority creditor's name and mailing address

**Aeriona Robertson**
**1303 Victoria St.**
**Waco, TX 76705**

**Unknown** **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.13** Priority creditor's name and mailing address

**Agnes Pope**
**4112 wilcrest circle east**
**jacksonville, FL 32277**

**Unknown** **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.14** Priority creditor's name and mailing address

**Agustin Ramierez**
**9210 Fireside Dr.**
**Dallas, TX 75217**

**Unknown** **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**                    Case number (if known) _____
     Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Aiko Velazquez**
**10210 San Diego Mission Rd**
**#55**
**San Diego, CA 92108**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Aissa Woods**
**21a Scott Circle**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alafia Heslop**
**178 Moury Ave #3622**
**atlanta, GA 30315**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alan Bedford**
**971 Deck Road**
**Gray Court, SC 29645**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
    Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Alan Robinson**
**P O Box 14806**
**Atlanta, GA 30324**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Alan Stine**
**7548 Hightower Drive**
**North Richland Hills, TX 76182**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**ALASKA DEPT OF REVENUE**
**PO BOX 110420**
**333 W WILLOUGHBY**
**11TH FL SIDE B**
**JUNEAU, AK 99811-0420**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| | | | |
|---|---|---|---|
| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**ALASKA DEPT OF REVENUE**
**550 WEST 7TH AVE**
**STE 500**
**ANCHORAGE, AK 99501-3555**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor __Examination Management Services, Inc._____ Case number (if known) _____
     Name

| | | |
|---|---|---|
| **2.23** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |
| **Alastair Lyon**<br>**1004 Dubarton Drive**<br>**Richardson, TX 75081** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.24** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |
| **Albert Muller**<br>**524 J L Brazzil Loop**<br>**Waco, TX 76705** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.25** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |
| **Alberto Bermudez**<br>**234 Via Oro Verde**<br>**Fallbrook, CA 92028** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.26** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |
| **Aleshia Farris**<br>**8014 W Hwy 84**<br>**1054**<br>**Waco, TX 76712** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Examination Management Services, Inc.**     Case number (if known) _____

     Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**2.27**

Priority creditor's name and mailing address
**Alexandria Maughan**
**9912 Iron Horse Trail**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Unknown    Unknown

---

**2.28**

Priority creditor's name and mailing address
**Alexas McDonald**
**929 Walker St.**
**Marlin, TX 76661**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Unknown    Unknown

---

**2.29**

Priority creditor's name and mailing address
**Alexas Rodriguez**
**1601 Spring St**
**100**
**Waco, TX 76704**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Unknown    Unknown

---

**2.30**

Priority creditor's name and mailing address
**Alexis Coria**
**1817 Terrace Dr.**
**Antioch, CA 94509**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Unknown    Unknown

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
    Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|-------|-------|-------|-------|

**2.31** Priority creditor's name and mailing address

**Alexis Ruiz**
**2850 Santa Monica Dr**
**Grand Prairie, TX 75052**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.32** Priority creditor's name and mailing address

**Alfonza Johnson**
**1090 N McLean Blvd**
**Memphis, TN 38107**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.33** Priority creditor's name and mailing address

**Alice Coale**
**928 Sunset St**
**Trainer, PA 19061**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.34** Priority creditor's name and mailing address

**Alicia Klase**
**207 walnut st**
**Denver, PA 17517**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**                     Case number (if known) _____
_____
Name

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Alicia Romero**
**3633 Gorman**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.36 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Alisa Frisinga**
**11340 Trotting Horse Ln S**
**Jacksonville, FL 32225**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.37 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Alisa Hall**
**6136 Round Lake Road North**
**Jacksonville, FL 32277**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.38 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Alisabeth Knight**
**41528 Horse Chestnut Terrace**
**Aldie, VA 20105**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.39**

Priority creditor's name and mailing address

**Aliyah Parks**
**6600 Mundo Drive**
**Waco, TX 76712**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **Unknown**

---

**2.40**

Priority creditor's name and mailing address

**Alkeita Cannon**
**689 george walker rd**
**West Point, MS 39773**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **Unknown**

---

**2.41**

Priority creditor's name and mailing address

**Aloysius Jingwa**
**3103 Antelope drive**
**Mesquite, TX 75181**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **Unknown**

---

**2.42**

Priority creditor's name and mailing address

**Alyssa Angulo**
**2214 Colonial**
**Waco, TX 76707**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**   **Unknown**

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.43 | Priority creditor's name and mailing address<br>**Alyssa Rice**<br>**16313 Meador Grove Rd.**<br>**Moody, TX 76557** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.44 | Priority creditor's name and mailing address<br>**Amanda Fox**<br>**10100 Panther Way Apt 136**<br>**Waco, TX 76712** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.45 | Priority creditor's name and mailing address<br>**Amanda Fradieu**<br>**816 W 29TH AVE**<br>**COVINGTON, LA 70433** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.46 | Priority creditor's name and mailing address<br>**Amanda Grace**<br>**5 Lovely lane**<br>**Greenbrier, AR 72058** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **Unknown** |

**Amanda Powers**
**45 Toll Mountain**
**Whitehall, MT 59759**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **Unknown** |

**Amanda Turrubiartez**
**1112 Parkdale Dr**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **Unknown** |

**Amanda Woodruff**
**2476 fm 1857**
**Rusk, TX 75785**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **Unknown** |

**Amarrie Skinner**
**5000 Sanger Ave , APT.528**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|--------|--------|--------|--------|

**Amber Howard**
**822 Roy Beatty**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | | Unknown | Unknown |
|------|--------|--------|--------|--------|

**Amber Miller**
**4808 Eldorado**
**Wichita Falls, TX 76310**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | | Unknown | Unknown |
|------|--------|--------|--------|--------|

**Amber Robinson**
**5101 Sanger Ave Apt. 306**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | | Unknown | Unknown |
|------|--------|--------|--------|--------|

**Amber Roper**
**2004 N. 6th**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**     Case number (if known) _____

    Name

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Amber Serrano**
**1717 Columbia**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Amberly Nicole Sanchez**
**1714 Coffeyville trl**
**Grand Prairie, TX 75052**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ambraneq Love**
**1301 Shelburne**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ambur Small**
**4321 Concord Rd. Ste D**
**Bellmead, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**　　　　　　Case number (if known)　　　　　　　
　　　　Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Amelia White**
**1400 THackery Dr**
**Arlington, TX 76018**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.60 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Amy Bates**
**6415 W Philadelphia Dr**
**MCCORDSVILLE, IN 46055**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.61 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Amy Downer**
**475 West Frack Street**
**Frackville, PA 17931**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.62 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Amy Dussey**
**3642 Brookdale Dr. N**
**Brooklyn Park, MN 55443**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Amy Hutchinson**
**211 N. Harrison St.**
**McGregor, TX 76657**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Amy Koch**
**34456 RODEO RD**
**WALLER, TX 77484-9134**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Amy Mueller**
**977 County Road 1625 East**
**Eureka, IL 61530**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Amy Poppen**
**43370 224th St.**
**Howard, SD 57349**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor  **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Amy Roberts**
**919 57th Street**
**Pensacola, FL 32506**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ana Gallegos**
**1317 Campbelton St.**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Andrea Bark**
**8 Miles SW Coppermine Chapter**
**Page, AZ 86040**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Andrea Guynes**
**1212 Lexington St**
**Taylor, TX 76574**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

Debtor    **Examination Management Services, Inc.**
<br>Name

Case number (if known) _____

| | | Unknown | Unknown |
|---|---|---|---|

**2.71** | Priority creditor's name and mailing address

**Andrea Medeiros**
**115 Sixteeth Street**
**Fall River, MA 02723**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.72** | Priority creditor's name and mailing address

**Andrea Sanchez**
**1905 Gurley Ave.**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.73** | Priority creditor's name and mailing address

**Andrea Taylor**
**17 Lake Link Drive**
**Winter Haven, FL 33884**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.74** | Priority creditor's name and mailing address

**Andrea Williams**
**1001 N 60th**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **2.75** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Andreina Torres**
**2800 Ethel Ave.**
**Waco, TX 76707**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.76** Priority creditor's name and mailing address

**Andrew Letriz Fantauzzi**
**5100 Hawthorne Dr.**
**412**
**waco, TX 76710**

As of the petition filing date, the claim is:     **Unknown** **Unknown**
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.77** Priority creditor's name and mailing address

**Andrew Prince**
**4221 Gladney Ln**
**Keller, TX 76244**

As of the petition filing date, the claim is:     **Unknown** **Unknown**
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.78** Priority creditor's name and mailing address

**Andrew Richardson**
**2205 Augustine**
**Waco, TX 76712**

As of the petition filing date, the claim is:     **Unknown** **Unknown**
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known)

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Anesha Collins**
**897 Cattell**
**Wenonah, NJ 08090**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Angel Brown**
**569 Lexington dr.**
**Vallejo, CA 94591**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Angel Peel**
**104 BROOKBANK COURT**
**TRINITY, NC 27370**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Angela Arriaga**
**6409 Eaglestone Drive**
**McKinney, TX 75070**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Angela Hogan**
**2606 South 25th St**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Angela Mclaughlin**
**177 Vardiman Rd**
**West, TX 76691**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Angela Morgan**
**7355 Volley Drive North**
**Jacksonville, FL 32277**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Angela Pesch**
**1402 17th Avenue SE**
**East Grand Forks, MN 56721**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**            Case number (if known) _____
_____
Name

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Angela Ybarra**
**3600 W. Waco Dr.**
**Apt.C**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.88 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Angelia James**
**725 NW. 11th Ave**
**Lauderdale Lakes, FL 33311**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.89 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Angelica Whipper**
**316 Avenue I**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.90 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Angelina Monrrial**
**817 Colcord Ave**
**3301**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Anita Adelman**
**8 weaver circle**
**Vilonia, AR 72173**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Anita Arias**
**2620 Mckenzie Ave**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Anita Zabach**
**5039 highland hills pkwy**
**Stn Mtn, GA 30088**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**AnJalique Ottley**
**2419 Davis Blvd**
**Myers, FL 33905**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Anjana Pal**
**7508 Shadowlawn Ct**
**Plano, TX 75025**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ann Fish**
**909 Allegheny Way**
**c**
**Richardson, TX 75080**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ann Kearson**
**1501 N 9th Street C 205**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ann Meier**
**658 Newberry #3**
**Alliance, NE 69301**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor  **Examination Management Services, Inc.**                     Case number (if known) _____
_____
Name

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ann Shiflett**
**306 Eunice Dr**
**Plant City, FL 33563**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Annette Wright**
**1473 Stoneleigh Circle**
**Stone Mountsin, GA 30088**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Antanique Mitchell**
**6524 Alford Dr. Apt A**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Anthony Hawkins**
**4910 Crozier St**
**Dallas, TX 75215**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

Debtor __Examination Management Services, Inc._____     Case number (if known) _____
           Name

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Anthony MacKlin**
**4580 Spring Valley Drive**
**Memphis, TN 38128**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Anthony Mustoe**
**2402 Watercrest Drive**
**Keller, TX 76248**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Anthony Oliver**
**413 Moore Crossing Byhalia,Ms**
**38611**
**Byhalia, MS 38611**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Antonia Roberts**
**4207 Cabell Dr.**
**#224**
**Dallas, TX 75204**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
Name

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |

**Antonia Williams**
**18 Pekin St**
**2**
**Providence, RI 02908**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |

**April Heilman**
**200 Thompson Circle**
**Lorena, TX 76655**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |

**April Thomas**
**921 S. Madison St**
**McGregor, TX 76657**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |

**Araceli Ryan**
**35189 king ct**
**Fremont, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Aradhika Goyal**
**9800 Hickory Hollow Lane**
**Irving, TX 75063**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Arelis Perez**
**1281 Clark St.**
**ELMONT, NY 11003**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Arelys Calderon**
**2713 Burnett Avenue**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Ariana Vicinais**
**2300 Speight Ave**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Examination Management Services, Inc.**      Case number (if known) _____
Name

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

2.115   Priority creditor's name and mailing address     **Unknown**    **Unknown**

**Ariel Chi**
**9514 Magnolia St**
**Bloomington, CA 92316**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.116   Priority creditor's name and mailing address     **Unknown**    **Unknown**

**ARKANSAS DEPT OF FINANCE &**
**ADMIN**
**OFFICE OF STATE REVENUE**
**ADMIN.**
**1509 W SEVENTH ST.**
**LITTLE ROCK, AR 72201**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.117   Priority creditor's name and mailing address     **Unknown**    **Unknown**

**ARKANSAS DEPT OF FINANCE &**
**ADMIN**
**PO BOX 1272**
**LITTLE ROCK, AR 72203**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.118   Priority creditor's name and mailing address     **Unknown**    **Unknown**

**Arkayza Ross**
**2377 Dalworth St**
**Apt 235**
**Grand Prairie, TX 75050**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____

Name _____

| | |
|---|---|
| 2.119 | Priority creditor's name and mailing address |

**Armita Underwood**
**2102 Palmer Trl**
**Grand Prairie, TX 75052**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.120 | Priority creditor's name and mailing address |

**Arrianna Wofford**
**220 Avenue G**
**Lacy Lakeview, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.121 | Priority creditor's name and mailing address |

**Artrice Bennett**
**1465 E Lexington Ave**
**Unit 3B**
**El Cajon, CA 92019**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.122 | Priority creditor's name and mailing address |

**Ashlee Seniceros**
**2000 Broadway St**
**Waco, TX 76704**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**    Case number (if known) _____
_____
Name

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Ashlee Seniceros**
**11002 Sandalwood**
**Waco, TX 76712**

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Ashley Bowman**
**2128 B N. Fayetteville Street**
**Asheboro, NC 27203**

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Ashley Carson**
**5621 Bluffman Dr**
**Dallas, TX 75241**

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Ashley Farber**
**10754 Borman Circle**
**Omaha, NE 68127**

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.127 | Priority creditor's name and mailing address<br><br>**Ashley Fredregill**<br>**274 Crescent Meadows Lane**<br>**Bruceville, TX 76630**<br><br>_____<br>Date or dates debt was incurred<br><br>_____<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown**     **Unknown** |
| 2.128 | Priority creditor's name and mailing address<br><br>**Ashley Hargrove**<br>**1424 Watercrest circle**<br>**Lawrenceville, GA 30043**<br><br>_____<br>Date or dates debt was incurred<br><br>_____<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown**     **Unknown** |
| 2.129 | Priority creditor's name and mailing address<br><br>**Ashley Harms**<br>**136 Martin Dr**<br>**China Spring, TX 76633**<br><br>_____<br>Date or dates debt was incurred<br><br>_____<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown**     **Unknown** |
| 2.130 | Priority creditor's name and mailing address<br><br>**Ashley Humphrey**<br>**205 Monterrey Dr**<br>**Hewitt, TX 76643**<br><br>_____<br>Date or dates debt was incurred<br><br>_____<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown**     **Unknown** |

Debtor **Examination Management Services, Inc.**      Case number *(if known)* _____
<br>Name

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Ashley Messer**
**2506 Hilltop Dr Apt 411**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.132 | Priority creditor's name and mailing address |

**Ashley Norwood**
**700 S 4th Street**
**apt 1108**
**waco, TX 76706**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.133 | Priority creditor's name and mailing address |

**Ashley Sievers**
**483 County Road 4725**
**Silsbee, TX 77656**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.134 | Priority creditor's name and mailing address |

**Ashley Suarez**
**920 martin ave**
**Waco, TX 76706**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.135** | Priority creditor's name and mailing address

**Ashley Vereen**
**6455 Argyle Forest Blvd.**
**Apt 513**
**Jacksonville, FL 32244**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.136** | Priority creditor's name and mailing address

**Ashley Washington**
**645 E Regent st**
**Apt 3**
**Inglewood, CA 90301**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.137** | Priority creditor's name and mailing address

**Ashly Lopez**
**1003 SE Dalaware Ave**
**Apartment B**
**Ankeny, IA 50021**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.138** | Priority creditor's name and mailing address

**Astri Alvarez**
**422 S 18th Street**
**Allentown, PA 18104**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **Unknown** |

**Aterra Hunt**
**809 Chadbourne Dr.**
**indianapolis, IN 46214**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **Unknown** |

**Aubrey Gabrysch**
**302 US Hwy 77 South**
**Rosebud, TX 76570**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **Unknown** |

**Audrey Sjolander**
**141 Old Orange Park Rd**
**192**
**Orange Park, FL 32073**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** **Unknown** |

**Aurelia Montoya**
**101 Houston St.**
**McGregor, TX 76657**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor  **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**2.143** Priority creditor's name and mailing address

**Autumn Plantz**
**8539 W Potomac Ave**
**Milwaukee, WI 53225**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

**2.144** Priority creditor's name and mailing address

**Avery Eberspacher**
**1508 FM 1239**
**Eddy, TX 76524**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

**2.145** Priority creditor's name and mailing address

**Bailey Huffman**
**0175 W US Highway 20**
**LaGrange, IN 46761**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

**2.146** Priority creditor's name and mailing address

**Bailey Wade**
**104 Cotton In**
**Moody, TX 76557**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
     Name

| | | | |
|---|---|---|---|
| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

2.147   Priority creditor's name and mailing address

**Barbara Asplund**
**2095 Dotte Drive**
**107**
**White Bear Lake, MN 55110**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.148   Priority creditor's name and mailing address

**Barbara Friedlander**
**4201 Topanga Canyon Blvd.**
**Space 12**
**Woodland Hills, CA 91364**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.149   Priority creditor's name and mailing address

**Barbara Korycki**
**84 Scarborough Cir,**
**Rock Hill, NY 12775**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.150   Priority creditor's name and mailing address

**Barbara Mclaren**
**1224 Dame Susan Lane**
**Lewisville, TX 75056**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**      Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| **2.151** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |

**2.151** Priority creditor's name and mailing address

**Barbara Redfield**
**2801 35 1/2 Court Ave S**
**Fargo, ND 58104**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.152** Priority creditor's name and mailing address

**Barbara Sexton**
**461 Camby Court**
**Greenwood, IN 46142**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.153** Priority creditor's name and mailing address

**Barbara Skiles**
**1621 David Dr**
**Lincoln, NE 68504**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.154** Priority creditor's name and mailing address

**Barry Clary**
**3035 Greenshire Ave**
**Claymont, DE 19703**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|

**2.155** Priority creditor's name and mailing address

**Bashar Dababneh**
**6870 Old Village Ct SE**
**Grand Rapids, MI 49546-6801**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.156** Priority creditor's name and mailing address

**Beatrice Cleveland**
**901 Wooded Acres Dr**
**APT 961D**
**Waco, TX 76710**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.157** Priority creditor's name and mailing address

**Becky Kouame**
**10324 Buffalo Ridge**
**Waco, TX 76712**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.158** Priority creditor's name and mailing address

**Bee Thao**
**1062 Forest St N**
**ST. Paul, MN 55106**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
      Name

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.159**

Priority creditor's name and mailing address

**BEN FARNEY**
**38898 N 370 E Rd**
**Rankin, IL 60960**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**2.160**

Priority creditor's name and mailing address

**Bernard Goller**
**369 Gun Club Rd**
**45**
**Woodland, WA 98674**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**2.161**

Priority creditor's name and mailing address

**Bertha Simmons**
**1333 Eldridge Parkway**
**832**
**HOUSTON, TX 77077**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**2.162**

Priority creditor's name and mailing address

**Bessie Brantner**
**507 Antelope Dr.**
**Crosby, TX 77532**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known)

---

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Bethany Debose**
**800 North 46th Street #5B**
**Killeen, TX 76543**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Betty Moore**
**11005 China Spring Rd**
**Waco, TX 76708**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Betty Vaughan**
**1702 Hillside Dr**
**Oak Grove, MO 64075**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Bhama Mathavan**
**3780 Northview Ln**
**Dallas, TX 75229**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number *(if known)* _____

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Bianca Jackson**
**999 Rosenwald Rd.**
**Apt. 8037**
**Baton Rouge, LA 70807**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.168 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Bin Feng**
**20619 Quail Chase Dr.**
**Katy, TX 77450**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.169 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Blake Laddusaw**
**21 Meadow Dr**
**PO Box 613**
**Kingsley, IA 51028**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.170 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Blam Fajardo**
**605 Pinewood Ln**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.171** | Priority creditor's name and mailing address
**Blanca Abel**
**716 Tahoe Trail**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.172** | Priority creditor's name and mailing address
**Bliss Helpert**
**2268 Rosenthal Parkway**
**Lorena, TX 76655**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.173** | Priority creditor's name and mailing address
**Bobbie Davis**
**4120 Smith Rd #2**
**Cincinnati, OH 45212**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.174** | Priority creditor's name and mailing address
**Bobby Mcneal**
**2301 Tralee Cir**
**McKinney, TX 75072**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Examination Management Services, Inc.**
_____          Case number (if known) _____
               Name

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Bonnie Bain**
**1796 Samaria Trail**
**Tucker, GA 30084**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.176 | As of the petition filing date, the claim is: | Unknown | Unknown |

Priority creditor's name and mailing address

**Brandi Adams**
**1926 S. 9th St. Apt 55**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.177 | As of the petition filing date, the claim is: | Unknown | Unknown |

Priority creditor's name and mailing address

**Brandie Dash**
**5026 War Hore Drive**
**San Antonio, TX 78242**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.178 | As of the petition filing date, the claim is: | Unknown | Unknown |

Priority creditor's name and mailing address

**Brandy Padgett**
**752 Grice St.**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**
      Name

Case number (if known)

---

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Breka Brantley**
**2425 S. 21st St.**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Brenda Dye**
**Po Box 535**
**Chilton, TX 76632**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Brenda Frey**
**817 Speight Ave Apt 122**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Brenda Galbreath**
**4985 N. Franklin**
**Apt. 33**
**Indianapolis, IN 46226**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Brenda Gestes**
**507 NE 2nd Street**
**Hubbard, TX 76648**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Brenda Lerma**
**5209 Amaro Way**
**Salida, CA 95368**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Brenda Ruiz**
**2209 Hines Blvd**
**Wichita Falls, TX 76301**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Bria Wyche**
**5321 Tasman Trail**
**Lithonia, GA 30038**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor  __Examination Management Services, Inc._____  Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.187** Priority creditor's name and mailing address

**Brian Hagerty**
**1837 Pacific Ave**
**111**
**Forest Grove, OR 97116**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.188** Priority creditor's name and mailing address

**Brian Mcbratney**
**8931 Starr Road**
**Windsor, CA 95492**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.189** Priority creditor's name and mailing address

**Brian Roland**
**307 S. Edgewood Rd.**
**Eden, NC 27288**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.190** Priority creditor's name and mailing address

**Briana Ellis**
**101 N Marable St**
**West, TX 76691**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**    **Unknown**

Debtor  __Examination Management Services, Inc._____  Case number (if known) _____

Name

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Bridget Bulmahn**
**5213 Lake Highlands Dr**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Bridget Harris**
**909 Dove Meadows Dr**
**Arlington, TX 76002**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Bridgette Vick**
**2301 Woodgate Dr**
**212**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Britiny Robinson**
**5125 Anderson st**
**Fort worth, TX 76105**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown**    **Unknown** |

**Britney Krumnow**
**200 Lorena Meadows**
**Lorena, TX 76655**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown**    **Unknown** |

**Brittany DeRigge**
**2020 Park Place Blvd**
**Apt. 212**
**Bedford, TX 76021**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown**    **Unknown** |

**Brittany Petterson**
**101 N Mclendon Dr**
**Robinson, TX 76706**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown**    **Unknown** |

**Brittney Carson**
**1211 Dena street**
**Jacksonville, FL 32254**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Examination Management Services, Inc.**
_____     Case number *(if known)* _____
         Name

| | | | |
|---|---|---|---|
| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |

2.199 Priority creditor's name and mailing address

**Brittney Dooley**
**7301 sanger ave**
**213**
**waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**  **Unknown**

---

2.200 Priority creditor's name and mailing address

**Brittnie White**
**10100 Pantherway Apt 139**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**  **Unknown**

---

2.201 Priority creditor's name and mailing address

**Brooke Banks**
**2368 Buckhorn rd**
**Greer, SC 29651**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**  **Unknown**

---

2.202 Priority creditor's name and mailing address

**Brooke Best**
**334 Scotch Pine Ct**
**Windsor, CO 80550**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**  **Unknown**

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Bryce Goreham**<br>**2288 Hill ST**<br>**3**<br>**Albone, OR 97322** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Burt Wolder**<br>**8 Essex Road**<br>**Scotch Plains, NJ 07076** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Cache Butt**<br>**12209 s 25th ave**<br>**Bellevue, NE 68123** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Cailynn Parfait**<br>**269 Dove Tail Dr.**<br>**Gray, LA 70359** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
    Name

| | | | |
|---|---|---|---|
| 2.207 | Priority creditor's name and mailing address<br>**Caisha Robinson**<br>**609 Windsor**<br>**Hercules, CA 94574** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown    Unknown |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.208 | Priority creditor's name and mailing address<br>**CALIFORNIA BOARD OF EQUALIZATION**<br>**450 N STREET**<br>**PO BOX 942879**<br>**SACRAMENTO, CA 95814** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown    Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.209 | Priority creditor's name and mailing address<br>**CALIFORNIA FRANCHISE TAX BOARD**<br>**PO BOX 1468**<br>**SACRAMENTO, CA 95812-1468** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown    Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.210 | Priority creditor's name and mailing address<br>**CALIFORNIA FRANCHISE TAX BOARD**<br>**PO BOX 2952**<br>**SACRAMENTO, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown    Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CALIFORNIA FRANCHISE TAX BOARD**
**300 S SPRING ST**
**STE 5704**
**LOS ANGELES, CA 90013-1265**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CALIFORNIA FRANCHISE TAX BOARD**
**7575 METROPOLITAN DR**
**STE 201**
**SAN DIEGO, CA 92108-4421**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CALIFORNIA FRANCHISE TAX BOARD**
**1515 CLAY ST**
**STE 305**
**OAKLAND, CA 94612-1445**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CALIFORNIA FRANCHISE TAX BOARD**
**600 W SANTA ANA BLVD**
**STE 300**
**SANTA ANA, CA 92701-4543**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.215** | Priority creditor's name and mailing address

**CALIFORNIA FRANCHISE TAX BOARD**
**3321 POWER INN RD**
**STE 250**
**SACRAMENTO, CA 95826-3893**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.216** | Priority creditor's name and mailing address

**CALIFORNIA FRANCHISE TAX BOARD**
**121 SPEAR ST**
**STE 400**
**SAN FRANCISCO, CA 94105-1584**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.217** | Priority creditor's name and mailing address

**Candace Dupree**
**233 Tim Currin Rd.**
**Lillington, NC 27546**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.218** | Priority creditor's name and mailing address

**Candice Morgan**
**1602 Ave D**
**Moody, TX 76557**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
_____
Name

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Candice Tonge**
**37 Montview Road**
**Edison, NJ 08837**

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Candice Williams**
**610 E. Limestone Ave.**
**Mart, TX 76664**

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Candis Brown**
**36 N Prospect Ave**
**Catonsville, MD 21228**

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Cara Smith**
**2350 W Betty Elyse Ln**
**Phoenix, AZ 85023**

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

---

| 2.223 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Carla Price**
**128 Crockett**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.224 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Carleen Mccord**
**9977 State Rt 1**
**P O Box 92**
**Lawrenceville, IL 62439**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.225 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Carlos Munoz**
**4607 Endinburgh LN**
**Missouri City, TX 77459**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.226 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Carol Epps**
**3735 S. Old Robinson Rd**
**Lorena, TX 76655**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Examination Management Services, Inc.**      Case number (if known) _____

     Name

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carol Matus**
**205 Uptmore Rd**
**West, TX 76691**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carol Salin**
**766 Parkside Drive**
**Vadnais Heights, MN 55127**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CAROLE ZAMPELLA**
**48 Pierpont Pl**
**Staten Island, NY 10314**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carolina Rodriguez**
**13423 Kit Ln apt 214**
**Dallas, TX 75243**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor __Examination Management Services, Inc._____     Case number (if known) _____
          Name

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.231** Priority creditor's name and mailing address

**Carolsue Watkins**
**1046 Centennial**
**Gladstone, IL 61437**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Unknown    Unknown

---

**2.232** Priority creditor's name and mailing address

**Carolyn Day**
**26 Apple Tree Dr.**
**Saugerties, NY 12477**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Unknown    Unknown

---

**2.233** Priority creditor's name and mailing address

**Carolyn Gourdon**
**16247 HIGHWAY 431**
**Prairieville, LA 70769**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Unknown    Unknown

---

**2.234** Priority creditor's name and mailing address

**Carolyn Knowles**
**1717 Lincoln City Rd**
**Elm Mott, TX 76640**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Unknown    Unknown

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Examination Management Services, Inc.**       Case number (if known) _____
     Name

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.235**

Priority creditor's name and mailing address
**Carolyn Wheeler**
**310 Curtis Dr**
**Sumter, SC 29153**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Unknown    Unknown

---

**2.236**

Priority creditor's name and mailing address
**Carri D'Acquisto**
**435 Vincent Ave.**
**Central Point, OR 97502**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Unknown    Unknown

---

**2.237**

Priority creditor's name and mailing address
**Carrie Anderson**
**7557 Christie Lane**
**Dallas, TX 75249**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Unknown    Unknown

---

**2.238**

Priority creditor's name and mailing address
**Carrie Strand**
**4811 Cade Rd Unit B**
**Climax, NC 27233**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Unknown    Unknown

Debtor    **Examination Management Services, Inc.**      Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

2.239    Priority creditor's name and mailing address

**Caryn Smith**
**3300 Gordon St.**
**Brunswick, GA 31520**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

                     **Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.240    Priority creditor's name and mailing address

**Casey Clark**
**7983 Green ave**
**Naderland, TX 77627**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

                     **Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.241    Priority creditor's name and mailing address

**Casey Webber**
**4013 NE 179th St.**
**Vancouver, WA 98686**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

                     **Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.242    Priority creditor's name and mailing address

**Cassandra Blackshire**
**1207 N 61st**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

                     **Unknown**      **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**2.243** Priority creditor's name and mailing address

**Cassandra Paul**
**520 Blaker Drive**
**East Greenville, PA 18041**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.244** Priority creditor's name and mailing address

**Cassondra Peters**
**85938 Harts Rd**
**Yulee, FL 32097**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.245** Priority creditor's name and mailing address

**Cathie Degroff**
**92 Pleasant Grove Church**
**Villa Rica, GA 30180**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.246** Priority creditor's name and mailing address

**Cathy Ambrosius**
**N3114 Reiland Rd.**
**Appleton, WI 54913**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**

Name

Case number (if known)

---

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Catrice Johnson**
**5100 Inverness Ave**
**Fort Worth, TX 76132**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Catrina Garrett**
**1339 Harlandale Ave**
**Dallas, TX 75216**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Catrina Mathisen**
**6919 99th Street Court**
**Cottage Grove, MN 55016**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Cedric Lynum**
**1306 Big Lake**
**San Antonio, TX 78245**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.251** Priority creditor's name and mailing address

**Celeste Valdez**
**2229 Beckham Way**
**Hayward, CA 94541**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Unknown     Unknown

---

**2.252** Priority creditor's name and mailing address

**Chanda Jeffries**
**315 robinson ave**
**apt 1**
**Patchouge, NY 11772**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Unknown     Unknown

---

**2.253** Priority creditor's name and mailing address

**Chanel Laroda**
**9404 Crescent Loop Circle 201**
**Tampa, FL 33619**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Unknown     Unknown

---

**2.254** Priority creditor's name and mailing address

**Chanelle Burton**
**4234 W Pioneer Dr**
**2081**
**Irving, TX 75061**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Unknown     Unknown

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
     Name

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **Unknown** | **Unknown** |
|---|---|---|---|---|

2.255 Priority creditor's name and mailing address

**Chantel Kelly**
**1325 Daja Ln**
**701**
**Grand, TX 75050**

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.256 Priority creditor's name and mailing address

**Chantelle Britton**
**570 Smalley Ave**
**Hayward, CA 94541**

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.257 Priority creditor's name and mailing address

**Chantilly Washington**
**221 Travis Ln**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.258 Priority creditor's name and mailing address

**Charity Clark**
**309 Dixon Drive**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
Name

| | |
|---|---|
| 2.259 | Priority creditor's name and mailing address |

**Charity Munoz**
**1554 N Columbia**
**Decatur, GA 30032**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | |
|---|---|
| 2.260 | Priority creditor's name and mailing address |

**Charles McKinivan II**
**101 Windsor Rd.**
**McGregor, TX 76657**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | |
|---|---|
| 2.261 | Priority creditor's name and mailing address |

**Charles Sexton**
**2116 Hunters Rdg**
**Carrollton, TX 75006**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | |
|---|---|
| 2.262 | Priority creditor's name and mailing address |

**Charles Thrawley**
**3779 CREEKWOOD DRIVE**
**VALDOSTA, GA 31602**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

2.263 | Priority creditor's name and mailing address

**Charlotte Flowers**
**881 Hwy 7**
**Eddy, TX 76524**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.264 | Priority creditor's name and mailing address

**Chasity Micenhamer**
**1132 Page Ave**
**Clarksdale, MS 38614**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.265 | Priority creditor's name and mailing address

**Chavez Leonard**
**3045 Ginny Dr**
**Valdosta, GA 31602**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.266 | Priority creditor's name and mailing address

**Chelsea Carlson**
**8127 Barclay Street**
**161**
**Dallas, TX 75227**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 2.267 | Priority creditor's name and mailing address<br><br>**Cheryl Bowen**<br>**1227 Huntington Greens Dr**<br>**Sun City Center, FL 33573** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.268 | Priority creditor's name and mailing address<br><br>**Cheryl Diago**<br>**9203 Fragant Cloud**<br>**Bakersfield, CA 93311** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.269 | Priority creditor's name and mailing address<br><br>**Cheryl Zatopek**<br>**181 Quail Run**<br>**Waco, TX 76712** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| 2.270 | Priority creditor's name and mailing address<br><br>**Chinita Scales**<br>**2117 Memory Lane**<br>**Harker Heights, TX 76548** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |

Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 2.271 | Priority creditor's name and mailing address<br>**Chiquita Ruth**<br>**1246 S. Bell St.**<br>**Clinton, SC 29325** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred      Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

Unknown     Unknown

---

| | | |
|---|---|---|
| 2.272 | Priority creditor's name and mailing address<br>**Chloe Chisolm**<br>**1100 N 6th St.**<br>**Apt GG7**<br>**Waco, TX 76707** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred      Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

Unknown     Unknown

---

| | | |
|---|---|---|
| 2.273 | Priority creditor's name and mailing address<br>**Chlotele Stewart**<br>**113 Shirley Dr.**<br>**Waco, TX 76705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred      Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

Unknown     Unknown

---

| | | |
|---|---|---|
| 2.274 | Priority creditor's name and mailing address<br>**Christan Sawyer**<br>**300 W Spring Valley Rd**<br>**Hewitt, TX 76643** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred      Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

Unknown     Unknown

Debtor **Examination Management Services, Inc.**        Case number (if known) _____

Name

| 2.275 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Christian Flores**
**3719 Elise Way**
**Dallas, TX 75236**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.276 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Christina Bradney**
**61538 Holler Hole Place**
**Hannibal, MO 63401**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.277 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Christina Calvert**
**5605 205th st ct e**
**Spanaway, WA 98387**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.278 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Christina Carroll**
**9855 Shadow Way**
**1202**
**Dallas, TX 75243**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **Examination Management Services, Inc.**      Case number *(if known)* _____

       Name

| | | | |
|---|---|---|---|
| **2.279** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Christina Casner**
**1202 Shortridge Ave**
**San Jose, CA 95116**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| **2.280** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Christina Dickman**
**2603 Strathfield Lane**
**Trophy Club, TX 76262**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| **2.281** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Christina Gill**
**3302 S 122nd st**
**Omaha, NE 68144**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| **2.282** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Christina Hilton**
**302 n catawba st**
**Lancaster, SC 29720**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**

Name

Case number *(if known)*

| | | |
|---|---|---|
| 2.283 | Priority creditor's name and mailing address<br>**Christina March**<br>**5501 University Club Blvd N #241**<br>**Jacksonville, FL 32277** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown    Unknown |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.284 | Priority creditor's name and mailing address<br>**Christina Mckee**<br>**7010 Holly Hill Rd**<br>**Randleman, NC 27317** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown    Unknown |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.285 | Priority creditor's name and mailing address<br>**Christina Nielsen**<br>**908 Pawnee Drive**<br>**Gretna, NE 68028** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown    Unknown |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.286 | Priority creditor's name and mailing address<br>**Christina Pinnick**<br>**2117 Columbus Avenue Unit B**<br>**Waco, TX 76701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown    Unknown |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor __Examination Management Services, Inc.__      Case number (if known) _____

Name

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Christina Pruett**
**183 Indian Paint Brush**
**Eddy, TX 76524**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Christina Riggins**
**4529 Rolando**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Christine Shrum**
**2224 Misty drive**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Christine Wendland**
**2734 Ave H**
**Council Bluffs, IA 51501**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
      Name

| | | |
|---|---|---|
| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**2.291**

Priority creditor's name and mailing address

**Christine Wing**
**12660 Kenswood Lane**
**Apt. C**
**Fort Myers, FL 33907**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.292**

Priority creditor's name and mailing address

**Christopher Alexandre**
**29 East 10th street**
**Brooklyn, NY 11218**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.293**

Priority creditor's name and mailing address

**Christopher Hughes**
**525 1st Ave SW**
**Apt. B**
**Plainview, MN 55964**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.294**

Priority creditor's name and mailing address

**Christy Ortiz**
**333 Lindenwood Lane South**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor __Examination Management Services, Inc._____     Case number (if known) _____
           Name

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.295**   Priority creditor's name and mailing address

**Christy Torres**
**9312 Regal Dr**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.296**   Priority creditor's name and mailing address

**Chyna Caress**
**2425 Parrott Ave.**
**203**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.297**   Priority creditor's name and mailing address

**Ciara Dillingham**
**3533 Meadow Ave.**
**Cincinnati, OH 45211**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**2.298**   Priority creditor's name and mailing address

**Cindy Doop**
**940 140th Ave**
**New Richmond, WI 54017**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Cindy Garcia**
**3608 Parrish St.**
**Waco, TX 76705**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Clarence Jones**
**4902 43rd Ave**
**Unit 2**
**Kenosha, WI 53144**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Claudia Mitchell**
**1378 Brackenridge Ave**
**Dupont, WA 98327**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Claudine Hedges**
**4724 New Windsor Parkway**
**McGregor, TX 76657**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|

**2.303** Priority creditor's name and mailing address
**Cleo Liburd**
**6968 playpark trl**
**Jacksonville, FL 32244**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.304** Priority creditor's name and mailing address
**Cliff Mcnerney**
**131 Parkland Dr.**
**Trailer 54**
**Sunnyside, WA 98944**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.305** Priority creditor's name and mailing address
**Colby Biggs**
**1301 e yonge st**
**pensacola, FL 32503**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.306** Priority creditor's name and mailing address
**Colee Webb**
**6193 NE Litton Rd**
**Breckenridge, MO 64625**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Coleen Moser**
**6725 Grant St**
**Omaha, NE 68104**

*Check all that apply.*
- ■}Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Colleen Powers**
**10421 Cedar Breaks View**
**McKinney, TX 75072**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**COLORADO DEPT OF REVENUE**
**1375 SHERMAN ST**
**DENVER, CO 80261**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**CONNECTICUT DEPT OF**
**REVENUE SERVICES**
**25 SIGOURNEY ST #2**
**HARTFORD, CT 06106-5032**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

Debtor　**Examination Management Services, Inc.**　　　　　　Case number *(if known)* _____
_____
Name

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Connie Bright**
**378 CRESCENT CREEK LANE**
**BRUCEVILLE, TX 76630**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Connie Dudzinski**
**325 Alamosa Dr**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Cookie Sisneros**
**2502 Columbus Ave**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Corey Hastings**
**216 Park Meadow Way**
**Coppell, TX 75019**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|

**2.315** | Priority creditor's name and mailing address

**Corinne Joseph**
**560 Malcolm X Blvd Apt 5S**
**New York, NY 10037**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown** **Unknown**

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.316** | Priority creditor's name and mailing address

**Courtney Beck**
**59 Dry Sage Circle**
**Bloomington, IL 61705**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown** **Unknown**

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.317** | Priority creditor's name and mailing address

**Courtney Dowell**
**2322 N Zipper St**
**Garden City, KS 67846**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown** **Unknown**

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.318** | Priority creditor's name and mailing address

**Courtney Robinson**
**1400 Berkshire St.**
**Waco, TX 76705**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown** **Unknown**

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**2.319** Priority creditor's name and mailing address

**Courtney Stone**
**322 N. Pleasant Hill Rd**
**Axtell, TX 76624**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.320** Priority creditor's name and mailing address

**Crissy Williams**
**2103 Presbury St**
**Baltimore, MD 21217**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.321** Priority creditor's name and mailing address

**Cristina Labuzon**
**5833 Grewia St**
**San Diego, CA 92114**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.322** Priority creditor's name and mailing address

**Cristina Wagner**
**1518 Toyah Creek Lane**
**Garland, TX 75040**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor __Examination Management Services, Inc._____  Case number (if known) _____
   Name

| | | | | |
|---|---|---|---|---|

**2.323** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Crystal Brewer**
**1440 Whispering Trl**
**Dallas, TX 75241**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

**2.324** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Crystal De La Fuente**
**109 Silver Fox**
**Waco, TX 76705**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

**2.325** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Crystal Jackson**
**4240 Youngstown Drive**
**Greensboro, NC 27405**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

**2.326** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Crystal Pena**
**2850 W. Monte Vista Ave**
**Visalia, CA 93277**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**          Case number (if known) _____
      Name

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Crystal Smith**
**302 West Broady Way Street**
**West, TX 76691**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Crystal Tracht**
**11321 Haggerman Drive**
**Lorena, TX 76655**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Cynthia Crawford**
**781 Wheeler Street**
**St. George, GA 31562**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Cynthia Kidder**
**1009 Woodward Court**
**Jarrell, TX 76537**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor    __Examination Management Services, Inc.__      Case number *(if known)* _____
       Name

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Cynthia Milner** | *Check all that apply.* | | |
| | **459 Frazier Lane** | ■ Contingent | | |
| | **Axtell, TX 76624** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Cynthia Shahan** | *Check all that apply.* | | |
| | **27839 37th ave s** | ■ Contingent | | |
| | **auburn, WA 98001** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Cynthia Thornton** | *Check all that apply.* | | |
| | **1097 Westgrove DR** | ■ Contingent | | |
| | **Saginaw, TX 76179** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Cynthia Wood** | *Check all that apply.* | | |
| | **5212 Loch Lomond Dr** | ■ Contingent | | |
| | **Waco, TX 76710** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Debtor **Examination Management Services, Inc.**
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.335 | Priority creditor's name and mailing address<br>**Cyrona Lowe**<br>**1145 Devonshire Drive**<br>**Desoto, TX 75115** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**  **Unknown** |

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.336 | Priority creditor's name and mailing address<br>**Daisy Velasquez**<br>**1422 E 9th St**<br>**G-39**<br>**San Bernardino, CA 92410** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**  **Unknown** |

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.337 | Priority creditor's name and mailing address<br>**Daja'Nique Robinson**<br>**725 Neil Dr. Apt. 250**<br>**Waco, TX 76710** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**  **Unknown** |

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.338 | Priority creditor's name and mailing address<br>**Dalarian Moultrie**<br>**5101 Sanger Ave Apt 306**<br>**Waco, TX 76710** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**  **Unknown** |

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**          Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

| 2.339 | Priority creditor's name and mailing address<br>**Dalene London**<br>**192 Water Well Rd**<br>**Lorena, TX 76655** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.340 | Priority creditor's name and mailing address<br>**Damion Wilson**<br>**216 Marsha Cir**<br>**Waco, TX 76707** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.341 | Priority creditor's name and mailing address<br>**Dana Drury**<br>**10302 Appaloosa Bay**<br>**San Antonio, TX 78254** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.342 | Priority creditor's name and mailing address<br>**Dana Mansfield**<br>**1101 Avenue F**<br>**Moody, TX 76557** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Examination Management Services, Inc.**                    Case number (if known) _____
_____
Name

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|---------------------------------------------|----------------------------------------------|-------------|-------------|

**Daniel Burns**
**212 Thompson Circle**
**Lorena, TX 76655**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|---------------------------------------------|----------------------------------------------|-------------|-------------|

**Daniel Hesting**
**5144 S. Elmhurst**
**Wichita, KS 67216**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|---------------------------------------------|----------------------------------------------|-------------|-------------|

**Daniel Juarez**
**113 Danube Drive**
**San Antonio, TX 78213**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|---------------------------------------------|----------------------------------------------|-------------|-------------|

**Daniel Lloyd**
**3604 Eisenhower Ln**
**Plano, TX 75023**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**      Case number *(if known)* _____

Name

| | | |
|---|---|---|
| **2.347** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**2.347**

Priority creditor's name and mailing address

**Daniel Ochu**
**3664 Mcconnell Road**
**Apt 3G**
**Greensboro, NC 27405**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.348**

Priority creditor's name and mailing address

**Danielle Basaldua**
**620 N HEWITT DR**
**APT 56**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.349**

Priority creditor's name and mailing address

**Danielle Jones**
**2801 Lasker Avenue**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.350**

Priority creditor's name and mailing address

**Danielle Klossner**
**108 N 28th St**
**Gatesville, TX 76528**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**       Case number (if known) _____
      Name

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Danielle Schrom**
**800 8th Ave. SW**
**Pine Island, MN 55963**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Danielle Williams**
**1525 Papeete drive**
**Plano, TX 75075**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Danyelle Budd**
**404 7th Ave**
**3B**
**Asbury Park, NJ 07712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Daphnia Carson**
**319 A Romana Circle**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **Examination Management Services, Inc.**      Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Daria Thompson**
**1567 Pulaski Mercer Rd.**
**Mercer, PA 16137**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Darinka Sever**
**6909 W. Pineberry Ridge**
**Franklin, WI 53132**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Darneshia Corley**
**3543 Dawson st**
**JACKSONVILLE, FL 32209**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Darrell Blankenship**
**5906 Fairview Dr**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.359 | Priority creditor's name and mailing address<br>**Darshan Bhaidas**<br>**200 Stafford Ave**<br>**Scranton, PA 18505** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**     **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.360 | Priority creditor's name and mailing address<br>**Dasha Johnson**<br>**308 mckeen st**<br>**Waco, TX 76704** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**     **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.361 | Priority creditor's name and mailing address<br>**David Clifford**<br>**9901 St. Paul Ave**<br>**River Ridge, LA 70123** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**     **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.362 | Priority creditor's name and mailing address<br>**David Cottrell**<br>**1506 Hiawatha Way**<br>**Garland, TX 75043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**     **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Examination Management Services, Inc.**     Case number (if known) _____

      Name

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**David Hodges**
**740 Castleman Creek Road**
**Hewitt, TX 76643**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**David Jones**
**3000 Stallion Crossing**
**Irving, TX 75060**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**David Lee**
**2183 Hudson Drive**
**Lilburn, GA 30047**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**David Padilla**
**1712 Valley View Ln**
**3046**
**Irving, TX 75061**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor __Examination Management Services, Inc._____ Case number (if known) _____

Name

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**David Shin**
**8605 Oak Valley Ct**
**Irving, TX 75063**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**David Webb**
**1698 North Lonestar Parkway**
**Mc Gregor, TX 76657**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**DAVIN BANKS CASAS**
**301 Rhodes Ct**
**Fillmore, CA 93015**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Davis Dang**
**3586 Congress Dr**
**Riverside, CA 92503**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.** Case number (if known) _____

Name

---

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **DAWN KRANZ**<br>**4104 S KLEIN AVE**<br>**SIOUXFALLS, SD 57106** | Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Dawn Moore**<br>**401 W Carpenter St**<br>**Saint Charles, IA 50240** | Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **De'Andra Washington**<br>**2712 Parrott Ave.**<br>**Waco, TX 76707** | Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Deanna Gerhart**<br>**1005 Floyd Ave**<br>**Waldorf, MD 20602** | Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Examination Management Services, Inc.**                    Case number (if known) _____
_____
Name

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Deanna Lynd**
**903 Lancelot Cir**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Deanna Rodriguez**
**124 Morning Star Cr.**
**China Spring, TX 76633**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Deanna Schubitzke**
**196 Mitzner Road**
**Esko, MN 55733**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Debbie Gaugh**
**1900 Cranberry Isles Way**
**Apopka, FL 32712**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Debbie Levingston**<br>**1848 Woodbridge Dr**<br>**Sulphur Springs, TX 75482** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Deborah Armour**<br>**606 Hamilton Ln**<br>**Robinson, TX 76706** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Deborah Bowen**<br>**2712 S. 25th**<br>**Waco, TX 76706** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Deborah Brandon**<br>**272 Essick Lane**<br>**Winston Salem, NC 27127** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Examination Management Services, Inc.**
    Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown   Unknown |

**Deborah Brown**
**1919 Euclid**
**Klamath Falls, OR 97601**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown   Unknown |

**Deborah Fields**
**546 Brandon Ave**
**Milford, OH 45150**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown   Unknown |

**Deborah Koepp**
**201 Turtle Cv**
**Apt. A**
**Beverly Hills, TX 76711**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown   Unknown |

**Deborah Moore**
**8014 W. Hwy 84**
**Apt. 1028**
**Waco, TX 76712**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor __Examination Management Services, Inc._____     Case number (if known) _____
         Name

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Deborah Olivarez**
**202 Laurel Lane**
**McGregor, TX 76657**

As of the petition filing date, the claim is:
*Check all that apply.*
- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ◼ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Deborah Vasquez**
**417 Vance Ave**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ◼ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Debra Atencio**
**25511 Bradford**
**Woodhaven, MI 48183**

As of the petition filing date, the claim is:
*Check all that apply.*
- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ◼ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Debra Blackmon**
**20383 Cr 2160**
**Troup, TX 75789**

As of the petition filing date, the claim is:
*Check all that apply.*
- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ◼ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| **2.391** Priority creditor's name and mailing address<br>**Debra Shields**<br>**315 Estates Dr**<br>**Woodway, TX 76712** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.392** Priority creditor's name and mailing address<br>**Deirdre Salazar**<br>**5216 Avery Ln**<br>**The Colony, TX 75056** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.393** Priority creditor's name and mailing address<br>**DELAWARE DIVISION OF**<br>**REVENUE**<br>**540 S DUPONT HIGHWAY**<br>**DOVER, DE 19901** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| **2.394** Priority creditor's name and mailing address<br>**DELAWARE DIVISION OF**<br>**REVENUE**<br>**20653 DUPONT BLVD**<br>**STE 2**<br>**GEORGETOWN, DE 19947** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **Unknown** |

**Delia Velazquez**
**825 Johns Rd # 414**
**414**
**Boerne, TX 78006**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

**Unknown** **Unknown**

---

| 2.396 | Priority creditor's name and mailing address |

**Deloria Smith**
**4801 Altamesa Blvd.**
**Apt. 102**
**Fort Worth, TX 76133**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

**Unknown** **Unknown**

---

| 2.397 | Priority creditor's name and mailing address |

**Demeita Gamble**
**3025 Scepter Drive**
**Duluth, GA 30096**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

**Unknown** **Unknown**

---

| 2.398 | Priority creditor's name and mailing address |

**Demery Bailey**
**2825 N. State  Hwy. 360**
**Apt. 1420**
**Grand Prairie, TX 75050**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

**Unknown** **Unknown**

Debtor **Examination Management Services, Inc.**     Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**     **Unknown** |

2.399 | Priority creditor's name and mailing address

**Denisa Bravenec**
**2109 Larkspur Drive**
**Carrollton, TX 75010**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.400 | Priority creditor's name and mailing address

**Denise Larson**
**15417 W Street**
**Omaha, NE 68137**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.401 | Priority creditor's name and mailing address

**Denisse Martinez**
**1244 S. San Antonio Ave**
**Onatrio, CA 91762**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.402 | Priority creditor's name and mailing address

**Denitra Green**
**188 N Lake Cunningham Ave**
**Jacksonville, FL 32259**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dennis Harlan**
**6178 Myrtle Ave**
**Long Beach, CA 90805**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dennis Hatley**
**6605 North Quail Hollow Rd**
**Memphis, TN 38120**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dennis Warren**
**14692 Spring Valley Rd.**
**Moody, TX 76557**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Derek Owens**
**6413 Johnnie Terr.**
**Oklahoma City, OK 73149**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**Derrick Hawk**
**3725 Woody Hill**
**Lithonia, GA 30038**

As of the petition filing date, the claim is:
*Check all that apply.*
- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ◼ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**Desare Pierce**
**14606 Dallas Pkwy**
**1042**
**Dallas, TX 75254**

As of the petition filing date, the claim is:
*Check all that apply.*
- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ◼ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**Desire Jones**
**6251 sw 21st street**
**pompano beach, FL 33068**

As of the petition filing date, the claim is:
*Check all that apply.*
- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ◼ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**Desiree Rodriguez**
**3425 N 26th St**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*
- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ◼ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor __Examination Management Services, Inc._____  Case number (if known) _____
                    Name

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Desiree Thebeau**
**956 Rosetta Dr**
**Villa Ridge, MO 63089**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Destani Alexander**
**4400 N 19TH ST**
**217**
**WACO, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Destiny Friend**
**4133 Polaris Dr**
**Apt#1090**
**Irving, TX 75038**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Destiny Mitchell**
**3013 maple hill circle**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

Debtor __Examination Management Services, Inc._____ Case number (if known) _____
      Name

| | | |
|---|---|---|
| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **Unknown** **Unknown** |

2.415    Priority creditor's name and mailing address

**Devin Dash**
**2407 Glendale Dr.**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.416    Priority creditor's name and mailing address

**Devona Waker**
**3806 William Dehaes Dr**
**1803**
**Irving, TX 75038**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.417    Priority creditor's name and mailing address

**Diana Gonzales**
**917 Harvard St**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.418    Priority creditor's name and mailing address

**Diana Williams**
**9184 Sunderland Way**
**West Chester, OH 45069**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Diane Bullock**
**1954 Lexington Ave #1**
**Norwood, OH 45212**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Diane Carrigan**
**8707 Lincoln St.Ne**
**Blaine, MN 55434**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Diane Lord**
**15606 Harmony Way**
**Apple Valley, MN 55124**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Diane Methlie**
**2303 Corn Dr**
**Papillion, NE 68046**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor __Examination Management Services, Inc._____   Case number (if known) _____

Name

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dianne Eatmon**
**7301 Sanger Ave.**
**Apt. 208**
**Waco, TX 76712**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dianne Robinson**
**821 June Drive**
**Fort Worth, TX 76108**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Diawanta Darden**
**9000 Gladedale**
**Woodway, TX 76712**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Diego Altamirano**
**23327 Seafarer Way**
**Moreno Valley, CA 92557**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor    **Examination Management Services, Inc.**      Case number (if known) _____
_____
Name

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dina Dicorte**
**215 Spring Meadow**
**Moody, TX 76557**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DISTRICT OF COLUMBIA**
**941 NORTH CAPITAL HILL ST NE**
**6TH FL**
**WASHINGTON, DC 20002**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dodi Jones**
**1320 north 113th court #4509**
**omaha, NE 68154**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dolores Edward Henton**
**8486 Campbellton Street**
**#2253**
**Douglasville, GA 30134**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**      Case number (if known) _____

Name

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Donald Giampetroni**
**40195 Wathen Road**
**Leonardtown, MD 20650**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Donicka Warner**
**2058 Maple Ave**
**Apt S1-2**
**Hatfield, PA 19440**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Donna Greenberg**
**109 Gardner St**
**Philadelphia, PA 19116**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Donna Krebs**
**3851 Snyder Rd**
**Glen Rock, PA 17327**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**2.435**

Priority creditor's name and mailing address

**Donna Salino**
**12031 Sturdivant**
**Stafford, TX 77477**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.436**

Priority creditor's name and mailing address

**Donnell Mitchell**
**332 Barclay Ct**
**Longhorne, PA 19047**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.437**

Priority creditor's name and mailing address

**Donnice Craddock**
**944 Ramblewood Drive**
**Lewisville, TX 75067**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.438**

Priority creditor's name and mailing address

**Donnie Sebastian**
**101 NE Tucannon Ct**
**Bremerton, WA 98311**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**2.439**

Priority creditor's name and mailing address

**Dontavia Watson**
**1700 Breezy Dr**
**Apt. 168**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.440**

Priority creditor's name and mailing address

**Doreatha Stokes**
**2006 Deer Track Ln**
**Hammonton, NJ 08037**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.441**

Priority creditor's name and mailing address

**Doreen Mills**
**420 Kamber Ln.**
**Wylie, TX 75098**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.442**

Priority creditor's name and mailing address

**Doris Meisell**
**1056 Brazos Loop**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|

**Dorothell Brownlee**
**4759 Harvest Knoll CV N.**
**Memphis, TN 38125**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Dorothy Jackson**
**1648 Garcia Drive**
**Apt. D**
**Augusta, GA 30905**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Douglas Long**
**714 Wynfield Trace**
**Peachtree Corners, GA 30092**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Drew'Cillia Rivers**
**2509 E Lakeshore Drive**
**503**
**Waco, TX 76705**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
       Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.447** Priority creditor's name and mailing address

**Duane Brundage**
**6441 PARK CENTRAL DR W**
**Indianapolis, IN 46260**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.448** Priority creditor's name and mailing address

**Duane Hicks**
**707 E 2ND STREET**
**MCGREGOR, TX 76657**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.449** Priority creditor's name and mailing address

**Dyanna Steen**
**248 Massey Circle**
**Carthage, MS 39051**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.450** Priority creditor's name and mailing address

**Ebony Saunders**
**497 Van Cortlandt Park Ave**
**Apt 5L**
**Yonkers, NY 10705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
     Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |

**2.451**

Priority creditor's name and mailing address

**Edgardo Lazaro**
**36 Condict Street**
**Jersey City, NJ 07306**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

■ No
☐ Yes

---

**2.452**

Priority creditor's name and mailing address

**Edith Esquivel**
**1126 Ashleman**
**Bellmead, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

■ No
☐ Yes

---

**2.453**

Priority creditor's name and mailing address

**Edna O'Droske**
**365 Fairpointe Pl**
**Suwanee, GA 30024**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

■ No
☐ Yes

---

**2.454**

Priority creditor's name and mailing address

**Eilyn Malave**
**2349 N, Mutter St**
**Philadelphia, PA 19133**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**                Case number (if known) _____
         _____
         Name

| | | | |
|---|---|---|---|
| **2.455** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**  **Unknown** |

**Elaine Kymes**
**6040 Ripplewood Dr.**
**Mc Gregor, TX 76657**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| **2.456** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**  **Unknown** |

**Elaine Sonafrank**
**3357 Chimney Place Dr**
**Waco, TX 76708**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| **2.457** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**  **Unknown** |

**Eleanor Phiffer**
**6515 Bluebird Drive**
**Arlington, TX 76001**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| **2.458** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**  **Unknown** |

**Eleanor Thompson**
**12022 Wynnfield Lakes Cir**
**Jacksonville, FL 32246**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Eleina Franck**
**347 Patten Circle**
**Albrightsville, PA 18210**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Eli Chen**
**3533 Thorp Springs Dr**
**Plano, TX 75025**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Eliza Gee**
**2509 E LakeShore Drive  Apt  1508**
**Apt 1508**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Elizabeth Acosta**
**2863 N. E. Street**
**San Bernardino, CA 92405**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|

**2.463** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Elizabeth Davis**
**621 Pebble Creek**
**Hewitt, TX 76643**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.464** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Elizabeth Duran**
**13770 Oceanview Dr.**
**Smith River, CA 95567**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.465** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Elizabeth Gingras**
**738 Coventry Ln**
**Apt J**
**Florence, SC 29501**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.466** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Elizabeth Heusted**
**2900 sw eveningside dr**
**topeka, KS 66614**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____

Name

| | | | | |
|---|---|---|---|---|
| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

2.467    Priority creditor's name and mailing address

**Elizabeth Johnson**
**1100 Mesquite Ln. Apt A**
**Marlin, TX 76661**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

2.468    Priority creditor's name and mailing address      **Unknown**    **Unknown**

**Elizabeth Pinkerton**
**1421 Barron Ave**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

2.469    Priority creditor's name and mailing address      **Unknown**    **Unknown**

**Elizabeth Renteria**
**13004 Joliet**
**Houston, TX 77015**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

2.470    Priority creditor's name and mailing address      **Unknown**    **Unknown**

**Elizabeth Whitlock**
**1600 Heritage Parkway**
**Axtell, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**
_____
Name

Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|
| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Ellen Blanc**
**316 Lee Place**
**Medina, NY 14103**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | |
|---|---|
| 2.472 | Priority creditor's name and mailing address |

Unknown    Unknown

**Ellora Shelton**
**703 Frances St**
**polo, MO 64671**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | |
|---|---|
| 2.473 | Priority creditor's name and mailing address |

Unknown    Unknown

**Elmer Robertson**
**2124 Van Zandt Dr.**
**Grand Prairie, TX 75052**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | |
|---|---|
| 2.474 | Priority creditor's name and mailing address |

Unknown    Unknown

**Elvira Arausa**
**3405 Kenwood Dr**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**  Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.475** Priority creditor's name and mailing address

**Emari Tate**
**136 Ellis Farm Rd**
**Hewitt, TX 76643**

As of the petition filing date, the claim is: **Unknown** **Unknown**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

**2.476** Priority creditor's name and mailing address

**Emilee Fay**
**201 Laurel Lane**
**McGregor, TX 76657**

As of the petition filing date, the claim is: **Unknown** **Unknown**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

**2.477** Priority creditor's name and mailing address

**Emily Backus**
**200 8th Street**
**Moody, TX 76557**

As of the petition filing date, the claim is: **Unknown** **Unknown**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

**2.478** Priority creditor's name and mailing address

**Emily Dormon**
**2487 Dundee Ct.**
**San Leandro, CA 94577**

As of the petition filing date, the claim is: **Unknown** **Unknown**
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:    **Unknown**    **Unknown** |

2.479 | Priority creditor's name and mailing address

**Emily Jernigan**
**4224 Rockingham Way**
**Plano, TX 75093**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.480 | Priority creditor's name and mailing address

**Emily Parsons**
**4318 Concord**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.481 | Priority creditor's name and mailing address

**Emily Voights**
**1981 N 26th Rd**
**Marseilles, IL 61341**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.482 | Priority creditor's name and mailing address

**Emma Gomez**
**145 Paloma Dr**
**Woodaway, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.483 | Priority creditor's name and mailing address<br>**Equong Faison**<br>**110 E Washington Ln**<br>**Philadelphia, PA 19144** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.484 | Priority creditor's name and mailing address<br>**Eric Latham**<br>**3513 W 77th St**<br>**Chicago, IL 60652** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.485 | Priority creditor's name and mailing address<br>**Erica Bowman**<br>**1117 E. Vandergriff**<br>**Apr-37**<br>**Carrollton, TX 75006** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.486 | Priority creditor's name and mailing address<br>**Erica Kunkle**<br>**77074 Tantela Ranch**<br>**24**<br>**Folsom, LA 70437** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Erica Young**
**5554 Berkshire Valley Road**
**#2**
**Oak Ridge, NJ 07438**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Erick Francois**
**6634 Kelly Ann Way**
**Rosedale, MD 21237**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Ericka Flippin**
**1006 Oakridge Rd.**
**Clarksdale, MS 38614**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Erin Culp**
**430 Huntsdale Ct**
**LEXINGTON, SC 29072**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Examination Management Services, Inc.**                          Case number *(if known)* _____
_____
Name

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Erin Lemay**
**4 Prospect Heights**
**Milford, MA 01757**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Ernestina Mata**
**2631 Lauren Ashley**
**San Antonio, TX 78237**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Ernesto Gutierrez**
**1419 E 214th St**
**Carson, CA 90745**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Ernie Delouis**
**1799 Troy ave**
**Brooklyn, NY 11234**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**     Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.495**

Priority creditor's name and mailing address

**Eryka Henderson**
**1100 N. 6th St.**
**G7**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

■ No
☐ Yes

---

**2.496**

Priority creditor's name and mailing address

**Essie Spann**
**270 South Landing Rd**
**Rochester, NY 14610**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

■ No
☐ Yes

---

**2.497**

Priority creditor's name and mailing address

**Estephanie Bautista**
**1702 Pine Ave.**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

■ No
☐ Yes

---

**2.498**

Priority creditor's name and mailing address

**Eva Briseno**
**101 Eucalyptus St.**
**#7212**
**Lake Jackson, TX 77566**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**      Case number *(if known)* _____

Name

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Evan Brown**
**6801 Tennyson Dr**
**229**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Evan Newman**
**49 Bayview Ave.**
**East Islip, NY 11730**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Fahim Ziyad**
**5621 Wellston Dr**
**Arlington, TX 76018**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Faith Stage**
**2736 Lake Shore Drive**
**2102**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor __Examination Management Services, Inc._____

Name

Case number (if known) _____

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Faraz Meghani**
**8453 NEEDLEGRASS ROAD**
**FRISCO, TX 75035**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FELICIA ANTWI**
**945 Bloomfield Dr**
**Grand Prairie, TX, TX 75052**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Felicia McCann**
**516 E Cypress St**
**APT 7**
**LOTT, TX 76656**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**FLORIDA DEPT OF REVENUE**
**5050 W TENNESSEE ST**
**TALLAHASSEE, FL 32399-0100**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**Forando Little**
**2973 Gregory CT**
**Cincinnati, OH 45251**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.508 | Priority creditor's name and mailing address | | | Unknown | Unknown |
|---|---|---|---|---|---|

**Foster Coker**
**846 Seabrook Cove Road**
**Jacksonville, FL 32211-7151**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.509 | Priority creditor's name and mailing address | | | Unknown | Unknown |
|---|---|---|---|---|---|

**Franchase White**
**16315 Ancient Forest Dr.**
**Humble, TX 77346**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.510 | Priority creditor's name and mailing address | | | Unknown | Unknown |
|---|---|---|---|---|---|

**Francine Mellis**
**25348 148th Road**
**Rosedale, NY 11422**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.511 | Priority creditor's name and mailing address<br>**Francis Galindo**<br>**3316 Pewitt Drive**<br>**Waco, TX 76706** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>□ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?
■ No
□ Yes

---

| 2.512 | Priority creditor's name and mailing address<br>**Francis Rivera**<br>**3720 Erath**<br>**Waco, TX 76710** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>□ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?
■ No
□ Yes

---

| 2.513 | Priority creditor's name and mailing address<br>**Francisca Alvarez**<br>**8614 11th Avenue Ct E.**<br>**Tacoma, WA 98445** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>□ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?
■ No
□ Yes

---

| 2.514 | Priority creditor's name and mailing address<br>**Frederic Bonifay**<br>**2614 N Payne Ave**<br>**Wichita, KS 67204** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>□ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?
■ No
□ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __Examination Management Services, Inc._____     Case number (if known) _____
             Name

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Gabrial Amos**
**309 Dixon Dr.**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Gabriel Sanchez**
**3855 austin st**
**Beaumont, TX 77708**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Gabriela Contreras**
**1416 dartmouth st**
**waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Gabriela Estrada**
**2117 Richter Ave**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.519**

Priority creditor's name and mailing address

**Gala Wallace**
**1505 Burnett Ave**
**Waco, TX 76706**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.520**

Priority creditor's name and mailing address

**Garrett Ledger**
**5723 Pleasant Hollow Trail**
**Shepherd, MT 59079**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.521**

Priority creditor's name and mailing address

**Gary Hargis**
**3716 N 23rd St.**
**Waco, TX 76708**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.522**

Priority creditor's name and mailing address

**George Diaz**
**16905 Chandler St**
**Omaha, NE 68136**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | Unknown | Unknown |
|---|---|---|---|

**2.523** | Priority creditor's name and mailing address

**George Dragoon**
**13 Riversdedge Dr.**
**York, ME 03909**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**2.524** | Priority creditor's name and mailing address

**Georgia Peitsch**
**7943W U.S. Highway 2**
**Manistique, MI 49854**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Unknown    Unknown

**2.525** | Priority creditor's name and mailing address

**Gerald Anderson**
**1345 SE 6th Street**
**104**
**Grimes, IA 50111**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Unknown    Unknown

**2.526** | Priority creditor's name and mailing address

**Gerricka Watson**
**405 Ave I Lacy**
**Lakeview, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Unknown    Unknown

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Gertrude Ueal**
**322 Crowe Drive**
**Euless, TX 76040**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Gia Dahlman**
**17409 E. 5th Ave**
**Spokane Valley, WA 99016**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Gina Jimenez**
**1345 Herrington Ave**
**San Bernardino, CA 92411**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Gina Sallavanti**
**109 Edgewood Dr.**
**Old Forge, PA 18518**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown Unknown |

**Gina Sullivan**
**6500 W 43rd St**
**28**
**Sioux Falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown Unknown |

**Gina Sullivan**
**6500 w 43rd st #28**
**Sioux falls, SD 57106**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown Unknown |

**Ginger Kendrick**
**Po Box 67**
**Leroy, TX 76654**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown Unknown |

**Gisela Lopez**
**1018 CONSTITUTION COURT**
**A**
**ATLANTIC BEACH, FL 32233**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**                    Case number *(if known)* _____
_____
Name

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Gladys Martinez**
**1724 Redwood Avenue**
**Ontario, CA 91762**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.536 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Gleiciane Cordle**
**1799 Cruet lane**
**severn, MD 21144**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.537 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Glenn Poker**
**94 Randolph Dr**
**Glastonbury, CT 06033**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.538 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Gloria Banyon**
**7952 Hemmingwood Rd Apt 1**
**Cordova, TN 38016**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**2.539** Priority creditor's name and mailing address

**Gloria Reyna**
**1926 Sterling Ave**
**Sanger, CA 93657**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.540** Priority creditor's name and mailing address

**Gloria Scales**
**1318 N 63rd Street**
**Waco, TX 76710**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.541** Priority creditor's name and mailing address

**Grace Walton**
**2791 W. Moonlight Dr**
**Robinson, TX 76706**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.542** Priority creditor's name and mailing address

**Graceann Erlenback**
**261 Doolittle rd**
**Harpursville, NY 13787**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

Debtor **Examination Management Services, Inc.**       Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **Unknown** |

**Greg James**
**757 Lake Carolyn Pkwy**
**Apt 2209**
**Irving, TX 75039**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **Unknown** |

**Gregg Jones**
**204 White Oak Pl**
**Mars, PA 16046**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **Unknown** |

**Gregory Jarrett**
**1032 Parkview Cir**
**Hewitt, TX 76643**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **Unknown** |

**Gretchen Johnson Velazquez**
**4065 Sunny Dr. S**
**Mandan, ND 58554**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

Debtor    **Examination Management Services, Inc.**      Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Guadalupe Garcia**
**3829 W 23rd St**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.548 | Priority creditor's name and mailing address |

**Gwendolyn Jackson**
**2309 Jackson blvd Apt B**
**Chalmette, LA 70043**

**Unknown**    **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.549 | Priority creditor's name and mailing address |

**Gwendolyn Jones**
**155 RUTGERS CREEK RD**
**PORT JERVIS, NY 12771**

**Unknown**    **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.550 | Priority creditor's name and mailing address |

**Gwendolyn Williams**
**2001 S 5th  #707 Waco,tx 76706**
**Waco, TX 76706**

**Unknown**    **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **Examination Management Services, Inc.**        Case number (if known)
_____
Name

| | | |
|---|---|---|
| 2.551 | Priority creditor's name and mailing address | **Unknown**    **Unknown** |

**H Gaines**
**2408 N 51st St**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.552 | Priority creditor's name and mailing address | **Unknown**    **Unknown** |

**Hailey Cook**
**129 Houston Pl**
**Venus, TX 76084**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.553 | Priority creditor's name and mailing address | **Unknown**    **Unknown** |

**Haley Coleman**
**9211 Acorn dr**
**Woodway, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.554 | Priority creditor's name and mailing address | **Unknown**    **Unknown** |

**Haley Wiley**
**4456 S. Old Robinson Rd**
**Lorena, TX 76655**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____

Name

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Han Ra**
**8739 7th St**
**Downey, CA 90241**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Hannah Galvan**
**8014 W. Highway 84**
**Apt 1011**
**Woodway, TX 76712**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Hannah Pults**
**8824 Old McGregor Rd**
**#401**
**Waco, TX 76712**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Harleigh Stringer**
**708 N Rita St**
**Waco, TX 76705**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor  **Examination Management Services, Inc.**                Case number (if known) _____
_____
Name

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Harriett Mcclenan**
**2736 Lake Shore Dr Apt 602**
**Hewitt, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Harry Epps**
**3609 WINLARK DRIVE**
**Florence, SC 29506**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Hasan Hasan**
**4818 131st pl se**
**bellevue, WA 98006**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**HAWAII DEPT OF TAXATION**
**PO BOX 259**
**HONOLULU, HI 96809-0259**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
**Taxes**

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Hayden Joseph**
**5940 Woodoak**
**Dallas, TX 75249**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Heather Bateman**
**25 Hillwood Drive**
**Cheektowaga, NY 14227**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Heather Gonzalez**
**10216 Hyacinth Ln**
**A**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Heather Hoyuela**
**1214 N. Maple St**
**Alton, TX 78573**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____

Name

| | | |
|---|---|---|
| **2.567** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:     **Unknown**    **Unknown** |

**2.567** | Priority creditor's name and mailing address

**Heather Mccarron**
**2301 Belvedere Ave.**
**Havertown, PA 19083**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.568** | Priority creditor's name and mailing address     **Unknown**    **Unknown**

**Heather Mills**
**100 Jon St**
**Lorena, TX 76655**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.569** | Priority creditor's name and mailing address     **Unknown**    **Unknown**

**Heather Northrup**
**808 7TH ST SW**
**CEDAR RAPIDS, IA 52404-1914**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.570** | Priority creditor's name and mailing address     **Unknown**    **Unknown**

**Heather Pinto**
**3414 Blue Candle Dr**
**Spring, TX 77388**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**　　　Case number (if known) _____
　　　　　Name

| | | |
|---|---|---|
| 2.571 | Priority creditor's name and mailing address | **Unknown** **Unknown** |

**Heather Ulrich**
**6278 Twin Creeks Drive**
**Indianapolis, IN 46268**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.572 | Priority creditor's name and mailing address | **Unknown** **Unknown** |

**HEDY COUSAR**
**19544 Crystal Rock Drive apt 23**
**Germantown, MD 20874**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.573 | Priority creditor's name and mailing address | **Unknown** **Unknown** |

**Heidi Smith**
**14980 Sprucevale Rd**
**129**
**East Liverpool, OH 43920**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.574 | Priority creditor's name and mailing address | **Unknown** **Unknown** |

**Helen Breeding**
**27 Woodland Station**
**Seaford, DE 19973**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

---

| | 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|---|

**Hemant Patel**
**722 Rowland Rd**
**Stone Mountain, GA 30083**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|---|

**Henry Dickman**
**2603 Strathfield Ln**
**Trophy Club, TX 76262**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|---|

**Henry Medeiros**
**72 barlow court**
**fairfield, CA 94533**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|---|

**Hernesha Williams**
**1037 Wentwood Dr.**
**Desoto, TX 75115**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.579**

Priority creditor's name and mailing address

**Herty Campolo**
**0**
**Lewisville, TX 75077**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.580**

Priority creditor's name and mailing address

**Holly Moorman**
**390 HCR 2202 S**
**Aquilla, TX 76622**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.581**

Priority creditor's name and mailing address

**Hope Jones**
**3145 Rochambeau Ave**
**Apt 1A**
**Bronx, NY 10467**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.582**

Priority creditor's name and mailing address

**Hugh Martin**
**4773 Bancroft Street**
**Apartment 1**
**San Diego, CA 92116**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
      Name

Case number (if known) _____

---

| | |
|---|---|
| **2.583** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

2.583 Priority creditor's name and mailing address

**Hughe Graham**
**3566 Meadowview Drive**
**Riverside, CA 92503**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.584 Priority creditor's name and mailing address

**Hui Tai**
**124 Westmoor Ave**
**Daly City, CA 94015**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.585 Priority creditor's name and mailing address

**IDAHO STATE TAX COMMISSION**
**800 PARK BLVD., PLAZA IV**
**BOISE, ID 83722-0410**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.586 Priority creditor's name and mailing address

**IDAHO STATE TAX COMMISSION**
**611 WILSON AVE**
**STE 5**
**POCATELLO, ID 83201-5046**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| **2.587** | Priority creditor's name and mailing address<br>**IDAHO STATE TAX COMMISSION**<br>**440 FALLS AVE**<br>**TWIN FALLS, ID 83301-3320** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown**     **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **2.588** | Priority creditor's name and mailing address<br>**IDAHO STATE TAX COMMISSION**<br>**1910 NORTHWEST BLVD**<br>**STE 100**<br>**COEUR D'ALENE, ID 83814-2371** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown**     **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **2.589** | Priority creditor's name and mailing address<br>**IDAHO STATE TAX COMMISSION**<br>**1118  F STREET**<br>**LEWISTON, ID 83501-1014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown**     **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **2.590** | Priority creditor's name and mailing address<br>**IDAHO STATE TAX COMMISSION**<br>**150 SHOUP AVE**<br>**STE 16**<br>**IDAHO FALLS, ID 83402-3657** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown**     **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

---

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Idayat Aziz Raji**
**335 Raymound Blvd**
**Parsippany, NJ 07054**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ILLINOIS DEPT OF REVENUE**
**101 WEST JEFFERSON ST.**
**SPRINGFIELD, IL 62702**

Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**ILLINOIS DEPT OF REVENUE**
**BANKRUPTCY SECTION**
**PO BOX 64338**
**CHICAGO, IL 60664-0338**

Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Immanuel Mccord**
**54-56 Osborne Terrace**
**Newark, NJ 07108**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**        Case number (if known) _____

Name

| | | | | |
|---|---|---|---|---|
| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Inayah Rashid Simmons
2247 Blackhauk Ridge LN
Manvel, TX 77578**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**INDIANA DEPT OF REVENUE
100 N SENATE AVE
INDIANAPOLIS, IN 46241**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**INDIANA DEPT OF REVENUE
100 N SENATE AVE
INDIANAPOLIS, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

---

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**IOWA DEPT OF REVENUE**
**PO BOX 10460**
**DES MOINES, IA 50306-0460**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**IOWA DEPT OF REVENUE**
**BANKRUPTCY**
**PO BOX 10471**
**DES MOINES, IA 50306-0471**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**IOWA DEPT OF REVENUE**
**HOOVER STATE OFFICE**
**BUILDING**
**1305 E WALNUT**
**DES MOINES, IA 50319**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Irene Dylla**
**624 Grant Ave**
**North Mankato, MN 56003**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____
       Name

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.603**   Priority creditor's name and mailing address

**Isabel Cartagena**
**1416 S 26th Street,**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**   **Unknown**

---

**2.604**   Priority creditor's name and mailing address

**J Holstine**
**5515 Casberg-Burroughs RD**
**Deer Park, WA 99006**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**   **Unknown**

---

**2.605**   Priority creditor's name and mailing address

**Jacintha McGhee**
**11809 Hollyrock Dr**
**Yukon, OK 73099**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**   **Unknown**

---

**2.606**   Priority creditor's name and mailing address

**Jackelyn Druckman**
**23 Debora Ct**
**Bayshore, NY 11706**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**   **Unknown**

---

Debtor    **Examination Management Services, Inc.**

Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**     **Unknown** |

2.607   Priority creditor's name and mailing address

**Jacklyn Gibson**
**1124 Timberline**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

2.608   Priority creditor's name and mailing address

**Jacqueline Benjamin**
**P.O. Box 116694**
**Carrollton, TX 75011**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

2.609   Priority creditor's name and mailing address

**Jacqueline Gomez**
**412 Peer Drive**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

2.610   Priority creditor's name and mailing address

**Jacqueline Jackson**
**3817 Great Oak Dr**
**2208**
**Euless, TX 76040**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor __Examination Management Services, Inc._____  Case number (if known) _____
          Name

| | | |
|---|---|---|

**2.611** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Jacqueline Leighton**
**902 Lakeview Ave.**
**South Milwaukee, WI 53172**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.612** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Jacquelyn Waits**
**2416 Scott Creek Dr**
**Little Elm, TX 75068**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.613** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Jael Fatiga**
**2188 Herblew Rd**
**Warrington, PA 18976**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.614** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Jaiden Wykoff**
**4609 Misty Vly W**
**Wichita Falls, TX 76310**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Examination Management Services, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.615 | Priority creditor's name and mailing address<br>**Jalesia Phillips**<br>**1112 Spring St**<br>**Waco, TX 76704** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

Unknown     Unknown

---

| | | |
|---|---|---|
| 2.616 | Priority creditor's name and mailing address<br>**Jamal Muhammad**<br>**1033 n Cactus Ave**<br>**apt 13**<br>**Rialto, CA 92376** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

Unknown     Unknown

---

| | | |
|---|---|---|
| 2.617 | Priority creditor's name and mailing address<br>**James Alvey**<br>**1334 East 300 North**<br>**Layton, UT 84040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

Unknown     Unknown

---

| | | |
|---|---|---|
| 2.618 | Priority creditor's name and mailing address<br>**James Bell**<br>**435 Crescent St**<br>**Waco, TX 76705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

Unknown     Unknown

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

---

| 2.619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**James Brox**
**4918 n hall str**
**Dallas, TX 75235**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**James Calver**
**191 Weed Ave**
**Stamford, CT 06902**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**James Cumberland**
**20615 Meridian ave s**
**Lynnwood, WA 98036**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**James Griffin**
**215-M S. Maple St**
**Graham, NC 27253**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.623**

Priority creditor's name and mailing address

**James Hankinson**
**11705 Crystal Falls Drive**
**Fort Worth, TX 76244**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ■ No
- ☐ Yes

**Unknown**　**Unknown**

---

**2.624**

Priority creditor's name and mailing address

**James Huyck**
**8057 Plateau Dr**
**Fort Worth, TX 76120**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ■ No
- ☐ Yes

**Unknown**　**Unknown**

---

**2.625**

Priority creditor's name and mailing address

**James Johnston**
**PO Box 24015**
**Waco, TX 76702**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ■ No
- ☐ Yes

**Unknown**　**Unknown**

---

**2.626**

Priority creditor's name and mailing address

**James Lopes**
**2449 Aberdeen Way**
**Unit G**
**Richmond, CA 94806**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ■ No
- ☐ Yes

**Unknown**　**Unknown**

---

Debtor **Examination Management Services, Inc.**
     Name

Case number *(if known)*

| | |
|---|---|

**2.627** | Priority creditor's name and mailing address

**James Mccauley**
**7652 East State Street**
**Lowville, NY 13367**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.628** | Priority creditor's name and mailing address

**James Pearson**
**200 Nautical Drive**
**Apt 102**
**Lexington, SC 29072**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.629** | Priority creditor's name and mailing address

**James Winfield**
**467 S Main ST**
**Pascoag, RI 02959**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.630** | Priority creditor's name and mailing address

**Jamie Bowser**
**315 Cemetery Hill Rd**
**Shelocta, PA 15774**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor __Examination Management Services, Inc.__     Case number (if known) _____
       Name

| | | | |
|---|---|---|---|
| 2.631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |

**Jamilah Pitts**
**9713 Timberview Dr.**
**Woodway, TX 76712**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |

**Jan Bisso**
**960 bragg st**
**new orleans, LA 70124**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |

**Jan Sommerfelt**
**27639 Powell Dr**
**Highland, CA 92346**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |

**Jana Griffin**
**3719 Windsor St**
**Irving, TX 75062**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|

**2.635** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
**Jana Riley**
**707 1/2 S.Marable Street**
**West, TX 76691**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.636** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
**Janet Ferretti**
**1800 N Martin Luther King, Jr. Blvd**
**2308**
**Waco, TX 76704**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.637** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
**Janet Hayden**
**1106 Hooks Drive**
**Apt 95**
**Waco, TX 76705**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.638** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
**Janette Acosta**
**3820 8th ave**
**Ft. Worth, TX 76110**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **Unknown** **Unknown** |

**Janice Hopper**
**1402 Sycamore Dr.**
**Murfreesboro, TN 37128**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **Unknown** **Unknown** |

**Janice Jordan**
**131 Darden**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **Unknown** **Unknown** |

**Janice Sahadat**
**621 Oakdale Road, L**
**Newark, DE 19713**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **Unknown** **Unknown** |

**Janice Simcic**
**4804 Mills Creek Lane**
**North Ridgeville, OH 44039**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Examination Management Services, Inc.**      Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Janice Walford**
**2748 Water Oak Drive**
**Grand Prairie, TX 75052**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Janicea Boone**
**611 Oriole Blvd**
**Unit 2503**
**Duncanville, TX 75116**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Janna Prahl**
**2620 Stone Lake Drive**
**622**
**Grand Prairie, TX 75050**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Jared Pasnik**
**8027 N MacAurthur Blvd.**
**Apt 1103**
**Irving, TX 75063**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jasmine Bell**
**605 Del Paso St**
**Euless, TX 76040**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jasmine Franklin**
**516 KAREN ST.**
**HEWITT, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jasmine Thompson**
**2718 Denise Dr**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jason Adamek**
**277 Sandhoff Ln**
**Riesel, TX 76682**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.651 | Priority creditor's name and mailing address<br>**Jason Kruger**<br>**24510 Highbridge Forest Lane**<br>**Unit B**<br>**Porter, TX 77365** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.652 | Priority creditor's name and mailing address<br>**Jason Shiflet**<br>**3100 San Patricio Dr**<br>**Plano, TX 75025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.653 | Priority creditor's name and mailing address<br>**Jatoya Payne**<br>**173 Rolling CT**<br>**Lancaster, TX 75146** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.654 | Priority creditor's name and mailing address<br>**Javincia Bell**<br>**1926 S 9th St**<br>**Apt 54**<br>**Waco, TX 76706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____

Name

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jay Tidmore**
**10729 Berwyn Dr.**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jayda Griffin**
**5101 sanger ave**
**810**
**waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jaysson Aceves**
**4558 Fairbanks Avenue**
**Riverside, CA 92509**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jazmyne Rodriguez**
**3921 Acree**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor __Examination Management Services, Inc._____ Case number (if known) _____
　　　　　Name

| 2.659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Jazsmin Anderson**
**4324 concord rd**
**waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Jeanette Lopez**
**2525 W 26th Street Lane**
**Greeley, CO 80634**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Jeanne Sloggy**
**32873 Willow Shores Rd**
**Willow River, MN 55795**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Jeanne Tanty**
**8081 S. 47th Street**
**Franklin, WI 53132**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor __Examination Management Services, Inc._____  Case number (if known) _____
       Name

| | | | |
|---|---|---|---|
| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Jeannine Griffin**
**903 Ritters Lake Rd**
**Greensboro, NC 27406**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Jeffrey Bradley**
**1720 Park Valley Drive**
**Columbus, IN 47203**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Jeffrey Derr**
**1712 Nelva**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Jelani Shegog**
**2872A Casey Street**
**San Diego, CA 92139**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor __Examination Management Services, Inc._____     Case number (if known) _____
         Name

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jenna Hood**
**7101 44TH ST W**
**University Place, WA 98466**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.668 | Priority creditor's name and mailing address | Unknown | Unknown |
|---|---|---|---|

**Jennie Sharp**
**528 N Old Robinson Rd**
**Robinson, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.669 | Priority creditor's name and mailing address | Unknown | Unknown |
|---|---|---|---|

**Jennifer Barrett**
**25469 Borought Park Driv**
**1022**
**Spring, TX 77380**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.670 | Priority creditor's name and mailing address | Unknown | Unknown |
|---|---|---|---|

**Jennifer Baukol**
**812 N 4th Street**
**Grand Forks, ND 58203**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.671** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Jennifer Benes**
**2056 Switchgrass Lane**
**Yorkville, IL 60560**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.672** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Jennifer Burdette**
**529 Karen**
**Hewitt, TX 76643**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.673** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Jennifer Callahan**
**10827 Lake Gardens Dr**
**Dallas, TX 75218**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.674** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Jennifer Cejka**
**909 Susan St.**
**Robinson, TX 76706**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
_____
Name

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jennifer Davis**
**2119 Wildwood Ln**
**Auburndale, FL 33823**

As of the petition filing date, the claim is:
*Check all that apply.*
- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ◼ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jennifer Dupree**
**1012 W.Pioneer Pkwy**
**#8**
**Arlington, TX 76013**

As of the petition filing date, the claim is:
*Check all that apply.*
- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ◼ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jennifer Estrada**
**8607 Shooter Cove**
**San Antonio, TX 78254**

As of the petition filing date, the claim is:
*Check all that apply.*
- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ◼ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jennifer Kraft**
**14033 Tyringham St**
**Spring Hill, FL 34609**

As of the petition filing date, the claim is:
*Check all that apply.*
- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ◼ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**          Case number (if known) _____
Name

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**2.679**

Priority creditor's name and mailing address

**Jennifer Lawson**
**117 5th Ave SE**
**Unit 1991**
**Minot, ND 58702**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.680**

Priority creditor's name and mailing address

**Jennifer Mann**
**400 East Jefferson Ave**
**Whitney, TX 76692**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.681**

Priority creditor's name and mailing address

**Jennifer Martin**
**304 E. 9th St.**
**Valley Mills, TX 76689**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.682**

Priority creditor's name and mailing address

**Jennifer Martinez**
**5486 Mira Loma Circle**
**Colorado Springs, CO 80918**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor __Examination Management Services, Inc._____  Case number (if known) _____
                    Name

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Jennifer Mendizabal**
**5015 W 194th Terr**
**Stilwell, KS 66085**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Jennifer Moore**
**195 flintwood dr**
**w. north vernon, IN 47265**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Jennifer Porter**
**2080 Hamilton Drive**
**waco, TX 76705**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Jennifer Ramirez**
**1220 La Vega St.**
**Waco, TX 76705**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
  Name

Case number (if known) _____

---

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Jennifer Walton**
**P O Box 271**
**Lexington, TX 78947**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.688 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Jennifer Wittenburg**
**10609 Hiawatha Dr**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.689 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Jenny Frye**
**902 Ginny Ave**
**29**
**Bellevue, NE 68005**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.690 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Jenny Hughes**
**955 Sawmill Road**
**Colfax, CA 95713**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Examination Management Services, Inc.**
     Name          Case number (if known) _____

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.691** Priority creditor's name and mailing address
**Jeremy Crews**
**530 El Paso St**
**Billings, MT 59101**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**    **Unknown**

---

**2.692** Priority creditor's name and mailing address
**Jerian Cathey**
**4671 Wilson ave**
**San Diego, CA 92116**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**    **Unknown**

---

**2.693** Priority creditor's name and mailing address
**Jerilyn Jenkins**
**4271 Reedland Cir**
**San Ramon, CA 94582**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**    **Unknown**

---

**2.694** Priority creditor's name and mailing address
**Jerrel Thompson**
**1424 Connally**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**    **Unknown**

---

Debtor    **Examination Management Services, Inc.**      Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.695**

Priority creditor's name and mailing address

**Jerrica Vaughn
527 Garland Ave
Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

- ☑ No
- ☐ Yes

**Unknown**    **Unknown**

---

**2.696**

Priority creditor's name and mailing address

**Jerry Harper
W3282 County Rd T
Mindoro, WI 54644**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

- ☑ No
- ☐ Yes

**Unknown**    **Unknown**

---

**2.697**

Priority creditor's name and mailing address

**Jessica Arden
216 CR 437
Eddy, TX 76524**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

- ☑ No
- ☐ Yes

**Unknown**    **Unknown**

---

**2.698**

Priority creditor's name and mailing address

**Jessica Buffington
126 pine street
Eddy, TX 76524**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

- ☑ No
- ☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Jessica Carrigan**<br>**8707 Lincoln St. Ne**<br>**Blaine, MN 55434** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Jessica Castellano**<br>**518 N 15th St.**<br>**Waco, TX 76707** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Jessica Cruz**<br>**674 16th Ave E**<br>**Dickinson, ND 58601** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Jessica Esquivel**<br>**732 bellaire dr**<br>**woodway, TX 76712** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Examination Management Services, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **2.703** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.703** | Priority creditor's name and mailing address
**Jessica Friend**
**521 Circleview Dr S**
**Hurst, TX 76054**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.704** | Priority creditor's name and mailing address
**Jessica Harris**
**7411 S 41st Ave.**
**Bellevue, NE 68147**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.705** | Priority creditor's name and mailing address
**Jessica Huerta**
**820 s belmont**
**North Platte, NE 69101**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.706** | Priority creditor's name and mailing address
**Jessica Leatherwood**
**17404 TAYLOR ST**
**Omaha, NE 68116**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 2.707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |

**Jessica Lopez**
**7020 Cheshire Dr**
**waco, TX 76712**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |

**Jessica Phelps**
**901 E. Duke**
**Hugo, OK 74743**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |

**Jessica Ravert Steen**
**39151 128th Street**
**Aberdeen, SD 57401**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |

**Jessica Saulter**
**8044 FM 185**
**Crawford, TX 76638**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jesus Gonzalez**
**9104 Brinson Dr**
**Keller, TX 76244**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.712 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Jesus Guadalupe Davalos Garcia**
**3738 Paloma Dr**
**Ventura, CA 93003**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.713 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Jhamille Davis**
**324 Manor Ln**
**Marlton, NJ 08053**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.714 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Jill Dyck**
**627 Fairdale Road**
**Salina, KS 67401**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Examination Management Services, Inc.**

_____
Name

Case number *(if known)* _____

| | | | | | |
|---|---|---|---|---|---|
| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Jillian Dolan**<br>**13855 NE 63rd st**<br>**Choctaw, OK 73020** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Jillian Sanley**<br>**7254 Helen Witt Drive**<br>**Lincoln, NE 68512** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Jim Clausen**<br>**401 Bob Street**<br>**Hurst, TX 76053** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Jnae Kai**<br>**1130 angelia dr**<br>**Mableton, GA 30126** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Joan Tiller**
**North 1800 Martin Luther King**
**7203**
**Waco, TX 76704**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Jodan Ledres**
**30091 Mountain View Dr**
**Hayward, CA 94544**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Jody Hart**
**5232 107th Street**
**Jacksonville, FL 32244**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Jody Lee**
**2183 Hudson Drive**
**Lilburn, GA 30047**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
     Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.723**

Priority creditor's name and mailing address

**Johanne Pierre**
**19408 Buckingham Way**
**Germantown, MD 20874**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.724**

Priority creditor's name and mailing address

**John Corcoran**
**535 Parmentier Rd**
**Warminster, PA 18974**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.725**

Priority creditor's name and mailing address

**John Kurnat**
**3375 Appleford Way**
**York, PA 17402**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.726**

Priority creditor's name and mailing address

**John Pace**
**120 Innisbrook Ct.**
**New Bern, NC 28562**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Examination Management Services, Inc.**      Case number (if known) _____

Name

| | | |
|---|---|---|
| **2.727** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**2.727** Priority creditor's name and mailing address

**John Rivera**
**924 snow mass dr**
**hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.728** Priority creditor's name and mailing address

**John Wicks**
**328 W Kennedy St**
**Syracuse, NY 13205**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.729** Priority creditor's name and mailing address

**Johnnytrea Robinson**
**2410 Briarwood Ln, Waco,Tx**
**76705**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.730** Priority creditor's name and mailing address

**Jon Thurston**
**15832 Impala Dr.**
**Huntertown, IN 46748**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Examination Management Services, Inc.**                    Case number (if known) _____
_____
Name

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jonathan Perez**
**2715 s walters**
**San Antonio, TX 78210**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.732 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Jonni Butler**
**3115 Sheri DR**
**Simi Valley, CA 93063**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.733 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Jonnie Anderson**
**4801 Moselle Dr.**
**Arlington, TX 76016**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.734 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Jordan Anderson**
**1713 Gurley Ave.**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Jordan Price**
**814 Chapel View Rd**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.736 | Priority creditor's name and mailing address |

**Jordasia Pinkney**
**2163 Thomas Court**
**Jacksonville, FL 32207**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.737 | Priority creditor's name and mailing address |

**Joseph Gonzales**
**348 RICHLAND DR APT A**
**Waco, TX 76710**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.738 | Priority creditor's name and mailing address |

**Joseph Przybyla**
**38319 Wildflower Ct, Apt 601**
**Palmdale, CA 93551**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____

Name

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Joseph Thurston**
**2721 Pueblo Dr**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.740 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Joseph Treadwell**
**205 meadowlark st**
**austin, TX 78734**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.741 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Josie Pinch**
**1925 Belvedere Dr.**
**Billings, MT 59101**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.742 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Joy Luedke**
**3512 Pecan Cirle**
**Bedford, TX 76021**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Examination Management Services, Inc.**                    Case number (if known) _____
         _____
         Name

| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Joy Newby**
**88 Jackson Ave**
**501**
**Edison, NJ 08837-3159**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Joyce Eastland**
**4700 Lake Shore Dr #2**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Juan Rodriguez**
**12621 Oceanside Drive**
**Euless, TX 76040**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Juanita Gilkey**
**2136 Sugg Dr.**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Examination Management Services, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Juanita Jones**
**1026 East 215th street**
**Bronx, NY 10469**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Judy Adler**
**1626 Rolling View Way**
**Dacula, GA 30019**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Judy Cathey**
**391 roberts ln**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Juene Griffith**
**3618 Summitt Pines**
**Decatur, GA 30034**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor  **Examination Management Services, Inc.**
_____
Name

Case number (if known)  _____

| | | |
|---|---|---|
| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.751**

Priority creditor's name and mailing address

**Julia Carodine Hines**
**1538 E 220th St**
**Carson, CA 90745**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.752**

Priority creditor's name and mailing address

**Julia Sharp**
**709 Rosedale Dr**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.753**

Priority creditor's name and mailing address

**Julie Mahan**
**243 Wulfert Rd**
**Rochester Mills, PA 15771**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.754**

Priority creditor's name and mailing address

**Julie Peters**
**3371 Border Drive**
**Stone Mountain, GA 30087**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Unknown**        **Unknown**

---

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.755 | Priority creditor's name and mailing address<br>**Juliette Ellis**<br>**258 Kubitza Dr**<br>**Mart, TX 76664** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown    Unknown |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.756 | Priority creditor's name and mailing address<br>**Julius Ganpat**<br>**4260 NW 25th Street**<br>**Lauderhill, FL 33313** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown    Unknown |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.757 | Priority creditor's name and mailing address<br>**Justin Fielder**<br>**2321 Therese Dr**<br>**Waco, TX 76712** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown    Unknown |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.758 | Priority creditor's name and mailing address<br>**Justina Crain**<br>**6990 Enborne Ln**<br>**San Diego, CA 92139** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown    Unknown |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **2.759** | Priority creditor's name and mailing address<br>**Kaijin Jiang<br>1012 Candlewood Trl<br>Irving, TX 75063** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**Unknown**   **Unknown**

| | | |
|---|---|---|
| **2.760** | Priority creditor's name and mailing address<br>**Kallie Ampelas<br>1417 N 2nd St<br>Temple, TX 76501** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**Unknown**   **Unknown**

| | | |
|---|---|---|
| **2.761** | Priority creditor's name and mailing address<br>**Kamette Myers<br>9757 E Winchcomb Drive<br>Scottsdale, AZ 85260** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**Unknown**   **Unknown**

| | | |
|---|---|---|
| **2.762** | Priority creditor's name and mailing address<br>**Kamia Montgomery<br>201 Pearl Dr<br>Hewitt, TX 76643** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**Unknown**   **Unknown**

Debtor __Examination Management Services, Inc._____     Case number (if known) _____
      Name

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Kammie Everett** | *Check all that apply.* | | |
| | **8000 N River Xing** | ■ Contingent | | |
| | **China Spring, TX 76633** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Kamryon Lujan** | *Check all that apply.* | | |
| | **3825 N 22nd St** | ■ Contingent | | |
| | **Waco, TX 76708** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Kandace Fedro** | *Check all that apply.* | | |
| | **10624 T Bury** | ■ Contingent | | |
| | **Waco, TX 76708** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Kanisha Johnson** | *Check all that apply.* | | |
| | **102 S. Barbara Dr.** | ■ Contingent | | |
| | **Waco, TX 76705** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Examination Management Services, Inc.**
    Name

Case number (if known) _____

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**KANSAS DEPT OF REVENUE**
**915 SW HARRISON ST**
**TOPEKA, KS 66625-4066**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Karen Martinez**
**2505 E Main**
**P303**
**Puyallup, WA 98372**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Karen White**
**552 Sweet Home Rd**
**Nashville, AR 71852**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Kari Notsch**
**12024 Sumter Circle**
**Champlin, MN 55316**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor __Examination Management Services, Inc._____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.771 | Priority creditor's name and mailing address<br>**Karissa Yunck**<br>**4950 38th st SE**<br>**Medina, ND 58467** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.772 | Priority creditor's name and mailing address<br>**Karla Lane**<br>**4490 Brisbane WY**<br>**Unit 5**<br>**Oceanside, CA 92058** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.773 | Priority creditor's name and mailing address<br>**Karla Lopez**<br>**428 Gaspar Key Lane**<br>**Punta Gorda, FL 33955** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.774 | Priority creditor's name and mailing address<br>**Karla Martinez**<br>**2601 Robinson Dr #40**<br>**Waco, TX 76706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Examination Management Services, Inc.**
       Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**2.775**

Priority creditor's name and mailing address

**Kassidy Ford**
**4207 Timbercrest Ln**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.776**

Priority creditor's name and mailing address

**Katerina Oliveira**
**20 Kensington Court West**
**Elgin, SC 29045**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.777**

Priority creditor's name and mailing address

**Kathaleen Massingill**
**P O Box 173**
**highlands, TX 77562**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.778**

Priority creditor's name and mailing address

**Kathe DeVay**
**400 Holiday Creek Lane**
**Georgetown, TX 78633**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
_____
Name

| 2.779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Katherine Davis**
**5101 Sanger Ave, #1112**
**waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Katherine Hancock**
**117 Susquehanna Court**
**Havre de Grace, MD 21078**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Katherine Merrill**
**2026 Bent Pine Ct**
**Jacksonville, FL 32246**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kathleen Cummins**
**2219 51st. Blvd. E**
**Bradenton, FL 34208**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
       Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.783 | Priority creditor's name and mailing address<br>**Kathleen Kruger**<br>**396 Baylor Camp Rd**<br>**China Spring, TX 76633** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Unknown    Unknown

| | | |
|---|---|---|
| 2.784 | Priority creditor's name and mailing address<br>**Kathleen Luedtke**<br>**3817 N 101st St**<br>**Omaha, NE 68134** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Unknown    Unknown

| | | |
|---|---|---|
| 2.785 | Priority creditor's name and mailing address<br>**Kathleen Oxford**<br>**4620 PONTCHARTRAIN DR UNIT I**<br>**SLIDELL, LA 70458** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Unknown    Unknown

| | | |
|---|---|---|
| 2.786 | Priority creditor's name and mailing address<br>**Kathleen Shaw**<br>**908 Roosevelt Road**<br>**East Rochester, NY 14445** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Unknown    Unknown

Debtor __Examination Management Services, Inc.__     Case number (if known) _____

Name

| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Kathleen Weir**
**3539 Reichert Rd**
**Erie, PA 16509**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Kathryn Matlock**
**1411 NW 122 Avenue**
**Pembroke Pines, FL 33026**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Kathryn Stamper**
**4401 Cummins Street**
**Plano, IL 60545**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Katie Willborn**
**1004 N Broadway**
**Ballinger, TX 76821**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**                    Case number (if known) _____
_____
Name

| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Katrina Myers**
**8542 Hickcock Drive**
**Baton Rouge, LA 70811**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.792 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Kavayanna Diggs**
**2509 S. 16th St.**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.793 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Kawanis Lanier**
**3727 Kushla Ave**
**Dallas, TX 75216**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.794 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Kayla Griffin**
**8014 W. Hwy. 84**
**2049**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.795 | Priority creditor's name and mailing address | Unknown Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*

**Kayla Grigsby**
**702 Sunny Brook Terrace**
**Apartment 1138**
**Gaithersburg, MD 20877**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.796 | Priority creditor's name and mailing address | Unknown Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*

**Kayla Lee**
**2525 E. Lake Shore Dr.**
**Apt. 1602**
**Waco, TX 76705**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.797 | Priority creditor's name and mailing address | Unknown Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*

**Kayla McCann**
**237 CR 415**
**Chilton, TX 76632**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.798 | Priority creditor's name and mailing address | Unknown Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*

**Kayla Nevels**
**6607 Dunn St. Apt. A**
**Waco, TX 76710**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|--------|---------------------------------------|------------------------|--|
| | Name | | |

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|-------|-------|-------|-------|

**Kayla Thompson**
**427 Panther Way**
**Hewitt, TX 77643**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|-------|-------|-------|-------|

**Kaylee Hill**
**3 Mather St.**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|-------|-------|-------|-------|

**Keandrea Spivey**
**620 N Hewitt Dr**
**Apt 112**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|-------|-------|-------|-------|

**Keele Hamilton**
**320 Tranquility lane**
**Cedar Hill, TX 75104**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
        Name

| | | |
|---|---|---|
| **2.803** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **Unknown** **Unknown** |

**2.803** Priority creditor's name and mailing address

**Kehinde Yeboah**
**1801 Granite Drive, Apt. 1097**
**Arlington, TX 76013**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.804** Priority creditor's name and mailing address

**Keith Hebert**
**6 lampton drive**
**derry, NH 03038**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.805** Priority creditor's name and mailing address

**Kelley Horner**
**92 Foster Hill**
**West Brookfield, MA 01585**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.806** Priority creditor's name and mailing address

**Kellie Jorgenson**
**1212 SE London Way**
**Lees Summit, MO 64081**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
Name

Case number (if known)

| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Kellie Lawton**
**7689 Highway 29 N**
**Danielsville, GA 30633**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.808 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Kelly Fiers**
**1050 Attaway Rd.**
**Clarksville, TN 37040**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.809 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Kelly Kieslich**
**1627 Twin Oak Dr. E**
**Middleburg, FL 32068**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.810 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Kelly Kornegay**
**10505 Granada Dr.**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
    Name

| 2.811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Kelly Melton**
**1055 Old Bethany Rd**
**Bruceville, TX 76630**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.812 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Kelly Sallade**
**72 Kettlebrook Drive**
**Mount Laurel, NJ 08054**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.813 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Kelly Wilder**
**20 W Cobble Hill RD**
**Apt D**
**Barre, VT 05641**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.814 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**KELLY WILLIAMS LANE**
**3915 Torrey Pines Circle #201**
**Memphis, TN 38125**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.815 | Priority creditor's name and mailing address **Kelly Zanti** **5822 Oakland Rd** **Baltimore, MD 21227** | As of the petition filing date, the claim is: *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.816 | Priority creditor's name and mailing address **Kelsie Curley** **4510 North 19th** **Apt E** **Waco, TX 76708** | As of the petition filing date, the claim is: *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.817 | Priority creditor's name and mailing address **Kendra Macfarland** **5 Menton St** **Mattapan, MA 02126** | As of the petition filing date, the claim is: *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.818 | Priority creditor's name and mailing address **Kendra Shyne** **565 S. Mason Rd.** **#366** **Katy, TX 77450** | As of the petition filing date, the claim is: *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Examination Management Services, Inc.**                    Case number (if known) _____
               Name

| 2.819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kenneth Baker**
**8145 Iron Dr**
**Fort Worth, TX 76137**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kenneth Howell**
**832 Kinwest**
**Apt #261**
**Irving, TX 75063**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kenya Martin**
**225 HillCrest Manor Court**
**Apt D**
**Utica, NY 13501**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Keosha Wilson**
**1300 s 11th st APT 3203**
**waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

---

| 2.823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Kerri Baur**
**32 Benning Rd**
**Claymont, DE 19703**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Kerri Bradford**
**1642 N. 15th A**
**Waco, TX 76707**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Kerri Hume**
**744 Cottontail Ct. S**
**Columbia, SC 29229**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Keshona Harris**
**1700 Bagdad Rd**
**823**
**Cedar Park, TX 78613**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
      Name

Case number (if known)

---

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kevin Grimstad**
**2508 Meadow Park Circle**
**# 55**
**Bedford, TX 76021**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kevin Vidato**
**315  160th PL SE**
**Bothell, WA 98012**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kevin Young**
**2306 Shannon Ln**
**Walnut Creek, CA 94598**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Keynocha Brunson**
**2015 Chase Common Court**
**Norcross, GA 30071**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Keyshawn Mckinney** | *Check all that apply.* | | |
| | **1921 Park Ave.** | ■ Contingent | | |
| | **Waco, TX 76706** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Khandra Ivy** | *Check all that apply.* | | |
| | **1849 Parkwood Dr Apt 21B** | ■ Contingent | | |
| | **Tupelo, MS 38801** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Khristina Fox** | *Check all that apply.* | | |
| | **54911 Eads Road** | ■ Contingent | | |
| | **Pacific Junction, IA 51561** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Kianna Hines** | *Check all that apply.* | | |
| | **2225 Pine Avenue** | ■ Contingent | | |
| | **Waco, TX 76708** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.835 | Priority creditor's name and mailing address<br>**Kiara Eckles**<br>**3116 Lyle Avenue**<br>**Waco, TX 76708** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Unknown      Unknown

| | |
|---|---|
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ |
| Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.836 | Priority creditor's name and mailing address<br>**Kierra Thompson**<br>**786 Balitmore st**<br>**Memphis, TN 38114** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Unknown      Unknown

| | |
|---|---|
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ |
| Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.837 | Priority creditor's name and mailing address<br>**Kimberlee Cutler**<br>**6202 Appleton Lake Drive**<br>**Brighton, MI 48116** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Unknown      Unknown

| | |
|---|---|
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ |
| Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.838 | Priority creditor's name and mailing address<br>**Kimberli Hyche**<br>**3400 Robinson Dr Trlr #99**<br>**Waco, TX 76706** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Unknown      Unknown

| | |
|---|---|
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ |
| Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Debtor **Examination Management Services, Inc.**
Name

Case number *(if known)* _____

| | |
|---|---|
| 2.839 | Priority creditor's name and mailing address |

**Priority creditor's name and mailing address**
**Kimberly Arrell**
**3500 SE Concord Rd**
**Portland, OR 97267**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.840 | Priority creditor's name and mailing address |

**Priority creditor's name and mailing address**
**Kimberly Callahan**
**1210 Ne Main Street**
**Grimes, IA 50111**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.841 | Priority creditor's name and mailing address |

**Priority creditor's name and mailing address**
**Kimberly Fuentes**
**8802 Tradewind Dr.**
**304**
**Windcrest, TX 78239**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.842 | Priority creditor's name and mailing address |

**Priority creditor's name and mailing address**
**Kimberly Hale**
**2826 N 15 A**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 2.843 | Priority creditor's name and mailing address<br>**Kimberly Hawkins**<br>**26 Lucy Ln**<br>**Wylie, TX 75098** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.844 | Priority creditor's name and mailing address<br>**Kimberly Hernandez**<br>**201 N Bordon St**<br>**Lorena, TX 76655** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.845 | Priority creditor's name and mailing address<br>**Kimberly Jackson**<br>**167 Evergreen Road**<br>**Brockport, NY 14420** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.846 | Priority creditor's name and mailing address<br>**Kimberly McCraney**<br>**5536 Gwendolyn Dr.**<br>**Apt.208**<br>**Memphis, TN 38125** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Examination Management Services, Inc.**                              Case number (if known) _____
_____
Name

| 2.847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kimberly Menton**
**17 Turnbach Lane**
**Sugarloaf, PA 18249**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**KIMBERLY NOWELLHOUR**
**615 Gairloch Pl**
**Bel Air, MD 21015**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kimberly Ratliff**
**1000 Sutton Place**
**812**
**Horn Lake, MS 38637**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kimberly Ruggieri**
**762 HICKORY AVE**
**Aston, PA 19014**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
      Name

Case number (if known) _____

| 2.851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**2.851** Priority creditor's name and mailing address

**Kimberly West**
**1327 Passage Dr**
**Odenton, MD 21113**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.852** Priority creditor's name and mailing address

**Kira Harris**
**2509 E. Lakeshore Dr.**
**Apt. 206**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown** **Unknown**

---

**2.853** Priority creditor's name and mailing address

**Kisha Fahie**
**1810 Chatfield Terrace**
**Severn, MD 21144**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown** **Unknown**

---

**2.854** Priority creditor's name and mailing address

**Kishore Javvaji**
**1206 Hidden Ridge**
**2026**
**Irving, TX 75038**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown** **Unknown**

---

Debtor **Examination Management Services, Inc.**
      Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.855** Priority creditor's name and mailing address
**Korena Ream**
**113 Dewey St**
**Mill Hall, PA 17751**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.856** Priority creditor's name and mailing address
**Kourosh Khatami**
**5300 Parkview Drive**
**Apt 1061**
**Lake Oswego, OR 97035**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.857** Priority creditor's name and mailing address
**Kristal Luna**
**4005 Harrison St.**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.858** Priority creditor's name and mailing address
**Kristen Anderson**
**2216 N. 44th St.**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**                     Case number (if known) _____
_____
Name

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kristen Bohn**
**8070 central ave ne**
**302**
**sring lake park, MN 55432**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kristen Lossing**
**240 Robin Rd**
**Moody, TX 76557**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kristenn Smith**
**2241 S State Highway 121**
**1113**
**Lewisville, TX 75067**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kristi Smith**
**508 Navajo Trl**
**Mcgregor, TX 76657**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

---

| 2.863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Kristie Frein**
**5031 Greenway Drive**
**North Port, FL 34287**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Kristie Kincherlow**
**4809 N O'Connor Rd**
**2059**
**Irving, TX 75062**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Krystal Malcolm**
**532 NW 15th Ave**
**Fort Lauderdale, FL 33311**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Krystal Ojeda**
**2030 S Forum Dr**
**Unit 214**
**Grand Prairie, TX 75052**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**
      Name

Case number (if known) _____

| 2.867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Krystal Patterson**
**2704 FM 219**
**Clifton, TX 76634**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Krystal Seniceros**
**2960A Primrose Dr**
**2960A**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kyaira Jackson**
**725 East 60th St**
**Jacksonville, FL 32208**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kyawana Johnson**
**2600 S 16th**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor __Examination Management Services, Inc._____ Case number (if known) _____
      Name

| 2.871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Kylah Vrana**
**350 N Ave D**
**13**
**Crawford, TX 76638**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Kyle Phillips**
**74 N. 2100 East Rd.**
**Heyworth, IL 61745**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Kynaiah Powell**
**2732 South 14th Street**
**Waco, TX 76707**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Lacey Brogden**
**907 Lancelot Circle**
**Hewitt, TX 76643**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**          Case number (if known) _____

      Name

---

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Lacy Witte**
**1177 Bend of the Bosque**
**China Spring, TX 76633**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Lajuan Rogers**
**5452 Chestnut St**
**Philadelphia, PA 19139**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**LaKeesha Taylor**
**3630 wilson cove ct**
**snellville, GA 30039**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Lakeisha Jones**
**916 Bardswell Rd**
**Catonsville, MD 21228**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown Unknown |

**Lakesha Johnson**
**5445 Euclid St**
**Philadelphia, PA, PA 19131**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown Unknown |
|---|---|---|---|

**Lakeycha Brown**
**451 Monument rd apt 208**
**Jacksonville, FL 32225**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown Unknown |
|---|---|---|---|

**Lakin Buchanan**
**818 Colcord Ave.**
**4103**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown Unknown |
|---|---|---|---|

**Lalanda Wesley**
**7051 Clarkridge Dr.**
**Apartment 5201**
**Dallas, TX 75236**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.883** Priority creditor's name and mailing address

**Laryssa Benford**
**620 N. Hewitt Dr.**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.884** Priority creditor's name and mailing address

**LaShanda Evans**
**4300 Meyers Ln**
**# 1009**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.885** Priority creditor's name and mailing address

**Lasharee Bailey**
**4510 S 3rd St Rd**
**8C**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.886** Priority creditor's name and mailing address

**Lashawnda Gambrell**
**14012 Savannah Landing Ln**
**Rosharon, TX 77583**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **Examination Management Services, Inc.**      Case number (if known) _____
       Name

| 2.887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.887** Priority creditor's name and mailing address
**Lashayla Jackson**
**270 S. Watters Rd**
**apt 180**
**Allen, TX 75013**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**    **Unknown**

---

**2.888** Priority creditor's name and mailing address
**Lasonya Micheaux**
**P.O. BOX 2562**
**Conroe, TX 77305**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**    **Unknown**

---

**2.889** Priority creditor's name and mailing address
**Latese Watkins**
**1395 Carvill Ave**
**Jacksonville, FL 32208**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**    **Unknown**

---

**2.890** Priority creditor's name and mailing address
**Latisha Carden**
**2901 Forest Hollow Ln #2504**
**Arlington, TX 76006**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**    **Unknown**

Debtor **Examination Management Services, Inc.** Case number (if known)
_____
Name

| 2.891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**LaTocha Marshall**
**5101 Sanger Ave**
**1006**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**LaTonya Randolph**
**6607 Dunn St**
**D**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Latoya Neal**
**9821 Chapel Rd**
**Apt 2211**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**LAURIE HOPPIS**
**240 Azalea Ave**
**Ben Lomond, CA 95005**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Laura Aldinger**
**355 Old Stage Rd**
**Lewisberry, PA 17339**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.896    Priority creditor's name and mailing address

**Laura Gamble**
**352 Richland Dr Apt C**
**Waco, TX 76710**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.897    Priority creditor's name and mailing address

**Laura Gibbons**
**8067 SKYLINE DR**
**BROADVIEW HEIGHTS, OH 44147**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.898    Priority creditor's name and mailing address

**Laura Lochheed**
**360 Harmony Brass Castle Rd**
**Phillipsburg, NJ 08865**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 2.899 | Priority creditor's name and mailing address<br>**Laura Rhode**<br>**3492 N 900 W**<br>**Delphi, IN 46923** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

| | | |
|---|---|---|
| 2.900 | Priority creditor's name and mailing address<br>**Laura Saulter**<br>**3500 south 4th st**<br>**Waco, TX 76706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

| | | |
|---|---|---|
| 2.901 | Priority creditor's name and mailing address<br>**Laurie Goss**<br>**5213 Lake Charles**<br>**Waco, TX 76710** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

| | | |
|---|---|---|
| 2.902 | Priority creditor's name and mailing address<br>**Laurie Jones**<br>**13685 N RANCHAIRO RD**<br>**Molt, MT 59057** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
     Name

| | | | |
|---|---|---|---|
| **2.903** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**2.903** Priority creditor's name and mailing address

**Laurie Leach**
**8828 mystic trail**
**fort wort, TX 76118**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.904** Priority creditor's name and mailing address

**Laurie Wright**
**3206 Pine Road**
**D-3**
**Bremerton, WA 98310**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.905** Priority creditor's name and mailing address

**Laurine Hart**
**1814 Gladstone Street**
**Philadelphia, PA 19145**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.906** Priority creditor's name and mailing address

**Lawrence Sexton**
**461 Camby Court**
**Greenwood, IN 46142**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**                    Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.907 | Priority creditor's name and mailing address **Leah Beranyk** **30473 avenida caylee** **homeland, CA 92548** | As of the petition filing date, the claim is: *Check all that apply.* ◾ Contingent ◾ Unliquidated ☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
◾ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.908 | Priority creditor's name and mailing address **Leandra Dickerson** **73 Greentree Lane** **apt 136** **Dover, DE 19904** | As of the petition filing date, the claim is: *Check all that apply.* ◾ Contingent ◾ Unliquidated ☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
◾ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.909 | Priority creditor's name and mailing address **Leanna Reyes** **3732 N 23rd St** **Waco, TX 76708** | As of the petition filing date, the claim is: *Check all that apply.* ◾ Contingent ◾ Unliquidated ☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
◾ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.910 | Priority creditor's name and mailing address **Lee Alonso** **118 W 11th St.** **Corona, CA 92882** | As of the petition filing date, the claim is: *Check all that apply.* ◾ Contingent ◾ Unliquidated ☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
◾ No
☐ Yes

---

| Debtor | Examination Management Services, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Leeann Schray**
**790 Chippewa Ave**
**St Paul, MN 55107**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Leeanna Vohl**
**105 E cardinal ln #3**
**harker heights, TX 76548**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Lena Joslin**
**3208 SO 68th Plz**
**Omaha, NE 68106**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Lenette Rogers**
**5452 Chestnut St Apt #1**
**Philadelphia, PA 19139**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

---

| 2.915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|

**Leona Ducre**
**P.O. Box 722107**
**San Diego, CA 92172**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|

**Lera Chubb**
**128 SARATOGA AVE**
**Pawtucket, RI 02861**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|

**Leslee Marshall**
**1138 4th Ave N**
**Texas City, TX 77590**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|

**Leslie Accardo**
**337 West Ave.**
**Harahan, LA 70123**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**  Case number *(if known)* _____
          _____
          Name

| 2.919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Leslie Blackman**
**14105 Orchard Ave**
**Omaha, NE 68137**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.920 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Leslie Guerra**
**3541 Bluebird St**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.921 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Leticia Casarez**
**3524 Odessa**
**Dallas, TX 75212**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.922 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Leticia Casiano**
**3704 Charlton Ave**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor __Examination Management Services, Inc._____     Case number *(if known)* _____
      Name

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Leuviska Allen**
**199 North Broadway**
**A4**
**Shelby, MS 38774**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.924 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Liberato Atienza**
**6209 Shasta Creek Way**
**Elk Grove, CA 95758**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.925 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Lillie Walters**
**34447 Yale Dr**
**Yucaipa, CA 92399**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.926 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Linda Aguilar**
**3313 E. Brookview Drive**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**      Case number (if known) _____

Name

---

| 2.927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Linda Birts**
**8200 Gilbert Street**
**Philadelphia, PA 19150**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Linda Bracey**
**610 Brown St**
**Sumter, SC 29150**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Linda Kozak**
**21540 Provincial Blvd #218**
**Katy, TX 77450**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Linda Nuetzi**
**11511 Petersham Falls Ln**
**Jacksonville, FL 32258**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known)

---

| 2.931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Linda Rohr**
**635 Meadowglen**
**Duncanville, TX 75137**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Linda Sawyers**
**1901 Madera Dr**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Linda Smallwood**
**4196 McEver Park Dr**
**Acworth, GA 30101**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Lindsay Estes**
**9000 chapel rd apt 24101**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **Examination Management Services, Inc.**      Case number *(if known)* _____

Name

| 2.935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Lindsay Ray**
**13430 Montclair Dr**
**Omaha, NE 68144**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Linwood Holmes**
**3000 Belair Dr**
**Bowie, MD 20715**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Lisa Castilow**
**250 Summer Harvest Dr**
**Lorena, TX 76655**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Lisa Davenport**
**620 Hewitt Dr. #75**
**Hewitt, TX 76643**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| **2.939** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**2.939** Priority creditor's name and mailing address

**Lisa Dickison**
**5101 Sanger Ave. #1105**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.940** Priority creditor's name and mailing address

**Lisa Earley**
**1901 Richter**
**#5208**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.941** Priority creditor's name and mailing address

**Lisa Gaskill**
**2675 N 93rd Apt 208**
**Omaha, NE 68134**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.942** Priority creditor's name and mailing address

**Lisa Grismore**
**2736 SO 26TH ST**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **Examination Management Services, Inc.**     Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.943 | Priority creditor's name and mailing address | **Unknown**    **Unknown** |

**Lisa Guest**
**1816 Rey**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.944 | Priority creditor's name and mailing address | **Unknown**    **Unknown** |

**Lisa Guzman**
**621 Lakeside Dr**
**Irving, TX 75062**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.945 | Priority creditor's name and mailing address | **Unknown**    **Unknown** |

**Lisa Maclin**
**3759 Lakehurst Dr**
**Memphis, TN 38128**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.946 | Priority creditor's name and mailing address | **Unknown**    **Unknown** |

**Lisa Mulvihill**
**3048 Fernwood Ave**
**Egg Harbor Twp, NJ 08234**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.947** | Priority creditor's name and mailing address

**Lisa Ray**
**2625 N. Hwy 360**
**Apt. 828**
**Grand Prairie, TX 75050**

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.948** | Priority creditor's name and mailing address

**Lisa Salter**
**2317 Summer Oaks Court**
**Apt.1103**
**Arlington, TX 76011**

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.949** | Priority creditor's name and mailing address

**Lisa Stone**
**1557 Knottingham Ln**
**Little Elm, TX 75068**

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.950** | Priority creditor's name and mailing address

**Lisa Thomas**
**10007 AMBER CIRCLE**
**Waco, TX 76712**

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 2.951 | Priority creditor's name and mailing address<br>**Lisa Vannata**<br>**5641 Mossberg Dr**<br>**New Port Richey, FL 34655** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **Unknown** **Unknown**

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| | | |
|---|---|---|
| 2.952 | Priority creditor's name and mailing address<br>**Lizbeth Martinez**<br>**1214 Dartmouth**<br>**Waco, TX 76711** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

**Unknown** **Unknown**

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| | | |
|---|---|---|
| 2.953 | Priority creditor's name and mailing address<br>**Lloyd Leone**<br>**4 Ramar Street**<br>**Flanders, NJ 07836** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

**Unknown** **Unknown**

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| | | |
|---|---|---|
| 2.954 | Priority creditor's name and mailing address<br>**Lois Kidd**<br>**570 Berkley st**<br>**A**<br>**Camden, NJ 08103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

**Unknown** **Unknown**

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.955** | Priority creditor's name and mailing address
**Loralyn Napfel**
**1509 Green Rd**
**Edgewood, MD 21040**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.956** | Priority creditor's name and mailing address
**Loreta Tardio**
**14849 Los Gatos Blvd**
**Los Gatos, CA 95032**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.957** | Priority creditor's name and mailing address
**Lori Butler**
**5710 Francis Ct SE**
**Auburn, WA 98092**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.958** | Priority creditor's name and mailing address
**Lori Donald**
**7101 South 83rd St #12**
**LaVista, NE 68128**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**
      Name

Case number (if known) _____

| 2.959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.959**

Priority creditor's name and mailing address

**Lori Holman**
**740 Castleman Creek Dr.**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.960**

Priority creditor's name and mailing address

**Lori Micheals**
**3122-B Pisgah Place**
**Greensboro, NC 27455**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.961**

Priority creditor's name and mailing address

**Louie Cabrera**
**715 Allison ave #5**
**manhattan, KS 66502**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.962**

Priority creditor's name and mailing address

**Louis Medeiros**
**29 Arthur Ave # 15**
**East Providence, RI 02914**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**
Name

Case number *(if known)* _____

| 2.963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**LOUISE MEDINA**
**77 Norwich Way**
**Pleasant Hill, CA 94523**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.964 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Louise Schardt**
**65 Martins Ln**
**Hamilton, NJ 08620**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.965 | Priority creditor's name and mailing address | | Unknown | Unknown |

**LOUISIANA DEPT OF REVENUE**
**PO BOX 201**
**BATON ROUGE, LA 70802**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.966 | Priority creditor's name and mailing address | | Unknown | Unknown |

**LOUISIANA DEPT OF REVENUE**
**PO BOX 201**
**BATON ROUGE, LA 70821**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |

2.967   Priority creditor's name and mailing address

**Lovely Davis**
**2265 W. 28TH STREET**
**JACKSONVILLE, FL 32209**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**     **Unknown**

---

2.968   Priority creditor's name and mailing address

**Lovely Ethakkan**
**327 Wyndale Court**
**Lewisville, TX 75056**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**     **Unknown**

---

2.969   Priority creditor's name and mailing address

**Luanne Veino**
**403 E. Pease**
**Hayworth, IL 61745**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**     **Unknown**

---

2.970   Priority creditor's name and mailing address

**Lucy Gardner**
**120 Coventry Circle**
**Lansdale, PA 19446**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**     **Unknown**

Debtor  **Examination Management Services, Inc.**                                Case number (if known) _____
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 2.971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |

2.971  Priority creditor's name and mailing address

**Lucy Njoroge**
**8225 Mariners Dr**
**184**
**Stockton, CA 95219**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.972  Priority creditor's name and mailing address

**Lucy Walker**
**2233 Lake Ridge Circle**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.973  Priority creditor's name and mailing address

**Luetricia Billingsley**
**4829 Enclave Drive**
**Union City, GA 30291**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.974  Priority creditor's name and mailing address

**Lula Draper**
**P O BOX 385**
**MACON, MS 39341**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor __Examination Management Services, Inc._____     Case number (if known) _____
          Name

| 2.975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Lydia Frierson**
**416 N Shore Ct**
**Chapin, SC 29036**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.976 | Priority creditor's name and mailing address | Unknown | Unknown |

**Lynda Butler**
**2100 Joes Lake Road**
**Shelby, NC 28152**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.977 | Priority creditor's name and mailing address | Unknown | Unknown |

**Lynda Cobb**
**115 Parkway Dr. Lot C**
**Texarkana, TX 75501**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.978 | Priority creditor's name and mailing address | Unknown | Unknown |

**Lynda D'Angelo**
**501 Willow Way**
**McGregor, TX 76657**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.979 | Priority creditor's name and mailing address<br>**Lyndsey French**<br>**700 N. Scarlett St.**<br>**Lacy lakeview, TX 76705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.980 | Priority creditor's name and mailing address
**Lynette Henley**
**5431 Sharswood St**
**Philadelphia, PA 19131**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.981 | Priority creditor's name and mailing address
**Lynne Costello**
**55 Kings Ct.**
**Woolwich Township, NJ 08085**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.982 | Priority creditor's name and mailing address
**Lynne Dolinay**
**307 Manor Rd**
**Hatboro, PA 19040**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.983** | Priority creditor's name and mailing address

**Lynnette Davis**
**3327 N 47th St**
**Milwaukee, WI 53216**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.984** | Priority creditor's name and mailing address

**Ma Susan Tan**
**11419 Monterrey Drive**
**Silver Spring, MD 20902**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.985** | Priority creditor's name and mailing address

**Madeleine Burroughs**
**904 NE 18th Street**
**Fort Lauderdale, FL 33305**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.986** | Priority creditor's name and mailing address

**Madison Landwehr**
**305 W Meadow DR**
**Prairie City, IA 50228**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**        Case number (if known) _____
_____
Name

| 2.987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Madysen Baker**
**325 Oakwood Ln.**
**Hewitt, TX 76643**

Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**MAINE REVENUE SERVICES**
**24 STATE HOUSE STATION**
**AUGUSTA, ME 04333**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Maira Treto**
**5880 S University Parks Dr.**
**Waco, TX 76706**

Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Malaysia Barrett**
**2301 Los Arboles Ln**
**Waco, TX 76711**

Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|

---

**2.991**  Priority creditor's name and mailing address

**Malcolm Norwood**
**100 Hali Brooke Dr.**
**China Spring, TX 76633**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown   Unknown

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.992**  Priority creditor's name and mailing address

**Malinda Gerard**
**801 North Broad St**
**Apt 3F**
**Elizabeth, NJ 07208**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown   Unknown

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.993**  Priority creditor's name and mailing address

**Mandi Bess**
**8121 cloverglen ln**
**ft worth, TX 76123**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown   Unknown

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.994**  Priority creditor's name and mailing address

**Mandy Garrett**
**4607 Meyers Ln**
**Bellmead, TX 76705**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown   Unknown

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **2.995** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |

**Manida Son**
**518 S Althea Ave**
**Rialto, CA 92376**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | |
|---|---|---|
| **2.996** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |

**Marcia Smith**
**324 Branded Blvd**
**Kokomo, IN 46901**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | |
|---|---|---|
| **2.997** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |

**Marcus Neal**
**9821 Chapel Rd**
**Waco, TX 76712**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | |
|---|---|---|
| **2.998** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |

**Maren Hardaway**
**920 Meadow Creek Drive**
**2120**
**Irving, TX 75038**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**
      Name

Case number (if known) _____

| | |
|---|---|
| **2.999** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**2.999**

Priority creditor's name and mailing address

**Margaret Alvarez**
**8617 MT Whitriey**
**El Paso, TX 79904**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1000**

Priority creditor's name and mailing address

**Margaret Brown**
**3106 Union Street**
**Oakland, CA 94608**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1001**

Priority creditor's name and mailing address

**Margaret Burken**
**6932 Glendale Dr**
**North Richland Hills, TX 76182**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

**2.1002**

Priority creditor's name and mailing address

**Margaret Day**
**8737 Dandy Ave**
**Jacksonville, FL 32211**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown    Unknown

---

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 2.1003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

2.1003   Priority creditor's name and mailing address

**Margaritta Norris**
**9225 Regal**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**     **Unknown**

---

2.1004   Priority creditor's name and mailing address

**Margery Showmaker**
**144 E. Evergreen Street**
**West Grove, PA 19390**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**     **Unknown**

---

2.1005   Priority creditor's name and mailing address

**Margori Mendez**
**669 Thomas ave**
**Baldwin, NY 11510**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**     **Unknown**

---

2.1006   Priority creditor's name and mailing address

**Maria Bell**
**3001 South New Road**
**1206**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**     **Unknown**

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Maria Chavez**
**612 Jay Ave**
**McAllen, TX 78504**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Maria Esquivel Tinoco**
**517 Westend Dr**
**McGregor, TX 76657**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Maria Flores**
**3806 Colina Ln**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Maria Jimenez**
**3809 Rolando Ave. Waco, TX**
**76711**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
_____
Name

| 2.1011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Maria Magana**
**2230 N. H. St**
**Oxnard, CA 93036**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Maria Morales**
**7 Oracle CT**
**Sacramento, CA 95823**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Maria Nash**
**1610 Arrowhead Dr N.**
**Glenville, NY 12302**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Maria Oliva**
**805 S 8th St Apt 305**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

---

| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Maria Ontiveros**
**109 Poplar St**
**Harlingen, TX 78552**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Maria Rodriguez**
**4320 Modoc Road**
**Apt H.**
**Santa Barbara, CA 93110**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Maria Salcedo**
**3825 Echo Brook Lane**
**Dallas, TX 75229**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Maria Salinas**
**3824 Cumberland Ave**
**Waco, TX 76707**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**       Case number (if known) _____
    Name

| | | |
|---|---|---|
| 2.1019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

| | |
|---|---|
| 2.1019   Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

---

2.1019   Priority creditor's name and mailing address

**Mariah Proud**
**119 Ridgeway Drive**
**Lolo, MT 59847**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1020   Priority creditor's name and mailing address

**Marianne Muha**
**567 Charles Dr.**
**Brick, NJ 08723**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1021   Priority creditor's name and mailing address

**Maricela Ramirez**
**2522 Parrott Ave**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1022   Priority creditor's name and mailing address

**Maridadi Jones**
**902 Cannon Dr.**
**Euless, TX 76040**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.** Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.1023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown Unknown |

**Marie Hutchinson**
**3228 Fm 217**
**Valley Mills, TX 76689**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown Unknown |

**Marie Oge**
**1285 Burton Ave**
**Elmont, NY 11003**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown Unknown |

**MARIELA MONROY HINOJOSA**
**8413 Harding**
**Houston, TX 77012**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown Unknown |

**MARILYN WINTERS**
**1430 Marratooka Rd**
**Mattituck, NY 11952**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Examination Management Services, Inc.**      Case number *(if known)* _____

Name

| 2.1027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Marisa Gomez**
**710 Rice Way**
**Yuba City, CA 95991**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Marisela Chavez**
**5100 Sanger Ave #256**
**Waco, TX 76710**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Marisol Fajardo**
**8428 Emily Wood Cir**
**Tampa, FL 33647**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Marjorie Carpenter**
**1405 Olive Lane N**
**#3108**
**Plymouth, MN 55447**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 2.1031 | Priority creditor's name and mailing address |

**Marjorie Estrick**
**27290 W. Potter Dr**
**Buckeye, AZ 85396**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown    Unknown**

---

| | |
|---|---|
| 2.1032 | Priority creditor's name and mailing address |

**Mark Jenkins**
**2005 S. 8th St.**
**Apt. 11**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown    Unknown**

---

| | |
|---|---|
| 2.1033 | Priority creditor's name and mailing address |

**Mark Moss**
**1208 Calico Ln**
**Apt 614**
**Arlington, TX 76011**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown    Unknown**

---

| | |
|---|---|
| 2.1034 | Priority creditor's name and mailing address |

**Mark Rangel**
**4900 Bagby Ave apt 307**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown    Unknown**

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.1035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |

**Mark Reid**
**115 Forest Dr**
**Bridgewater, MA 02324**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1036 | Priority creditor's name and mailing address | | **Unknown** **Unknown** |

**Marla Cole**
**2 Crane Drive NE**
**Rome, GA 30161**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1037 | Priority creditor's name and mailing address | | **Unknown** **Unknown** |

**Marlene Flores**
**35564 Ramada Lane**
**Yucaipa, CA 92399**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1038 | Priority creditor's name and mailing address | | **Unknown** **Unknown** |

**Marlene Parrack**
**7213 FM 421**
**Kountze, TX 77625**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor __Examination Management Services, Inc.__      Case number (if known) _____
Name

---

| 2.1039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Marlene Thrawley**
**3779 Creek wood Drive**
**Valdosta, GA 31602**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Marsha Berner**
**738 Richmond**
**Rockwell City, IA 50579**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Martha Wenger**
**564 Ongs Hat Road**
**Southampton, NJ 08088**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Martina Farris**
**204 Chelsea Dr**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
_____
Name

| | |
|---|---|
| 2.1043 | Priority creditor's name and mailing address |

**Martrice Peoples**
**3500 N. 25th St.**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.1044 | Priority creditor's name and mailing address |

**Mary Ann Prucinsky**
**1132 Racine Street**
**Rapid City, SD 57701**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.1045 | Priority creditor's name and mailing address |

**Mary Autrey**
**1916 Real Drive**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| 2.1046 | Priority creditor's name and mailing address |

**Mary Baier**
**13618 Cunning Lane**
**Lakeside, CA 92040**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
     Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**2.1047**   Priority creditor's name and mailing address

**Mary Fazio**
**3228 Fm 217**
**Valley Mills, TX 76689**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

**2.1048**   Priority creditor's name and mailing address

**Mary Griffin Palmer**
**14834 Honor Ct**
**Woodbridge, VA 22193**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

**2.1049**   Priority creditor's name and mailing address

**Mary Guardiola**
**1424 Monte Vista St**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

**2.1050**   Priority creditor's name and mailing address

**Mary Halonen**
**1227 Irvine Dr**
**Hanover, MN 55341**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

Debtor **Examination Management Services, Inc.**　　　　　　Case number (if known) _____
　　　　Name

| 2.1051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Mary Harris** | Check all that apply. | | |
| | **352 S. Vine** | ■ Contingent | | |
| | **West Union, IA 52175** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Mary Hegmann** | Check all that apply. | | |
| | **400 W Hartford St** | ■ Contingent | | |
| | **apt 1** | ■ Unliquidated | | |
| | **Milford, PA 18337** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Mary Herrera** | Check all that apply. | | |
| | **1206 Alston Dr.** | ■ Contingent | | |
| | **Waco, TX 76705** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.1054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Mary Mansfield** | Check all that apply. | | |
| | **521 Wray St** | ■ Contingent | | |
| | **Reidsville, NC 27320** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Debtor **Examination Management Services, Inc.**
      Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **Unknown** **Unknown** |

**2.1055**

Priority creditor's name and mailing address
**Mary Mosegard**
**2229 S. Abbey Loop**
**New Braunfels, TX 78130**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1056**

Priority creditor's name and mailing address
**Mary Noonen**
**7105 S 53rd St**
**Omaha, NE 68157**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1057**

Priority creditor's name and mailing address
**Mary Orta**
**10100 Pantherway**
**#236**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1058**

Priority creditor's name and mailing address
**Mary Patterson**
**9484 County Rd G**
**Suring, WI 54174**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**      Case number (if known) _____

Name

| 2.1059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Mary Troisi**
**29 GROSBEAK DR**
**Hackettstown, NJ 07840**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Mary Walker**
**1401 NW 93rd ct**
**clive, IA 50325**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Mary Woodall**
**7388 Lake In The Woods Lane**
**Trussville, AL 35173**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Maryanne Elder**
**838 Cindy Cove Rd**
**Blairsville, GA 30512**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

---

| 2.1063 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | Unknown | Unknown |

**MARYLAND OFFICE OF THE COMPTROLLER**
**80 CALVERT STREET**
**ANNAPOLIS, MD 21404**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.1064 | Priority creditor's name and mailing address

Unknown    Unknown

**Mason Backus**
**2529 Massey Ln.**
**Robinson, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1065 | Priority creditor's name and mailing address

Unknown    Unknown

**MASSACHUSETTS DEPT OF REVENUE**
**DEPARTMENT OF REVENUE**
**PO BOX 7010**
**BOSTON, MA 02204**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.1066 | Priority creditor's name and mailing address

Unknown    Unknown

**Matthew Bean**
**5308 Bigwood Ct**
**Grand Prairie, TX 75052**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|

**2.1067** Priority creditor's name and mailing address

**Matthew Reynolds**
**1508 Rosewood Lane**
**Allen, TX 75002**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1068** Priority creditor's name and mailing address

**Matthew Swank**
**5193 Nile Rd**
**Sparta, NC 28675**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1069** Priority creditor's name and mailing address

**Maureen Lucci**
**101 Sherman Road**
**Springfield, PA 19064**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1070** Priority creditor's name and mailing address

**Maya Ervin**
**711 N 32nd St**
**Waco, TX 76707**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor __Examination Management Services, Inc._____  Case number (if known) _____
         Name

| 2.1071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Mayra Carrizales**
**4331 fort ave**
**waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Mckenzie Holtzclaw**
**2525 East Lakeshore Drive**
**503**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Meagan Weber**
**1212 Royal Oaks Dr**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Mechiel Leblue**
**3506 Ludwig St.**
**Little Rock, AR 72204**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

---

| 2.1075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Megan Segel**
**4702 NE 157th Ct**
**Vancouver, WA 98682**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Melanie Phillips**
**11045 woodview dr**
**Conroe, TX 77303**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Melanie Whitlock**
**501 South 4th ST**
**Apt G8**
**Edwardsville, KS 66113**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Melinda Hine**
**18105 Chespeake Cirlce**
**Walled Lake, MI 48390**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.1079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown | Unknown |

**Melinda Lozano**
**1316 Gould St**
**Forth Worth, TX 76164**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown | Unknown |

**Melinda Myers**
**4986 Lakeside CT**
**Cloverdale, IN 46120**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown | Unknown |

**Melisa Murphy**
**1203 Kane St**
**P O Box 154655**
**Waco, TX 76705**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown | Unknown |

**Melissa Aragon**
**11109 King Rail Rd SW**
**Albuquerque, NM 87121**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
_____
Name

| 2.1083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Melissa Cockerham**
**4905 Murray Road**
**Winston Salem, NC 27106**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1084 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Melissa Edge**
**200 Lena Lane**
**Apt 3122**
**Dallas, GA 30132**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1085 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Melissa Fransen**
**811 7th St W**
**Hastings, MN 55033**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1086 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Melissa Harvey**
**6530 Orchid**
**Lumberton, TX 77657**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Melissa Martinez**
**1305 Tamarisk Dr.**
**Mexia, TX 76667**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Melissa Patrick**
**1905 Mitchell Ave**
**Waco, TX 76708**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Melissa Rosiak**
**217 2nd ave ne**
**st cloud, MN 56304**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Melissa Tillman**
**131 Hines Road**
**Reidsville, NC 27320**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.1091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **Unknown** **Unknown** |

**Melissa Williams**
**2843 Metropolitan Ave**
**Dallas, TX 75215**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1092 | Priority creditor's name and mailing address | **Unknown** **Unknown** |
|---|---|---|

**Melonie Alvarez**
**825 S. Jackson St**
**McGregor, TX 76657**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1093 | Priority creditor's name and mailing address | **Unknown** **Unknown** |
|---|---|---|

**Michael French**
**8630 Mary Court**
**Waxahachie, TX 75167**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1094 | Priority creditor's name and mailing address | **Unknown** **Unknown** |
|---|---|---|

**Michael Jones**
**5029 white cedar rd**
**Ladson, SC 29456**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.1095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Michael Mccullough**
**412 red river tr**
**Apt. 1037**
**Irving, TX 75063**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Michael Montag**
**243 Marsh Landing South**
**Freeport, FL 32439**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Michael Pedevilla**
**2802 Live Oak Dr**
**Grapevine, TX 76051**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**MICHAEL PICKERT MD**
**24 North Hillside Avenue**
**Livingston, NJ 07039**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.1099** | Priority creditor's name and mailing address

**Michael Ross**
**729 HESSTON CIRCLE**
**Robinson, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1100** | Priority creditor's name and mailing address

**Michael Stephenson**
**7009 Oakfield Corner Ct**
**North Richland Hills, TX 76182**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1101** | Priority creditor's name and mailing address

**MICHAEL TAN**
**11419 Monterrey Dr**
**Silver Spring, MD 20902**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1102** | Priority creditor's name and mailing address

**Michael Whipkey**
**611 6th St**
**Moody, TX 76557**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (*if known*) _____

---

| 2.1103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Michaela Tibbatts**
**2415 S. University Parks Dr. 5202**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Michele McGarry**
**428 Long Pond Rd**
**Plymouth, MA 02360**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**MICHELLE BEARD**
**227 N. Woodson**
**Raymore, MO 64083**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Michelle Campbell**
**621 Rilla**
**Garland, TX 75041**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

---

| 2.1107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Michelle Granville**
**140 Muscadine Ct S**
**Fairburn, GA 30213**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Michelle Hutton**
**492 Dosher Lane**
**Woodway, TX 76712**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Michelle Jackson**
**10309 Lake Bend Trail**
**Hurst, TX 76053**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Michelle Jim**
**4520 Holland Ave**
**Apt 203**
**Dallas, TX 75219**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor __Examination Management Services, Inc._____     Case number (if known) _____
　　　　　Name

| 2.1111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Michelle Meier**
**11152 10th St**
**Nickerson, NE 68044**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Michelle Moore**
**2629 S Grand Peninsula Dr**
**319**
**Grand Prairie, TX 75054**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Michelle Murphy**
**4447 Battlecreek Ct. E**
**Jacksonville, FL 32258**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Michelle Plath**
**33 VERA STREET**
**Piscataway, NJ 08854**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 2.1115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**     **Unknown** |

2.1115   Priority creditor's name and mailing address

**Michelle Samai**
**4260 NW 25th Street**
**Lauderhill, FL 33313**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1116   Priority creditor's name and mailing address

**MICHIGAN DEPT OF TREASURY**
**430 W ALLEGAN**
**LANSING, MI 48922**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.1117   Priority creditor's name and mailing address

**Mickey Snider**
**709 Rochelle Dr.**
**Apt. #1120**
**Irving, TX 75062**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1118   Priority creditor's name and mailing address

**Mikal Mayes**
**2900 Primrose Dr.**
**2958C**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.1119** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Minaksie Patel**
**722 Rowland Rd**
**Stone Mountain, GA 30083**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1120** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**MINNESOTA DEPT OF REVENUE**
**600 N ROBERT ST.**
**M/S 4130**
**ST PAUL, MN 55101**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred | Basis for the claim:
**Taxes**

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1121** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Minnie Cook**
**1221 White Creek Dr**
**Glenn Heights, TX 75154**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1122** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Miranda Mansfield**
**6025 Westhaven Dr**
**Indianapolis, IN 46254**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number *(if known)* _____

Name

| | | |
|---|---|---|
| **2.1123** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**2.1123**

Priority creditor's name and mailing address

**Miranda Nichols**
**6801 Tennyson Dr apt 236**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1124**

Priority creditor's name and mailing address

**Miranda Rivera**
**3422 Parrott Avenue**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1125**

Priority creditor's name and mailing address

**Miriam Roedts**
**519 Stevenson Street**
**Sayre, PA 18840**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1126**

Priority creditor's name and mailing address

**MISSOURI DEPT OF REVENUE**
**HARRY S TRUMAN STATE OFFICE**
**BLDG**
**301 W HIGH ST**
**JEFFERSON CITY, MO 65101**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **2.1127** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Misti Mccombs**
**536 Audrey Ave**
**Waco, TX 76705**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1128** Priority creditor's name and mailing address

**Mitchell Muncy**
**3109 Oxford Ct**
**Plano, TX 75075**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.1129** Priority creditor's name and mailing address

**Mitchell Winfree**
**2306 Haniman Park Drive**
**Cary, NC 27513**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.1130** Priority creditor's name and mailing address

**Monefa Hinds**
**6286 Merrifield Dr**
**Zephyrhills, FL 33541**

As of the petition filing date, the claim is:
_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**   **Unknown**

---

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____

Name

| 2.1131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Moneisha Jones**
**288 Hemphill School Road NW**
**Atlanta, GA 30331**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Monica Busch**
**3821 Trice Ave.**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Monica Henry**
**450 CR 3565**
**China Spring, TX 76633**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Monica Kelly**
**8457 Michigan Rd**
**Lawrenceville, IL 62439**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Examination Management Services, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.1135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Monica Martinez**
**262 Rabbit Run**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Monica Mathis**
**3420 e 70th st**
**Kansas City, MO 64132**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Monica Ruiz**
**201 N Beacon St Apt 322**
**San Pedro, CA 90731**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Monica Tavarez**
**246 Sprucewood**
**San Antonio, TX 78216**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | Examination Management Services, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**2.1139** | Priority creditor's name and mailing address

**MONTANA DEPT OF REVENUE**
**SAM W MITCHELL BLDG**
**PO BOX 5805**
**HELENA, MT 59604**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1140** | Priority creditor's name and mailing address

**Myranda Marshall**
**704 Aspen Incline**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1141** | Priority creditor's name and mailing address

**Nada Diab**
**1225 Dahlia Ln**
**Frederick, MD 21703**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1142** | Priority creditor's name and mailing address

**Nakisha Anderson**
**7222 Bretshire**
**Houston, TX 77016**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

---

| 2.1143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nancy Carter**
**2531 49th Ave Unit 3**
**Greeley, CO 80634**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nancy Glenn**
**1341 Elwood rd**
**Hammonton, NJ 08037**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nancy Ritter**
**564 Broad St.**
**Emmaus, PA 18049**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nancy Rivera**
**1 graybark ct**
**Greensboro, NC 27407**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor  **Examination Management Services, Inc.**                Case number *(if known)* _____
_____
        Name

| | | | | |
|---|---|---|---|---|
| 2.1147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Nancy Roch**
**2314 Melissa Drive**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.1148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Nancy Scarnecchia**
**216 Murphy Circle**
**Bushkill, PA 18324**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.1149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Nanyamka Thompson**
**922 Nassau**
**3**
**Cincinnati, OH 45206**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.1150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Naomi Garner**
**8136 Harold Ct  apt 1C**
**Glen Burnie, MD 21061**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**　　　　　　　　　　Case number (if known) _____

Name

| | | |
|---|---|---|
| 2.1151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1151**

Priority creditor's name and mailing address

**Naomi Wilkerson**
**225 Londonderry**
**apartment 122**
**waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown　　　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1152**

Priority creditor's name and mailing address

**Natalie Cross**
**4300 Meyers Lane**
**Apt 1301**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown　　　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1153**

Priority creditor's name and mailing address

**Natalie Wallace**
**768 E 214 ST**
**Bronx, NY 10467**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown　　　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1154**

Priority creditor's name and mailing address

**Natalyia Britton**
**2493 Lancaster Drive #34**
**San Pablo, CA 94806**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown　　　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known)

| | | |
|---|---|---|
| 2.1155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1155**

Priority creditor's name and mailing address

**Natasha Jones**
**5121 Mark Trail Way #23A**
**Dallas, TX 75232**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1156**

Priority creditor's name and mailing address

**Natasia Banks**
**236 Topaz Cir**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1157**

Priority creditor's name and mailing address

**Nathaniel Myers**
**9757 E. Winchcomb Drive**
**Scottsdale, AZ 85260**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1158**

Priority creditor's name and mailing address

**NEBRASKA DEPT OF REVENUE**
**NEBRASKA STATE OFFICE**
**BUILDING**
**301 CENTENNIAL MALL SOUTH**
**PO BOX 94818**
**LINCOLN, NE 68508**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.1159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NEBRASKA DEPT OF REVENUE
CRAFT STATE OFFICE BLDG
200 SOUTH SILBER ST
NORTH PLATTE, NE 69101-4200**

*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.1160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NEBRASKA DEPT OF REVENUE
304 NORTH 5TH STREET, STE D
NORFOLK, NE 68701-4091**

*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.1161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NEBRASKA DEPT OF REVENUE
NEBRASKA STATE OFFICE
BUILDING
1313 FARNAM STREET
OMAHA, NE 68102-1871**

*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.1162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nekila Strong
2678 St. Johns  Bluff Rd South
Apt 515
Jacksonville, FL 32246**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.1163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

2.1163 Priority creditor's name and mailing address

**Nelan Southern**
**1708 W Edmaire St.**
**Chicago, IL 60643-4360**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1164 Priority creditor's name and mailing address

**Nelda Adams**
**230 Busch Lane**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1165 Priority creditor's name and mailing address

**NEVADA DEPT OF TAXATION**
**1550 COLLEGE PARKWAY**
**STE 115**
**CARSON CITY, NV 89706**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.1166 Priority creditor's name and mailing address

**NEVADA DEPT OF TAXATION**
**4600 KIETZKE LANE**
**BLDG L**
**STE 235**
**RENO, NV 89502**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
Name

---

| 2.1167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NEVADA DEPT OF TAXATION**
**GRANT SAWYER OFFICE BLDG**
**555 E WASHINGTON AVE**
**STE 1300**
**LAS VEGAS, NV 89101**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NEVADA DEPT OF TAXATION**
**2550 PASEO VERDE**
**STE 180**
**HENDERSON, NV 89074**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NEW HAMPSHIRE DEPT OF**
**REVENUE ADMIN**
**109 PLEASANT ST**
**CONCORD, NH 03301**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**NEW JERSEY DEPT OF THE**
**TREASURY**
**DIVISION OF TAXATION**
**PO BOX 281**
**TRENTON, NJ 08625**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.1171** | Priority creditor's name and mailing address

**NEW JERSEY DEPT OF THE TREASURY**
**DIVISION OF TAXATION**
**PO BOX 281**
**TRENTON, NJ 08695-0281**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.1172** | Priority creditor's name and mailing address

**NEW MEXICO TAXATION AND REVENUE**
**1100 SOUTH ST FRANCIS DRIVE**
**PO BOX 630**
**SANTA FE, NM 87504-0630**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.1173** | Priority creditor's name and mailing address

**NEW YORK DEPT. OF FINANCE**
**W.A. HARRIMAN CAMPUS, B8**
**RM 700**
**ALBANY, NY 12227**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.1174** | Priority creditor's name and mailing address

**NEW YORK DEPT. OF FINANCE**
**W.A. HARRIMAN CAMPUS, B8**
**BLDG 9 RM 449**
**ALBANY, NY 12227**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

---

| 2.1175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**NEW YORK DEPT. OF FINANCE**
**BANKRUPTCY SECTION**
**PO BOX 5300**
**ALBANY, NY 12205-0300**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.1176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Nichelle Nichols**
**2404 Vernon Street**
**Kansas City, MO 64116**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Nichole Bostic**
**2933 fields dr lithonia ga 30038**
**Lithonia, GA 30058**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Nicole Brashears**
**9700 High Noon Rd**
**Yukon, OK 73099**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|

**2.1179** Priority creditor's name and mailing address

**Nicole Chatham**
**2023 Catamaran Dr**
**League City, TX 77573**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

**2.1180** Priority creditor's name and mailing address

**Nicole Deguzman**
**989 Parkridge**
**Jacksonville, FL 32211**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

**2.1181** Priority creditor's name and mailing address

**Nicole Rivett**
**11339 Northridge Dr**
**Gretna, NE 68028**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

**2.1182** Priority creditor's name and mailing address

**Nicole Sims**
**1800 Primrose Dr**
**109B**
**waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ■ No
- ☐ Yes

Debtor    **Examination Management Services, Inc.**                    Case number (if known) _____
_____
          Name

| | | | |
|---|---|---|---|
| 2.1183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**   **Unknown** |

**Nina Spooner**
**281 GARTH RD # B6K**
**SCARSDALE, NY 10583-4052**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____

Last 4 digits of account number _____                Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)              ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**   **Unknown** |

**Noah Vigil**
**915 N  28th St**
**Waco, TX 76707**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____

Last 4 digits of account number _____                Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)              ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**   **Unknown** |

**Nolan McBride**
**1604 Morgan Ln #A**
**Austin, TX 78704**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____

Last 4 digits of account number _____                Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)              ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**   **Unknown** |

**Nolatta Leblanc**
**600 S. MacArthur Blvd.**
**1412**
**Coppell, TX 75019**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____

Last 4 digits of account number _____                Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)              ☐ Yes

---

Debtor __Examination Management Services, Inc._____ Case number (if known) _____
          Name

| | | |
|---|---|---|
| 2.1187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

| 2.1187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Nolvia Hernandez** **1506 Clay ave** **waco, TX 76706** | ■ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.1188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Norma Denton** **29 ANTLER BLVD** **MCLOUD, OK 74851** | ■ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.1189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Norma Martinez** **2106 Cartwright St** **Irving, TX 75062** | ■ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.1190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Norma Rodriguez** **2445 Wentworth St.** **Dallas, TX 75211** | ■ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.1191** | Priority creditor's name and mailing address

**Norman Hill**
**1102 iris glen dr**
**conyers, GA 30013**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

**2.1192** | Priority creditor's name and mailing address

**NORTH CAROLINA DEPT OF
REVENUE
501 NORTH WILMINGTON ST
RALEIGH, NC 27604**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ☑ No
- ☐ Yes

---

**2.1193** | Priority creditor's name and mailing address

**NORTH DAKOTA OFFICE OF
STATE TAX COMMISSIONER
600 EAST BOULEVARD AVE
DEPT 127
BISMARCK, ND 58505-0599**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ☑ No
- ☐ Yes

---

**2.1194** | Priority creditor's name and mailing address

**Nyah Holder**
**6701 May Dr. Apt. #2313**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ☑ No
- ☐ Yes

---

Debtor    **Examination Management Services, Inc.**      Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| 2.1195 | Priority creditor's name and mailing address<br>**OHIO DEPT OF TAXATION**<br>**4485 NORTHLAND RIDGE BLVD**<br>**COLUMBUS, OH 43229** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1196 | Priority creditor's name and mailing address<br>**OHIO DEPT OF TAXATION**<br>**PO BOX 530**<br>**COLUMBUS, OH 43216-0530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1197 | Priority creditor's name and mailing address<br>**OKLAHOMA TAX COMMISSION**<br>**2501 NORTH LINCOLN BLVD**<br>**OKLAHOMA CITY, OK 73914** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1198 | Priority creditor's name and mailing address<br>**OKLAHOMA TAX COMMISSION**<br>**PO BOX 26930**<br>**OKLAHOMA CITY, OK 73126-0930** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| Debtor **Examination Management Services, Inc.** | Case number (if known) |
| Name | |

---

**2.1199** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Otis Burnett**
**4325 1st Ave**
**Unit#1312**
**Tucker, GA 30085**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1200** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Paige Lacy**
**201 keerl st**
**Joice, IA 50446**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1201** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Pamela Campbell**
**2632 8th Ave**
**Council Blfs, IA 51501**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1202** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Pamela Coleman**
**1547 Nottingham Dr.**
**Lancaster, TX 75134**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

| | | | Unknown | Unknown |
|---|---|---|---|---|
| 2.1203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |

**Pamela Evans Washington**
**718 West 144th Street**
**Riverdale, IL 60827**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1204 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Pamela Fisk**
**302 Romana Circle**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1205 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Pamela Lewis**
**9726 Underwood Ct**
**Jacksonville, FL 32221**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1206 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Pamela Smith**
**243 Oak Hill Loop**
**Whitney, TX 76692**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor   **Examination Management Services, Inc.**                    Case number (if known) _____
         Name

| 2.1207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Pamela Waddell**
**6233 N. 66th St**
**Omaha, NE 68104**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1208 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Pamela Williams**
**2017 Ramada**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1209 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Paola Perdomo Calderon**
**138 N 11th St.**
**Alletown, PA 18102**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1210 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Pat Durkot**
**2409 30th Ave. Ne**
**Saint Anthony, MN 55418**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
_____
Name

| 2.1211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Patia Smith**
**802 Milam Dr**
**Euless, TX 76039**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.1212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Patricia Bosse**
**1241 Prairie Bend**
**New Braunfels, TX 78132**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.1213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Patricia Clark**
**12420 Middlewood Dr.**
**Baker, LA 70714**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.1214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Patricia Jenkins**
**1800 Preston On The Lake**
**#569**
**Little Elm, TX 75068**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 2.1215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |

**Patricia Johnson**
**639 Poplar**
**Romeoville, IL 60446**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1216 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Patricia Nugent**
**Po Box 344**
**Hewitt, TX 76643**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1217 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Patricia Pattillo**
**2095 Snow Mill Rd**
**Monroe, GA 30655**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1218 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Patricia Snell**
**625 Central Ave**
**Malta, MT 59538**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**      Case number *(if known)* _____
_____
Name

| 2.1219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Patrick Collins**
**2355 N Hwy 360**
**Apt 834**
**Grand Prairie, TX 75050**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Patrick Gyeabour**
**565 west 189th street**
**5b**
**NEW YORK, NY 10040**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Patrick Stevens**
**828 Fort Gates**
**Waco, TX 76708**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pattisue Malone**
**3243 East Galen Hall Road**
**Reinholds, PA 17569**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| 2.1223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Paul Browning Sr**
**5226 E Commerce**
**Spokane, WA 99212**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Paul Jones**
**2332 Brown Oaks Drive**
**Arlington, TX 76011**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Paul Kovach**
**343 Vanadium Rd**
**Pittsburgh, PA 15243**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Paula Brookshire**
**8220 Lakeshore Dr. W**
**Southaven, MS 38671**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

2.1227  Priority creditor's name and mailing address

**Paula Kilbourn**
**4111 133rd Street SE**
**A421**
**Mill Creek, WA 98012**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1228  Priority creditor's name and mailing address

**Paula Sternes**
**300 B Chapel Trail Circle**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1229  Priority creditor's name and mailing address

**Paulette Jones**
**10569 Arendal Rd**
**Jacksonville, FL 32218**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1230  Priority creditor's name and mailing address

**Peggy Charles**
**11301 Tooks Way**
**Columbia, MD 21044**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
Name

---

| 2.1231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Peggy Moreno**
**1128 Sotogrande Blvd**
**Apt 163south**
**Euless, TX 76040**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)      ■ No
☐ Yes

---

| 2.1232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**PENNSYLVANIA DEPT OF STATE**
**5TH FLOOR STRAWBERY**
**SQUARE**
**HARRISBURG, PA 17128-0605**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred      Basis for the claim:
**Taxes**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)      ■ No
☐ Yes

---

| 2.1233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**PENNSYLVANIA DEPT OF STATE**
**PHILADELPHIA NORTHEAST**
**DISTRICT**
**3240 RED LION RD**
**PHILADELPHIA, PA 19114**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred      Basis for the claim:
**Taxes**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)      ■ No
☐ Yes

---

| 2.1234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**PENNSYLVANIA DEPT OF STATE**
**SCRANTON DISTRICT OFFICE**
**SAMTERS BLDG, RM 201**
**101 PENN AVE**
**SCRANTON, PA 18563-1970**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred      Basis for the claim:
**Taxes**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)      ■ No
☐ Yes

---

Debtor  **Examination Management Services, Inc.**

Case number (if known) _____

Name

---

**2.1235** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown

**PENNSYLVANIA DEPT OF STATE**
**PITTSBURGH DISTRICT OFFICE**
**STATE OFFICE BLDG, RM 104**
**300 LIBERTY AVE**
**PITTSBURGH, PA 15222-1210**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

**2.1236** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown

**Perla Vaquera**
**1307 S. 26th St.**
**Waco, TX 76706**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

**2.1237** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown

**Persephone Jones**
**102 Beachwood**
**Waco, TX 76705**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

**2.1238** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown

**Peter Mourao**
**377 Harrison St**
**Nutley, NJ 07110**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number *(if known)* _____
Name

---

| 2.1239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Peterson Alcide**
**4430 oklahoma wy nw**
**Kennesaw, GA 30152**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1240 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Phillip Evans**
**1806 Sun Point Ct**
**Humble, TX 77396**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1241 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Phoebe Johnson Wildfeuer**
**706 Thornton Ct**
**North Wales, PA 19454**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1242 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Phyllis Ewing**
**2201 Richter Ave**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor __Examination Management Services, Inc.__     Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.1243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Phyllis Young**
**435 Little Ave**
**218**
**Mcgregor, TX 76657**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Porsha Roberson**
**302 Perry Street**
**Marlin, TX 76661**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Praveen Peruri**
**3676 Vienna St**
**Irving, TX 75038**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |

**Priscillia Lopez**
**131 N. Lakeview**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
Name

| | | |
|---|---|---|
| **2.1247** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

2.1247   Priority creditor's name and mailing address

**Prochlyer Robinson**
**6130 Waterstone Oak Way 101**
**Memphis, TN 38115**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1248   Priority creditor's name and mailing address

**Psalmist Wyllie**
**700 bowers**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1249   Priority creditor's name and mailing address

**Quantashia Jones**
**1004 Briar Dr**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1250   Priority creditor's name and mailing address

**Rachel Hargrove**
**8 Nelson pl**
**Mastic, NY 11950**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown     Unknown

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.1251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Rachel Johnson**
**1813 6th Ave W**
**Williston, ND 58801**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Rachel Juric**
**4901 Green River Rd**
**38**
**Corona, CA 92880**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Raiven Hawthorne**
**3830 opal ave**
**dallas, TX 75216**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Ramiro Valdez**
**P.O. Box 571**
**Rosebud, TX 76570**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**                    Case number (if known) _____
_____
Name

| 2.1255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ramiza Tokovic**
**95 Vinton street**
**Manchester, NH 03103**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Ramona Macias**
**2220 real dr**
**waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Ramza Zubair**
**1634 77th st**
**3**
**brooklynNY 11214**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Randy Wicks**
**3808 Furneaux Lane**
**Carrollton, TX 75007**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.1259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1259** Priority creditor's name and mailing address

**Raquel Bellamy**
**14630 Grenadine Drive**
**5**
**Tampa, FL 33613**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1260** Priority creditor's name and mailing address

**Raquel Johnson**
**2005 Tall Oaks Dr 2B**
**Aurora, IL 60505**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1261** Priority creditor's name and mailing address

**Rashik Abdullahi**
**502 Easley St. Apt. T2**
**Silver Spring, MD 20910**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1262** Priority creditor's name and mailing address

**Raul Leon**
**2544 w norberry st**
**lancaster, CA 93536**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
     Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1263 | Priority creditor's name and mailing address | |

As of the petition filing date, the claim is:
*Check all that apply.*

**Raven Joseph**
**5000 Sanger Ave**
**2214**
**Waco, TX 76710**

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1264 | Priority creditor's name and mailing address | |

As of the petition filing date, the claim is:
*Check all that apply.*

**Raven Trewin**
**4006 Torrance St**
**Waco, TX 76705**

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1265 | Priority creditor's name and mailing address | |

As of the petition filing date, the claim is:
*Check all that apply.*

**Raven Watts**
**3918 N 19th St**
**Waco, TX 76708**

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1266 | Priority creditor's name and mailing address | |

As of the petition filing date, the claim is:
*Check all that apply.*

**Ravion Pride**
**346 Applewood Ln.**
**Hewitt, TX 76664**

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

---

| 2.1267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Rayane Santos**
**525 Estate Dr**
**Rush City, MN 55069**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Raymond Lerma Jr**
**5209 Amaro Way**
**Salida, CA 95368**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Rebecca Braun**
**1515 eagle st**
**Terre Haute, IN 47807-2834**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Rebecca Georgevitch**
**38470 N. Columbia Bay Rd.**
**Lake Villa, IL 60046**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor    **Examination Management Services, Inc.**      Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 2.1271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1271** Priority creditor's name and mailing address

**Rebecca Pell**
**405 Acadia Ln**
**Forney, TX 75126**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1272** Priority creditor's name and mailing address

**Rebecca Rameriz**
**1405 S. Old Robinson Rd.**
**Robinson, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1273** Priority creditor's name and mailing address

**Rebecca Ritter**
**9516 Riviera Dr**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1274** Priority creditor's name and mailing address

**Rebecca Uskert**
**6501 E 116th Place**
**Crown Point, IN 46307**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1275 | Priority creditor's name and mailing address<br>**Rebecca Vancil**<br>**615 E. Hickory Ln**<br>**Indianapolis, IN 46227** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown  Unknown |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1276 | Priority creditor's name and mailing address<br>**Regan Tatro**<br>**1305 Ave E.**<br>**Apt. C**<br>**Moody, TX 76557** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown  Unknown |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1277 | Priority creditor's name and mailing address<br>**Regina Polando**<br>**433 stringtown rd**<br>**Carmichaels, PA 15320** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown  Unknown |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1278 | Priority creditor's name and mailing address<br>**Reginald Arnold**<br>**5050 FM 423**<br>**#8314**<br>**Frisco, TX 75034** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown  Unknown |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor __Examination Management Services, Inc.__     Case number *(if known)* _____

Name

| | |
|---|---|
| 2.1279 | Priority creditor's name and mailing address |

**Regurian Bagley**
**2709 Forest Grove Dr**
**Richardson, TX 75080**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | |
|---|---|
| 2.1280 | Priority creditor's name and mailing address |

**Rema Behrens**
**29513 N Spotted RD**
**Deer Park, WA 99006**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | |
|---|---|
| 2.1281 | Priority creditor's name and mailing address |

**Renee Steward**
**1048 West Ave**
**Penllyn, PA 19422**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | |
|---|---|
| 2.1282 | Priority creditor's name and mailing address |

**Reyna Elizondo**
**2300 Speight**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number *(if known)* _____

Name

---

| 2.1283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**RHODE ISLAND DIVISION OF TAXATION**
**ONE CAPITOL HILL**
**PROVIDENCE, RI 02908-5800**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Rhonda Bell**
**1919 Ygnacio Valley rd**
**#56**
**Walnut Creek, CA 94598**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Rhonda Caldwell**
**10902 Ivy Park**
**Houston, TX 77075**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Rhonda Weiand**
**26425 145th Str. NW**
**Zimmerman, MN 55398**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**　　　　　　　Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.1287 | Priority creditor's name and mailing address<br>**Richard Carey**<br>**12905 Texaco Rd**<br>**Houston, TX 77013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1288 | Priority creditor's name and mailing address<br>**Richard Dominguez**<br>**8563 Dorbandt Circle**<br>**El Paso, TX 79907** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1289 | Priority creditor's name and mailing address<br>**Richard Szmyt**<br>**7206 Hollowell Drive**<br>**Tampa, FL 33634** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1290 | Priority creditor's name and mailing address<br>**Rickyell Cuington**<br>**706 Mission Lane**<br>**Lancaster, TX 75146** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1291** Priority creditor's name and mailing address

**Rita Perez**
**6601 Fish Pond Road**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1292** Priority creditor's name and mailing address

**Riyanka Gupta**
**3042 Ivy Hill Ln**
**Irving, TX 75063**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1293** Priority creditor's name and mailing address

**RIYN LYN GALE**
**1411 S Maple Dr**
**Katy, TX 77493**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1294** Priority creditor's name and mailing address

**Robbie Bledsoe**
**1343 North 65th**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor __Examination Management Services, Inc._____  Case number (if known) _____
　　　　　Name

| | | |
|---|---|---|
| 2.1295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1295** | Priority creditor's name and mailing address

**Robert Campbell**
**4518 Mainfield ave.**
**Baltimore, MD 21214**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown　　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1296** | Priority creditor's name and mailing address

**Robert Cohen**
**210 Halah Circle**
**Atlanta, GA 30328**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown　　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1297** | Priority creditor's name and mailing address

**Robert Durham**
**18250 Marsh Ln**
**# 1711**
**Dallas, TX 75287**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown　　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1298** | Priority creditor's name and mailing address

**Robert Jones**
**22 Koster Blvd**
**2A**
**Edison, NJ 08837**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown　　Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor  **Examination Management Services, Inc.**  Case number (if known) _____

Name

| 2.1299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Robert Littles**
**917 Briar Dr.**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Robert Madrid**
**31 N Terrace Rd**
**Hoodsport, WA 98548**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Robert Roesing**
**5935 Vanderbilt Ave**
**Dallas, TX 75206**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Robert Stewart**
**2211 Jamestown Ct**
**Carrollton, TX 75006**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.1303** | Priority creditor's name and mailing address

**Robert Thomas**
**222 Shadow Hill Cir.**
**Pittsburg, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.1304** | Priority creditor's name and mailing address

**Robert Walsh**
**5411 Keystone Drive South**
**Jacksonville, FL 32207-5147**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.1305** | Priority creditor's name and mailing address

**Robert Workman**
**15589 Mission St**
**Hesperia, CA 92345**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.1306** | Priority creditor's name and mailing address

**Roberta Scott**
**120 Heritage  Garden Dr**
**A**
**Corneila, GA 30531**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**        Case number (if known) _____
_____
Name

| 2.1307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Robin Addison**
**2022 Putnam Rd**
**Baltimore, MD 21227**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1308 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Robin Donahoo**
**4918 S 157th St**
**Omaha, NE 68135**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1309 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Robin Lawson**
**214 Mills St.**
**Freeport, PA 16229**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1310 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Robin Williams**
**2023 Jacksonville Rd**
**Site 47**
**Bellefonte, PA 16823**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
Name

---

| 2.1311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Robin Wisniewski**
**2217 N 189th St**
**Elkhorn, NE 68022**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Robyn Campbell**
**300 River Place West**
**Gatesville, TX 76528**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Roderick Evans**
**625 Spanish Oak Court**
**Arlington, TX 76002**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Rodney Carroll**
**1600 Lakeshore Dr**
**1611**
**Waco, TX 76708**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

---

| 2.1315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Rodney Hawkins**
**2413 Redfield Dr.**
**Mesquite, TX 75181**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Roland Schultz**
**1888 Blackhawk**
**Oceanside, CA 92056**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Rosa Anderson**
**2347 Rosehaven Drive**
**Memphis, TN 38127**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Rosa Segura**
**2206 lockwood drive**
**Carrollton, TX 75007**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
    Name

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| 2.1319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown  Unknown |

**2.1319** Priority creditor's name and mailing address

**Rosalen Ishou**
**555 E WASHINGTON AVE**
**El Cajon, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.1320** Priority creditor's name and mailing address

**Rosalinda Leon**
**2544 W Norberry St**
**LANCASTER, CA 93536**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.1321** Priority creditor's name and mailing address

**Roshanda Knight**
**1542 N 18th st**
**Omaha, NE 68110**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.1322** Priority creditor's name and mailing address

**Rosie Gourdine**
**2046 Kings Road**
**Eagan, MN 55122**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.1323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|

**Roxanna Katsock**
**6 Chestnutwood Drive**
**Laflin, PA 18702**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|

**Roxanne Joiner**
**6143 Faulkner Drive**
**Jacksonville, FL 32244**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|

**Roxi Johnson**
**8366 Old Marlin Rd**
**Waco, TX 76705**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|

**Ruby Pena**
**5622 Evers Rd**
**#5301**
**San Antonio, TX 78238**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

| 2.1327 | Priority creditor's name and mailing address<br>**Ruth Coakley**<br>**32 Garnet Street**<br>**Worcester, MA 01607** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1328 | Priority creditor's name and mailing address<br>**Ruth Govan**<br>**7950 Crossroads Dr.**<br>**Apt. 113**<br>**North Charleston, SC 29406** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1329 | Priority creditor's name and mailing address<br>**Ryan Morency**<br>**4208 MacArthur Drive**<br>**Waco, TX 76708** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1330 | Priority creditor's name and mailing address<br>**Rykiel Reeser**<br>**1530 Jade St.**<br>**Kellogg, IA 50135** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Sabrina Alexander**<br>**3064 mount blanc dr**<br>**marrero, LA 70072** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Sabrina Clarno**<br>**703 La Vega St**<br>**Waco, TX 76705** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Sabrina Singleton Times**<br>**887 Old Farm Walk**<br>**Marietta, GA 30066** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Sadeka Scott**<br>**5327 TIMUQUANA RD**<br>**APT T92**<br>**JACKSONVILLE, FL 32210** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor **Examination Management Services, Inc.**  Case number (if known) _____

Name

| 2.1335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**SAEED FARAHMANPOUR**
**103 Gilmar Lane**
**Roslyn Heights, NY 11577**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sally Levocz**
**4306 ARENDELL AVE**
**PHILADELPHIA, PA 19114**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sally Patena**
**321 Bluebonnet Cir**
**McGregor, TX 76657**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sam Ochoa**
**3425 James Ave**
**Waco, TX 76711**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.1339** | Priority creditor's name and mailing address

**Samantha Behne**
**1105 Garnoa Drive**
**Cincinnati, OH 45231**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown | Unknown

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1340** | Priority creditor's name and mailing address

**Samantha Crockett**
**21889 NW 70TH AVE**
**STARKE, FL 32091**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown | Unknown

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1341** | Priority creditor's name and mailing address

**Samantha Galloway**
**1214 East 34th St**
**Brooklyn, NY 11210**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown | Unknown

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1342** | Priority creditor's name and mailing address

**Samantha Mena**
**6601 Malachite Ct.**
**El Paso, TX 79924**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown | Unknown

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**　　Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.1343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Samantha Severns**
**212 WAGNER DR**
**Creve Coeur, IL 61610**

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Samone Jennings**
**3312 N. 26th St.**
**Waco, TX 76708**

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Samone Taylor**
**5928 Timbercresr**
**Arlington, TX 76549**

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Sandra Hamrick**
**3115 Beale Street Apt. A**
**Waco, TX 76705**

As of the petition filing date, the claim is:
Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
_____
    Name

| 2.1347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sandra Kelly**
**85266 Faye Rd**
**Yulee, FL 32097**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1348 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Sandra Wagner**
**2111 E 91st Street**
**Indianapolis, IN 46240**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1349 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Sandy Hall**
**109 E. Lyndale Ave**
**Helena, MT 59601**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1350 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Sara Byrne**
**8206 N. 28th Street**
**Omaha, NE 68112**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sara Dodge**
**32 N. Buchanan Avenue**
**Eagle Point, OR 97524**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sara Figueroa**
**6226 N Palethorp Street**
**philadelphia, PA 19120**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sara Slider**
**709 N Old Robinson Rd**
**Robinson, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sara Travers**
**1341 N Gray Ave**
**Panama City, FL 32401**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

---

| 2.1355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Sarah Allen**
**4718 mendosa lane**
**Dallas, TX 75227**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Sarah Bueno**
**1203 Kane St**
**Waco, TX 76705**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Sarah Cowan**
**3912 Marseille Rd**
**Indianapolis, IN 46226**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Sarah Krulik**
**1401-7 N. Ocean Avenue**
**Seaside Park, NJ 08752**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.1359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sarah Mendoza**
**611 Hogan Ln.**
**B**
**Bellmead, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sarah Riedel**
**1213 Hillandale Reserve Dr**
**Tampa, FL 33613**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sarah Trimble**
**219 Avenue E**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sarah Walsh**
**15 Cottage Street**
**Northfield, NH 03276**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor __Examination Management Services, Inc.__     Case number (if known) _____

    Name

| 2.1363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.1363** Priority creditor's name and mailing address

**Saundra Spillman**
**609 W. Eighth**
**Lancaster, TX 75146**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.1364** Priority creditor's name and mailing address

**Scott Myers**
**12924 Chittamwood Trl**
**Euless, TX 76040**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.1365** Priority creditor's name and mailing address

**Scott Sanborn**
**3604 Fairway Forest Dr.**
**Palm Harbor, FL 34685**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.1366** Priority creditor's name and mailing address

**Scott Wilder**
**3045 KAYMOORE DRIVE**
**Winston-Salem, NC 27127**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor  **Examination Management Services, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.1367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Sean Wing**
**12660 KENWOOD LN**
**Apt C**
**FORT MYERS, FL 33907-5635**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1368 | Priority creditor's name and mailing address |

**Selina Michalak**
**302 Wolverine Dr**
**Waco, TX 76705**

As of the petition filing date, the claim is:  **Unknown**  **Unknown**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1369 | Priority creditor's name and mailing address |

**Sh'Dae Shields**
**1513 Birds Eye Rd**
**Fort Worth, TX 76177**

As of the petition filing date, the claim is:  **Unknown**  **Unknown**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1370 | Priority creditor's name and mailing address |

**Shakayla Vaughn**
**1619 North 6th St.**
**Waco, TX 76707**

As of the petition filing date, the claim is:  **Unknown**  **Unknown**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **2.1371** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

| 2.1371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown Unknown |
|---|---|---|---|

**Shakeeria Majors**
**2304 Los Arboles Ln**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1372**   Priority creditor's name and mailing address            Unknown   Unknown

**Shakirra Coleman**
**1908 Windsor Ave**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1373**   Priority creditor's name and mailing address            Unknown   Unknown

**Shamaur Mcdaniel**
**3924 Fort Ave**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1374**   Priority creditor's name and mailing address            Unknown   Unknown

**Shameka Brown**
**2019 Silver Creek dr.**
**AUSTELL, GA 30168**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
     Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.1375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **Unknown** |

| 2.1375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|---|

**Shan'Teikya Degrate**
**2504 S. 15th St**
**Waco, TX 76706**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **Unknown** |
|---|---|---|---|

**Shana Scott**
**1817 King Cole Dr**
**Waco, TX 76705**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **Unknown** |
|---|---|---|---|

**Shandraea Jefferson**
**922 King St Station Parkway**
**33004**
**Lewisville, TX 75057**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown**    **Unknown** |
|---|---|---|---|

**Shandrea Collins**
**7443 Bamberg Rd**
**Jacksonville, FL 32277**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____
Name

| 2.1379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Shaneqwa Gipson**
**242 Tutt Rd**
**Cornelia, GA 30531**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Shanique Collins**
**1000 Crestwood ct**
**Desoto, TX 75115**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Shanique Smith**
**3229 Edmond Ave**
**Waco, TX 76707**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Shanitha Smith**
**5906 Rock Meadow Trl.**
**Arlington, TX 76017**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|

**2.1383** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**ShaNiya Johnson**
**1508 fm 1240 riesel tx 76682**
**Riesel, TX 76682**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1384** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Shanna Hogan**
**8140 N Hickery St**
**11-032**
**Kansas City, MO 64118**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1385** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Shannon Hoeffler**
**13218 Waterford Castle Dr**
**Dade City, FL 33525**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1386** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Shannon Knox**
**102 Centennial**
**1612**
**Gatesville, TX 76528**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.1387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1387**

Priority creditor's name and mailing address

**Shannon Owen**
**9102 Regal Drive**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1388**

Priority creditor's name and mailing address

**Shannon Walden**
**34 Missoula Ave**
**Butte, MT 59701**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1389**

Priority creditor's name and mailing address

**Shantisia McCreary**
**2509 E. Lake Shore Dr.**
**Apt. 1606**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1390**

Priority creditor's name and mailing address

**Sharanda Dunn**
**1181 Twin Rivers Rd**
**Greensboro, GA 30642**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.1391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |

**Shardai Branch**
**1630 s 57th st**
**Philadelphia, PA 19143**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |

**Shari Unruh**
**3524 W Chitwood St**
**Wichita, KS 67217**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |

**Sharlene Grenville**
**3618 Summit Pines**
**Decatur, GA 30034**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |

**Sharon Dunbar**
**937 Wynnewood Rd**
**Philadelphia, PA 19151**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

Debtor **Examination Management Services, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.1395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

2.1395 | Priority creditor's name and mailing address

**Sharon Thomas**
**7645 Ryanridge Dr**
**Dallas, TX 75232**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**        **Unknown**

---

2.1396 | Priority creditor's name and mailing address

**Sharon Unruh**
**12121 144th Lane**
**Largo, FL 33774**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**        **Unknown**

---

2.1397 | Priority creditor's name and mailing address

**Shasta Lemons**
**1712 Spinnaker Drive**
**Denton, TX 76210**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**        **Unknown**

---

2.1398 | Priority creditor's name and mailing address

**Shavonne McClendon**
**4801 Sanger Ave**
**57**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown**        **Unknown**

---

Debtor **Examination Management Services, Inc.**      Case number *(if known)* _____
Name

| 2.1399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Shawndylyn Miller**
**910 Kelton Road**
**San Diego, CA 92114**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Shaylen CHildress**
**2509 East Lake Shore Dr.**
**1105**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Sheila Ryals**
**504 Cynthia Leigh Lane**
**Saint Marys, GA 31558**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Sheila Woodson**
**4142 Lake Shore Drive**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor __Examination Management Services, Inc._____  Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.1403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.1403**

Priority creditor's name and mailing address

**Shelia Jackson**
**1131 meadow run drive**
**duncanville, TX 75137**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown    Unknown**

---

**2.1404**

Priority creditor's name and mailing address

**Shelley Nash**
**703 County Road 150**
**Riesel, TX 76682**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown    Unknown**

---

**2.1405**

Priority creditor's name and mailing address

**Shelley Sallach**
**2004 250th Street**
**Red Oak, IA 51566**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown    Unknown**

---

**2.1406**

Priority creditor's name and mailing address

**Shelley Simmons**
**10018 Date Meadow Lane**
**Tomball, TX 77375**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Unknown    Unknown**

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.1407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**2.1407**

Priority creditor's name and mailing address
**Shemell Smith**
**704 N 33rd St**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1408**

Priority creditor's name and mailing address
**Shenae Hill**
**4500 Cypresswood Dr**
**#722**
**Spring, TX 77379**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1409**

Priority creditor's name and mailing address
**Sherece Scott**
**118 Deana Rd**
**Robinson, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1410**

Priority creditor's name and mailing address
**Sherhon Johnson**
**3512 Louise lane**
**Balch Springs, TX 75180**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown    Unknown

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
Name

---

| 2.1411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |

**Sheri Reed**
**314 W. Rochelle, Apt. 208**
**Irving, TX 75062**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |

**Sheriel Thomas**
**4300 Meyers Ln #914**
**Waco, TX 76705**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |

**Sheronda Cooper**
**4901 Sunbeam Rd.**
**226**
**Jacksonville, FL 32257**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |

**Sherri Gardner**
**1537 Western Oaks**
**Woodway, TX 76712**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor __Examination Management Services, Inc.__
　　　　Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Sherri Sims**
**3905 Block Dr. APT. # 2175**
**Irving, TX 75038**

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Sherri Wollard**
**218 Red Oak Circle**
**China Spring, TX 76633**

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Sherry Burrows**
**1258 mock road**
**High point, NC 27265**

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Sherry Sullivan**
**1107 S.R. St**
**Indianola, IA 50125**

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.1419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Sherryann Thompson**
**450 Beaver sr box 1093**
**North Wales, PA 19454**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Shiffon Gross**
**5 Dewitt Ave**
**asbury park, NJ 07712**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Shonatara Jones**
**328 Maple Plaza St.**
**Mexia, TX 76667**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Sierra Phoenix**
**1816 West 25th St.**
**Jacksonville, FL 32209**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | |
|---|---|

**2.1423** | Priority creditor's name and mailing address

**Silviann Broussard**
**299**
**#G404**
**Murrieta, CA 92563**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1424** | Priority creditor's name and mailing address

**Skyler Flippo**
**102 Goodwin Ln**
**Moody, TX 76557**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1425** | Priority creditor's name and mailing address

**Skyler Whisnant**
**1800 S 8th St APT 126**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1426** | Priority creditor's name and mailing address

**Sommir Alston**
**1471 E Cheltenham Ave**
**BSMT**
**Philadelphia, PA 19124**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**

Name

Case number (if known) _____

---

| 2.1427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sonia Baez Rivera**
**2707 Grim Ave**
**Waco, TX 76707**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sonia Munoz**
**12500 Merit Dr # 3104**
**Dallas, TX 75251**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sonja King**
**6605 Falcon River Way Apt 813**
**Arlington, TX 76001**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sonya Jean**
**1306 Chapel Downs**
**Waco, TX 76712**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**

Case number (if known) _____

Name

---

| 2.1431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Sonya Mendoza**
**519 Kim Lane**
**Robinson, TX 76706**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Sonya Smith**
**214 north gresham street**
**marlin, TX 76661**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Soraya Patrick**
**3313 Chapel Wood Ct**
**Fort Worth, TX 76116**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**SOUTH CAROLINA DEPT OF**
**REVENUE**
**301 GERVAIS STREET**
**PO BOX 125**
**COLUMBIA, SC 29214**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number *(if known)* _____

| | | |
|---|---|---|

**2.1435** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**SOUTH DAKOTA DEPT OF REVENUE**
**445 EAST CAPITOL AVE**
**PIERRE, SD 57501-3185**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.1436** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**Srilakshmi Bandaru**
**633 Lake City Dr**
**Lewisville, TX 75056**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1437** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**Stacie Haulbrook**
**5745 Crest Oak Way Cumming GA 30028**
**Cumming, GA 30028**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1438** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**Stacy Glick**
**2501 Lynne Lane**
**Millersville, PA 17551**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____
Name

---

| 2.1439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**STACY WALTON JR**
**11127 Linden Gate**
**Houston, TX 77075**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Starla Sebben**
**785 S. Market St.**
**Knoxville, IL 61448**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stefani Oakes**
**2060 Brandy Dr**
**Forest Hill, MD 21050**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephanie Beck**
**1207 Lumadue St**
**Clearfield, PA 16830**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor __Examination Management Services, Inc._____

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1443 | Priority creditor's name and mailing address | |

**Stephanie Cox**
**1908 Fairmont PKWY**
**Erie, PA 16510**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown          Unknown

_____

Date or dates debt was incurred

Basis for the claim:

_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | |
|---|---|---|
| 2.1444 | Priority creditor's name and mailing address | |

**Stephanie Fox**
**8110 Rouen Ct**
**Stockton, CA 95210**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown          Unknown

_____

Date or dates debt was incurred

Basis for the claim:

_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | |
|---|---|---|
| 2.1445 | Priority creditor's name and mailing address | |

**Stephanie Hernandez**
**1516 Gurley Lane Apt.#2208**
**Waco, TX 76706**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown          Unknown

_____

Date or dates debt was incurred

Basis for the claim:

_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| | | |
|---|---|---|
| 2.1446 | Priority creditor's name and mailing address | |

**Stephanie Kelley**
**2 Terri Dr**
**Carlisle, PA 17015**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown          Unknown

_____

Date or dates debt was incurred

Basis for the claim:

_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor __Examination Management Services, Inc._____     Case number (if known) _____
        Name

| 2.1447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Stephanie Randolph**
**4332 Peregrine Way**
**Carrollton, TX 75010**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Stephanie Rogers**
**3941 Charleston Hwy Lot 171**
**West Columbia, SC 29172**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Stephanie Scott**
**247 E Ave J8**
**Lancaster, CA 93535**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Stephanie Tamayo**
**605 BROOKLYN AVE**
**NORTH BALDWIN, NY 11510**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor __Examination Management Services, Inc.__      Case number _(if known)_ _____
      Name

| 2.1451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Stephanie Washington**
**645 E. Regent Street**
**3**
**Inglewood, CA 90301**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Stephen Bourassa**
**2025 Avenue B Apt 1**
**Schenectady, NY 12308**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Stephen Krajcir**
**7046 Langham Court**
**Indianapolis, IN 46259**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Stephen Sunthimer**
**2109 Oakridge Dr**
**Little Elm, TX 75068**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____

Name

| 2.1455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephenie Pettie**
**3108 Katy Ln**
**Waco, TX 76705**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Steven Carter**
**757 prairieview rd.**
**Knoxville, IL 61448**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sue London**
**1131 VZCR 2317**
**CANTON, TX 75103**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Summer Dutoit**
**6388 HWY 562**
**Wisner, LA 71378**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 2.1459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

2.1459 | Priority creditor's name and mailing address

**Sung Kim**
**14232 Dallas Pkwy**
**Apt 1606**
**Dallas, TX 75254**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1460 | Priority creditor's name and mailing address

**Susan Degner Jarcy**
**845 Chaparral Dr.**
**Grand Prairie, TX 75052**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1461 | Priority creditor's name and mailing address

**Susan Farmer**
**P.O. Box 654**
**Lorena, TX 76655**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1462 | Priority creditor's name and mailing address

**Susan Guilbault**
**306 N. 40th**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**                Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 2.1463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Susan Lewis**
**209 3Rd St.**
**Gurley, AL 35748**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Susan Phaneuf**
**5 Brikham Way**
**Burlington, CT 06013**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Susan Sills**
**249 Sales Ave**
**Chatsworth, GA 30705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Susan Stern**
**1953 Flowering Tree Terrace**
**Silver Spring, MD 20902**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1467 | Priority creditor's name and mailing address<br>**Syed Ahmed**<br>**218 Kissimmee Dr.**<br>**Arlington, TX 76002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1468  Priority creditor's name and mailing address
**Sylvia Roland**
**107 Creekside Drive**
**Dalton, GA 30720**

As of the petition filing date, the claim is:   **Unknown**   **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1469  Priority creditor's name and mailing address
**Tacoya Armstrong**
**1011 N 20th St**
**Waco, TX 76707**

As of the petition filing date, the claim is:   **Unknown**   **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.1470  Priority creditor's name and mailing address
**Tad Aschenbrenner**
**8515 Daimler Way**
**Sacramento, CA 95828**

As of the petition filing date, the claim is:   **Unknown**   **Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Examination Management Services, Inc.**       Case number (if known) _____
      Name

| 2.1471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tamekia Exum**
**6524 Alford Dr**
**Apt B**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1472 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Tamela Grass**
**11441 Turning Leaf Trail**
**Fort Worth, TX 76244**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1473 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Tamer Aziz**
**2128 mather way**
**B**
**Elkins park, PA 19027**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1474 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Tamesheka Jefferson**
**2627 Sanger Ave**
**A**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**     Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.1475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |

**Tammie Iwara**
**21 Montpelier Boulevard**
**New Castle, DE 19720**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.1476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |

**Tammie Madaris**
**7315 S. Sherrill Street**
**Tampa, FL 33616**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.1477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |

**Tammie Thompson**
**810 Del Lenora Dr APT 34**
**Duncanville, TX 75116**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.1478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |

**Tammy Johnson**
**8370 NW 24TH  COURT**
**SUNRISE, FL 33322**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

_____
Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor __Examination Management Services, Inc._____ Case number (if known) _____
　　　　Name

| | | |
|---|---|---|
| 2.1479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **Unknown** **Unknown** |

**2.1479** | Priority creditor's name and mailing address

**Tammy Kauffman**
**2751 East Mullett Lake Road**
**Indian River, MI 49749**

As of the petition filing date, the claim is:　　　　　　　　　　　　**Unknown**　　**Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred　　　　Basis for the claim:

_____
Last 4 digits of account number　　　　Is the claim subject to offset?
Specify Code subsection of PRIORITY　　■ No
unsecured claim: 11 U.S.C. § 507(a) (4)　☐ Yes

---

**2.1480** | Priority creditor's name and mailing address

**Tammy Madden**
**5181 Weatherford Drive**
**Birmingham, AL 35242**

As of the petition filing date, the claim is:　　　　　　　　　　　　**Unknown**　　**Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred　　　　Basis for the claim:

_____
Last 4 digits of account number　　　　Is the claim subject to offset?
Specify Code subsection of PRIORITY　　■ No
unsecured claim: 11 U.S.C. § 507(a) (4)　☐ Yes

---

**2.1481** | Priority creditor's name and mailing address

**Tammy Newton**
**1410 E. Limestone Ave**
**Mart, TX 76664**

As of the petition filing date, the claim is:　　　　　　　　　　　　**Unknown**　　**Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred　　　　Basis for the claim:

_____
Last 4 digits of account number　　　　Is the claim subject to offset?
Specify Code subsection of PRIORITY　　■ No
unsecured claim: 11 U.S.C. § 507(a) (4)　☐ Yes

---

**2.1482** | Priority creditor's name and mailing address

**Tammy Witt**
**2204 Proctor Ave**
**Waco, TX 76708**

As of the petition filing date, the claim is:　　　　　　　　　　　　**Unknown**　　**Unknown**
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred　　　　Basis for the claim:

_____
Last 4 digits of account number　　　　Is the claim subject to offset?
Specify Code subsection of PRIORITY　　■ No
unsecured claim: 11 U.S.C. § 507(a) (4)　☐ Yes

---

Debtor __Examination Management Services, Inc.__
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Tanecia Medlock**
**411 N Douglas St**
**Mart, TX 76664**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1484 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**Taneka West**
**281 Cherokee Pond Trl**
**Lexington, SC 29072**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1485 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**Tania Esparza**
**40510 Otis Allen Rd.**
**Zephyrhills, FL 33540**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1486 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**Tanisha Robertson**
**1108 El Camino Real #132**
**Euless, TX 76040**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.1487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tara Deleon**
**11005 Woodway Dr**
**Waco, TX 76712**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Taryta Fields**
**1409 26th Ave**
**Seattle, WA 98122**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tatum Fitz**
**13815 Maugansville Rd**
**PO Box 248**
**Maugansville, MD 21767**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tawina Magee**
**3824 Longmeadow Way**
**Fort Worth, TX 76117**

As of the petition filing date, the claim is:
_Check all that apply._
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

---

**2.1491** Priority creditor's name and mailing address

**Taylor Huff**
**219 Jennifer Dr**
**Robinson, TX 76706**

As of the petition filing date, the claim is:
_Check all that apply._

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

**2.1492** Priority creditor's name and mailing address

**Taylor McPherson**
**112 Cotton Ln**
**Moody, TX 76557**

As of the petition filing date, the claim is:
_Check all that apply._

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

**2.1493** Priority creditor's name and mailing address

**Taylor Reese**
**385 Quail Hollow Lane**
**Waco, TX 76712**

As of the petition filing date, the claim is:
_Check all that apply._

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

**2.1494** Priority creditor's name and mailing address

**Te'Aira Bouye**
**2425 Aleaxander**
**Waco, TX 76708**

As of the petition filing date, the claim is:
_Check all that apply._

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
_____
Name

| 2.1495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Te'Amber Degrate**
**800 Melrose Drive**
**Waco, TX 76710**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**TENNESSEE DEPT OF REVENUE**
**500 DEADERICK ST**
**ANDREW JACKSON BLDG**
**NASHVILLE, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Teresa Jimenez**
**1605 Elm St.**
**El Paso, TX 79930**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Terry Dodd**
**200 Brenda St**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Examination Management Services, Inc.**      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.1499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **Unknown** **Unknown** |

**2.1499**    Priority creditor's name and mailing address

**Terry Fowler**
**1721 Belt Line Rd. #1215 Coppell,**
**TX 750**
**Coppell, TX 75019**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1500**    Priority creditor's name and mailing address

**Terry Isham**
**2340 Kendrick Lane**
**Waco, TX 76711**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1501**    Priority creditor's name and mailing address

**Theresa Kaper**
**377 Avon Rd.**
**apt. D112**
**Devon, PA 19333**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1502**    Priority creditor's name and mailing address

**Theresa Williams**
**8753 Edenton Way**
**Jonesboro, GA 30238**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.1503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Thomas Cagney**
**2609 W. Southern Ave**
**Lot 94**
**Tempe, AZ 85282**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Thomas Cuthbert**
**4801 NE 1st Terrace**
**Oakland Park, FL 33334**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Tia Fulghum**
**5029 Clark St**
**Baton Rouge, LA 70811**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.1506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Tiara Sanders**
**8355 Brent Dr**
**606**
**Fort Worth, TX 76120**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor __Examination Management Services, Inc._____ Case number (if known) _____
       Name

| 2.1507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tichina McKinney**
**1900 Real Dr.**
**Waco, TX 76712**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tierra Bolden**
**1012 N 60th Street**
**Waco, TX 76710**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tiffany Anderson**
**5406 Lake Crest**
**Waco, TX 76710**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tiffany Bautista**
**3610 176th Pl SW**
**Lynnwood, WA 98037**

Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**            Case number (if known)
_____
Name

| | | | |
|---|---|---|---|
| 2.1511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |

**Tiffany Bendo**
**305 Oak street**
**Bethesda, OH 43719**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |

**Tiffany Dame**
**1025 Sterling Dr**
**Seminole, OK 74868**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |

**Tiffany Deen**
**400 SW Gordon St. #405**
**Burleson, TX 76028**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.1514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |

**Tiffany Henderson**
**5416 Fairlawn Ave**
**Baltimore, MD 21215**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
_____
Name

| 2.1515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tiffany Marcks**
**1113 Meadowview Dr**
**Euless, TX 76039**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tiffany Scott**
**200 Woodlands Blvd**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tikika Whitner**
**320 Prosperity Ave**
**Greenville, SC 29615**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tina Buffington**
**123 Neckar Ln**
**Lorena, TX 76655**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
_____
Name

| 2.1519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tina Grigsby**
**7780 flyng cloud dr**
**apt 1312**
**Eden Prairie, MN 55344**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tita Wright**
**895 South 18th Street**
**2**
**Newark, NJ 07108**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Todd Haverkamp**
**417 N. 44th #1204**
**Lincoln, NE 68503**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tomy Reynolds**
**7528 FM 121**
**Van Alstyne, TX 75495**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **Examination Management Services, Inc.**
      Name
                             Case number (if known)

---

| 2.1523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Toni O'Connor**
**1475 Alameda Drive**
**Spring Hill, FL 34609**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tonia Stanley**
**4265 Big Horn Pass Douglasville,**
**GA 3013**
**Douglasville, GA 30135**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tonja Kimble**
**2509 E Lakeshore Dr.**
**1008**
**Waco, TX 76705**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tonya Cowin**
**9830 Lincoln Village Dr**
**Apt 48**
**Sacramento, CA 95827**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor __Examination Management Services, Inc.__ 
Name

Case number (if known) _____

| 2.1527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tonya McClain**
**920 Woodbine St**
**Pittsburgh, PA 15201**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tonya Smith**
**2405 JJ Flewellen dr #303**
**Waco, TX 76704**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tonye Aseminaso**
**9201 Norwich Drive**
**McKinney, TX 75071**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tosha Warfield**
**2606 Chesapeake St**
**Euless, TX 76040**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
        Name

Case number (if known) _____

---

| 2.1531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Toshua Moon**
**106 Wolverine Dr.**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1532 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Tracey Castilow**
**250 Summer Harvest**
**Lorena, TX 76655**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1533 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Tracey Eady**
**2713 Meadow Park Dr**
**Apt C**
**Bedford, TX 76021**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1534 | Priority creditor's name and mailing address | | Unknown | Unknown |

**Tracey Lindsay**
**6308 Windcrest Dr**
**2626**
**Plano, TX 75024**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor __Examination Management Services, Inc._____     Case number (if known) _____
          Name

| 2.1535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Traci Hines**
**13424 Josephine Street**
**Omaha, NE 68138**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Traci Kuhl**
**93 Lake Meade Drive**
**East Berlin, PA 17316**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tracie Love**
**1601 Stoneleight CT Apt 2125**
**Arlington, TX 76011**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tracie Robinson**
**1344 Fort Stevens Dr NW**
**101**
**Washington, DC 20011**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.1539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tracy Brown**
**8400 Stonebrook Pkwy**
**1922**
**Frisco, TX 75034**

As of the petition filing date, the claim is:
_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tracy Brown**
**641 N. Town East, #225**
**Mesquite, TX 75150**

As of the petition filing date, the claim is:
_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tracy Poston**
**110 S Rita**
**Waco, TX 76705**

As of the petition filing date, the claim is:
_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Travis Keller**
**3007 Morningview Dr**
**Rapid City, SD 57702**

As of the petition filing date, the claim is:
_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

---

| 2.1543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Tressa Stokes**
**6114 Thistlewood Rd**
**Jacksonville, FL 32277**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Tricia Grammer**
**16 Perrin St**
**Waco, TX 76705**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Trina Kinnebrew**
**1428 Golden Gate Blvd.**
**Suite H2**
**Mayfield Heights, OH 44124**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |

**Trinity Veney**
**1527 Western Oaks**
**Waco, TX 76712**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

---

| 2.1547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |

**Trista Nelson**
**5210 Bagby Ave Apt 937**
**Waco, TX 76711**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |

**Twila Leshikar**
**209 Whispering Meadows Dr**
**Hewitt, TX 76643**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |

**Tyee Jero**
**748 Ottawa**
**Axtell, TX 76624**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |

**Tyeesha Hollins**
**2813 Cole**
**Waco, TX 76707**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| 2.1551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tyler Norman**
**1707 live oak**
**Waco, TX 76708**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tyrone Davis**
**4228 Dawson**
**Houston, TX 77051**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tyronicka Johnson**
**2509 E. Lakeshore Dr. Apt 104**
**Waco, TX 76705**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Tyson Pruett**
**102 Avenue A**
**Moody, TX 76557**

Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

| | | | | |
|---|---|---|---|---|

**2.1555** Priority creditor's name and mailing address
**Uchuandala Miller**
**12250 Atlantic Blvd apt 805**
**Jacksonville, FL 32225**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1556** Priority creditor's name and mailing address
**Ulanda Williams**
**3928 Richfield Ave.**
**Waco, TX 76707**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1557** Priority creditor's name and mailing address
**Unnati Parikh**
**8 Prairie Lane**
**Bayville, NJ 08721-2252**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1558** Priority creditor's name and mailing address
**UTAH STATE TAX COMMISSION**
**210 NORTH 1950 WEST**
**SALT LAKE CITY, UT 84134**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |

**Valerie Fitzon**
**1100 Greenbriar Lane**
**Arlington, TX 76013**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |
|---|---|---|---|

**Valerie Fracaro**
**14940 Angelico St.**
**Lemont, IL 60439**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |
|---|---|---|---|

**Valerie Neal**
**6400 N West Parkview**
**Park City, KS 67219**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.1562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown** |
|---|---|---|---|

**Valiant Tindell**
**630 Old Sawmill Rd**
**Axtell, TX 76624**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number (if known) _____

Name

---

| 2.1563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Vanessa Brooks**
**914 Tahoe Trail**
**Hewitt, TX 76643**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
     ■ No
     ☐ Yes

---

| 2.1564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Vanessa Snow**
**2520 Massey Dr**
**Robinson, TX 76706**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
     ■ No
     ☐ Yes

---

| 2.1565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Velita Armstrong**
**1233 Willowbrook Dr SE Apt 3**
**Apt#3**
**Huntsville, AL 35802**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
     ■ No
     ☐ Yes

---

| 2.1566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Venita Ross**
**48 West Windsor Dr.**
**Little Rock, AR 72209**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
     ■ No
     ☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number (if known) _____

---

| 2.1567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Vera Early**
**201 Parakeet Dr**
**Desoto, TX 75115**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**VERMONT DEPT OF TAXES**
**133 STATE ST**
**MONTPELIER, VT 05633-1401**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.1569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Veronica Holland**
**207 N Glenwood Apt A**
**Rialto, CA 92376**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Veronica Menter**
**4301 Confederate Point Road**
**#225A**
**Jacksonville, FL 32210**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Examination Management Services, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.1571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

| 2.1571 | Priority creditor's name and mailing address<br>**Vicki Bouchard**<br>**803 South 10TH ST**<br>**Clinton, IA 52732** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1572 | Priority creditor's name and mailing address<br>**Vicki Metcalf**<br>**3716 Katy Lane**<br>**Waco, TX 76705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1573 | Priority creditor's name and mailing address<br>**Vickie Bennett**<br>**6941 Donna Ave**<br>**Reseda, CA 91335** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.1574 | Priority creditor's name and mailing address<br>**Vickyana Vanderpool**<br>**1710 NW 7th St Apt 604**<br>**Gainesville, FL 32609** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Examination Management Services, Inc.**      Case number (if known) _____

Name

---

| 2.1575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Victoria Mackey**
**3105 Richfield Ave**
**Lake Placid, FL 33852**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vincent Nyankum**
**2801 Oak Moor Apt3 5308**
**Arlington, TX 76010**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Virginia Dawn Bowling**
**669 Pinebrook Dr E**
**Jacksonville, FL 32220**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**VIRGINIA DEPT OF TAXATION**
**PO BOX 1115**
**RICHMOND, VA 23218-1115**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____

Name

---

| | | |
|---|---|---|
| 2.1579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**VIRGINIA DEPT OF TAXATION**
**1957 WESTMORELAND ST**
**RICHMOND, VA 23230**

        **Unknown**       **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

| 2.1580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Von Manning**
**779 E 19th Street**
**#2**
**Paterson, NJ 07501-2401**

        **Unknown**       **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

| 2.1581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Wanda Pankratz**
**5718 S 141 Plz #21**
**Omaha, NE 68137**

        **Unknown**       **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

| 2.1582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Warren France**
**1400 Shannon Pl**
**Carrollton, TX 75006**

        **Unknown**       **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.1583** | Priority creditor's name and mailing address

**WASHINGTON STATE DEPT OF REVENUE**
**PO BOX 47478**
**OLYMPIA, WA 98504-7478**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.1584** | Priority creditor's name and mailing address

**WASHINGTON STATE DEPT OF REVENUE**
**PO BOX 47476**
**OLYMPIA, WA 98504-7476**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.1585** | Priority creditor's name and mailing address

**Wen He**
**6710 28th Ave. S.**
**Seattle, WA 98108**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.1586** | Priority creditor's name and mailing address

**Wendy Aycock**
**P.O.Box 23061**
**Waco, TX 76702**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Unknown        Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Examination Management Services, Inc.**     Case number (if known) _____
     Name

| 2.1587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wendy Caughenbaugh**
**7758 Owensville Cemetery Rd**
**Franklin, TX 77856**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wendy Cobb**
**1809 1ST ST**
**PLATTE CITY, MO 64079**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wendy Reynolds**
**4042 Trenton Ave**
**Clovis, CA 93619**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wendy Silva**
**472 60TH STREET**
**2L**
**BROOKLYN, NY 11220**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Examination Management Services, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.1591** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown

**WEST VIRGINIA STATE TAX DEPT**
**1001 LEE ST**
**CHARLESTON, WV 25301**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1592** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown

**WEST VIRGINIA STATE TAX DEPT**
**PO BOX 766**
**BANKRUPTCY UNIT**
**CHARLESTON, WV 25323-0766**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.1593** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown

**Whitney Labeau**
**9633 Juniper Ave F4**
**Fontana, CA 92335**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.1594** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown

**William Durham**
**P.O. Box 120**
**Blue Grass, VA 24413**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Examination Management Services, Inc.** Case number (if known) _____
        Name

| | | |
|---|---|---|
| 2.1595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

2.1595 | Priority creditor's name and mailing address

**William Haines**
**1191 Sugartree Ct.**
**Cincinnati, OH 45231**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1596 | Priority creditor's name and mailing address

**William Keys**
**17608 Ivy Hill Drive**
**Dallas, TX 75287**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1597 | Priority creditor's name and mailing address

**Willie Redmond**
**7773 Mary Payton Dr**
**Southaven, MS 38671**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.1598 | Priority creditor's name and mailing address

**Winston Bowen**
**1227 Huntington Greens Dr**
**Sin City Center, FL 33573**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.1599** | Priority creditor's name and mailing address

**WISCONSIN DEPT OF REVENUE**
**2135 RIMROCK RD**
**MADISON, WI 53713**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1600** | Priority creditor's name and mailing address

**WYOMING DEPT OF REVENUE**
**HERSCHLER BLDG**
**2ND FL WEST**
**CHEYENNE, WY 82002-0110**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1601** | Priority creditor's name and mailing address

**YANIS CANOVA**
**6719 Lindale Ln**
**KATY, TX 77449**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.1602** | Priority creditor's name and mailing address

**Yolanda Brownlee**
**7734 Brookbury Cove**
**Memphis, TN 38125**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.1603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Yolanda Hobbs**
**153 S. New Dallas Hwy**
**Waco, TX 76705**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Yvette Chin**
**3312 Grayvine Ln**
**Bowie, MD 20721**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Yvonne Dornsife**
**7 Oak Ter. #TE**
**Cressona, PA 17929**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zachery Loera**
**4221 Old Denton Road**
**1304**
**Carrollton, TX 75010**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Zelma Almonte**
**16339 Stuebner Airline Rd**
**415**
**Spring, TX 77379**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Zerritta Worsham**
**7575 S WESTMORELAND RD**
**APT #2113**
**DALLAS, TX 75237**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$3,633.92** |

**11717 LLC**
**BURT STREET PROFESSIONAL BLDG**
**OMAHA, NE 68154**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Real Property Lease**

Is the claim subject to offset? ☑ No ☐ Yes

---

| **3.2** | Nonpriority creditor's name and mailing address | **$490.00** |
|---|---|---|

**24/7 ONSITE DRUG & ALCOHOL TESTING**
**9708 SPID SUITE B-100**
**CORPUS CHRISTI, TX 78418**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| **3.3** | Nonpriority creditor's name and mailing address | **$9,608.67** |
|---|---|---|

**360 CONSULTING JV**
**3010 LBJ FREEWAY, SUITE 1200**
**DALLAS, TX 75234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,236.44** |
|---|---|---|---|
| | **5882 INC** | ☐ Contingent | |
| | **450-106 SR 13N #115** | ☐ Unliquidated | |
| | **ST JOHNS, FL 32259** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$503.80** |
|---|---|---|---|
| | **A & D TESTS INC** | ☐ Contingent | |
| | **P O BOX 21701** | ☐ Unliquidated | |
| | **WACO, TX 76702** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$474.78** |
|---|---|---|---|
| | **A BETTER PARAMEDIC** | ☐ Contingent | |
| | **413 SW 3RD ST** | ☐ Unliquidated | |
| | **HALLANDALE, FL 33009** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$211.07** |
|---|---|---|---|
| | **A.T. DIRECT EXAMS LLC** | ☐ Contingent | |
| | **1270 W BLACK WOLF RD** | ☐ Unliquidated | |
| | **ROUND LAKE, IL 60073** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,940.86** |
|---|---|---|---|
| | **ABM JANITORIAL SERVICES SOUTH CENTRAL IN** | ☐ Contingent | |
| | **P O BOX 951864** | ☐ Unliquidated | |
| | **DALLAS, TX 75395-1864** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.91** |
|---|---|---|---|
| | **ABQ DRUG TESTING INC** | ☐ Contingent | |
| | **8338 COMANCHE RD NE BLDG B** | ☐ Unliquidated | |
| | **ALBUQUERQUE, NM 87110** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,976.27** |
|---|---|---|---|
| | **ADVANCED MEDICAL INC** | ☐ Contingent | |
| | **5959 SHALLOWFORD RD** | ☐ Unliquidated | |
| | **CHATTANOOGA, TN 37421-2228** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00**
---|---|---|---

**ADVANCED MEDICAL SERVICES**
**409 E BRADLEY STREET, SUITE 3**
**LARAMIE, WY 82702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,890.02**

**ADVANCED SPECIMEN COLLECTIONS LLC**
**2512 WATERBRIDGE WAY**
**EVANSVILLE, IN 47710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00**

**AEIOU**
**170 UNIVERSITY DRIVE**
**AMHERST, MA 01002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**AFC OCC MED PAY ALABAMA**
**P O BOX 930171**
**ATLANTA, GA 31193-0171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,265.25**

**AFFIRM BACKGROUND SCREENING**
**310 STUNTZ AVENUE, SUITE 101**
**ASHLAND, WI 54806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$864.75**

**AHS(MORRISTOWN MEMRIAL HOSPITAL**
**ATTN:AP BOX 925**
**MORRISTOWN, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,977.49**

**ALABAMA MEDSCREEN INC**
**3100 LORNA RD**
**BIRMINGHAM, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43.25**

**ALARM CENTER**
**PO BOX 7654**
**WACO, TX 76714-7654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$574.82**

**ALCOHOL & DRUG TESTING SERVICES**
**6025 LABATH AVENUE**
**ROHNERT PARK, CA 94928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**ALEXIAN BROTHERS MEDICAL GROUP**
**25 EAST SCHAUMBURG ROAD, SUITE 200**
**SCHAUMBURG, IL 60194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,608.50**

**ALLSCRIPTS HEALTHCARE LLC**
**24630 NETWORK PLACE**
**CHICAGO, IL 60673-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**ALPINE MEDICAL CENTER**
**202 NORTH 2ND STREET**
**ALPINE, TX 79830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$199.32**

**AMAZON CAPITAL SERVICES INC**
**PO BOX 035184**
**SEATTLE, WA 98124-5184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,312.29**

**AMLI AT ESCENA**
**6401 ESCENA BLVD**
**IRVING, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Real Property Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**ANY LAB TEST NOW**
**6701 S LOUISE AVENUE**
**SIOUX FALLS, SD 57108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,381.51 |
|---|---|---|---|

**APP MEDICAL SERVICES INC**
**1955 SHERMER ROAD**
**NORTHBROOK, IL 60062-5352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,703.25 |
|---|---|---|---|

**APPLICINT INC**
**ATTN: TERRI SANDOVAL**
**SAN DIEGO, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**ARCPOINT LABS OF TAMPA**
**2901 W BUSCH BLVD STE 206**
**TAMPA, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,281.67 |
|---|---|---|---|

**ARROW CAPITAL SOLUTIONS INC**
**9201 E DRY CREEK ROAD**
**CENTENNIAL, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.00 |
|---|---|---|---|

**ASANTE PHYSICIAN PARTNERS**
**PO BOX 743556**
**LOS ANGELES, CA 90074-3556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.00 |
|---|---|---|---|

**ASCENSION MICHIGAN**
**3198 SOLUTIONS CENTER**
**CHICAGO, IL 60677-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Examination Management Services, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $7,867.87 |

**ASPIRING HEALTH SOLUTIONS, LLC**
**P.O. BOX 2015**
**CATOOSA, OK 74015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $4,470.46 |

**ASSURANCE TESTING SERVICES INC**
**2237-B S CONGRESS AVE**
**PALM SPRINGS, FL 33406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $5,762.46 |

**ASTORINO, TRACY**
**17003 PATTERSON DR**
**OMAHA, NE 68135**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $610.71 |

**AT&T**
**P O BOX 10226**
**NEWARK, NJ 07193-0226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $90.00 |

**ATLANTICARE PHYSICIAN GROUP**
**P O BOX 786061**
**PHILADELPHIA, PA 19178-6061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $5,700.00 |

**AUDIT-TEL**
**7293 BEECHMONT AVE**
**CINCINNATI, OH 45230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,640.00 |

**AVIATION ROAD PROPERTIES**
**21 COMPUTER DRIVE EAST**
**ALBANY, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Real Property Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Examination Management Services, Inc.__  Case number *(if known)* _____

Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,637.18 |
|---|---|---|---|

**BAIN PAPER COMPANY**
**224 COTTON DRIVE**
**WACO, TX 76712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**BAKERSFIELD DRUG TESTING**
**2204 Q STREET, SUITE A**
**BAKERSFIELD, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.62 |
|---|---|---|---|

**BALLARD NEIGHBORHOOD DOCTORS**
**7701 15TH AVENUE NW**
**SEATTLE, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,054.46 |
|---|---|---|---|

**BANKDIRECT CAPITAL FINANCE**
**TWO CONWAY PARK**
**LAKE FOREST, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**BARNES CARE**
**P O BOX 502808**
**ST LOUIS, MO 63150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**BARRY W LEEDER INC**
**2129 HACIENDA WAY #J**
**SACRAMENTO, CA 95825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|---|

**BAYLOR SCOTT & WHITE HEALTH**
**5701 AIRPORT RD MS-AR-M200**
**TEMPLE, TX 76502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**BEACON OCCUPATIONAL HEALTH AND SAFETY SE**
**LOCKBOX #631101 PO BOX 3852**
**SEATTLE, WA 98124-3852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,671.65**

**BEECKEN PETTY O'KEEFE & COMPANY**
**131 S DEARBORN ST STE 2800**
**CHICAGO, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$579.01**

**BENEDICTA ROWENA SAURA**
**5329 E BERGH DR**
**ANAHEIM, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

**BENEFITS HOSPITALS INC**
**500 5TH AVE SOUTH**
**GREAT FALLS, MT 59403-5096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00**

**BHMA OCCUPATIONAL MEDICINE**
**1901 SOUTH SHADY STREET**
**MOUNTIN CITY, TN 37683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,006.70**

**BI-STATE PROFESSIONAL SERVICS INC**
**17838 Chesterfield Airport Road**
**Chesterfield, MO 63005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,289.05**

**BioIQ**
**2300 Windy Ridge Parkway, Suite 850 S.**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$444.08**

**BLUE RIDGE SCIENTIFIC TRANSPORT**
**1074 SHADOW PEAK RD**
**FOREST, VA 24551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,080.46**

**BR MEDTESTS INC**
**5032 CLARK HOWELL HIGHWAY**
**COLLEGE PARK, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,822.78**

**BRASS CENTERVIEW 2012 LLC**
**10010 SAN PEDRO SUITE 450**
**SAN ANTONIO, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Real Property Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$293.40**

**BRIDGEANCE PHLEBOTOMY**
**801 S WEST ST**
**OLNEY, IL 62450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,527.68**

**BROOKMAT, CORP**
**C/O ARDENBROOK INC AGENT**
**4725 THORNTON AVE.**
**FREMONT, CA 94536-6408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Real Property Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,262.50**

**BURCH & CRACCHIOLO PA**
**P O BOX 16882**
**PHOENIX, AZ 85011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.00**

**BURNETT MEDICAL CENTER**
**257 W ST GEORGE AVE.**
**GRANTSBURG, WI 54840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Examination Management Services, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|
| | **BUTLER MEDICAL ASSOCIATES** | ☐ Contingent | |
| | **BUTLER PROFESSIONAL BUSINESS** | ☐ Unliquidated | |
| | **BUTLER, PA 16003** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,476.49** |
|---|---|---|---|
| | **BVIP Baywest LLC** | ☐ Contingent | |
| | **504 Rhett Street** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **Greenville, SC 29601** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Real Property Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720.93** |
|---|---|---|---|
| | **C & E EXAMINING INC** | ☐ Contingent | |
| | **1632 CAROL STREET** | ☐ Unliquidated | |
| | **DOWNERS GROVE, IL 60515-1863** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|
| | **CARLE PHYSICIAN GROUP** | ☐ Contingent | |
| | **P O BOX 6004** | ☐ Unliquidated | |
| | **URBANA, IL 61803-6004** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.80** |
|---|---|---|---|
| | **CARRIS HEALTH LLC** | ☐ Contingent | |
| | **PO BOX 150** | ☐ Unliquidated | |
| | **WILLMAR, MN 56201-0150** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,242.78** |
|---|---|---|---|
| | **Causeway Partners L.L.C.** | ☐ Contingent | |
| | **REGIONS BANK BLDG SUITE 1040** | ☐ Unliquidated | |
| | **METAIRIE, LA 70002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Real Property Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,218.04** |
|---|---|---|---|
| | **CDW DIRECT LLC** | ☐ Contingent | |
| | **P O BOX 75723** | ☐ Unliquidated | |
| | **CHICAGO, IL 60675-5723** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Examination Management Services, Inc.**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,668.29** |

**CENTRAL ALABAMA PARAMEDICAL SERVICES LLC**
**4200 CARMICHAEL COURT NORTH**
**MONTGOMERY, AL 36106-3621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.08** |

**CENTRAL MEDICAL SERVICES OF SOUTHERN NEW**
**2170 E LOHMAN AVENUE STE A**
**LAS CRUCES, NM 88001-8412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,526.41** |

**CENTURYLINK**
**PO BOX 96064**
**CHARLOTTE, NC 28296-0064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,620.81** |

**CERIDIAN HCM INC**
**P O BOX 772830**
**CHICAGO, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,980.95** |

**CERTIFIED LANGUAGES INTERNATIONAL**
**4800 SW MACADAM AVENUE SUITE 400**
**PORTLAND, OR 97239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$442.40** |

**CHARLOTTE TERRY**
**48 TIMBER LANE**
**TEXARKANA, TX 75501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.00** |

**CHESAPEAKE MEDICAL SOLUTIONS PA**
**31516 WINTERPLACE PARKWAY STE 103**
**SALISBURY, MD 21804-1882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$16,745.07** |

**CHRISTIANSTEVEN SOFTWARE LLC**
**11020 DAVID TAYLOR DR STE 317**
**CHARLOTTE, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$27,738.73** |

**CIBER GLOBAL LLC**
**3270 WEST BIG BEAVER ROAD STE 120**
**TROY, MI 48084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$356.67** |

**CINTAS CORPORATION**
**P O BOX 740855**
**CINCINNATI, OH 45274-0855**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$40.00** |

**CLINICAL LABORATORIES OF HI**
**PO BOX 30430**
**HONOLULU, HI 96820-0430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$143,954.10** |

**CLINICAL REFERENCE LABORATORY**
**P O BOX 802273**
**KANSAS CITY, MO 64180-2273**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$33.80** |

**CLOUD COUNTY HEALTH CENTER INC**
**1100 HIGHLAND DRIVE**
**CONCORDIA, KS 66901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$150.00** |

**CNA SURETY**
**8137 INNOVATION WAY**
**CHICAGO, IL 60682-0081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,453.21 |
|---|---|---|---|

**COBLE, JULIA**
**368 MOORES CAMP HIGHWAY**
**BENTON, KY 42025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,528.40 |
|---|---|---|---|

**COHEN SOUTHWIND GP**
**6750 Poplar Ave Ste 107**
**MEMPHIS, TN 38138-7407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,829.60 |
|---|---|---|---|

**COLE, MARY**
**1382 HARMONY RD**
**JONESBOROUGH, TN 37659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.72 |
|---|---|---|---|

**COLTON PUBLIC UTILITIES**
**P.O. BOX 1367**
**COLTON, CA 92324-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**COMMUNITY HEALTH PARTNERS INC**
**126 S MAIN STREET**
**LIVINGSTON, MT 59047-2624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.92 |
|---|---|---|---|

**COMPREHENSIVE DRUG SCREENING**
**473 N MAJOR RD**
**BELTON, SC 29627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,040.27 |
|---|---|---|---|

**CONCENTRA**
**POST OFFICE BOX 9008**
**LITTLETON, CO 80160-9008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,590.38**

CONSOLIDATED HEALTH SRVCS INC
4717 JENN DRIVE
MYRTLE BEACH, SC 29577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$166.78**

COOK, SHAUNA
4404 14TH AVENUE SOUTH
GREAT FALLS, MT 59405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,073.53**

COPIES OF INTEGRITY LLC
P O BOX 834
LADSON, SC 29456-0834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360.00**

COVERALL NORTH AMERICA INC
350 SW 12TH AVENUE
DEERFIELD BEACH, FL 33442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,177.21**

CP LCF III LLC
815 BRAZOS ST STE 500
AUSTIN, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Real Property Lease

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,148.28**

CPT NETWORK SOLUTIONS INC
1062 W. SOUTH THORNDALE AVE
BENSENVILLE, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,819.08**

CRESTWOOD BUSINESS CENTER LLC
C/O AL ANGELO COMPANY
400 E Mill Plain Blvd
VANCOUVER, WA 98660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Real Property Lease

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Examination Management Services, Inc.**     Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.95   **Nonpriority creditor's name and mailing address**

**CROSSROADS URGENT CARE PPLC**
P O BOX 671244
**DALLAS, TX 75267-1244**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

3.96   **Nonpriority creditor's name and mailing address**

**CRUMP LIFE INSURANCE SERVICES INC**
4135 NORTH FRONT STREET
**HARRISBURG, PA 17110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$19,200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

3.97   **Nonpriority creditor's name and mailing address**

**CRYSTAL SPRING WATER CO**
6750 DISCOVERY BLVD
**MABLETON, GA 30126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$82.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

3.98   **Nonpriority creditor's name and mailing address**

**CT CORPORATION**
P O BOX 4349
**CAROL STREAM, IL 90197-4349**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$18,969.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

3.99   **Nonpriority creditor's name and mailing address**

**CURVATURE INC**
14416 COLLECTIONS CENTER DRIVE
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$607.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

3.100   **Nonpriority creditor's name and mailing address**

**CUSTOM DATA PRODUCTS**
P O BOX 21929
**WACO, TX 76702-1929**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$1,300.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

3.101   **Nonpriority creditor's name and mailing address**

**DATASITE LLC**
733 S MARQUETTE AVENUE
**MINNEAPLOIS, MN 55402**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$8,310.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,666.30**

**DAVENPORT MOUNT VERNON PARTNERS LP**
**1400 QUAIL STREET**
**SUITE 195**
**NEWPORT BEACH, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Real Property Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$990.00**

**DAVID CARLSTONE**
**3903 N O'CONNOR ROAD**
**IRVING, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.50**

**DEACONESS CLINIC**
**421 CHESTNUT STREET**
**EVANSVILLE, IN 47713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,848.49**

**DELL FINANCIAL SERVICES LLC**
**PAYMENT PROCESSING CENTER**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.50**

**DOCTORS ON DUTY MEDICAL CLINICS**
**P O BOX 2300**
**SALINAS, CA 93902-2300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96.00**

**DOCTORS URGENT CARE NEXTCARE**
**2550 NORTH THUNDERBIRD CIRCLE**
**MESA, AZ 85215-1217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**DoctorsCare**
**2302 MADISON ST**
**CLARKSVILLE, TN 37403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) |
| --- | --- | --- |
| | Name | |

---

**3.109** Nonpriority creditor's name and mailing address

**DOCUMENT MOUNTAIN**
**102 S MAIN STREET #D**
**KIRKLIN, IN 46050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,917.00**

---

**3.110** Nonpriority creditor's name and mailing address

**DOCUSIGN INC**
**PO BOX 123428  DEPT 3428**
**DALLAS, TX 75312-3428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,270.82**

---

**3.111** Nonpriority creditor's name and mailing address

**DORIS ASBURY**
**PO BOX 2642**
**MURFREESBORO, TN 37133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$440.17**

---

**3.112** Nonpriority creditor's name and mailing address

**DORMINY MEDICAL CENTER**
**PO BOX 1447**
**FITZGERALD, GA 31750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.113** Nonpriority creditor's name and mailing address

**DUNRITE OCCUPATIONAL SERVICES INC**
**22976 Outer Drive**
**DEARBORN, MI 48124-4248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$34,355.00**

---

**3.114** Nonpriority creditor's name and mailing address

**EASYPERMIT POSTAGE**
**P O BOX 856042**
**LOUISVILLE, KY 40285-6042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,484.09**

---

**3.115** Nonpriority creditor's name and mailing address

**EDUARDO E LARIN**
**8376 OAK RIDGE DR.**
**GOODRICH, MI 48438**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$687.49**

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |
|---|---|---|---|

**EISENHOWER OCCUPATIONAL HEALTH SERVICES**
**DEPT 8265**
**LOS ANGELES, CA 90084-8265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.75** |
|---|---|---|---|

**EMBASSY RECORDS MANAGEMENT AND STORAGE L**
**PO BOX 5449**
**BRYAN, TX 77805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,330.30** |
|---|---|---|---|

**EMSI HAWAII, INC**
**1188 BISHOP ST**
**HONOLULU, HI 96813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$231,432.27** |
|---|---|---|---|

**eNOAH iSOLUTIONS INC**
**2955 E HILLCREST DRIVE SUITE 124**
**WESTLAKE VILLAGE, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,686.55** |
|---|---|---|---|

**EPARAMED PARTNERS LLC**
**13920 BREGER AVE**
**SYLMAR, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,916.12** |
|---|---|---|---|

**EQUIFAX INFORMATION SVCS LLC**
**PO BOX 105835**
**ATLANTA, GA 30348-5835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$128,846.70** |
|---|---|---|---|

**ESCREEN INC**
**DEPARTMENT CH 17207**
**PALATINE, IL 60055-7207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.123**

**Nonpriority creditor's name and mailing address**
**EXAM ASAP COM**
**2000S IH35, SUITE Q8B**
**ROUND ROCK, TX 78681-6900**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,336.17**

---

**3.124**

**Nonpriority creditor's name and mailing address**
**EXAM SERVICES OF CENTRAL FLORIDA**
**LLC**
**8818 COMMODITY CIRCLE**
**ORLANDO, FL 32819-9067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,490.63**

---

**3.125**

**Nonpriority creditor's name and mailing address**
**EXAMINERS DIRECT LLC**
**17556 BIRCHWOOD DRIVE**
**BOCA RATON, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,337.26**

---

**3.126**

**Nonpriority creditor's name and mailing address**
**EXAMONE**
**P O BOX 201395**
**DALLAS, TX 75320-1395**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$107,867.98**

---

**3.127**

**Nonpriority creditor's name and mailing address**
**EXAMS EXPRESS INC**
**BRANCH 100**
**EVERGREEN PARK, IL 60805-2243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,854.35**

---

**3.128**

**Nonpriority creditor's name and mailing address**
**EXAMS PLUS INC**
**6919 E 10TH ST #D2**
**INDIANAPOLIS, IN 46219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,969.24**

---

**3.129**

**Nonpriority creditor's name and mailing address**
**FALLON MEDICAL COMP HOSPITAL**
**P O BOX 820**
**BAKER, MT 59313**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$212.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.130** Nonpriority creditor's name and mailing address
**FAMILY CHOICE URGENT CARE**
**PO BOX 572065**
**SALT LAKE CITY, UT 84157-2065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address
**FAMILY MEDICAL CENTER-**
**1657 NORTH EXPRESSWAY**
**GRIFFIN, GA 30223-1276**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$20.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** Nonpriority creditor's name and mailing address
**FANG, YONG LIANG**
**39-06 MAIN ST #1918**
**FLUSHING, NY 11354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$220.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** Nonpriority creditor's name and mailing address
**FASTMED URGENT CARE**
**935 SHOTWELL RD SUITE 108**
**CLAYTON, NC 27520-5598**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$58.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address
**FEDEX**
**P O BOX 94515**
**PALATINE, IL 60094-4515**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$238,974.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address
**FH & L FAMILY PRACTICE LLC**
**109 SARTIN DRIVE**
**EDMONTON, KY 42129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address
**FIDELITY SECURITY LIFE.**
**P O BOX 632530**
**CINCINNATI, OH 45263-2530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,479.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.50 |
|---|---|---|---|

**FIRST ADVANTAGE BACKGROUND SERVICES CORP**
P O BOX 403532
ATLANTA, GA 30384-3532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,894.71 |
|---|---|---|---|

**FIRST CHOICE TESTING CENTERS**
9080 BARBEE LANE, SUITE 102
KNOXVILLE, TN 37923-6256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,098.58 |
|---|---|---|---|

**FIRST CLASS EXAMINATION SERVICES**
19425 SOLEDAD RD SUITE B184
CANYON COUNTRY, CA 91351-2627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $897.46 |
|---|---|---|---|

**FISCHER, DENISE**
6041 Dusenburg Road
Delray Beach, FL 33484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,862.76 |
|---|---|---|---|

**FOLSOM, KRYSTAL**
2509 280th
Hornick, IA 51026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.33 |
|---|---|---|---|

**FOOTHILLS MEDICAL CENTER**
P O BOX 1420
LAS CRUCES, NM 88004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $669.92 |
|---|---|---|---|

**FP Gimel OH, L.P**
6389 QUAIL HOLLOW, SUITE 201
MEMPHIS, TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Real Property Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,436.97**

**FRANZ FAMILY PROPERTIES LLC**
**3550 HAMPSHIRE AVENUE NORTH**
**CRYSTAL, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.50**

**FREEMAN HEALTH SYSTEM**
**1102 WEST 32ND STREET**
**JOPLIN, MO 64804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,707.70**

**FTL PARAMEDICAL LLC**
**424 CENTRAL STRET**
**LEOMINSTER, MA 01453-6126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,555.05**

**GEOCEL ENTERPRISES INC**
**3545 WILSHIRE BLVD, SUITE 490**
**LOS ANGELES, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.31**

**GINA TORRES**
**5241 BON VIVANT DR #115**
**TAMPA, FL 33603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.47**

**GOOD SAMARITAN HOSPITAL**
**1160 E SAINT CLAIR STREET**
**VINCENNES, IN 47591-4853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$929.94**

**GOOGLE INC**
**1600 AMPHITHEATRE PARKWAY**
**MOUNTAIN VIEW, CA 94043-1351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$952.43**

**GREAT FALLS MEDICAL SERVICES, LLC**
**1118 Central Ave**
**GREAT FALLS, MT 59401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$889.31**

**GREEN, RHONDA**
**794 OLIVE HAMLETT RD**
**BENTON, KY 42025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$731.08**

**H & H PARAMEDICAL SERVICES, LLC**
**2087 BONNIE LANE**
**SPRINGFIELD, OR 97477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$846.00**

**HARNEY DISTRICT HOSPITAL**
**557 W WASHINGTON ST**
**BURNS, OR 97720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$290.12**

**HAROLD SCHAEFER MD**
**8769 24TH AVENUE**
**BROOKLYN, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00**

**HAYS MEDICAL GROUP**
**2220 CENTERBURY DR**
**HAYS, KS 67601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107.49**

**HEALTH ASSESSMENTS INC**
**711 MILLER ST EXT SUITE 2**
**STATESBORO, GA 30458-4308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Examination Management Services, Inc.**      Case number *(if known)* _____

Name

| | |
|---|---|
| 3.158 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,116.03** |
| **HEALTH RESEARCH SYSTEMS INC** | ☐ Contingent |
| **529 6TH AVE** | ☐ Unliquidated |
| **HUNTINGTON, WV 25701** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.159 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,846.98** |
| **HEALTH-LINK PARAMEDICAL SVS INC** | ☐ Contingent |
| **C/O SCOTT COVINGTON** | ☐ Unliquidated |
| **DOTHAN, AL 36301** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.160 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,430.14** |
| **Healthcare Reality / Wiggins / OKC NW Me** | ☐ Contingent |
| **5801 N Broadway** | ☐ Unliquidated |
| **Suite 120** | ☐ Disputed |
| **Oklahoma City, OK 73118** | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Real Property Lease__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.161 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$30.00** |
| **HEALTHWORKS - PA** | ☐ Contingent |
| **2649 SCHOENERSVILLE ROAD** | ☐ Unliquidated |
| **BETHLEHEM, PA 18017-7384** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.162 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$556.69** |
| **HELP/SYSTEMS LLC** | ☐ Contingent |
| **NW 5955** | ☐ Unliquidated |
| **MINNEAPOLIS, MN 55485-5955** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.163 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,851.77** |
| **Heritage Place LLC** | ☐ Contingent |
| **4500 HUGH HOWELL ROAD SUITE 780** | ☐ Unliquidated |
| **TUCKER, GA 30084** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Real Property Lease__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.164 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$20,897.37** |
| **HEWLETT-PACKARD FINANCIAL SERVICES COMPA** | ☐ Contingent |
| **200 CONNELL DRIVE SUITE 5000** | ☐ Unliquidated |
| **BERKELEY HEIGHTS, NJ 07922** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.165** | Nonpriority creditor's name and mailing address

**HITACHI VANTARA CORPORATION**
**2535 AUGUSTINE DRIVE**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,020.91**

---

**3.166** | Nonpriority creditor's name and mailing address

**Hofer**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**$258,000.00**

---

**3.167** | Nonpriority creditor's name and mailing address

**HOLY FAMILY MEMORIAL INC**
**2300 WESTERN AVENUE**
**MANITOWOC, WI 54221-2170**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$52.00**

---

**3.168** | Nonpriority creditor's name and mailing address

**HOT SHRED**
**210 N ROBERTS STREET**
**WEST, TX 76691**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,045.96**

---

**3.169** | Nonpriority creditor's name and mailing address

**HUDSON VENTURES LP**
**2000 SPROUL ROAD**
**BROOMALL, PA 19008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$3,935.06**

---

**3.170** | Nonpriority creditor's name and mailing address

**HUMCAP LP**
**5401 VILLAGE CREEK DRIVE**
**PLANO, TX 75093**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,150.00**

---

**3.171** | Nonpriority creditor's name and mailing address

**I3SCREEN**
**9501 NORTHFIELD BLVD**
**DENVER, CO 80238**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19.00**

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,257.08** |
|---|---|---|---|
| | **IIX-INSURANCE INFORMATION EXCHANGE**<br>**GENERAL POST OFFICE**<br>**NEW YORK, NY 10087-7828** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|
| | **IMMEDICENTER**<br>**500 UNION BLVD.**<br>**TOTOWA, NJ 07512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$725.00** |
|---|---|---|---|
| | **INFO CUBIC**<br>**116 INVERNESS EAST SUITE 206**<br>**ENGLEWOOD, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,208.35** |
|---|---|---|---|
| | **INTEG**<br>**P O BOX 23007**<br>**WACO, TX 76702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
|---|---|---|---|
| | **INTERMOUNTAIN WORKMED**<br>**PO BOX 30180**<br>**SALT LAKE CITY, UT 84130-0180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,154.69** |
|---|---|---|---|
| | **INTOXIMETERS INC**<br>**P O BOX 798313**<br>**ST LOUIS, MO 63179-8000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$981.79** |
|---|---|---|---|
| | **IPIPELINE**<br>**222 VALLEY CREEK BLVD**<br>**EXTON, PA 19341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.04**

**IRON MOUNTAIN INC**
**1 FEDERAL STREET, 7TH FLOOR**
**BOSTON, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.89**

**ISRAEL STEINBERG**
**4 LEIPNIK WAY UNIT 301**
**MONROE, NY 10950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,614.55**

**J & K CONSULTANTS INC**
**2605 NICHOLSON ROAD SUITE 1140**
**SEWICKLEY, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,332.28**

**J E M TESTING INC**
**Branch 186**
**MIAMI, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,403.40**

**JACKSON LEWIS PC**
**PO BOX 416019**
**BOSTON, MA 02241-6019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$790.22**

**JACOBS CATHEY COMPANY**
**POST OFFICE BOX 7305**
**WACO, TX 76714-7305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00**

**JACOBSON MEMORIAL HOSPITAL**
**P O BOX 367**
**ELGIN, ND 58533-0367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$336.94** |
|---|---|---|---|

**JANET O'DELL**
**4492 WILSIE ROAD**
**FRAMETOWN, WV 26623**

Date(s) debt was incurred ___
Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,307.51** |
|---|---|---|---|

**Jarcor, LLC**
**Benchmark Real Estate Group**
**PO Box 6**
**Des Moines, IA 50301**

Date(s) debt was incurred ___
Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Real Property Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$611.62** |
|---|---|---|---|

**JASONS LAWNCARE AND LANDSCAPING**
**PO BOX 878**
**LORENA, TX 76655**

Date(s) debt was incurred ___
Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,318.90** |
|---|---|---|---|

**JIMERSON BIRR PA**
**ONE INDEPENDENT DRIVE SUITE 1400**
**JACKSONVILLE, FL 32202**

Date(s) debt was incurred ___
Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$167.47** |
|---|---|---|---|

**JOHNSON, SHELLEY**
**37703 WILLOW DR**
**EASTLAKE, OH 44095**

Date(s) debt was incurred ___
Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$116.75** |
|---|---|---|---|

**JONES, KELLY**
**25100 Sandhill Blvd., W204**
**Punta Gorda, FL 33983**

Date(s) debt was incurred ___
Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,341.05** |
|---|---|---|---|

**JTD SERVICES INC**
**8713 Airport Freeway #318**
**Fort Worth, TX 76180**

Date(s) debt was incurred ___
Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**KELLY COMPLIANCE INC**
**#8 LEED RD.**
**WINFIELD, KS 67156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.26 |
|---|---|---|---|

**KIMBERLA K BRANSON**
**1114 RATLIFF CT.**
**BOONVILLE, IN 47601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,655.40 |
|---|---|---|---|

**KINASHA CORPORATION NV**
**C/O WEAVER REALTY**
**JACKSONVILLE, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,858.09 |
|---|---|---|---|

**KIRKLAND & ELLIS LLP**
**300 NORTH LASALLE ST**
**CHICAGO, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.82 |
|---|---|---|---|

**KLEEN AIR**
**P O BOX 207**
**GROESBECK, TX 76642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**KMCMEDASSIST LLC**
**P O BOX 2212**
**LOVES PARK, IL 61131-0212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.00 |
|---|---|---|---|

**KNOXVILLE MEDICAL AND INDUSTRIAL**
**CLINIC**
**4306 ASHVILLE HWY**
**KNOXVILLE, TN 37914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.83**

KTCM LLC
634 OLD LIVERPOOL RD
LIVERPOOL, NY 13088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,751.70**

KURTZ & REVNESS PC
THREE GLENHARDIE CORPORATE CENTER
WAYNE, PA 19087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,099.55**

L & L EXAMS PLUS INC
12701 Towne Park Way
LOUISVILLE, KY 40243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.88**

LA QUINTA INNS & SUITES
4385 SINTON RD
COLORADO SPRINGS, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,586.59**

LAB EXPRESS LLC
1800 NE EVANGELINE THRUWAY, SUITE H6
LAFAYETTE, LA 70501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,395.15**

LAKESIDE CENTER LLC
8823 SAN JOSE BLVD, SUITE 101
JACKSONVILLE, FL 32217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Real Property Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$358.82**

LALITA PRASAD
2331 YORKSHIRE DR
ANTIOCH, CA 94531

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.207**

**Nonpriority creditor's name and mailing address**
LARA, VICTOR
2838 TRENT CT
GRAND PRAIRIE, TX 75052

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$4,734.79**

---

**3.208**

**Nonpriority creditor's name and mailing address**
LAW OFFICES OF CHARLES D NAYLOR
11 GOLDEN SHORE DRIVE SUITE 350
LONG BEACH, CA 90802

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$660.46**

---

**3.209**

**Nonpriority creditor's name and mailing address**
LE BLEU ENTERPRISES
621 N REGIONAL RD
GREENSBORO, NC 27409

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$40.26**

---

**3.210**

**Nonpriority creditor's name and mailing address**
LESLIE VOCATIONAL CONSULTING
STERLING CENTER
LANCASTER, PA 17601

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$1,495.90**

---

**3.211**

**Nonpriority creditor's name and mailing address**
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 W 5TH, SUITE 4000
LOS ANGELES, CA 90071-2074

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$1,119.00**

---

**3.212**

**Nonpriority creditor's name and mailing address**
LIFELINE MEDICAL INC
22 SHELTER ROCK LANE
DANBURY, CT 06810-8274

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$795.78**

---

**3.213**

**Nonpriority creditor's name and mailing address**
LILLIS PITHA LLP
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$8,850.49**

---

Official Form 206 E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     **Page 433 of 459**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Examination Management Services, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.214** | **Nonpriority creditor's name and mailing address**

**LINDO, CECELIA**
**114-51 210TH STREET**
**CAMBRIA HEIGHTS, NY 11411**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$105.15**

---

**3.215** | **Nonpriority creditor's name and mailing address**

**LogMeIn USA Inc**
**7414 HOLLISTER AVENUE**
**GOLETA, CA 93117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,338.20**

---

**3.216** | **Nonpriority creditor's name and mailing address**

**LORI SHAFER**
**328 WILLIS DRIVE**
**BUNKER HILL, WV 25413**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$136.52**

---

**3.217** | **Nonpriority creditor's name and mailing address**

**LOU'S CLINICAL LAB INC**
**PO BOX 394**
**ODESSA, TX 79760**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.218** | **Nonpriority creditor's name and mailing address**

**LUSTER, SANDRA**
**138 HOLLY HILL DR**
**BEREA, KY 40403**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$868.83**

---

**3.219** | **Nonpriority creditor's name and mailing address**

**LYLES PARAMED EXAMS LLC**
**3081 KENSINGTON CT SW**
**ATLANTA, GA 30331**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$48.40**

---

**3.220** | **Nonpriority creditor's name and mailing address**

**M D & A T SERVICES INC**
**99 GEORGE KING BLVD #1**
**CAPE CANAVERAL, FL 32920**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.221** **Nonpriority creditor's name and mailing address**
**MARIETTA OCCUPATIONAL HEALTH PARTNERS LL**
**401 MATTHEW ST**
**MARIETTA, OH 45750**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$26.86**

---

**3.222** **Nonpriority creditor's name and mailing address**
**MARKETSPHERE CONSULTING LLC**
**P O BOX 30123**
**OMAHA, NE 68103-1223**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$388.50**

---

**3.223** **Nonpriority creditor's name and mailing address**
**MCC DRUG & ALCOHOL INC**
**1236 N 7TH ST**
**GRAND JUNCTION, CO 81501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$23.00**

---

**3.224** **Nonpriority creditor's name and mailing address**
**MCCOY & MCCOY LLC ATTORNEYS AT LAW**
**20 CHURCH STREET 17TH FLOOR**
**HARTFORD, CT 06103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$452.37**

---

**3.225** **Nonpriority creditor's name and mailing address**
**MED FIRST IMMEDIATE CARE AND FAMILY PRAC**
**PO BOX 8728**
**BELFAST, ME 04915-8728**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$180.00**

---

**3.226** **Nonpriority creditor's name and mailing address**
**MED-EX PARAMEDICAL**
**1010 EAST MCDOWELL RD   SUITE 401**
**PHOENIX, AZ 85006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$77,220.55**

---

**3.227** **Nonpriority creditor's name and mailing address**
**MED-TECH SOLUTIONS INC**
**P.O. BOX 320118**
**FLOWOOD, MS 39232**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,066.99**

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.228**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|
| **MEDEXPRESS URGENT CARE INC WEST VIRGINIA**<br>**P O BOX 7959**<br>**BELFAST, ME 04915-7900** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.229**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|
| **MEDGROUP OCCUPATIONAL MEDICINE AND URGEN**<br>**13916 CEDAR ROAD**<br>**UNIVERSITY HEIGHTS, OH 44118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.230**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|
| **MEDICAL ACCESS PC**<br>**12321 MIDDLEBROOK RD STE 101**<br>**GERMANTOWN, MD 20874-1512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.231**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$528.00** |
|---|---|---|
| **MEDICAL ASSOCIATES OF NWA**<br>**P O BOX 10197**<br>**FAYETTEVILLE, AR 72702-1747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.232**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,529.34** |
|---|---|---|
| **MEDICAL EXAMS AND SERVICES**<br>**2425 SAGE ROAD # 110**<br>**HOUSTON, TX 77056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.233**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00** |
|---|---|---|
| **MEDICAL PARK FAMILY CARE INC**<br>**2211 EAST NORTHERN LIGHTS BLVD**<br>**ANCHORAGE, AK 99508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.234**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,405.10** |
|---|---|---|
| **MEDICAL RECORD COPY SOLUTION LLC**<br>**25 MAUCHLY,SUITE 313**<br>**IRVINE, CA 92618-2361** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.25**

**MEDIHORIZONS INC**
**P O BOX 20170**
**CHEYENNE, WY 82003-7004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,959.60**

**MEDITEST OF MAINE**
**545 MAIN STREET**
**WATERBORO, ME 04087-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,267.14**

**MEDPHYSICALS PLUS LLC**
**4141 B STREET, SUITE 210**
**ANCHORAGE, AK 99503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00**

**MEDPRO GROUP**
**2201 BENDEN DRIVE**
**WOOSTER, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$277.73**

**MEDTOX DIAGNOSTICS INC**
**P O BOX 60575**
**CHARLOTTE, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,007.24**

**MEHRING, TARA**
**541 MARY TODD LN**
**MODESTO, CA 95354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00**

**MEMORIAL CARE MEDICAL FOUNDATION**
**2742 DOW AVENUE**
**TUSTIN, CA 92780-7242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $818.97 |
|---|---|---|---|

**MENDONCA, SHERRIE**
**2021 CARLETON DR**
**TURLOCK, CA 95382**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**MERCY CLINIC OCCUPATIONAL MEDICINE**
**PO BOX 776075**
**CHICAGO, IL 60677-6075**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

**MERCY HEALTH SYSTEM**
**PO BOX 1076**
**JANESVILLE, WI 53547-1076**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**MERIDIAN OCCUPATIONAL HEALTH PC**
**PO BOX 414288**
**BOSTON, MA 02241**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.36 |
|---|---|---|---|

**MICHAEL'S KEYS INC**
**206 W BEDFORD EULESS RD**
**HURST, TX 76053**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,945.24 |
|---|---|---|---|

**MICROSOFT CORPORATION**
**ONE MICROSOFT WAY**
**REDMOND, WA 98052-6399**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**MID-SUFFOLK MEDICAL CARE PC**
**6277 JERICHO TPKE**
**COMMACK, NY 11725**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,258.45**

**MIDLAND HEALTH TESTING SERVICES INC BRANCH 368 WAUWATOSA, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**MIDWEST OCCUPATIONAL HEALTH ASSOCIATES 1025 SOUTH SIXTH STREET SPRINGFIELD, IL 62703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$294.00**

**MILLENNIUM PHYSICIAN GROUP 2343 AARON STREET PORT CHARLOTTE, FL 33952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29.00**

**MINNESOTA OCCUPATIONAL HEALTH 710 COMMERCE DR WOODBURY, MN 55125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00**

**MOBILE DRUG TESTING. 4109 NAVAHO AVENUE MEMPHIS, TN 38118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,012.12**

**MOBILE MEDIC HEALTH SERVICES LLC 611 N WYMORE RD WINTER PARK, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.00**

**MON HEALTH WEDGEWOOD WESTOVER 1929 MASON DIXON HIGHWAY CORE, WV 26541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00**
MONONGAHELA VALLEY HOSPITAL INC.
ATTN: INSURANCE OFFICE/CASHIER
MONONGAHELA, PA 15063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,384.59**
MOTUS LLC
60 SOUTH STREET, SUITE 1200
BOSTON, MA 02111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**
MOUNTAIN MEDICAL SERVICES PLLC
PO BOX 13395
BELFAST, ME 04915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,825.72**
NCS
P O BOX 321
EGG HARBOR CITY, NJ 08215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41.50**
NELLIE KUH
336 FAIRVIEW DR
BURLINGTON, WV 26710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.30**
NEOPOST INC
P O BOX 45840
SAN FRANCISCO, CA 94145-0840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,384.06**
NEW ENGLAND DNA INC
2257 SILAS DEANE HWY
ROCKY HILL, CT 06067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Examination Management Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**NEWBURY PARK URGENT CARE**
**2080 NEWBURY RD**
**THOUSAND OAKS, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,475.00 |
|---|---|---|---|

**NORTH AMERICAN TRAINING GROUP**
**1293 BEACON CIRCLE**
**WELLINGTON, FL 33414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $418.50 |
|---|---|---|---|

**NORTH TEXAS PARAMEDICAL SERVICES**
**LLC**
**PO BOX 964**
**MCKINNEY, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,186.02 |
|---|---|---|---|

**NORTHSTAR MEDICAL SERVICES INC**
**720 4TH AVENUE EAST**
**ALEXANDRIA, MN 56308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108,125.05 |
|---|---|---|---|

**NORTON ROSE FULBRIGHT US LLP**
**P O BOX 844284**
**DALLAS, TX 75284-4284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |
|---|---|---|---|

**NRH OCCUPATIONAL MEDICINE**
**PO BOX 268810**
**OKLAHOMA CITY, OK 73125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,157.53 |
|---|---|---|---|

**O'NEILL ENTERPRISES INC**
**4020 WAKE FOREST RD SUITE 214**
**RALEIGH, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.270** Nonpriority creditor's name and mailing address

**OCCUPATIONAL MEDICINE CENTER**
**306 WEST HIGH AVENUE**
**NEW PHILADELPHIA, OH 44663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.271** Nonpriority creditor's name and mailing address

**OCCUPATIONAL SAFETY SERVICES INC**
**1711 A HILLYER ROBINSON INDUSTRIAL**
**PKWY**
**OXFORD, AL 36203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,867.98**

---

**3.272** Nonpriority creditor's name and mailing address

**OCTS**
**PO BOX 10**
**SCREVEN, GA 31560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.273** Nonpriority creditor's name and mailing address

**ONSITE ADVANTAGE MOBILE DRUG**
**2201 STIEGLITZ AVE SE**
**ALBUQUERQUE, NM 87106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$289.00**

---

**3.274** Nonpriority creditor's name and mailing address

**ORACLE USA INC**
**P O BOX 203448**
**DALLAS, TX 75320-3448**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$66,189.82**

---

**3.275** Nonpriority creditor's name and mailing address

**P BRASHEAR LLC**
**185 WILLIAMSBURG STREET**
**LAKE CHARLES, LA 70605-5719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$839.67**

---

**3.276** Nonpriority creditor's name and mailing address

**PACIFIC LIFE COMPANY**
**750 MAIN ST**
**LYNCHBURG, VA 24504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,708.53**

---

Debtor **Examination Management Services, Inc.**                          Case number *(if known)* _____
        _____
        Name

| | |
|---|---|
| 3.277 | **Nonpriority creditor's name and mailing address** | **$4,623.01** |

**3.277** | Nonpriority creditor's name and mailing address

**PAJAMA PROPERTIES, LLC**
**4255 RUFFIN ROAD, STE 300**
**SAN DIEGO, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$4,623.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address

**PAPERCLIP INC**
**ONE UNIVERSITY PLAZA STE 518**
**HANCKENSACK, NJ 07601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$450.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address

**PARAMEDICAL EXAMS LLC**
**232 PROVIDENCE HIGHWAY**
**WESTWOOD, NJ**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$5,844.52**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address

**PARAMEDICAL SERVICES OF VA INC**
**144 BUSINESS PARK DR**
**VIRGINIA BEACH, VA 23462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$32,828.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address

**PARAMEDICALS COM LLC**
**27 KENSINGTON DR**
**MANALAPAN, NJ 07726**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$9,133.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address

**PARAMEX SCREENING SERVICES LP**
**1450 SHERMAN AVE**
**CHICO, CA 95926-2705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$393.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address

**PARENT COMPANY INC**
**200 N MAIN ST**
**E LONG MEADOW, MA 01028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$336.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**3.284** Nonpriority creditor's name and mailing address

**PELICAN DIAGNOSTICS LLC**
**3101 CYPRESS ST**
**WEST MONROE, LA 71291-5291**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$368.71**

---

**3.285** Nonpriority creditor's name and mailing address

**PELZ PARAMEDICAL INC**
**823 AIRPORT NORTH OFFICE PARK**
**FT WAYNE, IN 46825**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,420.30**

---

**3.286** Nonpriority creditor's name and mailing address

**PENA, JOHN**
**1823 S MAPLE AVE**
**BERWYN, IL 60402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,958.27**

---

**3.287** Nonpriority creditor's name and mailing address

**PHILA OCCHEALTH/WORKNET OCC MED**
**PO BOX 827842**
**PHILADELPHIA, PA 19182-7842**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$54.00**

---

**3.288** Nonpriority creditor's name and mailing address

**PHYSICAL DATA SERVICES ILLINOIS INC**
**2615 CHAMPION RD**
**NAPERVILLE, IL 60564**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$659.57**

---

**3.289** Nonpriority creditor's name and mailing address

**PHYSICAL EVALUATIONS INC**
**4707 ARMOUR RD**
**COLUMBUS, GA 31904**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,823.99**

---

**3.290** Nonpriority creditor's name and mailing address

**PHYSICAL EXAMS INC**
**P O BOX 20047**
**CHARLESTON, WV 25362**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,239.49**

**PHYSICALLY SPEAKING INC**
**21110 E ILLINOIS**
**FARMINGTON, IL 61531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00**

**PHYSICIANS HEALTH CENTER**
**6990 NW 37TH AVENUE**
**MIAMI, FL 33147-6514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**PHYSICIANS IMMEDIATE CARE**
**3475 SOUTH ALPINE**
**ROCKFORD, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,383.70**

**PHYSICIANS INSURANCE SERVICES OF ILLINOI**
**125 S WACKER DRIVE, SUITE 300**
**CHICAGO, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**PHYSICIANS PRIMARY CARE**
**9021 PARK ROYAL DR**
**FT MYERS, FL 33908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40.00**

**PINNACLE MEDICAL GROUP AZ-PC**
**4343 EAST 31ST PLACE**
**YUMA, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,894.88**

**PITNEY BOWES GLOBAL FINANCIAL**
**1313 NORTH ATLANTIC STE 3000**
**SPOKANE, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,283.36 |
|---|---|---|---|

**PITNEY BOWES PURCHASE POWER**
**PO BOX 856042**
**LOUISVILLE, KY 40285-6042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,081.84 |
|---|---|---|---|

**PMD SERVICE INC**
**2801 MAIN STREET, SUITE 566**
**IRVINE, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,303.37 |
|---|---|---|---|

**POWER PLUS**
**5500 E LA PALMA AVENUE**
**ANAHEIM, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,922.96 |
|---|---|---|---|

**PRINCIPAL LIFE INS CO**
**PO Box 9000**
**Newport Beach, CA 00926-5803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**PRIVIA MEDICAL GROUP LLC**
**P O BOX 13050**
**BELFAST, ME 04915-4021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $868.33 |
|---|---|---|---|

**PRN PARAMEDICAL COMPANY INC**
**5246 Mission St**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,864.56 |
|---|---|---|---|

**PROVIDERTRUST INC**
**618 CHURCH STREET, STE 520**
**NASHVILLE, TN 37219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,996.41** |
|---|---|---|---|
| | **PROVISIONS HEALTH SERVICES LLC**<br>**419 CAMERON AVENUE**<br>**LACROSSE, WI 54601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,140.00** |
|---|---|---|---|
| | **PRUDENTIAL**<br>**2101 WELSH ROAD**<br>**DRESHER, PA 19025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$901.97** |
|---|---|---|---|
| | **PUSEY, KATHERINE**<br>**PO BOX 310**<br>**DELMAR, DE 19940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.77** |
|---|---|---|---|
| | **QUADIENT POSTAGE FUNDING**<br>**P O BOX 31021**<br>**TAMPA, FL 33631-3021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,237.71** |
|---|---|---|---|
| | **QUALITY EXAMS SERVICES, INC**<br>**BRANCH 169**<br>**HOLLYWOOD, CA 90038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|
| | **QUANTUM EPM**<br>**615 S FEDERAL BLVD SUITE 102**<br>**DENVER, CO 80219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.95** |
|---|---|---|---|
| | **QUEST DIAGNOSTICS**<br>**FILE NO. 91514**<br>**LOS ANGELES, CA 90074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Trade Debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.45**

**RAFIYEV, NAZILYA**
**1501 FOSTER RD**
**WARMINSTER, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,452.72**

**RAMSON, TAKISHA**
**67 SUNDOWN DR**
**JACKSON, TN 38305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**RBB COMMUNICATIONS LLC**
**355 ALHAMBRA CIRCLE SUITE 800**
**CORAL GABLES, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.69**

**REED'S FLOWERS**
**1029 AUSTIN AVENUE**
**WACO, TX 76701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.00**

**REGIONAL EMPLOYEE ASSISTANCE**
**PROGRAM**
**ATTN: MEDICAL RECORDS**
**BROWNWOOD, TX 76804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00**

**REGIONAL HEALTH**
**353 FAIRMONT BLVD**
**RAPID CITY, SD 57701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**REHABILITATION  & OCCUPATIONAL**
**SPECIALIS**
**1854 VETERANS HIGHWAY**
**LEVITTOWN, PA 19056-2107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.319**

**Nonpriority creditor's name and mailing address**
**RENOWN HEALTH**
**780 KUENZLI ST STE 202**
**RENO, NV 89502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.320**

**Nonpriority creditor's name and mailing address**
**REVEEL LLC**
**4521 CAMPUS DRIVE SUITE 400**
**IRVINE, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$189,347.56**

---

**3.321**

**Nonpriority creditor's name and mailing address**
**RICELAND REGENTS PARK I & II**
**85 IH-10 NORTH**
**STE 109**
**BEAUMONT, TX 77707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Real Property Lease**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,473.67**

---

**3.322**

**Nonpriority creditor's name and mailing address**
**RICOH USA, INC**
**PO BOX 660342**
**DALLAS, TX 75266-0342**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$63,824.96**

---

**3.323**

**Nonpriority creditor's name and mailing address**
**ROCC EMPLOYER SERVICES**
**P O BOX 4699**
**LAFAYETTE, IN 47903-4699**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$25.00**

---

**3.324**

**Nonpriority creditor's name and mailing address**
**ROMAN CENTURION CORP**
**417 HIAWATHA DRIVE**
**BUFFALO GROVE, IL 60089-3457**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,570.14**

---

**3.325**

**Nonpriority creditor's name and mailing address**
**ROOSEVELT MEDICAL CENTER**
**PO BOX 24296**
**BELFAST, ME 04915-4493**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$210.00**

---

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.326** | Nonpriority creditor's name and mailing address
**RSM US LLP**
**5155 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$3,010.00

---

**3.327** | Nonpriority creditor's name and mailing address
**SALMON SIMS THOMAS & ASSOCIATES**
**PLLC**
**12720 HILLCREST ROAD**
**DALLAS, TX 75230**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.328** | Nonpriority creditor's name and mailing address
**SANFORD HEALTH OCCUPATIONAL**
**MEDICINE**
**3838 12THS AVENUE NORTH**
**FARGO, ND 58102-2931**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$420.00

---

**3.329** | Nonpriority creditor's name and mailing address
**SERESS, KATHLEEN**
**4201 TOPANGA CANYON BLVD**
**WOODLAND HILLS, CA 91364**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$386.29

---

**3.330** | Nonpriority creditor's name and mailing address
**SHANNON CLINIC**
**120 E BEAUREGARD AVENUE**
**SAN ANGELO, TX 76903**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.331** | Nonpriority creditor's name and mailing address
**SHARPS COMPLIANCE INC**
**P O BOX 52792**
**LAFAYETTE, LA 70505-2792**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,449.13

---

**3.332** | Nonpriority creditor's name and mailing address
**SHEIKH, TAHIRA**
**4224 MESA DR**
**CARROLLTON, TX 75010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$77.77

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.333** | Nonpriority creditor's name and mailing address

**SHEILA PORTER**
P O BOX 17514
TAMPA, FL 33682

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$337.15**

---

**3.334** | Nonpriority creditor's name and mailing address

**SHERIDA AZEEZ**
12689 SW 21 ST
MIRAMAR, FL 33027

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$963.93**

---

**3.335** | Nonpriority creditor's name and mailing address

**SHERYL HANNA**
1645 CRESENT STREET
TRAVERSE CITY, MI 49686

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$313.98**

---

**3.336** | Nonpriority creditor's name and mailing address

**SHRED-IT USA**
10162 BELLWRIGHT ROAD STE A
SUMMERVILLE, SC 29483

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,605.19**

---

**3.337** | Nonpriority creditor's name and mailing address

**SIERRA DOCTORS MEDICAL GRP**
275 GRASS VALLEY HWY.
AUBURN, CA 95603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.338** | Nonpriority creditor's name and mailing address

**SIERRA SCREENING SERVICES**
2641 BRENTWOOD DR
CARSON CITY, NV 89701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,155.25**

---

**3.339** | Nonpriority creditor's name and mailing address

**SIMEDHEALTH LLC**
4881 NW 8TH AVENUE SUITE 2
GAINESVILLE, FL 32605

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

Debtor **Examination Management Services, Inc.**      Case number *(if known)* _____
<br>_____ Name

| | | |
|---|---|---|
| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$386.36** |

**SINK, REBECCA**
**8716 ARLIES TRAIL**
**WILLOW SPRINGS, NC 27592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$20,132.51** |

**SOKO UNITED CORP**
**566 EAST LAMBERT ROAD**
**BREA, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$7,814.97** |

**SOUTHWEST MEDICAL SOLUTIONS LLC**
**5533 W 109TH ST SUITE 101**
**OAK LAWN, IL 60453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,836.03** |

**SPECTRUM BUSINESS**
**P O BOX 740466**
**CINTI, OH 45274-0466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$37.00** |

**SPECTRUM HEALTH**
**P O BOX 2048**
**GRAND RAPIDS, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$37.00** |

**SPECTRUM HEALTH PENNOCK LAB**
**1009 W GREEN STREET**
**HASTINGS, MI 49058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$12,168.54** |

**SPENCER HEALTH SOLUTIONS LLC**
**1981 J N PEASE PLACE SUITE 103**
**CHARLOTTE, NC 28262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,775.15 |
|---|---|---|---|

**SPIVEY ENTERPRISES INC**
**1481 DEAN FOREST ROAD**
**SAVANNAH, GA 31405-9342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**SPRINGHILL PHYSICIAN PRACTICES INC**
**3715 DAUPHIN STREET, SUITE 7-A**
**MOBILE, AL 36608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,711.50 |
|---|---|---|---|

**ST JOHN PROPERTIES, INC**
**P O BOX 62696**
**BALTIMORE, MD 21264-2696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Property Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**ST LUKE'S HOSPITAL AND CLINICS OF**
**DULUTH**
**915 EAST 1ST STREET**
**DULUTH, MN 55805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $501.07 |
|---|---|---|---|

**STARK & STARK ATTORNEYS AT LAW**
**ATTN: CYNDI MARK CONLEY**
**PRINCETON, NH 08543-5315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**STEAMBOAT MEDICAL GROUP**
**1280 INDUSTRIAL AVE, SUITE 103**
**CRAIG, CO 81625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,504.11 |
|---|---|---|---|

**STERLING TALENT SOLUTIONS**
**1 STATE STREET PLAZA 24TH FLOOR**
**NEW YORK, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Examination Management Services, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.354** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00**

STEVENS COUNTY HOSPITAL
P O BOX 10
HUGOTON, KS 67951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,100.00**

SUNGARD AVAILABILITY SERVICES
P O BOX 91233
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,540.41**

SYSTEMS CHECK INC
80 SCENIC DRIVE, 2ND FLOOR, SUITE 7
FREEHOLD, NJ 07728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,519.42**

TALX
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.75**

TAYLOR LAW GROUP LLC
206 E MAIN STREET
DOTHAN, AL 36301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,892.61**

TECH PLAN INC
717 TAYLOR DRIVE
PLANO, TX 75074-6778

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,306.73**

TEST EXPRESS LLC
ONE LAKE SHORE DRIVE
LAKE CHARLES, LA 70629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Examination Management Services, Inc._____ Case number *(if known)* _____
           Name

| | | |
|---|---|---|
| **3.361** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **TEST SMARTLY LABS** | ☐ Contingent |
| | **10630-B METCALF** | ☐ Unliquidated |
| | **OVERLAND PARK, KS 66212** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade Debt** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$109.50**

| | | |
|---|---|---|
| **3.362** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **TEVAN, MARINA** | ☐ Contingent |
| | **424 N KENWOOD ST #2** | ☐ Unliquidated |
| | **GLENDALE, CA 91206** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade Debt** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$598.83**

| | | |
|---|---|---|
| **3.363** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **THE ANNEX EMPLOYMENT TESTING AND WELLNES** | ☐ Contingent |
| | **120 S FOREST DRIVE** | ☐ Unliquidated |
| | **CASPER, WY 82609-2239** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade Debt** |
| | | Is the claim subject to offset? ☐ No ☐ Yes |

**$8,656.76**

| | | |
|---|---|---|
| **3.364** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **THE CENTER OF INDUSTRIAL REHABILITATION** | ☐ Contingent |
| | **709 S BROADWAY** | ☐ Unliquidated |
| | **MCALLEN, TX 78501** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade Debt** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$18.00**

| | | |
|---|---|---|
| **3.365** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **THE CHEMNET CONSORTIUM INC** | ☐ Contingent |
| | **1302 AVENUE D STE 103** | ☐ Unliquidated |
| | **BILLINGS, MT 59102** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade Debt** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$279.00**

| | | |
|---|---|---|
| **3.366** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **THE LINCOLN NATIONAL LIFE INS CO** | ☐ Contingent |
| | **P O BOX 0821** | ☐ Unliquidated |
| | **CAROL STREAM, IL 60132-0821** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade Debt** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$39,881.45**

| | | |
|---|---|---|
| **3.367** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **THE TRADE GROUP** | ☐ Contingent |
| | **1434 PATTON PLACE** | ☐ Unliquidated |
| | **CARROLLTON, TX 75007** | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade Debt** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$3,270.00**

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.368** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$262,548.98**

THERAPAK LLC
1442 ARROW HIGHWAY BLDG A
IRWINDALE, CA 91706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52.50**

THERRELL ALARM PROTECTION
PO BOX 8055
WACO, TX 76714-8055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,340.77**

TPLP OFFICE PARK
Angelique Benschneider
8200 Springwood, Ste 240
IRVING, TX 75063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Real Property Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,470.18**

TRI MEDICAL PLLC
4010 DUPONT CIRCLE
LOUISVILLE, KY 40207-4825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,838.00**

TRIALWORKS
DON O'LEARY
CORAL GABLES, FL 33146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00**

TRINITY WORKCARE
4000 JOHNSON ROAD
STEUBENVLLE, OH 43952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$355.00**

TRISTAN MEDICAL OCCUPATIONAL
HEALTH
675 PARAMOUNT DRIVE SUITE 203
RAYNHAM, MA 02767

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Examination Management Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**UHS OCCUPATIONAL MEDICINE**
**33 MITCHELL AVENUE SUITE 204**
**BINGHAMTON, NY 13903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.49 |
|---|---|---|---|

**ULINE**
**ACCT RECEIVABLE**
**WAUKEGAN, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**UPMC EXPRESS CARE**
**532 NORTH FRONT STREET**
**WORMLEYSBURG, PA 17043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207,875.76 |
|---|---|---|---|

**UPS**
**LOCKBOX 577**
**CAROL STREAM, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $846.00 |
|---|---|---|---|

**USA-MDT COMPANY LLC**
**11016 N DALE MABRY HWY STE 204**
**TAMPA, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $715.54 |
|---|---|---|---|

**VECTOR SECURITY INC**
**P O BOX 89462**
**CLEVELAND, OH 44101-6462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**VIA CHRISTI OEM NE**
**P O BOX 2865**
**WICHITA, KS 67201-2865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Examination Management Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,545.81** |
|---|---|---|---|
| | **WACO CENTRAL PARK LIMITED** **P O BOX 429** **CHINA SPRING, TX 76633** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Real Property Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,425.77** |
|---|---|---|---|
| | **WAP SERVICES INC** **800 WEST CUMMINGS PARK SUITE 5225** **WOBURN, MA 01801-6356** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,286.86** |
|---|---|---|---|
| | **WAUSAU EXAM SERVICES PROFILES** **BRANCH 557** **WAUSAU, WI 54403** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,437.92** |
|---|---|---|---|
| | **WEDGEWOOD INVESTMENT** **CORPORATION** **P O BOX 14215** **GREENSBORO, NC 27415** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Real Property Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$297,010.35** |
|---|---|---|---|
| | **WELLS FARGO BANK** **San Francisco, CA** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
|---|---|---|---|
| | **WIENHOFF DRUG TESTING INC** **5125 N GLENWOOD ST** **BOISE, ID 83714** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,277.81** |
|---|---|---|---|
| | **Wilson Management (BJM LLC)** **9501 NE 13th Street** **Clyde Hill, WA 98004** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Real Property Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Examination Management Services, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $433.64 |
|---|---|---|---|
| | **WINGATE RUSSOTTI SHARPIRO & HALPERIN LLP** **420 LEXINGTON AVENUE SUITE 2750** **NEW YORK, NY 10170** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|
| | **WORKFIT MEDICAL CLINIC** **1160 CHILI AVENUE, SUITE 200** **ROCHESTER, NY 14624** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|
| | **YOUENS AND DUCHICELA CLINIC** **402 YOUENS DR** **WEIMAR, TX 78962** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $654.00 |
|---|---|---|---|
| | **ZYMEWIRE** **PO BOX 70662** **TORONTO, CN M6P 4E7** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,385,707.34 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 4,385,707.34 |

**Fill in this information to identify the case:**

Debtor name    **Examination Management Services, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office Building Lease dated December 10, 1997, as amended** | |
| | State the term remaining | | **11717, LLC** |
| | List the contract number of any government contract | | **BURT STREET PROFESSIONAL BLDG OMAHA, NE 68154** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **EMSI Service Agreement dated 07.17.15** | |
| | State the term remaining | | **5 Star Life Insurance Company** |
| | List the contract number of any government contract | | **909 North Washington Street Alexandria, VA 22314** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract No. 49239 dated 04.16.18** | |
| | State the term remaining | | **Abt Associates Inc.** |
| | List the contract number of any government contract | | **6130 Executive Blvd. Rockville, MD 20852** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 08.31.04** | |
| | State the term remaining | | **Advanced Medical, Inc.** |
| | List the contract number of any government contract | | **PO Box 22394 Chattanooga, TN 37422-2394** |

| Debtor 1 | **Examination Management Services, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 06.25.19** | |
|---|---|---|---|
| | State the term remaining | | **Affirm Background Screening, Inc.**<br>**310 Stuntz Ave.**<br>**Suite 101**<br>**Ashland, WI 54806** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **MSP Participation Agreement dated 05.14.18** | |
|---|---|---|---|
| | State the term remaining | | **AIG Procurement Services, Inc.**<br>**Two Peach Tree Hill Road**<br>**Livingston, NJ 07039** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Staff Augmentation Services Agreement dated 05.14.18** | |
|---|---|---|---|
| | State the term remaining | | **AIG Procurement Services, Inc.**<br>**80 Pine Street**<br>**New York, NY 10005** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 09.29.08** | |
|---|---|---|---|
| | State the term remaining | | **Alabama Medscreen, Inc.**<br>**3321 Lorna Road**<br>**Suite 600**<br>**Hoover, AL 35216-5499** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 11.17.16** | |
|---|---|---|---|
| | State the term remaining | | **Alaska Airlines, Inc.**<br>**19300 International Blvd.**<br>**Seattle, WA 98188** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement dated 08.24.16** | |
|---|---|---|---|
| | State the term remaining | | **American Driving Records, Inc.**<br>**2860 Gold Trailing Court**<br>**Rancho Cordova, CA 95670** |
| | List the contract number of any | | |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 2 of 39 |
|---|---|---|

| Debtor 1 | **Examination Management Services, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 03.01.11, as amended** | |
|---|---|---|---|
| | State the term remaining | | **American General Life Insurance Company** |
| | List the contract number of any government contract | | **Leigh Hayes**<br>**340 Seven Spring Way**<br>**Brentwood, TN 34027** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Underwriting Solutions Services Agreement dated 04.27.17, as amended** | |
|---|---|---|---|
| | State the term remaining | | **American National Insurance Company** |
| | List the contract number of any government contract | | **One Moody Plaza**<br>**Galveston, TX 77550** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 09.02.15, as amended** | |
|---|---|---|---|
| | State the term remaining | | **American Specimen Collections, LLC** |
| | List the contract number of any government contract | | **2512 Waterbridge Way**<br>**Evansville, IN 47710** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Underwriting Solutions Services Agreement dated 03.06.17** | |
|---|---|---|---|
| | State the term remaining | | **American-Amicable Life Insurance Company of Texas** |
| | List the contract number of any government contract | | **425 Austin Ave.**<br>**Waco, TX 76701** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 08.26.16, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Ameritas Life Insurance Corporation** |
| | List the contract number of any government contract | | **5900 O Street**<br>**Lincoln, NE 68510** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 05.25.17, as amended** | **Amica Life Insurance Company**<br>**10 Amica Way**<br>**Lincoln, RI 02865-1155** |
|---|---|---|---|

Debtor 1 **Examination Management Services, Inc.**                                    Case number *(if known)*
        First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract | |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 02.02.13, as amended** | |
| State the term remaining<br><br>List the contract number of any government contract | | **App Medical Services**<br>**1955 Shermer Road**<br>**Suite 150**<br>**Northbrook, IL 60062-5352** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Applicint Automated Term Life System License Agreement dated 10.13.10; CallComplete Agreement dated 07.21.15** | |
| State the term remaining<br><br>List the contract number of any government contract | | **Applicint, Inc.**<br>**6549 Mission Gorge Road**<br>**San Diego, CA 92120-2306** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Limited License Agreement dated 01.20.19** | |
| State the term remaining<br><br>List the contract number of any government contract | | **Assured Medical Exams, LLCX**<br>**1217 S. Wellington Ct.**<br>**Buffalo Grove, IL 60089** |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement #325461, Contract Nos. 8727317, 8680, 8353547, 7344296, as amended** | |
| State the term remaining<br><br>List the contract number of any government contract | | **AT&T**<br>**712 E. Huntland Drive**<br>**Austin, TX 78762** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement #325461, Contract Nos. 8727317, 8680, 8353547, 7344296, as amended** | |
| State the term remaining | | **AT&T**<br>**One AT&T Way**<br>**Bedminster, NJ 07921-9752** |

Debtor 1 **Examination Management Services, Inc.**
 First Name   Middle Name   Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 01.22.16, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Auto-Owners Life Insurance Company** |
| | List the contract number of any government contract | | **PO Box 30660** <br> **Lansing, MI 48909-8160** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Subscriber Agreement for Tax Return Verification Services dated 07.26.17, as amended** | |
|---|---|---|---|
| | State the term remaining | | **AXA Equitable Life Insurance Company** |
| | List the contract number of any government contract | | **8501 IMB Drive** <br> **Suite 150** <br> **Charlotte, NC 28262** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 04.01.12** | |
|---|---|---|---|
| | State the term remaining | | **AXA Equitable Life Insurance Company** <br> **General Counsel** |
| | List the contract number of any government contract | | **1290 Avenue of the Americas** <br> **New York, NY 10104** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 07.28.02** | |
|---|---|---|---|
| | State the term remaining | | **B.R. Medtests, Inc.** |
| | List the contract number of any government contract | | **5239 W. Fayetteville Rd.** <br> **College Park, GA 30349** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Bay West Center Lease dated December 7, 2015, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Bay West Tampa Investors, LLC** |
| | List the contract number of any government contract | | **770 Township Line Road** <br> **Suite 150** <br> **Yardley, PA 19067** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Examination Management Services, Inc.**          Case number *(if known)* _____

      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Independent Contractor Agreement dated 03.01.01, as amended**

**Bi-State Professional Services, Inc.**
**17838 Chesterfield Airport Rd.**
**Chesterfield, MO 63005-1216**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Office Lease dated December 8, 2006, as amended**

**BJM LLC**
**9501 NE 13TH ST**
**Clyde Hill, WA 98004**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**RailMarketplace Inc. Agreement dated 06.01.10; Collection Services Agreement dated 11.01.10**

**BNSF Railway Company**
**Director Drug & Alcohol Testing**
**2600 Lou Menck Drive**
**Fort Worth, TX 76131**

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Office Building Lease Agreement dated August 1, 2017, as amended**

**Brass Centerview 2016, LLC**
**10010 San Pedro, Suite 105**
**San Antonio, TX 78216**

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Services Agreement dated 09.23.11, as amended**

**Brigham and Women's Hospital**
**900 Commonwealth Avenue**
**Boston, MA 02215**

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

**Standard Office Lease dated January 3, 2013**

**Brookmat Corp.**
**c/o Ardenbrook, Inc., Agent**
**4725 Thornton Avenue**
**Fremont, CA 94536-6408**

---

Debtor 1 **Examination Management Services, Inc.**                                      Case number *(if known)* _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated December 5, 2016** | |
|---|---|---|---|
| | State the term remaining | | **Causeway Partners L.L.C.** |
| | List the contract number of any government contract _____ | | **Regions Bank Building, Suite 1040 3525 North Causeway Blvd. Metairie, LA 70002** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft SIEM Deployment Support program dated 02.10.17** | |
|---|---|---|---|
| | State the term remaining | | **CDW Direct, LLC** |
| | List the contract number of any government contract _____ | | **200 N. Milwaukee Ave. Vernon Hills, IL 60601** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 01.24.12** | |
|---|---|---|---|
| | State the term remaining | | **Central Alabama Paramedical Services, LLC** |
| | List the contract number of any government contract _____ | | **4208 Carmichael Court North Montgomery, AL 36106-3621** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **CenturyLink Total Advantage Agreement or Qwest Total Advantage Agreement, Contract IDs 844901, 849869, 850364, 851968, 859754, 863330, 1020885, as amended** | |
|---|---|---|---|
| | State the term remaining | | **CenturyLink Communications, LLC** |
| | List the contract number of any government contract _____ | | **931 14th Street, #900 Denver, CO 80202** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 03.31.17** | |
|---|---|---|---|
| | State the term remaining | | **Ceridian HCM, Inc.** |
| | List the contract number of any government contract | | **3311 E. Old Shakopee Rd. Minneapolis, MN 55425-1361** |

Debtor 1 __Examination Management Services, Inc.__  Case number *(if known)* _____

<u>First Name</u>   <u>Middle Name</u>   <u>Last Name</u>

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated May 30, 2008, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Charles J. Colby & Ruth Colby Trust Number 2 Colby Management Co. 6581 University Ave. Windsor Heights, IA 50324** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Ethernet Service Level Agreement, Spectrum Enterprise Service Agreement dated 01.19.18** | |
|---|---|---|---|
| | State the term remaining | | **Charter Communications Operating LLC 6524 Manchester Avenue St. Louis, MO 63139** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 11.19.18** | |
|---|---|---|---|
| | State the term remaining | | **Christine Ross Five Eight Eight Two, Inc. 1014 Ravine Terrace St. Johns, FL 32259** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 05.03.13, as amended; Laboratory Services Agreement dated 02.04.15** | |
|---|---|---|---|
| | State the term remaining | | **Clinical Reference Laboratory, Inc. 8433 Quivira Road Lenexa, KS 66215** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease dated February 15, 2011** | |
|---|---|---|---|
| | State the term remaining | | **Cohen Southwind GP 6750 Poplar Ave Ste 107 MEMPHIS, TN 38138-7407** |
| | List the contract number of any government contract | | |

Debtor 1 __Examination Management Services, Inc.__                                                                Case number *(if known)* _____
     First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — **Specimen Collection Service Terms & Conditions dated 01.24.12, as amended**

State the term remaining

List the contract number of any government contract

**Comprehensive Drug Testing, Inc.**
**4510 E. Pacific Coast Hwy**
**Long Beach, CA 90804**

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **MSP Participation Agreement dated 05.14.18**

State the term remaining

List the contract number of any government contract

**COMSYS Information Technology Services LLC**
**dba TAPFIN Process Solutions**
**4400 Post Oak Parkway, Ste 1800**
**Houston, TX 77027**

---

**2.45.** State what the contract or lease is for and the nature of the debtor's interest — **Lease dated March 15, 2007, as amended**

State the term remaining

List the contract number of any government contract

**Conrad T. Brickman**
**dba Aviation Road Properties**
**21 Computer Drive East**
**Albany, NY 12205**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest — **Independent Contractor Agreement dated 01.21.98**

State the term remaining

List the contract number of any government contract

**Consolidated Health Services, Inc.**
**Kathy McNight**
**4 Carriage Lane**
**Charlotte, SC 29407**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest — **Services Contract dated 05.01.17**

State the term remaining

List the contract number of any government contract

**Consolidated Rail Corporation**
**Three Commercial Place**
**Norfolk, VA 23510-2191**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement dated March 22, 2018**

State the term remaining

List the contract number of any

**Coursey Condos, LLC**
**Mike Falgout & Associates LLC**
**10202 Jefferson Hwy**
**Bldg. C**
**Baton Rouge, LA 70809**

Debtor 1 __Examination Management Services, Inc.__      Case number (*if known*) _____
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Third Party Serum Sample Processing Agreement dated 11.02.13** | |
| | State the term remaining | | **Crescendo Bioscience, Inc.** |
| | List the contract number of any government contract | | **341 Oyster Point Blvd. So. San Francisco, CA 94080** |
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated January 2013** | |
| | State the term remaining | | **Crestwood Business Center LLC C/O AL ANGELO COMPANY** |
| | List the contract number of any government contract | | **400 E Mill Plain Blvd VANCOUVER, WA 98660** |
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated September 15, 2009, as amended** | |
| | State the term remaining | | **Crown Road Holdings, LP** |
| | List the contract number of any government contract | | **PO Box 631191 Irving, TX 75063** |
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Service Provider Agreement dated 03.29.07, as amended** | |
| | State the term remaining | | **Crump Life Insurance Services, Inc.** |
| | List the contract number of any government contract | | **389 Interpace Parkway 4th Floor Parsippany, NJ 07054** |
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Resale Agreement dated 06.06.08** | |
| | State the term remaining | | **CSC Credit Services, Inc.** |
| | List the contract number of any government contract | | **14 Orchard Road Suite 200 Lake Forest, CA 92787** |
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Payment Agreement dated 09.13.19** | **Dell Financial Services L.L.C. One Dell Way Round Rock, TX 78682** |

Debtor 1 **Examination Management Services, Inc.**                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract _____

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Master Rental Agreement dated 08.01.16** | |
|---|---|---|---|
| | State the term remaining | | **Document Mountain by Cornerstone** |
| | List the contract number of any government contract _____ | | **PO Box 215 Kirkin, IN 46050** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **DocuSign Signature Agreement dated 04.01.19** | |
|---|---|---|---|
| | State the term remaining | | **DocuSign, Inc.** |
| | List the contract number of any government contract _____ | | **221 Main Street, Suite 1000 San Francisco, CA 94105** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Employer Services - Workplace House Account Agreement dated 06.22.15** | |
|---|---|---|---|
| | State the term remaining | | **Drug Free Sport** |
| | List the contract number of any government contract _____ | | **2537 Madison Ave. Kansas City, MO 64108** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 02.08.08** | |
|---|---|---|---|
| | State the term remaining | | **Dunrite Occupational Services, Inc.** |
| | | | **Roderick E. Slaughter** |
| | List the contract number of any government contract _____ | | **2056 Oakman Blvd. Detroit, MI 48238** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement - Reseller dated 01.13.20** | |
|---|---|---|---|
| | State the term remaining | | **Employment Background Investigations, Inc.** |
| | List the contract number of any government contract _____ | | **PO Box 629 Owings Mills, MD 21117** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Examination Management Services, Inc.**
_____
First Name            Middle Name            Last Name

Case number *(if known)*  _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.60.  State what the contract or lease is for and the nature of the debtor's interest

**Independent Contractor Agreement dated 07.24.04**

State the term remaining

List the contract number of any government contract

**EMSI Hawaii, Inc.**
**1188 Bishop Street**
**Suite 3408**
**Honolulu, HI 96813**

2.61.  State what the contract or lease is for and the nature of the debtor's interest

**Master Agreement for Services dated 03.01.18, as amended**

State the term remaining

List the contract number of any government contract

**eNoah iSolutions, Inc.**
**Manoj Sherman**
**2955 E. Hillcrest Drive**
**Suite 124**
**Westlake Village, CA 91362**

2.62.  State what the contract or lease is for and the nature of the debtor's interest

**Independent Contractor Agreement dated 11.01.16, as amended**

State the term remaining

List the contract number of any government contract

**EppTech/Pioneer Resting, LLC**
**111 S. Jefferson**
**Suite 145**
**Casper, WY 82601**

2.63.  State what the contract or lease is for and the nature of the debtor's interest

**Breach Services Agreement dated 01.13.16**

State the term remaining

List the contract number of any government contract

**Equifax Consumer Services LLC**
**1550 Peachtree Street**
**Atlanta, GA 30039**

2.64.  State what the contract or lease is for and the nature of the debtor's interest

**Information Services Agreement dated 10.21.16, as amended**

State the term remaining

List the contract number of any government contract

**Erie Family Life Insurance Company**
**General Counsel**
**100 Erie Insurance Place**
**Erie, PA 16530**

| Debtor 1 | Examination Management Services, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Employer Services - Workplace House Account Agreement dated 04.01.15; Comprehensive Services Agreement dated 09.30.03, as amended** | |
|---|---|---|---|
| | State the term remaining | | **eScreen, Inc.** |
| | List the contract number of any government contract | | **7500 W. 110th Suite 500 Overland Park, KS 66210** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 07.26.14** | |
|---|---|---|---|
| | State the term remaining | | **Exam ASAP, LLC** |
| | List the contract number of any government contract | | **2000 S IH 35 #Q8B Round Rock, TX 78681** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 02.25.15** | |
|---|---|---|---|
| | State the term remaining | | **Exam Corp.** |
| | List the contract number of any government contract | | **George Kouriabalis 9801 West Higgins Road Suite 100 Rosemont, IL 60018** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 02.18.08** | |
|---|---|---|---|
| | State the term remaining | | **Exam Services of Central California** |
| | List the contract number of any government contract | | **8818 Commodity Circle #41 Orlando, FL 32819** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 06.30.11** | |
|---|---|---|---|
| | State the term remaining | | **Exams Express Inc.** |
| | List the contract number of any government contract | | **3317 W. 9th Street Suite 103 Evergreen Park, IL 60805** |

Debtor 1 **Examination Management Services, Inc.**
    First Name           Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.70.** State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated 01.26.94** |
| State the term remaining | **Exxon Company, USA** |
| List the contract number of any government contract | **Post Office Box 4692**<br>**Houston, TX 77210-4692** |
| **2.71.** State what the contract or lease is for and the nature of the debtor's interest | **Standard Procurement Agreement for Downstream/Chemical Goods and Services dated 01.01.12, as amended** |
| State the term remaining | **ExxonMobil Global Services Company** |
| List the contract number of any government contract | **Business Support Ctr Argentina S.R.L**<br>**C.M. Della Paollera 265**<br>**Buenos Aires**<br>**Argentina 01001** |
| **2.72.** State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 09.09.15, as amended** |
| State the term remaining | **Farm Bureau Life Insurance** |
| List the contract number of any government contract | **Company of Michigan**<br>**7373 W. Saginaw Hwy**<br>**Lansing, MI 48909** |
| **2.73.** State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 12.22.16** |
| State the term remaining | **Farmers New World Life Insurance Company** |
| List the contract number of any government contract | **Farmers Group Inc.**<br>**6301 Owensmouth Ave.**<br>**Woodland Hills, CA 91367** |
| **2.74.** State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 12.15.10, as amended** |
| State the term remaining | **Fidelity & Guaranty Life** |
| List the contract number of any government contract | **Insurance Company**<br>**2 Ruan Center**<br>**601 Locust Street, 14th Flr.**<br>**Des Moines, IA 50309** |
| **2.75.** State what the contract or lease is for and the nature of the debtor's interest | **Fieldprint Station Enterprise Services Agreement dated 09.01.14** |
| State the term remaining | **Fieldprint, Inc.**<br>**400 Lippincott Drive**<br>**Suite 115**<br>**Marlton, NJ 08053** |

| Debtor 1 | **Examination Management Services, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Health Services Division-Workplace Services Agreement dated 04.01.20, as amended** | |
|---|---|---|---|
| | State the term remaining | | **First Advantage LNS Occupational Health Solutions, Inc.** |
| | List the contract number of any government contract | | **1000 Alderman Dr. Alpharetta, GA 30005** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 01.04.19** | |
|---|---|---|---|
| | State the term remaining | | **First Choice Testing Centers LLC Robert Browning 9080 Barbee Lane Suite 102 Knoxville, TN 37923** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 12.06.01** | |
|---|---|---|---|
| | State the term remaining | | **First Class Examination Services 19425 Soledad Canyon Road #B184 Canyon Country, CA 91351** |
| | List the contract number of any government contract | | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract No. 30081 dated 04.01.15** | |
|---|---|---|---|
| | State the term remaining | | **Forensic Drug & Alcohol Testing, LLC 14150 Parkeast Circle Suite 130 Chantilly, VA 20151** |
| | List the contract number of any government contract | | |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated September 12, 2014, as amended** | |
|---|---|---|---|
| | State the term remaining | | **FRANZ FAMILY PROPERTIES LLC 3550 HAMPSHIRE AVENUE NORTH CRYSTAL, MN 55427** |
| | List the contract number of any government contract | | |

Debtor 1    **Examination Management Services, Inc.**                                  Case number *(if known)* _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.81.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated 07.07.17** |
| State the term remaining | **Fred Hutchinson Cancer Research Center** |
| List the contract number of any government contract | **1100 Fairway Ave. N.** **Seattle, WA 98109** |
| **2.82.** State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 09.01.15, as amended** |
| State the term remaining | **Freedom Life Insurance Company of America** |
| List the contract number of any government contract | **300  Burnett Street** **Suite 200** **Ft. Worth, TX 76102-2734** |
| **2.83.** State what the contract or lease is for and the nature of the debtor's interest | **Employer Services - Workplace Per Specimen Agreement dated 08.22.16, as amended** |
| State the term remaining | **Frontier Airlines** |
| List the contract number of any government contract | **7001 Tower Road** **Denver, CO 80249** |
| **2.84.** State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 04.25.03, as amended** |
| State the term remaining | **FSSolutions** |
| List the contract number of any government contract | **100 Highpoint Drive** **Suite 102** **Chalfront, PA 18914** |
| **2.85.** State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 07.01.11** |
| State the term remaining | **FTL Paramedical, LLC** |
| List the contract number of any government contract | **424 Central Street** **Leominster, MA 01453** |
| **2.86.** State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 10.01.07, as amended** |
| State the term remaining | **Genworth North America Corporation** **6620 West Broad Street** **Richmond, VA 23230** |

Debtor 1 **Examination Management Services, Inc.**
_____
First Name  Middle Name  Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 12.06.13, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Genzyme Corporation** |
| | List the contract number of any government contract | | **500 Kendall Street** |
| | | | **Cambridge, MA 02142** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 06.01.02, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Geocel Enterprises, Inc.** |
| | List the contract number of any government contract | | **3470 Wilshire Blvd.** |
| | | | **Suite 1003** |
| | | | **Los Angeles, CA 90010-2391** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Underwriting Solutions Service Agreement dated 03.03.18, as amended; Master Services Agreement dated 09.01.14** | |
|---|---|---|---|
| | State the term remaining | | **Government Personnel Mutual Life Insurance Company** |
| | List the contract number of any government contract | | **2211 NE Loop 410** |
| | | | **San Antonio, TX 78217** |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Examination Services Agreement dated 02.01.15, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Hartford Fire Insurance Company** |
| | List the contract number of any government contract | | **One Hartford Plaza** |
| | | | **Hartford, CT 06155** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated June 8, 2018, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Heritage Place LLC** |
| | List the contract number of any government contract | | **4500 HUGH HOWELL ROAD SUITE 780** |
| | | | **TUCKER, GA 30084** |

| Debtor 1 | Examination Management Services, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.92.** State what the contract or lease is for and the nature of the debtor's interest
**Office Lease dated October 24, 2002, as amended**

State the term remaining
List the contract number of any government contract

**Highwoods Realty Limited Partnership
P O BOX 100488
ATLANTA, GA 30384-0488**

---

**2.93.** State what the contract or lease is for and the nature of the debtor's interest
**Lease Agreement dated 08.01.16**

State the term remaining
List the contract number of any government contract

**Hitatchi Data System Credit Corporation
2825 Lafayette Street
Bldg. 34
Santa Clara, CA 95050**

---

**2.94.** State what the contract or lease is for and the nature of the debtor's interest
**Third Party Disclosure Agreement dated 04.20.09**

State the term remaining
List the contract number of any government contract

**HM Life Insurance Company
120 5th avenue
Suite 111
Pittsburgh, PA 15222-3004**

---

**2.95.** State what the contract or lease is for and the nature of the debtor's interest
**Lease Agreement dated January 15, 2016**

State the term remaining
List the contract number of any government contract

**HND Enterprise
4017 W. Martin Luther King Jr. Blvd.
Tampa, FL 33614**

---

**2.96.** State what the contract or lease is for and the nature of the debtor's interest
**Executive Search Agreement dated 08.06.19**

State the term remaining
List the contract number of any government contract

**Horton International
20 Church Street
Hartford, CT 06103**

---

**2.97.** State what the contract or lease is for and the nature of the debtor's interest
**Lease dated September 30-, 2020, as amended**

State the term remaining
List the contract number of any

**HUDSON VENTURES LP
2000 SPROUL ROAD
BROOMALL, PA 19008**

Debtor 1 __Examination Management Services, Inc._____     Case number *(if known)* _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | Transaction Finance Agreement dated 11.30.16 | |
|---|---|---|---|
| | State the term remaining | | IBM Credit LLC |
| | List the contract number of any government contract | | 7100 Highlands Parkway Smyrna, GA 30082 |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement dated 10.01.11, as amended | |
|---|---|---|---|
| | State the term remaining | | Idemia Identity & Security USA, LLC |
| | List the contract number of any government contract | | 296 Concord Road Suite 300 Billerica, MA 01821 |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement dated 01.01.13 | |
|---|---|---|---|
| | State the term remaining | | J.E.M. Testing, Inc. |
| | List the contract number of any government contract | | 3900 NW 79th Ave. Bldg. 4, Suite 417 Miami, FL 33166 |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | Health Services Division-Workplace Services Agreement dated 07.30.07 | |
|---|---|---|---|
| | State the term remaining | | J.J. Keller & Associates, Inc. |
| | List the contract number of any government contract | | PO Box 368 West Breezewood Neenah, WI 54957-0368 |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement dated July 20, 2005, as amended | |
|---|---|---|---|
| | State the term remaining | | Javed Venture Holdings, LLC |
| | List the contract number of any government contract | | 85 I-10 North Suite 109 Beaumont, TX 77707 |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | General Terms Agreement for Specimen Collection Services dated 08.14.17 | Jetblue Airways Corporation 27-01 Queens Plaza North Long Island City, NY 11101 |
|---|---|---|---|

| Debtor 1 | **Examination Management Services, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated 02.06.20** | |
|---|---|---|---|
| | State the term remaining | | **JFK International Air Terminal LLC Terminal 4 JFK International Airport Jamaica, NY 11430** |
| | List the contract number of any government contract | | |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Subscriber Agreement for Tax Return Verification Services dated 08.07.17; Managed Services Agreement dated 12.01.15, as amended** | |
|---|---|---|---|
| | State the term remaining | | **John Hancock Life Insurance Company 197 Clarendon Street Boston, MA 02216** |
| | List the contract number of any government contract | | |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 12.01.05, as amended** | |
|---|---|---|---|
| | State the term remaining | | **JTD Services, Inc. 15770 N. Dallas Parkway Suite 300 Dallas, TX 75248** |
| | List the contract number of any government contract | | |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 05.30.18, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Kemper Corporate Services, Inc. 200 East Randolph Street Chicago, IL 60601** |
| | List the contract number of any government contract | | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated January 31, 2019, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Kemper Fairfield, LLC 9450 W BRYAN MAWR STE 750 ROSEMONT, IL 60018** |
| | List the contract number of any government contract | | |

Debtor 1 **Examination Management Services, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease dated 11.10.05, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Kinasha Corporation, N.V. c/o Regency Centers, Inc. 121 West Forsyth Street Suite 200 Jacksonville, FL 32202** |
| | List the contract number of any government contract | | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 10.26.16, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Knights of Columbus Insurance Company Underwriting Dept. 1 Columbus Plaza New Haven, CT 06507** |
| | List the contract number of any government contract | | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 10.31.07** | |
|---|---|---|---|
| | State the term remaining | | **L&L Exams Plus, Inc. 130 N. Evergreen Road Suite 203 Louisville, KY 40243** |
| | List the contract number of any government contract | | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 06.30.99** | |
|---|---|---|---|
| | State the term remaining | | **Laboratory Corporation of America Holdings 500 Perimeter Park Suite C Morrisville, NC 27560** |
| | List the contract number of any government contract | | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated January 2010, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Lakeside Center LLC 8823 SAN JOSE BLVD, SUITE 101 JACKSONVILLE, FL 32217** |
| | List the contract number of any government contract | | |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 11.17.08, as amended** | **Legal and General America, Inc. 3275 Bennett Creek Avenue Frederick, MD 21704** |
|---|---|---|---|
| | State the term remaining | | |

Debtor 1 **Examination Management Services, Inc.**

First Name    Middle Name    Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Work Order - Crump Protective-Multiple Agents** | |
|---|---|---|---|
| | State the term remaining | | **Lincoln Financial Group 100 N. Green Street Greensboro, NC 27401** |
| | List the contract number of any government contract | | |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 06.12.15** | |
|---|---|---|---|
| | State the term remaining | | **LT Exams, Inc. dba Medicexams 549 Chaucer Way Stockbridge, GA 30281** |
| | List the contract number of any government contract | | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Multi-Tenant Office Lease - Gross dated July 17, 2013** | |
|---|---|---|---|
| | State the term remaining | | **Lucas Living Trust Dated 01/18/95 c/o Slip Management System, Inc. 11949 W. Jefferson Blvd., Ste 101 Culver City, CA 90230** |
| | List the contract number of any government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Subscriber Agreement for Tax Return Verification Services dated 06.01.17 as amended; Master Underwriting Services Agreement dated 01.01.10, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Massachusetts Mutual Life Insurance Company 1295 State Street Springfield, MA 01111** |
| | List the contract number of any government contract | | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 09.28.04** | |
|---|---|---|---|
| | State the term remaining | | **Med-Ex Exams PR, Inc. 5 G-4 Avenida Sanchez Osori0 Villa Fontana Catano, PR 00963** |
| | List the contract number of any government contract | | |

Debtor 1 __**Examination Management Services, Inc.**__
First Name            Middle Name            Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 11.04.03, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Med-Ex Paramedical, Inc.** |
| | List the contract number of any government contract | | **925 East Executive Park Dr. Suite C Salt Lake City, UT 84117-3544** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 01.23.11** | |
|---|---|---|---|
| | State the term remaining | | **MediTest of Maine, Inc.** |
| | List the contract number of any government contract | | **545 Main Street Waterboro, ME 04087** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Limited License Agreement dated 11.19.18** | |
|---|---|---|---|
| | State the term remaining | | **Medphysicals Plus, LLC** |
| | List the contract number of any government contract | | **4141 B Street Suite 210 Anchorage, AK 99503** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 01.23.11** | |
|---|---|---|---|
| | State the term remaining | | **MedTest of Maine, Inc.** |
| | List the contract number of any government contract | | **545 Main Street Waterboro, ME 04087** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Amended and Restated Master Services Agreement dated 09.02.14, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Metropolitan Life Insurance Company Chief Procurement Officer** |
| | List the contract number of any government contract | | **277 Park Avenue New York, NY 10172-2900** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Enterprise Agreement - Volume Licensing dated 03.05.18** | **Microsoft Corporation Dept. 551, Volume Licensing 6100 Neil Road Suite 210 Reno, NV 89511-1137** |
|---|---|---|---|
| | State the term remaining | | |

| Debtor 1 | Examination Management Services, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 04.24.14** | |
|---|---|---|---|
| | State the term remaining | | **Midland Health Testing Services, Inc.** |
| | List the contract number of any government contract | | **12855 Lisbon Road** **Brookfield, WI 53005** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 05.18.17** | |
|---|---|---|---|
| | State the term remaining | | **Mobile Medic Health Services, LLC** **Linda Snyder** |
| | List the contract number of any government contract | | **834 Assembly Court** **Reunion, FL 34707** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 07.26.26, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Modern Woodmen of America** |
| | List the contract number of any government contract | | **1701 first Ave.** **Rock Island, IL 61201-8779** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 04.13.18, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Motus** |
| | List the contract number of any government contract | | **Two Financial Center** **Boston, MA 02111** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Paramedical Services Agreement dated 06.01.09, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Mutual Of Omaha Insurance Company** |
| | List the contract number of any government contract | | **Mutual of Omaha Plaza** **Omaha, NE 68175** |

Debtor 1 **Examination Management Services, Inc.**　　　　　　　　Case number *(if known)*
　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Subscriber Agreement for Tax Return Verification Services dated 12.04.01, as amended** | |
|---|---|---|---|
| | State the term remaining | | **National Credit-reporting System, Inc.** |
| | List the contract number of any government contract | | **300 Philadelphia Ave.** **Egg Harbor City, NJ 08215** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 12.12.97, as amended** | |
|---|---|---|---|
| | State the term remaining | | **National Diagnostics** |
| | List the contract number of any government contract | | **2701 Coltsgate Road** **Suite 1003** **Charlotte, NC 28211** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 07.19.16** | |
|---|---|---|---|
| | State the term remaining | | **National Health Insurance Company** |
| | List the contract number of any government contract | | **4455 LBJ Freeway** **Suite 375** **Dallas, TX 75244** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 12.31.07** | |
|---|---|---|---|
| | State the term remaining | | **New England DNA, Inc.** |
| | List the contract number of any government contract | | **2257 Silas Deane Hwy** **Rocky Hill, CT 06067** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Subscriber Agreement for Tax Return Verification Services dated 04.01.13, as amended; Master Agreement for Services dated 08.01.12, as amended** | |
|---|---|---|---|
| | State the term remaining | | **New York Life Insurance Company** |
| | List the contract number of any government contract | | **51 Madison Avenue** **New York, NY 10010** |

| Debtor 1 | Examination Management Services, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Services Contract dated 05.01.17** | |
|---|---|---|---|
| | State the term remaining | | **Norfolk Southern Railway Company** |
| | List the contract number of any government contract | | **Three Commercial Place** **Norfolk, VA 23510** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Services dated 04.01.13, as amended** | |
|---|---|---|---|
| | State the term remaining | | **North American Training Group** |
| | List the contract number of any government contract | | **9030 Bellhurst Way #124** **West Palm Beach, FL 33411** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement for Services dated 12.19.14, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Northwestern Mutual Life Insurance Company** |
| | List the contract number of any government contract | | **720 East Wisconsin Avenue** **Milwaukee, WI 53202** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 10.03.01, as amended** | |
|---|---|---|---|
| | State the term remaining | | **O'Neill Enterprises, Inc.** |
| | List the contract number of any government contract | | **820 East Blvd., Suite 818** **Charlotte, NC 28203** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 03.01.12** | |
|---|---|---|---|
| | State the term remaining | | **Occupational Safety Services, Inc.** |
| | List the contract number of any government contract | | **1707 Hilver Robinson Industrial Parkway** **Oxford, AL 36203-1352** |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 01.01.14, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Ohio National Life Insurance Company** |
| | List the contract number of any | | **One Financial Way** **Cincinnati, OH 45242** |

Debtor 1   **Examination Management Services, Inc.**   Case number *(if known)* _____
_____
First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 09.07.16, as amended** | |
| | State the term remaining | | **Pacific Life Insurance Company** |
| | List the contract number of any government contract | | **45 Enterprise** **Aliso Viejo, CA 92656** |
| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Multi-Tenant Lease - Gross dated September 18, 2018** | |
| | State the term remaining | | **Pajama Properties, LLC** **Julian Piccioni** |
| | List the contract number of any government contract | | **4255 Ruffin Road, Ste 300** **San Diego, CA 92123** |
| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 05.01.13** | |
| | State the term remaining | | **Paramedical Exams, LLC** |
| | List the contract number of any government contract | | **232 Providence HWY** **Westwood, MA 02090** |
| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 03.05.03, as amended** | |
| | State the term remaining | | **Paramedical Services of Virginia, Inc.** **133 Business Park Drive** |
| | List the contract number of any government contract | | **Suite 105** **Virginia Beach, VA 23462** |
| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 09.01.98** | |
| | State the term remaining | | **Pelz Paramedical** |
| | List the contract number of any government contract | | **823 Airport North Office Park** **Ft. Wayne, IN 46825** |

| Debtor 1 | Examination Management Services, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 01.13.03, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Physical Evaluation Services, Inc.** |
| | List the contract number of any government contract | | **4707 Armour Road** **Columbus, GA 31904-5228** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Contract dated 11.26.84** | |
|---|---|---|---|
| | State the term remaining | | **Physically Speaking, Inc.** **Brian E. Schmidt** |
| | List the contract number of any government contract | | **3089 Bay Lending Drive** **Westlake Village, OH 44145** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Limited License Agreement dated 06.09.15** | |
|---|---|---|---|
| | State the term remaining | | **Physicians Insurance Services of Illinois** **Insurance Exam Services** |
| | List the contract number of any government contract | | **125 South Wacker Drive, Ste 300** **Chicago, IL 60606** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Limited License Agreement dated 09.03.13** | |
|---|---|---|---|
| | State the term remaining | | **PMD Service, Inc.** |
| | List the contract number of any government contract | | **2421 Vista Nobleza** **Newport Beach, CA 92660** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Annual Service** | |
|---|---|---|---|
| | State the term remaining | | **Power Plus** |
| | List the contract number of any government contract | | **5500 E. La Palma Ave.** **Anaheim, CA 92807** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Limited License Agreement dated 09.20.16** | |
|---|---|---|---|
| | State the term remaining | | **PPN Paramedical Company, Inc.** **5246 Mission Street** |
| | List the contract number of any | | **San Francisco, CA 94112** |

Debtor 1 __Examination Management Services, Inc.__      Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Limited License Agreement dated 02.09.14** | |
|---|---|---|---|
| | State the term remaining | | **Premier Exams** |
| | List the contract number of any government contract | | **Tracy Astorino 17003 Patterson Drive Omaha, NE 68135** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 09.18.14, as amended** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Primerica Life Insurance Company 1 Primerica Parkway Duluth, GA 30099** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 06.03.02** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Principal Financial Group 711 High Street Des Moines, IA 50392-4820** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Work Order - Crump Protective-Multiple Agents** | |
|---|---|---|---|
| | State the term remaining | | **Principal Life Insurance Company 600 Vine Street Suite 1800 Cincinnati, OH 45202** |
| | List the contract number of any government contract | | |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 11.08.13, as amended** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Protective Life Insurance Company 2801 Highway 280 South Birmingham, AL 35223** |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Software as a Service and Monitoring Agreement dated 05.12.15** | **Provider Trust, Inc. 2300 Charlotte Ave #104 Nashville, TN 37203** |
|---|---|---|---|

| Debtor 1 | **Examination Management Services, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 03.24.18** | |
|---|---|---|---|
| | State the term remaining | | **Provisions Health Services** |
| | List the contract number of any government contract | | **Amy Schlosser**<br>**N492 Cty Rd D**<br>**Eau Galle, WI 54737** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 03.24.18** | |
|---|---|---|---|
| | State the term remaining | | **Provisions Health Services** |
| | List the contract number of any government contract | | **Gwen Sweeney**<br>**N 6366 Lamphere Road**<br>**Arkansaw, WI 54721** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Business Complex Lease dated June 9, 2004, as amended** | |
|---|---|---|---|
| | State the term remaining | | **PS Business Parks, L.P.** |
| | List the contract number of any government contract | | **701 Western Avenue**<br>**Glendale, CA 91201** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Specimen Collection Service Agreement dated 12.08.03, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Quest Diagnostics, Incorporated** |
| | List the contract number of any government contract | | **1201 S. Collegeville Road**<br>**CV3035**<br>**Collegeville, PA 19426** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Consultant Agreement dated 08.29.18** | |
|---|---|---|---|
| | State the term remaining | | **Reveel, LLC** |
| | List the contract number of any government contract | | **4521 Campus Drive**<br>**Suite 400**<br>**Irvine, CA 92612** |

Debtor 1   **Examination Management Services, Inc.**      Case number *(if known)* _____

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 10.01.18, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Richo USA, Inc.** |
| | List the contract number of any government contract | | **70 Valley Stream Parkway** |
| | | | **Malvern, PA 19355-1453** |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 03.12.09, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Riversource Life Insurance Company** |
| | List the contract number of any government contract | | **227 Ameriprise Financial Center** |
| | | | **Minneapolis, MN 55474** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 05.08.06, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Roman Centurion Corp.** |
| | List the contract number of any government contract | | **dba STAT Ins. Medical Svcs.** |
| | | | **417 Higwatha Drive** |
| | | | **Buffalo Grove, IL 60089** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated October 19, 2009, as amended** | |
|---|---|---|---|
| | State the term remaining | | **RREEF America REIT II Corp. VVV** |
| | List the contract number of any government contract | | **7900 Tysons One Place** |
| | | | **Suite 600** |
| | | | **McLean, VA 22102-5979** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement dated 04.21.16** | |
|---|---|---|---|
| | State the term remaining | | **RSM US LLP** |
| | List the contract number of any government contract | | **801 Nicollet Mall** |
| | | | **West Tower, Suite 1100** |
| | | | **Minneapolis, MN 55402** |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement of Lease dated August 7, 2013** | |
|---|---|---|---|
| | State the term remaining | | **RVC Associates L.P.** |
| | List the contract number of any | | **286 Madison Avenue, 12th Flr.** |
| | | | **New York, NY 10017** |

Debtor 1  **Examination Management Services, Inc.**
    First Name          Middle Name          Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.170.** State what the contract or lease is for and the nature of the debtor's interest — **Paramedical Services Agreement dated 08.01.09, as amended**

State the term remaining

List the contract number of any government contract

Sammons Financial Group, Inc.
4601 Westown Parkway, Suite 300
Des Moines, IA 50266

**2.171.** State what the contract or lease is for and the nature of the debtor's interest — **Underwriting Solutions Service Agreement dated 02.04.13, as amended**

State the term remaining

List the contract number of any government contract

Savings Bank Mutual Life Insurance Company of Massachusetts
1 Linscott Rd.
Woburn, MA 01801-2001

**2.172.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement dated 04.05.17**

State the term remaining

List the contract number of any government contract

Securian Financial Group, Inc.
400 Robert Street
St. Paul, MN 55101

**2.173.** State what the contract or lease is for and the nature of the debtor's interest — **Limited License Agreement dated 01.06.15**

State the term remaining

List the contract number of any government contract

Sierra Screening Services
Karen Balter
2641 Brentwood Dr.
Carson City, NV 87901

**2.174.** State what the contract or lease is for and the nature of the debtor's interest — **Independent Contractor Agreement dated 03.13.13, as amended**

State the term remaining

List the contract number of any government contract

Soko United Corp.
Shawn O'Neill
566 E. Lambert Road
Brea, CA 92821-4116

**2.175.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement dated 11.01.15, as amended**

Southwest Airlines Co.
2702 Love Field Drive
Dallas, TX 75235

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Examination Management Services, Inc.**

First Name     Middle Name     Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract   _____

---

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 03.01.11, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Southwest Medical Solutions, LLC** |
| | List the contract number of any government contract | | **5533 W. 109th Street Suite 101 Oak Lawn, IL 60453-5058** |

---

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 01.11.16** | |
|---|---|---|---|
| | State the term remaining | | **Spencer Health Solutions, LLC** |
| | List the contract number of any government contract | | **820 East Blvd., Suite 818 Charlotte, NC 28203** |

---

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated June 23, 2005, as amended** | |
|---|---|---|---|
| | State the term remaining | | **St. Johns Properties, Inc.** |
| | List the contract number of any government contract | | **P O BOX 62696 BALTIMORE, MD 21264-2696** |

---

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 07.08.13** | |
|---|---|---|---|
| | State the term remaining | | **State Farm Mutual Automobile Insurance** |
| | List the contract number of any government contract | | **One State Farm Plaza Bloomington, IL 61710** |

---

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 08.21.14** | |
|---|---|---|---|
| | State the term remaining | | **Sterling Infosystems, Inc.** |
| | List the contract number of any government contract | | **1 State Street, 24th Flr. New York, NY 10004** |

---

| Debtor 1 | Examination Management Services, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.181.** State what the contract or lease is for and the nature of the debtor's interest — **Master Agreement for U.S. Availability Services dated 11.01.06, as amended; Software Licensing and Services Agreement dated 11.01.06, as amended**

State the term remaining

List the contract number of any government contract

**Sungard Availability Services LP**
**680 East Swedesford Road**
**Wayne, PA 19087**

**2.182.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement dated 12.01.19**

State the term remaining

List the contract number of any government contract

**Symetra Life Insurance Company**
**777 108th Avenue NE**
**Suite 1200**
**Bellevue, WA 98004-5135**

**2.183.** State what the contract or lease is for and the nature of the debtor's interest — **Independent Contractor Agreement dated 12.13.19**

State the term remaining

List the contract number of any government contract

**Systems Check, Inc.**
**Michael Wall**
**80 Scenic Drive, Suite 7**
**Freehold, NJ 07728**

**2.184.** State what the contract or lease is for and the nature of the debtor's interest — **Master Agreement for Services dated 07.01.17**

State the term remaining

List the contract number of any government contract

**Teachers Insurance and Annuity Association of America**
**730 Third Avenue**
**New York, NY 10017-3206**

**2.185.** State what the contract or lease is for and the nature of the debtor's interest — **Information Services Agreement dated 04.08.05**

State the term remaining

List the contract number of any government contract

**Tennessee Farmers Life Insurance Company**
**147 Bear Creek Pike**
**Columbia, TN 38402**

Debtor 1    **Examination Management Services, Inc.**      Case number *(if known)* _____

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 02.04.16, as amended** | |
|---|---|---|---|
| | State the term remaining | | **The Cincinnati Life Insurance Company** |
| | List the contract number of any government contract | | **6200 S. Gilmore Road** **Fairfield, OH 45014** |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated 08.01.09, as amended** | |
|---|---|---|---|
| | State the term remaining | | **The Guardian Life Insurance Company of America** |
| | List the contract number of any government contract | | **3900 Burgess Place** **Bethlehem, PA 18017** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Subscriber Agreement for Tax Return Verification Services dated 09.15.17, as amended; Master Underwriting Services Agreement dated 10.01.12, as amended** | |
|---|---|---|---|
| | State the term remaining | | **The Lincoln National Life Insurance Company Corporate Procurement** |
| | List the contract number of any government contract | | **100 N. Greene Street** **Greensboro, NC 27401** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Information Services Agreement dated 09.17.08** | |
|---|---|---|---|
| | State the term remaining | | **The Penn Mutual Life Insurance Company** |
| | List the contract number of any government contract | | **600 Dresher Road** **Horsham, PA 19044** |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 08.01.08, as amended** | |
|---|---|---|---|
| | State the term remaining | | **The Prudential Insurance Company of America David Catso, VP Beneficiary Srvcs.** |
| | List the contract number of any government contract | | **2101 Welsh Road** **Dresher, PA 19025** |

Debtor 1 **Examination Management Services, Inc.**                    Case number *(if known)* _____
    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Product and Service Agreement dated 10.09.17** | |
|---|---|---|---|
| | State the term remaining | | **Therapak LLC** |
| | List the contract number of any government contract | | **651 Wharton Drive**<br>**Claremont, CA 91711** |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 04.01.14, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Thrivenet Financial for Lutherans** |
| | List the contract number of any government contract | | **4321 N. Ballard Road**<br>**Appleton, WI 54919-0001** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated 07.01.03, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Time Insurance Company** |
| | List the contract number of any government contract | | **501 West Michigan**<br>**Milwaukee, WI 53203** |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated July 15, 2004** | |
|---|---|---|---|
| | State the term remaining | | **TPLP Office Park Properties**<br>**A Texas Limited Partnership**<br>**Angelique Benschneider** |
| | List the contract number of any government contract | | **8200 Springwood, Ste 240**<br>**Irving, TX 75063** |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 12.06.07** | |
|---|---|---|---|
| | State the term remaining | | **Tri-Medical PLLC** |
| | List the contract number of any government contract | | **4010 Dupont Circle**<br>**Suite 228**<br>**Louisville, KY 40207-4825** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Integration Agreement dated 02.27.18** | |
|---|---|---|---|
| | State the term remaining | | **TrialWorks LLC** |
| | List the contract number of any | | **1550 Madruga Avenue**<br>**Suite 508**<br>**Coral Gables, FL 33146** |

Debtor 1   **Examination Management Services, Inc.**                                          Case number (*if known*) _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 04.02.13; Third Party Disclosure Agreement dated 04.20.09** | |
|---|---|---|---|
| | State the term remaining | | **United HealthCare Insurance Company** |
| | List the contract number of any government contract | | **9900 Bren Road East** **Minnetonka, MN 55343** |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **UPS Advisory and Technical Support Services Agreement and Software License Agreement dated 03.25.19** | |
|---|---|---|---|
| | State the term remaining | | **United Parcel Service Inc.** |
| | List the contract number of any government contract | | **2925 Merrell Road** **Dallas, TX 75229** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 08.01.14, as amended** | |
|---|---|---|---|
| | State the term remaining | | **United Services Automobile Association** |
| | List the contract number of any government contract | | **9800 Fredericksburg Road** **San Antonio, TX 78288** |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Underwriting Solutions Services Agreement dated 05.10.17, as amended** | |
|---|---|---|---|
| | State the term remaining | | **USHealth Administrators LLC** **Doug Kirnegay** |
| | List the contract number of any government contract | | **300 Burnett Street** **Suite 200** **Fort Worth, TX 76102** |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Interconnection Security Agreement dated 06.20.18, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Vanderbilt University Medical Center** **Josh c. Denny, MD, MS** |
| | List the contract number of any government contract | | **2525 West End Ave.** **Nashville, TN 37203** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Examination Management Services, Inc.**
　　　　　　First Name　　　　　Middle Name　　　　Last Name

Case number (*if known*) _____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Verizon Business Service Agreement dated 11.20.19** | |
|---|---|---|---|
| | State the term remaining | | **Verizon Business Network Services, Inc.** |
| | | | **HQ Legal Contract Admin.** |
| | List the contract number of any government contract | | **One Verizon Way** |
| | | | **Basking Ridge, NJ 07920-1097** |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Payment Agreement dated 09.13.19** | |
|---|---|---|---|
| | State the term remaining | | **VMWare, Inc.** |
| | List the contract number of any government contract | | **3401 Hillview Avenue** |
| | | | **Palo Alto, CA 94304** |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease dated May 23, 2005, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Waco Central Park, Ltd.** |
| | List the contract number of any government contract | | **PO Box 429** |
| | | | **China Spring, TX 76633** |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Satellite Contractor Agreement dated 02.05.04** | |
|---|---|---|---|
| | State the term remaining | | **WAP Services** |
| | | | **800 W. Cummings Park** |
| | List the contract number of any government contract | | **suite 5225** |
| | | | **Woburn, MA 01801** |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated March 1, 2018** | |
|---|---|---|---|
| | State the term remaining | | **WB Equities, LLC** |
| | List the contract number of any government contract | | **33 Hunting Hill Drive** |
| | | | **Dix Hills, NY 11746** |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated August 28, 2017, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Wedgewood Investment Corporation** |
| | | | **P O BOX 14215** |
| | List the contract number of any | | **GREENSBORO, NC 27415** |

Debtor 1    **Examination Management Services, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated January 16, 2002, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Wiggin Properties, LLC** |
| | List the contract number of any government contract | | **5801 N. Broadway, Suite 120** |
| | | | **Oklahoma City, OK 73118** |

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Underwriting Solutions Service Agreement dated 12.07.15, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Woodmen of the World** |
| | List the contract number of any government contract | | **Life Insurance Society** |
| | | | **1700 Farnam Street** |
| | | | **Omaha, NE 68102-2025** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Examination Management Services, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **EMSI Acquisition, Inc.** | **3050 Regent Blvd. Suite 400 Irving, TX 75063** | **MidCap Financial Trust** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **EMSI Holdco, Inc.** | **3050 Regent Blvd. Suite 400 Irving, TX 75063** | **MidCap Financial Trust** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3  **EMSI Holding Company** | **3050 Regent Blvd. Suite 400 Irving, TX 75063** | **MidCap Financial Trust** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Examination Management Services, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $53,002,315.00 |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | $124,441,267.00 |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | $139,443,968.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Examination Management Services, Inc.**      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Hot Shred**<br>**210 N. Roberts Street**<br>**West, TX 76691** | **Various** | **$34,477.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See SoFA Attachment 4**<br><br>**Insiders** | | **$1,448,477.00** | **Payroll and expense reimbursements** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Hofer Settlement** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

Debtor    **Examination Management Services, Inc.**                                Case number *(if known)*

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| **Part 5:** | **Certain Losses** |

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

| **Part 6:** | **Certain Payments or Transfers** |

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1. **Pachulski Stang Ziehl & Jones LLP**<br>**919 N. Market Street**<br>**17th Floor**<br>**Wilmington, DE 19899** | **PSZJ received payment totaling $100,000 from Examination Management Services, Inc. on behalf of all Debtors.** | **06.29.2020** | **$100,000.00** |
| Email or website address<br>**www.pszjlaw.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **Katten Muchin Rosenman LLP**<br>**2121 N. Pearl Street**<br>**Suite 1100**<br>**Dallas, TX 75201** | **Katten received payment totaling $10,000 from Examination Management Services, Inc. on behalf of all Debtors.** | **10.05.20** | **$10,000.00** |
| Email or website address<br>**www.katten.com** | | | |
| Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Examination Management Services, Inc.**  Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer information including address, telephone number, email address**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor   **Examination Management Services, Inc.**        Case number *(if known)* _____

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| United Health Group PO Box 1459 Minneapolis, MN 55440 | JPMorgan Chase | JPMorgan Chase bank account (3648) for payment of medical claims | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| United Health Group PO Box 1459 Minneapolis, MN 55440 | JPMorgan Chase | JPMorgan Chase bank account (3656) for payment of FAFSA claims | Unknown |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Examination Management Services, Inc.**      Case number *(if known)* _____

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Andrew Prince**<br>**4221 Gladney Lane**<br>**Keller, TX 76244** | **12.09.19 - 07.02.20** |
| 26a.2.   **Andrew Seay**<br>**3638 Heritage Trail**<br>**Celina, TX 75009** | **11.30.17 - 05.30.19** |
| 26a.3.   **Deidre Salazar**<br>**5216 Avery Lane**<br>**The Colony, TX 75056** | **12.16.92 - 07.02.20** |
| 26a.4.   **James Huyck**<br>**8057 Plateau Drive**<br>**Fort Worth, TX 76120** | **08.29.16 - 09.25.20** |
| 26a.5.   **Jeffrey Robertson**<br>**3209 Glenhurst Ct.**<br>**Plano, TX 75093** | **04.24.17 - 06.12.19** |

Debtor    **Examination Management Services, Inc.**      Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.6.   **Juan Rodriguez**<br>**12621 Oceanside Drive**<br>**Euless, TX 76040** | **10.28.19 - 07.02.20** |
| 26a.7.   **Margaret Burken**<br>**6932 Glendale Drive**<br>**North Richland Hills, TX 76182** | **06.25.07 - 07.02.20** |
| 26a.8.   **Maria Salcedo**<br>**3825 Echo Brook Lane**<br>**Dallas, TX 75229** | **07.29.16 - 07.02.20** |
| 26a.9.   **Mark Moss**<br>**1208 Calico Lane**<br>**Apt. 614**<br>**Arlington, TX 76011** | **05.03.19 - 07.02.20** |
| 26a.10.   **Leah Winterowd**<br>**14948 Myrtle Beach Lane**<br>**Frisco, TX 75035** | **10.31.17 - 02.27.20** |
| 26a.11.   **William Keys**<br>**17608 Ivy Hill Drive**<br>**Dallas, TX 75287** | **05.13.19 - 07.02.20** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **RSM US LLP**<br>**13155 Noel Road**<br>**Suite 2200**<br>**Dallas, TX 75240** | **2019-2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **James Huyck**<br>**8057 Plateau Drive**<br>**Fort Worth, TX 76120** | |
| 26c.2.   **Margaret Burken**<br>**6932 Glendale Drive**<br>**North Richland Hills, TX 76182** | |
| 26c.3.   **William Keys**<br>**17608 Ivy Hill Drive**<br>**Dallas, TX 75287** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

Debtor   **Examination Management Services, Inc.**                     Case number *(if known)*

| **Name and address** |
| --- |
| 26d.1. | **MidCap Financial Trust**<br>**c/o MidCap Financial Services, LLC**<br>**7255 Woodmont Avenue**<br>**Suite 200**<br>**Bethesda, MD 20814** |
| 26d.2. | **Wells Fargo Bank**<br>**201 3rd Street**<br>**San Francisco, CA 94103** |
| 26d.3. | **Monroe Medical Clinic**<br>**100 S. Second Street**<br>**Monroe, LA 71201** |
| 26d.4. | **Bank of Montreal**<br>**100 King Street West**<br>**28th Floor**<br>**Toronto ON M5X 1A1** |
| 26d.5. | **Southwest Airlines**<br>**OAL Billing**<br>**Dallas, TX 75397** |
| 26d.6. | **New York Life Insurance Company**<br>**51 Madison Avenue**<br>**Room 551**<br>**New York, NY 10010-1655** |
| 26d.7. | **Primerica, Inc.**<br>**1 Primerica Pkwy**<br>**Duluth, GA 30099-4000** |
| 26d.8. | **MassMutual**<br>**1295 State Street**<br>**Springfield, MA 01111-0001** |
| 26d.9. | **USAA**<br>**9800 Frdericksburg Road**<br>**San Antonio, TX 78240-4100** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **EMSI Holding Company** | **3050 Regent Blvd.**<br>**Irving, TX 75063** | **Parent company** | **100% ownership interest** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    __Examination Management Services, Inc.__      Case number *(if known)* _____

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anthony Mustoe | 2402 Watercrest Drive Keller, TX 76248 | Chief Information Officer | 02.26.18 - 07.02.20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Burt Wolder | 8 Essex Road Scotch Plains, NJ 07076 | Chief Marketing Officer | 06.04.18 - 07.02.20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Denisa Bravenec | 2109 Larkspur Drive Carrollton, TX 75010 | Sr. Vice President, Chief People Officer | 10.31.17 - 07.02.20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Greg James | 757 Lake Carolyn Pkwy Apt. 2209 Irving, TX 75039 | Chief Operating Officer | 04.16.18 - 07.02.20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Calver | 191 Weed Ave Los Gatos, CA 95032 | President and Chief Executive Officer | 04.16.18 - 07.02.20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Huyck | 8057 Plateau Drive Fort Worth, TX 76120 | Vice President, Corporate Controller | 08.29.16 - 09.25.20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| William Keys | 17608 Ivy Hill Drive Dallas, TX 75287 | Chief Financial Officer | 05.13.19 - 07.02.20 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SOFA 4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

| Debtor | Examination Management Services, Inc. | Case number *(if known)* |
|---|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No

☐  Yes. Identify below.

**Name of the pension fund**

**Employer Identification number of the parent corporation**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/6/2020___

_____          **M. Troy Phillips**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Director**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

Examination Management Services, Inc.
SoFA Attachment 4
Insider Payments

| Insider | Position | Total Payments |
|---|---|---|
| James Calver | CEO | 341,887 |
| Bill Keys | CFO | 268,832 |
| Greg James | COO | 217,900 |
| Anthony Mustoe | CIO | 194,000 |
| Burt Wolder | CMO | 156,979 |
| Denisa Bravenec | CPO | 125,984 |
| James Huyck | Controller | 142,895 |
| | | 1,448,477 |

**Regular Payroll**

| Date | Calver | Keys | James | Mustoe | Wolder | Bravenec | Huyck | |
|---|---|---|---|---|---|---|---|---|
| 10/11/2019 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 10/25/2019 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 11/8/2019 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 11/22/2019 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 12/6/2019 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 12/20/2019 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 1/3/2020 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 1/17/2020 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 1/31/2020 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 2/14/2020 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 2/28/2020 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 3/13/2020 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 3/27/2020 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 4/10/2020 | 8,654 | 10,096 | 8,221 | 7,500 | 5,683 | 4,615 | 4,183 | |
| 4/24/2020 | 8,654 | 10,096 | 8,221 | 7,500 | 5,683 | 4,615 | 4,183 | |
| 5/8/2020 | 8,654 | 10,096 | 8,221 | 7,500 | 5,683 | 4,615 | 4,183 | |
| 5/22/2020 | 8,654 | 10,096 | 8,221 | 7,500 | 5,683 | 4,615 | 4,183 | |
| 6/5/2020 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 6/19/2020 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 6,154 | 5,577 | |
| 7/3/2020 | 17,307 | 13,462 | 10,962 | 10,000 | 7,577 | 10,868 | 5,577 | |
| 7/17/2020 | 6,923 | 5,385 | 4,385 | 4,000 | 3,031 | 4,347 | 5,577 | |
| 7/31/2020 | | | | | | | 5,577 | |
| 8/14/2020 | | | | | | | 5,577 | |
| 8/28/2020 | | | | | | | 5,577 | |
| 9/11/2020 | | | | | | | 5,577 | |
| 9/25/2020 | | | | | | | 5,577 | |
| 10/9/2020 | | | | | | | 2,788 | |
| | 318,456 | 261,154 | 212,654 | 194,000 | 146,992 | 125,984 | 142,211 | 1,401,451 |

**Expense Reimbursements**

| Employee | Date | Amount |
|---|---|---|
| James Calver | 11/19/2019 | 8,057.08 |
| James Calver | 12/23/2019 | 4,120.77 |
| James Calver | 1/16/2020 | 2,038.08 |
| James Calver | 6/8/2019 | 618.59 |
| James Calver | 2/24/2020 | 7,010.20 |
| James Calver | 4/3/2020 | 1,363.35 |
| James Calver | 4/9/2020 | 44.81 |
| James Calver | 1/9/2020 | 178.43 |
| Bill Keys | 10/21/2019 | 782.79 |
| Bill Keys | 5/31/2019 | 80.88 |
| Bill Keys | 11/4/2019 | 55.90 |
| Bill Keys | 11/25/2019 | 403.46 |
| Bill Keys | 11/27/2019 | 271.21 |
| Bill Keys | 12/9/2019 | 986.32 |
| Bill Keys | 12/15/2019 | 288.77 |
| Bill Keys | 12/20/2019 | 511.77 |
| Bill Keys | 1/5/2020 | 493.30 |
| Bill Keys | 1/7/2020 | 75.33 |
| Bill Keys | 1/19/2020 | 429.73 |
| Bill Keys | 2/5/2020 | 989.65 |
| Bill Keys | 2/18/2020 | 350.53 |
| Bill Keys | 2/25/2020 | 362.52 |
| Bill Keys | 4/9/2020 | 821.73 |
| Bill Keys | 5/31/2020 | 354.75 |
| Bill Keys | 11/4/2019 | 419.20 |
| Greg James | 12/11/2019 | 3,209.81 |
| Greg James | 6/17/2020 | 399.33 |
| Greg James | 3/25/2020 | 840.00 |
| Greg James | 1/22/2020 | 797.43 |
| James Huyck | 10/21/2019 | 60.85 |
| James Huyck | 11/1/2019 | 60.86 |
| James Huyck | 12/16/2019 | 66.27 |
| James Huyck | 1/13/2020 | 82.66 |
| James Huyck | 6/3/2020 | 82.54 |
| James Huyck | 3/12/2020 | 82.59 |
| James Huyck | 4/7/2020 | 82.59 |
| James Huyck | 5/5/2020 | 82.54 |
| James Huyck | 2/5/2020 | 82.59 |
| Burt Wolder | 10/17/2019 | 1,017.22 |
| Burt Wolder | 10/31/2019 | 956.74 |
| Burt Wolder | 11/7/2019 | 1,540.66 |
| Burt Wolder | 12/4/2019 | 1,066.61 |
| Burt Wolder | 3/12/2020 | 1,261.04 |
| Burt Wolder | 12/19/2019 | 863.60 |
| Burt Wolder | 1/9/2020 | 1,218.62 |
| Burt Wolder | 1/30/2020 | 1,039.91 |
| Burt Wolder | 1/23/2020 | 301.02 |
| Burt Wolder | 12/11/2019 | 721.39 |
| | | 47,026.02 |

1,448,477

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

In re  **Examination Management Services, Inc.**                Case No. _____

                                                    Debtor(s)          Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **100,000.00** |
| Prior to the filing of this statement I have received | $ | **100,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        □ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  [Other provisions as needed]
        **a.  the preparation of the petition, schedules of assets and liabilities, statement of financial affairs, schedule of income and expenditures, lists of creditors and equity security holders, statement of executory contracts and unexpired leases, and master mailing list;**

        **b.  appearance at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and**

        **c.  otherwise advise the Debtor regarding its rights and responsibilities as a debtor under Chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **a.  appearances before any court or agency, other than the Bankruptcy Court or appellate courts on issues related to the bankruptcy, with respect to matters, which are, in essence, disputes involving issues of non-bankruptcy law, or the provision of substantive legal advice outside the insolvency area, unless we agree to represent the Company in such matters; and**

        **b.  advice or representation regarding matters of taxation, labor, securities, ERISA, probate/estate planning, criminal, or other non-bankruptcy or non-debtor/creditor specialties of the law.**

In re   **Examination Management Services, Inc.** _____   Case No. _____
                                   Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

__10/06/20_____
*Date*

                                    _____
                                    Laura Davis Jones
                                    *Signature of Attorney*
                                    **Pachulski Stang Ziehl & Jones LLP**
                                    **919 N. Market Street**
                                    **17th Floor**
                                    **Wilmington, DE 19899**
                                    **302-652-4100**
                                    **ljones@pszjlaw.com**
                                    *Name of law firm*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

In re **Examination Management Services, Inc.**        Case No. _____

Debtor(s)        Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **10,000.00** |
   | Prior to the filing of this statement I have received | $ | **10,000.00** |
   | Balance Due | $ | **0.00** |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. [Other provisions as needed]
        **a. the preparation of the petition, schedules of assets and liabilities, statement of financial affairs, schedule of income and expenditures, lists of creditors and equity security holders, statement of executory contracts and unexpired leases, and master mailing list;**

        **b. appearance at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and**

        **c. otherwise advise the Debtor regarding its rights and responsibilities as a debtor under Chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **a. appearances before any court or agency, other than the Bankruptcy Court or appellate courts on issues related to the bankruptcy, with respect to matters, which are, in essence, disputes involving issues of non-bankruptcy law, or the provision of substantive legal advice outside the insolvency area, unless we agree to represent the Company in such matters; and**

        **b. advice or representation regarding matters of taxation, labor, securities, ERISA, probate/estate planning, criminal, or other non-bankruptcy or non-debtor/creditor specialties of the law.**

In re   **Examination Management Services, Inc.**          Case No.   **20-32367**
                            Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

    October 6,. 2020                     /s/ John E. Mitchell

*Date*

                                          **John E. Mitchell**
                                          *Signature of Attorney*
                                          **Katten Muchin Rosenman LLP**
                                          **2121 N. Pearl Street**
                                          **Suite 1100**
                                          **Dallas, TX 75201**

                                          *Name of law firm*