

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 3, 2020

United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-32548-HDH7 |
| | § | |
| EXAMINATION MANAGEMENT | § | |
| SERVICES, INC., | § | |
|     DEBTOR(S). | § | CHAPTER 7 |

**AGREED ORDER GRANTING MOTION TO IMMIEDATLEY REJECT UNEXPIRED NON-RESIDENTIAL LEASE**

Came on for consideration the Agreed Motion to Immediately Reject Unexpired Non-Residential Lease filed by Healthcare Realty Services Incorporated ("HR"). The Court, having considered said Motion and the agreement of counsel, is of the opinion that the following Agreed Order to Immediately Reject Unexpired Non-Residential Lease should be entered. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that

The Trustee is authorized to reject that certain Lease Agreement dated January 16, 2002, by and between Examination Management Services, Inc. and the predecessor Healthcare Realty Services, Incorporated, as agent for HRT Acquisition I Corp., as Successor Landlord ("HR") for that certain lease space known as Suite 622 (the "Premises") in the medical office building known as Northwest Medical Center and located at 3330 N.W. 56th Street, Oklahoma City, Oklahoma (the "Lease"), and all extensions to such Lease, and that such Lease and all extensions are hereby deemed rejected.

**IT IS FURTHER ORDERED** that Landlord Healthcare Realty Services Incorporated may take immediately take possession of the Leased Premises without further order of this court.

**IT IS SO ORDERED.**

### END OF ORDER ###

| | |
|---|---|
| **APPROVED AS TO FORM AND SUBSTANCE:** | **APPROVED AS TO FORM AND SUBSTANCE:** |
| /s/ Theodore J. Riney | /s/ Daniel J. Sherman (with permission) |
| **Theodore J. Riney**<br>State Bar No. 16935075<br>**Bruce K. Packard**<br>State Bar No. 15402300<br>**Hayden Hooper**<br>State Bar No. 24066517<br>triney@rineypackard.com<br>**RINEY PACKARD, PLLC**<br>5420 LBJ Freeway, Suite 220<br>Dallas, TX 75240<br>Telephone:  (214) 461-1200<br>Facsimile:  (214) 461-1210<br>***ATTORNEY FOR HEALTHCARE REALTY SERVICES INCORPORATED*** | Daniel J. Sherman<br>State Bar No. 1824100<br>509 N. Montclair<br>Dallas, TX 75208<br>(214) 942-5502<br>djsherman@syllp.com<br>***TRUSTEE*** |