

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed November 3, 2020

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EXAMINATION MANAGEMENT | § | CASE NO. 20-32548-HDH-7 |
| SERVICES, INC. | § | |
| DEBTOR | § | |

### ORDER AUTHORIZING EMPLOYMENT
### OF ATTORNEY AND PARALEGALS

Daniel J. Sherman, Trustee, notified all parties of Trustee's Application to Employ Attorney and Paralegals, seeking authority to employ Daniel J. Sherman of Sherman & Yaquinto, L.L.P. as attorney and paralegals for professional services at a regular hourly rate, based on standard billable charges, to be approved by the Court, and it appearing that Robert Yaquinto, Jr. is qualified to provide professional services and does not represent any interest adverse to the estate, it is

**ORDERED** that Daniel J. Sherman, Trustee, is authorized to employ Daniel J. Sherman of Sherman & Yaquinto, L.L.P. as attorney and paralegals to provide legal services in this proceeding, at a regular hourly rate to be approved by the Court upon a finding of reasonableness pursuant to 11 U.S.C. §330(a).

### # # # END OF ORDER # # #

Submitted by:

Daniel J. Sherman
State Bar No. 18241000
Sherman & Yaquinto, LLP
509 N. Montclair Avenue
Dallas, Texas 75208
Office (214) 942.5502
Proposed Attorneys for Trustee