Daniel J. Sherman
State Bar No. 18241000
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEY FOR CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| EXAMINATION MANAGEMENT § | CASE NO. 20-32548-HDH-7 |
| SERVICES, INC. § | |
| DEBTOR § | |

**TRUSTEE'S AMENDED MOTION TO SELL PROPERTY OF ESTATE**
**FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

ANY PARTY WISHING TO RESPOND TO THIS PLEADING MUST FILE THE RESPONSE WITH THE U.S. BANKRUPTCY CLERK, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242, AND SERVE A COPY ON THE TRUSTEE AT 509 N. MONTCLAIR AVENUE, DALLAS, TX 75208, WITHIN 21 DAYS OF THE SERVICE OF THIS PLEADING.  IF A RESPONSE IS FILED AND SERVED TIMELY, A HEARING ON THE RESPONSE WILL BE SCHEDULED WITH A NOTICE TO THE RESPONDING PARTY ONLY.

IF NO RESPONSE IS FILED AND TIMELY SERVED ON THE TRUSTEE, THE COURT MAY DEEM THE RELIEF REQUESTED UNOPPOSED AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT FURTHER NOTICE TO ANY PARTY.

TO THE HONORABLE HARLIN D. HALE, U.S. BANKRUPTCY JUDGE:

Daniel J. Sherman, Trustee, files this amended motion to sell certain property of the estate free and clear of liens and encumbrances with any liens and encumbrances to attach to the proceeds of sale and in support, respectfully shows the Court the following:

1. On 12/15/20 the trustee filed the Trustee's Motion To Sell Property of the Estate Free and Clear of Liens and Encumbrances.

2.	The Carrollton-Farmers Branch ISD, a taxing entity with a secured tax lien on the equipment the Trustee is seeking to sell, advised the Trustee that it, too, is owed taxes for 2020.  The amount owed is $212.80.

3.	The Trustee asks the Court to also authorize the Trustee to pay $212.80 to Carrollton-Farmers Branch ISD for the tax owe from the proceeds of the sale.

**WHEREFORE**, Daniel J. Sherman, Trustee, seeks an Order from the Court that

*	Authorizes the payment from the proceeds of the sale the sum of $212.80 plus any applicable interest due for the 2020 for ad valorem taxes to Carrollton-Farmers Branch ISD; and

*	Grants any other relief the Court deems appropriate.

Respectfully submitted,

　　/s/ Daniel J. Sherman
**Daniel J. Sherman**
State Bar No. 18241000
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502   Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the *Amended Motion to Sell Property of Estate Free and Clear of Liens and Encumbrances* has been forwarded by electronic transmission or first-class mail, postage prepaid, to the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242 and to those parties included on the attached Service List and all parties receiving filings by the Court's ECF system, on this 21st  day of December, 2020.

　　/s/ Daniel J. Sherman
**Daniel J. Sherman**

Examination Management Services, Inc.
3050 Regent Blvd., Suite 400
Irving, TX 75063

John E. Mitchell
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100
Dallas, TX 75201

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P. O. Box 17428
Austin, TX 78760-7428

Sherrel K. Knighton
Linebarger Goggan Blair & Sampson LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

J. David Dickson/Mark E. Firmin
BEARD KULTGEN BROPHY et al
220 South Fourth Street
Waco, TX 76701

Theodore J. Riney and Bruce K. Packard
and Hayden Hooper
Riney Packard, PLLC
5420 LBJ Freeway, Suite 220
Dallas, TX 75240

John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P. O. Box 3064
Houston, TX 77253-3064

Carrollton Farmers Branch ISD
c/o Linda D. Reece
Perdue, Brandon Fielder et al
1919 S. Shiloh Rd., Suite 310, LB 40
Garland, TX 75042

Shawn M. Christianson, Esq.
Buchalter, a Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

MidCap Financial Trust
c/o MidCap Financial Services, LLC
7255 Woodmont Avenue, Suite 200
Bethesda, MD 20814

Dell Financial Services LLC
Mail Stop PS2DF-23
One Dell Way
Round Rock, TX 78682

Pitney Bowes Global Financial
27 Waterview Drive
Shelton, CT 06484

Beecken Petty O'Keefe & Company
131 S. Dearborn St., Ste 2800
Chicago, IL 60603

Bankdirect Capital Finance
Two Conway Park
Lake Forest, IL 60045

CenturyLink
PO Box 96064
Charlotte, NC 28296-0064

Ceridian HCM Inc.
P O Box 772830
Chicago, IL 60677

TPLP Office Park
Angelique Benschneider
8200 Springwood, Suite 240
Irving, TX 75063

Oracle USA Inc.
P O Box 203448
Dallas, TX 75320-3448

Med-Ex Paramedical
1010 East McDowell Rd., Suite 401
Phoenix, AZ 85006

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

Kirkland & Ellis LLP
300 North Lasalle St.
Chicago, IL 60654

Examone
P O Box 201395
Dallas, TX 75320-1395

Norton Rose Fulbright US LLP
P O Box 844284
Dallas, TX 75284-4284

Clinical Reference Labortary
P O Box 802273
Kansas City, MO 64180-2273

Reveel LLC
4521 Campus Drive Suite 400
Irvine, CA 92612

UPS
Lockbox 577
Carol Stream, IL 60132-0577

eNoah iSolutions inc.
2955 E. Hillcrest Drive, Suite 124
Westlake Village, CA 91362

Escreen Inc.
Department CH 17207
Palatine, IL 60055-7207

FedEx
P O Box 94515
Palatine, IL 60094-4515

Hofer

No address listed in schedules

Wells Fargo Bank
San Francisco, CA

No address listed in schedules