Vienna F. Anaya
State Bar No. 24091225
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile

Marilyn Brown
State Bar No. 24046460
JACKSON WALKER L.L.P.
100 Congress Avenue, Suite 1100
Austin, TX 78701
(512) 236-2379 – Telephone
(512) 391-2181 – Facsimile

COUNSEL FOR FARMERS NEW WORLD LIFE
INSURANCE COMPANY

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No.: 20-32548-hdh |
| EXAMINATION MANAGEMENT SERVICES, INC., | § § § | Chapter 7 |
| | § | |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES,**
**PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that the law firm of Jackson Walker L.L.P. hereby appears in the above-captioned case on behalf of Farmers New World Life Insurance Company ("FNWL"), a creditor and party-in-interest in the above-referenced case, and pursuant to 11 U.S.C. § 342 and Fed. R. Bankr. P. 2002, 9007 and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon FNWL by and through its counsel:

| | |
|---|---|
| Marilyn Brown | Vienna F. Anaya |
| Jackson Walker L.L.P. | Jackson Walker L.L.P. |
| 100 Congress Avenue, Suite 1100 | 2323 Ross Avenue, Suite 600 |
| Austin, Texas 78701 | Dallas, Texas 75201 |
| (512) 236-2379 (direct) | (214) 953-6047 (direct) |
| (512) 391-2181 (direct fax) | (214) 661-6647 (direct fax) |
| mbrown@jw.com | vanaya@jw.com |

**PLEASE TAKE FURTHER** notice that the foregoing request includes not only the notices and pleadings, but also includes, without limitation, notices of any pleadings, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, electronically or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Request for Service of Notices, Pleadings and Orders shall not be deemed or construed as FNWL's (a) waiver of the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (b) waiver of the right to trial by jury in any proceeding so eligible in this case or in any case, controversy or proceeding related to this case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) waiver of any other rights or claims, actions, defenses, setoffs or recoupments which FNWL has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments FNWL expressly reserves.  This Request for Service of Notices, Pleadings and Orders is not, and shall not be construed to be, a consent by FNWL pursuant to 28 U.S.C. § 157(c)(2).

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notice of all contested matters, adversary proceedings or any other proceedings in this case.

Dated:  December 28, 2020

Respectfully submitted,

JACKSON WALKER L.L.P.
100 Congress Avenue, Suite 1100
Austin, TX  78701
(512) 236-2379 – *Telephone*
(512) 236-2181 – *Facsimile*
Email:  mbrown@jw.com

By: /s/ Marilyn Brown
 Marilyn Brown
 State Bar No. 24046460

--and--

Vienna F. Anaya
State Bar No. 24091225
Jackson Walker L.L.P.
2323 Ross Avenue, Suite 600
Dallas, TX  75201
(214) 953-6000 – *Telephone*
(214) 953-5822 – *Facsimile*
Email:  vanaya@jw.com

**ATTORNEYS FOR FARMERS NEW WORLD LIFE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th day of December, 2020, a true and correct copy of the foregoing was served via the Court's CM/ECF electronic notification system for the U.S. Bankruptcy Court for the Northern District of Texas.

*/s/ Marilyn Brown*
_____
Marilyn Brown

27738063v.4