**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No.: | 20-32548 SWE Judge: SCOTT W. EVERETT | | | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | EXAMINATION MANAGEMENT SERVICES, IN | | | Date Filed (f) or Converted (c): | 10/06/20 (f) |
| | | | | 341(a) Meeting Date: | 11/10/20 |
| For Period Ending: 01/31/23 | | | | Claims Bar Date: | 02/08/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BMO HARRIS BANK - CHECKING 1235 | Unknown | 0.00 | | 0.00 | FA |
| 2. WELLS FARGO CHECKING - 4451 | Unknown | 0.00 | | 0.00 | FA |
| 3. WELLS FARGO CHECKING - 4485 | Unknown | 0.00 | | 0.00 | FA |
| 4. WELLS FARGO CHECKING - 4477 | Unknown | 0.00 | | 0.00 | FA |
| 5. WELLS FARGO CHECKING - 9242 | Unknown | 0.00 | | 0.00 | FA |
| 6. WELLS FARGO CHECKING - 9316 | Unknown | 0.00 | | 0.00 | FA |
| 7. WELLS FARGO CHECKING 8491- | Unknown | 0.00 | | 0.00 | FA |
| 8. WELLS FARGO CHECKING - 9261 | Unknown | 0.00 | | 0.00 | FA |
| 9. WELLS FARGO CHECKING - 9276 | Unknown | 0.00 | | 0.00 | FA |
| 10. WELLS FARGO CHECKING - 4469 | Unknown | 0.00 | | 0.00 | FA |
| 11. WELLS FARGO CHECKING - 4493 | Unknown | 0.00 | | 0.00 | FA |
| 12. WELLS FARGO CD | 600,281.00 | 600,281.00 | | 14,476.10 | FA |
| 13. AMLI AT ESCENA - SECURITY DEPOSIT | 1,327.00 | 1,327.00 | | 0.00 | FA |
| 14. BHS, LLC - SECURITY DEPOSIT | 3,200.00 | 3,200.00 | | 0.00 | FA |

LFORM1

Ver: 22.07f

FORM 1
Case 20-32548-swe7 Doc 67 Filed 01/31/23    Entered 01/31/23 16:26:30    Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document      Page 2 of 5
ASSET CASES
Page: 2

| Case No: | 20-32548 | SWE | Judge: SCOTT W. EVERETT | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | EXAMINATION MANAGEMENT SERVICES, IN | | | Date Filed (f) or Converted (c): | 10/06/20 (f) |
| | | | | 341(a) Meeting Date: | 11/10/20 |
| | | | | Claims Bar Date: | 02/08/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. DON FLOBERG DBA BROADWATER SQUARE - SECURITY DEP | 1,232.00 | 1,232.00 | | 0.00 | FA |
| 16. GUARDIAN PROPERTIES OF COLLEGE AVE., LLC - SEC DEP | 1,300.00 | 1,300.00 | | 0.00 | FA |
| 17. RVC ASSOCIATES, LP - SECURITY DEPOSIT | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 18. ST. JOHN PROPERTIES - SECURITY DEPOSIT | 1,451.75 | 0.00 | | 0.00 | FA |
| 19. PAJAMA PROPERTIES - SECURITY DEPOSIT | 3,401.53 | 3,401.53 | | 0.00 | FA |
| 20. BROOKMAT CORPORATION - SECURITY DEPOSIT | 3,940.00 | 3,940.00 | | 0.00 | FA |
| 21. DAVENPORT/LUCAS LIVIGN TRUST - SECURITY DEPOSIT | 2,146.00 | 2,146.00 | | 0.00 | FA |
| 22. HUDSON VENTURES, LP - SECURITY DEPOSIT | 3,066.00 | 3,066.00 | | 0.00 | FA |
| 23. GIJV OH LC (RREEF AMERICAN) KEMPER FAIRFIELD - SEC | 2,453.10 | 2,453.10 | | 0.00 | FA |
| 24. CAUSEWAY PARTNERS, LLC - SECURITY DEPOSIT | 1,819.43 | 1,819.43 | | 0.00 | FA |
| 25. BRASS CENTERVIEW HOLDING - SECURITY DEPOSIT | 2,114.91 | 2,114.91 | | 0.00 | FA |
| 26. NORMAN & NOWAIN LLC - SECURITY DEPOSIT | 4,906.20 | 4,906.20 | | 0.00 | FA |
| 27. LAKESIDE CENTER, LLC - SECURITY DEPOSIT | 2,115.95 | 2,115.95 | | 0.00 | FA |
| 28. 11717 LLC - SECURITY DEPOSIT | 9,000.00 | 9,000.00 | | 0.00 | FA |

FORM 1
Case 20-32548-swe7 Doc 67 Filed 01/31/23 Entered 01/31/23 16:26:30 Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document Page 3 of 5
ASSET CASES
Page: 3

| Case No.: | 20-32548 SWE Judge: SCOTT W. EVERETT | | | Trustee Name: | | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | EXAMINATION MANAGEMENT SERVICES, IN | | | Date Filed (f) or Converted (c): | | 10/06/20 (f) |
| | | | | 341(a) Meeting Date: | | 11/10/20 |
| | | | | Claims Bar Date: | | 02/08/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29. HERITAGE PLACE/ADVANCED REALITY DEP - SEC DEP | 3,739.58 | 3,739.58 | | 0.00 | FA |
| 30. FRANZ FAMILY PROPERTIES - SECURITY DEPOSIT | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 31. GLEN EAGES COUNTRY CLUB - CLUB DEPOSIT | 31,500.00 | 31,500.00 | | 0.00 | 31,500.00 |
| 32. TOKIO MARINE HCC SURETY GROUP - COLLATERAL SEC | 100,000.00 | 100,000.00 | | 0.00 | 100,000.00 |
| 33. TAXCONNEX - INITIAL REFUNDABLE DEPOSIT | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 34. CLARK COUNTY - SECURITY DEPOSIT | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 35. PREPAID INSURANCE | 368,672.37 | 368,672.37 | | 0.00 | 368,672.37 |
| 36. PREPAID POSTAGAE | 18,439.75 | 18,439.75 | | 0.00 | 18,439.75 |
| 37. OTHER PREPAYMENTS  MAINTENANCE AGREEMENTS, PREPAID CONFERENCE ATTENDANCE | 834,565.26 | 834,565.26 | | 0.00 | 834,565.26 |
| 38. ACCT. RECEIVABLE (90 DAYS OLD OR LESS)  11,635,609.23 - UNCOLLECTIBLE 139,013.00 = $11,496,596.23 | 11,496,596.23 | 11,496,596.23 | | 74,359.33 | 11,422,236.90 |
| 39. MEDICAL TESTING SUPPLIES | 96,711.00 | 96,711.00 | | 0.00 | 96,711.00 |
| 40. MEDICAL TESTING SUPPLIES | 219,364.00 | 219,364.00 | | 0.00 | 219,364.00 |
| 41. FURNITURE AND FIXTURES | 17,708.16 | 17,708.16 | | 0.00 | 17,708.16 |

FORM 1
Case 20-32548-swe7 Doc 67 Filed 01/31/23 Entered 01/31/23 16:26:30 Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document Page 4 of 5
ASSET CASES
Page: 4

| Case No.: | 20-32548 SWE Judge: SCOTT W. EVERETT | | | Trustee Name: | | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | EXAMINATION MANAGEMENT SERVICES, IN | | | Date Filed (f) or Converted (c): | | 10/06/20 (f) |
| | | | | 341(a) Meeting Date: | | 11/10/20 |
| | | | | Claims Bar Date: | | 02/08/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 42. OFFICE EQUIPMENT | 61,207.17 | 61,207.17 | | 0.00 | 61,207.17 |
| 43. OFFICE EQUIPMENT | 44,807.60 | 44,807.60 | | 13,170.00 | FA |
| 44. COMPUTER EQUIPMENT | 1,020,778.54 | 1,020,778.54 | | 0.00 | 1,020,778.54 |
| 45. COMPUTER SOFTWARE | 3,876,037.97 | 3,876,037.97 | | 0.00 | 3,876,037.97 |
| 46. AUTOMOBILE | 2,129.51 | 2,129.51 | | 0.00 | 2,129.51 |
| 47. ALCOHOL TESTING EQUIPMENT | 567.07 | 567.07 | | 0.00 | 567.07 |
| 48. LEASEHOLD IMPROVEMENTS | 172,013.26 | 172,013.26 | | 0.00 | 172,013.26 |
| 49. TRADEMARKS BOOK VALUE - $2,152,417.83 | Unknown | 0.00 | | 0.00 | FA |
| 50. INTERNET DOMAIN NAMES AND WEBSITES | Unknown | 0.00 | | 0.00 | FA |
| 51. LICENSES - HEWLETT PACKARD LICENSES NET BOOK VALUE: $137,422.19 | Unknown | 0.00 | | 0.00 | FA |
| 52. VELO CLOUD LICENSES NET BOOK VALUE - $71,108.19 | Unknown | 0.00 | | 0.00 | FA |
| 53. CUSTOMER LISTS/MAILING LISTS/OTHER COMPILATIONS CUSTOMER NETWORK AND RELATIONSHIP - NET BOOK | Unknown | 0.00 | | 0.00 | FA |

FORM 1
Case 20-32548-swe7 Doc 67 Filed 01/31/23 Entered 01/31/23 16:26:30 Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document      Page 5 of 5
ASSET CASES
Page: 5

Case No: 20-32548 SWE Judge: SCOTT W. EVERETT  Trustee Name: DANIEL J. SHERMAN, TRUSTEE
Case Name: EXAMINATION MANAGEMENT SERVICES, IN  Date Filed (f) or Converted (c): 10/06/20 (f)
 341(a) Meeting Date: 11/10/20
 Claims Bar Date: 02/08/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| VALUE - $606,204.86 | | | | | |
| 54. CREDIT BALANCE REFUND ON WELLS FARGO CC (u) | 0.00 | 66.44 | | 66.44 | FA |
| 55. CLASS ACTION SETTLEMENT PROCEEDS (u)<br>   CRT INDIRECT PURCHASER SETTLEMENT | 0.00 | 47,190.04 | | 47,190.04 | FA |

TOTALS (Excluding Unknown Values)   $19,023,592.34   $19,069,397.07   $149,261.91   Gross Value of Remaining Assets $18,247,930.96
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS ATTEMPTING TO COLLECT FUNDS DEPOSITED FOR A BOND.   TRUSTEE WILL EMPLOY CONTINGENCY FEE COUNSEL TO PURSUE INSURANCE CLAIMS.  ACCOUNTANT EMPLOYED.  CLAIMS TO BE REVIEWED AND OBJECTIONS FILED.  ESTIMATED DATE OF CLOSING IS 11/01/2023.

Initial Projected Date of Final Report (TFR): 11/01/21    Current Projected Date of Final Report (TFR): 11/01/23